SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kenneth S. Ziman
David A. Shapiro

    - and -

155 N. Wacker Drive
Chicago, Illinois 60606-1720
James J. Mazza, Jr.

Attorneys for C&S Wholesale Grocers, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | : Chapter 11 |
| THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC., et al., | : Case No. 15-23007 (RDD) |
| Debtor[1]s. | : |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

    PLEASE TAKE NOTICE that C&S Wholesale Grocers, Inc. ("C&S") appears in the above-captioned chapter 11 case, by its counsel, Skadden, Arps, Slate, Meagher & Flom LLP.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Two Thousand Eight Broadway, Inc. (0986); The Great Atlantic & Pacific Tea Company, Inc. (0974); A&P Live Better, LLC (0799); A&P Real Property, LLC (0973); APW Supermarket Corporation (7132); APW Supermarkets, Inc. (9509); Borman's, Inc. (9761); Delaware County Dairies, Inc. (7090); Food Basics, Inc. (1210); Kwik Save Inc. (8636); McLean Avenue Plaza Corp. (5227); Montvale Holdings, Inc. (6664); Montvale-Para Holdings, Inc. (2947); Onpoint, Inc. (6589); Pathmark Stores, Inc. (9612); Plainbridge LLC (5965); Shopwell, Inc.(3304); Super Fresh Food Markets, Inc. (2491); The Old Wine Emporium of Westport, Inc. (0724); Tradewell Foods of Conn., Inc. (5748); and Waldbaum, Inc. (8599). The international subsidiaries of The Great Atlantic & Pacific Tea Company, Inc. are not debtors in these chapter 11 cases. The location of the Debtors' corporate headquarters is Two Paragon Drive, Montvale, New Jersey 07645.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rules 2002, 3017(a), 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rules 2002-2(c) of the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules"), the undersigned respectfully requests that all notices given or required to be given and all documents served or required to be served in the above-captioned case be given and served on the following, as counsel to C&S:

| | |
|---|---|
| Kenneth S. Ziman | James J. Mazza, Jr. |
| David A. Shapiro | SKADDEN, ARPS, SLATE, |
| SKADDEN, ARPS, SLATE, | MEAGHER & FLOM LLP |
| MEAGHER & FLOM LLP | 155 N. Wacker Drive |
| Four Times Square | Chicago, Illinois 60606-1720 |
| New York, New York 10036 | (312) 407-0521 |
| (212) 735-3000 | james.mazza@skadden.com |
| ken.ziman@skadden.com | |
| david.shapiro@skadden.com | |

PLEASE TAKE FURTHER NOTICE that this request includes not only notice and papers referred to in the Bankruptcy Rules and the Local Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, plan and disclosure statement, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, electronic mail, the internet, or other otherwise filed or made with regard to this case, which affects or seeks to affect in any way any rights or interest of any party in interest in this case.

PLEASE TAKE FURTHER NOTICE that neither this entry of appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive C&S's right (i) to have final orders in non-core matters entered only after *de novo* review by a United States District Court judge; (ii) to trial by jury in any proceeding so triable herein or in any case,

2

controversy, or proceeding related to this case; (iii) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) to have documents served in accordance with Federal Rule of Bankruptcy Procedures 7004 and Federal Rule of Civil Procedure 4, or to any other rights, claims, actions, defenses, setoffs, or recoupments, under agreements, in law, in equity or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
       July 21, 2015

                    SKADDEN, ARPS, SLATE, MEAGHER
                       & FLOM LLP

                    By: /s/ *Kenneth S. Ziman*

                    Kenneth S. Ziman
                    David A. Shapiro
                    Four Times Square
                    New York, New York 10036
                    (212) 735-3000

                       - and –

                    James J. Mazza, Jr.
                    155 N. Wacker Drive
                    Chicago, Illinois 60606-1720
                    (302) 651-3000

                    Attorneys for C&S Wholesale Grocers, Inc.