Marc J. Kurzman, Esq.
CARMODY TORRANCE SANDAK & HENNESSEY LLP
707 Summer Street
Stamford, CT 06901
Tel: (203)-425-4200
Fax: (203) 325-8608

Counsel to Environmental Products Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
                                                                :
In re:                                                          :    Chapter 11
                                                                :
THE GREAT ATLANTIC & PACIFIC                                    :    Case No. 15-23007 (RDD)
TEA COMPANY, INC., *et al.*                                     :
                         Debtors.                               :    (Joint Administration Motion Pending)
                                                                :
                                                                :    July 21, 2015
----------------------------------------------------------------x

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE THAT the undersigned hereby appears on behalf of

Environmental Products Corporation, creditor and party-in-interest in the above captioned

cases. Pursuant to 11 U.S.C. 342 and 1109(b) and Fed. R. Bankr. P. 2002, 9010, 9014 and

9036, the undersigned hereby requests that notice of all matters herein be served upon:

        Marc J. Kurzman, Esq.
        MKurzman@carmodylaw.com
        CARMODY TORRANCE SANDAK & HENNESSEY LLP
        707 Summer Street
        Stamford, CT 06901

{W2566027}

PLEASE TAKE FURTHER NOTICE THAT the foregoing request is also hereby made for service of copies of all papers, notices, reports, pleadings, motions, applications, disclosure statements, plans and answering or reply papers in these cases and in all contested matters in these cases.

PLEASE TAKE FURTHER NOTICE THAT request is also hereby made that the names and address set forth above be added to any short list in these cases.

Dated:   July 21, 2015
         Stamford, Connecticut

/s/ Marc J. Kurzman
Marc J. Kurzman
Federal Bar No. mk2962
CARMODY TORRANCE SANDAK
& HENNESSEY, LLP
707 Summer Street
Stamford, CT 06901-1026
Telephone: (203) 425-4200
Fax: (203) 325-8608
MKurzman@carmodylaw.com

{W2566027}

```
-------------------------------------------------------X
                                                       :    Chapter 11
In re:                                                 :
                                                       :    Case No. 15-23007 (RDD)
THE GREAT ATLANTIC & PACIFIC                           :
TEA COMPANY, INC., et al.                              :
                                                       :
                                                       :
                                        Debtors.       :    July 21, 2015
-------------------------------------------------------X
```

## CERTIFICATION

      I hereby certify that on July 21, 2015, a copy of the foregoing Notice of Appearance and Request for Notice was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operating of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system. Additionally, I hereby certify copies of the foregoing were served via United States First Class Mail on each person and entity listed on the attached service list.

Dated:      Stamford, Connecticut
              July 21, 2015

                                                                /s/ Marc J. Kurzman
                                                                Marc J. Kurzman
                                                                Federal Bar No. mk2962
                                                                Carmody Torrance Sandak & Hennessey LLP
                                                                707 Summer Street
                                                                Stamford, CT 06901-1026
                                                                Telephone: (203) 425-4200
                                                                Fax No. (203) 325-8608
                                                                E-mail: Mkurzman@carmodylaw.com

{W2566027}

## Service List

**Debtors**

The Great Atlantic & Pacific Tea Company, Inc.
2 Paragon Drive
Montvale, NJ 07645
aka A &P
aka A&P Beverage Center
aka A&P Fresh
aka A&P Fresh Market
aka A&P Super Foodmart
aka A&P Warehouse Liquors
aka A&P Wines & Liquors
aka A&P Wines & Spirits
aka Best Cellars
aka Best Cellars At A&P
aka Best Cellars By A&P
aka Community Supermarket Corporation
aka Dominion
aka Farmer Jack
aka Food Basics
aka Food Emporium
aka Food Mart
aka Glenholden Stuart, Inc.
aka Hamilton Property I, Inc.
aka Kohl's
aka Liquor Basics
aka Live Better! Pharmacy
aka Lo-Lo Discount Stores, Inc.
aka New Pathmark Central Corp.
aka Pathmark
aka Pathmark Food & Drug
aka Pathmark Food And Drugs
aka Pathmark Sav-A-Center
aka Pathmark Save-A-Center
aka Pathmark Super Center
aka Sav-A-Center
aka Save A Center Pathmark
aka Shopwell Liquors, Inc.
aka Sumarserve, Inc.
aka Super Foodmart

aka Super Fresh
aka Super Fresh Food Market
aka Super Fresh Super Store
aka Superfresh
aka Supermarket General Corp.
aka The A&P Tea Co., Inc.
aka The Barn Markets
aka The Food Emporium
aka The Wine Emporium, Inc.
aka Ultra Food & Drug
aka Waldbaum, Inc.
aka Waldbaums
aka Waldbaum's
aka Waldbaums Fresh
aka Waldbaums Fresh Market

**Debtors' Counsel**
Garrett A. Fail, Esq.
Ray C. Schrock
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

**U.S. Trustee**
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

**Claims and Noticing Agent**
Prime Clerk LLC
830 Third Avenue, 9th Floor
New York, NY 10022

{W2566027}