SHAPIRO, CROLAND, REISER,
 APFEL & DI IORIO, LLP
411 Hackensack Avenue
Hackensack, NJ 07601
Tel: (201) 488-3900
*Attorneys for Warren 2001, LLC*
*and Pheasant Run 2001 (SPE), LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC., *et al.*,  Debtor[1]. | Chapter 11  Case No.: 15-23007 (RDD)  (Joint Administration Pending)  Hon. Robert D. Drain, U.S.B.J. |

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned appears as counsel for Warren 2001, LLC and Pheasant Run 2001 (SPE), LLC. Pursuant to §1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b), the undersigned requests that all notices given or required to be given in this case, be given to and served upon the undersigned at the office address and telephone and telecopy numbers set forth below:

> SHAPIRO, CROLAND, REISER,
>  APFEL & DI IORIO, LLP
> Continental Plaza II
> 411 Hackensack Ave., 6th Floor
> Hackensack, NJ 07601
> Tel:    (201) 488-3900
> Fax:   (201) 488-9481
> **Attn: John P. Di Iorio, Esq.**
> E-mail: jdiiorio@shapiro-croland.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Two Thousand Eight Broadway, Inc. (0986); The Great Atlantic & Pacific Tea Company, Inc. (0974); A&P Live Better, LLC (0799); A&P Real Property, LLC (0973); APW Supermarket Corporation (7132); APW Supermarkets, Inc. (9509); Borman's, Inc. (9761); Delaware County Dairies, Inc. (7009); Food Basics, Inc. (1210); Kwik Save, Inc. (8636); McLean Avenue Plaza Corp. (5227); Montvale Holdings, Inc. (6664); Montvale-Para Holdings, Inc. (2947); Onpoint, Inc. (6589); Pathmark Stores, Inc. (9612); Plainbridge LLC (5965); Shopwell, Inc. (3304); Super Fresh Food Markets, Inc. (2491); The Old Wine Emporium of Westport, Inc. (0724); Tradewell Foods of Conn., Inc. (5748); and Waldbaum, Inc. (8599); The international subsidiaries of The Great Atlantic & Pacific Tea Company, Inc. are not debtors in these chapter 11 cases. The location of the Debtors' corporate headquarters is Two Paragon Drive, Montvale, New Jersey 07645.

604345-1

**PLEASE TAKE FURTHER NOTICE** that pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any applications, notices, petitions, pleadings, complaints or demands transmitted or conveyed by mail delivery, telephone, telex or otherwise, which affect the Debtor or property of the Debtor.

Respectfully submitted,

Dated: July 21, 2015

SHAPIRO, CROLAND, REISER,
  APFEL & DI IORIO, LLP
*Counsel for Warren 2001, LLC and
Pheasant Run 2001 (SPE), LLC*

By: _____
    John P. Di Iorio (JPD 3866)
    SHAPIRO, CROLAND, REISER,
      APFEL & DI IORIO, LLP
    Continental Plaza II
    411 Hackensack Ave., 6th Floor
    Hackensack, NJ 07601
    Tel:   (201) 488-3900
    Fax:   (201) 488-9481
    E-mail: jdiiorio@shapiro-croland.com