UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re:

THE GREAT ATLANTIC & PACIFIC                    Case No.: 15-23007(RDD)
TEA COMPANY, INC., *et al.*,
              Debtor                                Chapter 11

-------------------------------------------------------------X

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS

Please take notice that undersigned counsel hereby enters his appearance as counsel to PACA creditor, "R" Best Produce, Inc., in the above-captioned case, pursuant to section 109(b) of title 11 of the United States Code (the "Bankruptcy Code"); and Rule 9010(b) if the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above captioned case be given and served upon the following person at the following address telephone and facsimile numbers, and email address:

        Ralph Wood, Esq.
        Law Office of Ralph Wood
        399 Knollwood Rd., Suite 310
        White Plains, New York 10603
        P:(914)761-8503
        F:(914)682-9128
        Email: rwood@rwoodesq.com

Please take further notice that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition,

pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, email or otherwise filed or made with regard to the above-captioned case and proceedings therein.

This Notice of Appearance and Request for Notices and Papers shall not be deemed or construed to be a waiver of (a) Creditors' right (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) to trial by jury in any proceeding so triable in this case or in any case, controversy, or proceeding related to this case, and (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (b) any other rights, claims, actions, setoffs, or recoupments to which Creditors are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments this creditor expressly hereby reserves.

Dated: White Plains, New York
       July 21, 2015

                          Yours, etc.

                          Law Office of Ralph Wood

                          By: /s/ Ralph Wood
                          Ralph Wood
                          Attorney for PACA creditor "R" Best Produce, Inc.
                          399 Knollwood Rd., Suite 310
                          White Plains, New York 10603
                          (914)761-8503