Jeffrey Kurtzman, Esquire
KLEHR HARRISON HARVEY BRANZBURG, LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103
(215) 569-4493
jkurtzman@klehr.com

Attorneys for Richard I. Rubin & Co., Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| THE GREAT ATLANTIC & PACIFIC | : |  |
| TEA COMPANY, INC., et al., | : | Case No. 15-23007 (RDD) |
|  | : |  |
| Debtors.[1] | : |  |
|  | : |  |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PARTIES

PLEASE TAKE NOTICE that Richard I. Rubin & Co., Inc. ("RIR") appears in the

above-captioned chapter 11 case, by its counsel, Klehr Harrison Harvey Branzburg, LLP.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rules 2002, 3017(a), 9007 and

9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rules

2002-2(c) of the Local Bankruptcy Rules for the Southern District of New York (the "Local

Rules"), the undersigned respectfully requests that all notices given or required to be given and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Two Thousand Eight Broadway, Inc. (0986); The Great Atlantic & Pacific Tea Company, Inc. (0974); A&P Live Better, LLC (0799); A&P Real Property, LLC (0973); APW Supermarket Corporation (7132); APW Supermarkets, Inc. (9509); Borman's, Inc. (9761); Delaware County Dairies, Inc. (7090); Food Basics, Inc. (1210); Kwik Save Inc. (8636); McLean Avenue Plaza Corp. (5227); Montvale Holdings, Inc. (6664); Montvale-Para Holdings, Inc. (2947); Onpoint, Inc. (6589); Pathmark Stores, Inc. (9612); Plainbridge LLC (5965); Shopwell, Inc. (3304); Super Fresh Food Markets, Inc. (2491); the Old Wine Emporium of Westport, Inc. (0724); Tradwell Foods of Conn., Inc. (5748); and Waldbaum, Inc. (8599). The international subsidiaries of The Great Atlantic & Pacific Tea Company, Inc. are not debtors in these chapter 11 cases. The location of the Debtors' corporate headquarters is Two Paragon Drive, Montvale, New Jersey 07645.

all documents served or required to be served in the above-captioned case be given and served on counsel for RIR as follows:

Jeffrey Kurtzman, Esquire
KLEHR HARRISON HARVEY BRANZBURG, LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103
(215) 569-4493
jkurtzman@klehr.com

PLEASE TAKE FURTHER NOTICE that this request includes not only notice and papers referred to in the Bankruptcy Rules and the Local Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, plan and disclosure statement, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, hand deliver, telephone, facsimile transmission, electronic mail, the internet, or other otherwise filed or made with regard to this case, which affects or seeks to affect in any rights or interest of any party in interest in this case.

PLEASE TAKE FURTHER NOTICE that neither this entry of appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive RIR's right (i) to have final orders in non-core matters entered only after *de novo* review by a United States District judge; (ii) to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related to this; (iii) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) to have documents served in accordance with Federal Rule of Bankruptcy Procedure 7004 and Federal Rule of Civil Procedure 4, or to any other rights, claims, actions, defenses, setoffs, or recoupments, under agreements, in law, in equity or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

2

Dated: Philadelphia, PA
       July 22, 2015

                              KLEHR | HARRISON | HARVEY |
                              BRANZBURG LLP


                         By: /s/ Jeffrey Kurtzman
                              Jeffrey Kurtzman, Esquire
                              1835 Market Street, Suite 1400
                              Philadelphia, PA  19103
                              Telephone:  (215) 569-4493

                              Attorneys for Richard I. Rubin & Co., Inc.

3