Belkin Burden Wenig & Goldman, LLP
Attorneys for Allied Jackson Heights LLC
S. Stewart Smith
270 Madison Avenue
New York, New York 10016
T: (212) 867-4466
F: (212) 867-0709

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
|---|---|
| THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC., *et al.*, | Case No. 15-23007 (RDD) |
| Debtors. | (Jointly Administered) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE, that Allied Jackson Heights LLC hereby enters its appearance by its counsel, Belkin Burden Wenig & Goldman, LLP, in accordance with 11 U.S.C. §1109(b) and Federal Rule of Bankruptcy Procedure 9010 and pursuant *inter alia*, to 11 U.S.C. §§102(1) and 342 and Federal Rule of Bankruptcy Procedure 2002 and 9007, requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon Belkin Burden Wenig & Goldman, LLP at the following address:

S. Stewart Smith, Esq.
BELKIN BURDEN WENIG & GOLDMAN, LLP
Attorneys for Allied Jackson Heights LLC
270 Madison Avenue
New York, New York 10016
Telephone: (212) 867-4466
Fax: (212) 867-0709
Email: ssmith@bbwg.com

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. §1109(b), the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules

specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, disclosure document of any kind, conference, hearing or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, telephone, facsimile transmission, telegraph, telex or otherwise, which affect or seek to effect in any way any rights or interest of Allied Jackson Heights LLC.

Yours, etc.

Dated:   New York, New York        /s/ S. Stewart Smith
         July 22, 2015              S. Stewart Smith
                                    **BELKIN BURDEN WENIG & GOLDMAN, LLP**
                                    Attorneys for Emigrant Bank
                                    270 Madison Avenue
                                    New York, New York 10016
                                    Telephone: (212) 867-4466
                                    Fax: (212) 867-0709
                                    Email: ssmith@bbwg.com

SSMITH/11511.0014/1639778