STARK & STARK

STARK & STARK
A PROFESSIONAL CORPORATION
Attn: Thomas S. Onder, Esquire
993 Lenox Drive
PO BOX 5315
PRINCETON, NEW JERSEY  08543-5315
(609) 896-9060
Attorneys for Levin Properties, L.P. and
Arlona Limited Partnership

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re:<br><br>THE GREAT ATLANTIC &<br>PACIFIC TEA COMPANY, ET. AL.,<br><br>Debtors. | Chapter 11<br><br>Case No. 15-23007 (RDD) |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**
**AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE,** that Stark & Stark, P.C., counsel for Levin Properties, L.P. and Arlona Limited Partnership,  hereby appears in the above-captioned proceeding, requests, pursuant to the provisions of 11 U.S.C. § 102(1) and § 342 and Bankruptcy Rules 2002 and 9007, that all notices given or required to be given, and all papers served or required to be served, in this case, be provided to and served upon the following attorneys at the address set forth below:

STARK & STARK
A Professional Corporation
Attn: Thomas S. Onder, Esquire
993 Lenox Drive
P.O. Box 5315
Princeton NJ 08543-5315
Tele:  (609) 896-9060
Fax:   (609) 895-7395
Email: tonder@Stark-Stark.com

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ  08543-5315

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the provisions of 11 U.S.C. § 1109 (b), the foregoing request includes not only the papers referred to in the rules specified herein above, but also includes, without limitation, orders and notices of any petition, pleading, complaint, hearing, application, motion, request or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy or otherwise, which affect or seek to affect in any way any rights or interests of the creditor body.

**PLEASE TAKE FURTHER NOTICE** that, as provided in Bankruptcy Rule 3017(a), the undersigned requests that it be provided with copies of any and all disclosure statements and plans of reorganization.

                                                                                 STARK & STARK
                                                                                 A Professional Corporation

Dated: July 22, 2015                                                       By: /s/ *Thomas S. Onder*
                                                                                       THOMAS S. ONDER