Richard E. Weltman (rew@weltmosk.com)
Melissa A. Guseynov (mag@weltmosk.com)
**WELTMAN & MOSKOWITZ, LLP**
*Attorneys for Universal Environmental Consulting, Inc.*
270 Madison Avenue, Suite 1400
New York, New York 10016
212.684.7800

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>THE GREAT ATLANTIC &<br>PACIFIC TEA COMPANY, INC., *et al.*,<br><br>Debtors | Chapter 11 Cases<br><br>Case No. 15-23007 (RDD) |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

**SIR/MADAM:**

**PLEASE TAKE NOTICE** that, pursuant to section 1109(b) of title 11 of the United States Code ("Bankruptcy Code"), and Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), the undersigned confirms its appearance as counsel of record on behalf of Universal Environmental Consulting, Inc. ("Universal"), a creditor and party-in-interest in the above cases, and requests that all notices given or required to be given in these cases and all papers served or required to be served be given to and served upon the following:

**WELTMAN & MOSKOWITZ, LLP**
**270 Madison Avenue, Suite 1400**
**New York, New York 10016**
**Attention: Richard E. Weltman, Esq.**
**Melissa A. Guseynov, Esq.**

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes the notices and papers referred to in Bankruptcy Rule 2002 and also includes, without limitation, notices of any orders, pleadings, motions, applications, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other document brought before this court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, personal delivery, telephone, overnight courier, telecopier, e-mail, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that Universal intends that neither this Notice of Appearance nor any later appearance, notice, pleading, claim or suit shall waive (1) the right of Universal to have final orders in non-core matters entered only after *de novo* review by a District Judge; (2) the right of Universal to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to or arising out of these cases; (3) the right of Universal to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which Universal is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments Universal expressly reserves.

Dated: New York, New York
       July 22, 2015

                                          **WELTMAN & MOSKOWITZ, LLP**
                                          *Attorneys for Universal Environmental Consulting, Inc.*

                                          By: _____
                                               RICHARD E. WELTMAN

2