WHITE & CASE LLP
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
John K. Cunningham
Kevin M. McGill (*pro hac vice* pending)

*Attorneys for The Stop & Shop*
*Supermarket Company, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC.**, *et al.*,<br><br>Debtors. | ) <br> ) <br> ) Case No. 15-23007 (RDD) <br> ) <br> ) <br> ) <br> ) Chapter 11 <br> ) |

## NOTICE OF APPEARANCE AND REQUEST
## FOR NOTICE AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that, pursuant to 11 U.S.C. §§ 102(1), 342 and 1109(b) and Rules 2002, 9007 and 9010(a) of the Federal Rules of Bankruptcy Procedure, The Stop & Shop Supermarket Company, LLC ("Stop & Shop"), a party in interest in the above-captioned chapter 11 cases, hereby appears by and through its attorneys and requests that all notices given or required to be given, and all papers served or required to be served, in this case, be provided to and served upon the following attorney at the address set forth below:

> John K. Cunningham, Esq.
> Kevin M. McGill, Esq.
> WHITE & CASE LLP
> Southeast Financial Center
> 200 South Biscayne Blvd., Suite 4900
> Miami, Florida 33131

Americas 9352028

        Telephone: (305) 371-2700
        Facsimile: (305) 358-5744
        jcunningham@whitecase.com
        kmcgill@whitecase.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the papers referred to in the rules specified herein, but also includes, without limitation, orders and notices of any petition, pleading, complaint, hearing, application, motion, disclosure statement, plan, request or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy or otherwise, which affect or seek to affect in any way rights or interests of Stop & Shop.

Dated: July 22, 2015
      Miami, Florida

WHITE & CASE LLP

By:   */s/ John K. Cunningham*
John K. Cunningham
Kevin M. McGill (*pro hac vice* pending)
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone:  (305) 371-2700
Facsimile:   (305) 358-5744
jcunningham@whitecase.com
kmcgill@whitecase.com

*Attorneys for The Stop & Shop
Supermarket Company, LLC*