KELLEY DRYE & WARREN LLP
Robert L. LeHane, Esq.
101 Park Avenue
New York, New York 10178
Tel: 212-808-7800
Fax: 212-808-7897

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK (White Plains)**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| THE GREAT ATLANTIC & PACIFIC TEA | ) |
| COMPANY, INC., et al., | ) Case No. 15-23007-RDD |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**NOTICE OF (I) WITHDRAWAL OF NOTICE OF APPEARANCE
WITH RESPECT TO LEVIN MANAGEMENT CORPORATION**

**PLEASE TAKE NOTICE** that the undersigned is no longer representing

*Levin Management Corporation* in this bankruptcy case, and hereby withdraws the previous

request for service of notices and papers [D.I. 71].

Dated: New York, New York
    July 22, 2015

                KELLEY DRYE & WARREN LLP

                By: */s/ Robert L. LeHane*
                    Robert L. LeHane
                101 Park Avenue
                New York, New York 10178
                Tel: (212) 808-7800
                Fax: (212) 808-7897