**THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

In re:

THE GREAT ATLANTIC & PACIFIC TEA
COMPANY, INC. et al.

Debtors.[1]

---

Chapter 11

Case No. 15-23007(RDD)

**NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS**

  PLEASE TAKE NOTICE that E. RICHARD DRESSEL, counsel for Haddon House Food Products, Inc., a creditor in the instant proceeding, hereby appears in the instant proceeding, pursuant to the provisions of 11 U.S.C. §1109(b) and Bankruptcy Rules 9010(a) and requests, pursuant to the provisions of 11 U.S.C. §102(a) and 342 and Bankruptcy Rules 2002 and 9007, that all notices given or required to be given, and all papers served or required to be served in this case be provided and served upon the following attorneys at the address set forth below:

E. Richard Dressel, Esquire
Flaster/Greenberg P.C.
Commerce Center
1810 Chapel Avenue West
Cherry Hill, NJ 08002-4609
(856) 661-1900
(856) 661-1919 (Fax)
rick.dressel@flastergreenberg.com

  PLEASE TAKE FURTHER NOTICE, that pursuant to the provisions of 11 U.S.C. §1109(b), the foregoing request includes not only the papers referred in the rules specified

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Two Thousand Eight Broadway, Inc. (0986); The Great Atlantic & Pacific Tea Company, Inc. (0974); A&P Live Better, LLC (0799); A&P Real Property, LLC (0973); APW Supermarket Corporation (7132); APW Supermarkets, Inc. (9509); Borman's, Inc. (9761); Delaware County Dairies, Inc. (7090); Food Basics, Inc. (1210); Kwik Save Inc. (8636); McLean Avenue Plaza Corp. (5227); Montvale Holdings, Inc. (6664); Montvale-Para Holdings, Inc. (2947); Onpoint, Inc. (6589); Pathmark Stores, Inc. (9612); Plainbridge LLC (5965); Shopwell, Inc. (3304); Super Fresh Food Markets, Inc. (2491); the Old Wine Emporium of Westport, Inc. (0724); Tradwell Foods of Conn., Inc. (5748); and Waldbaum, Inc. (8599). The international subsidiaries of The Great Atlantic & Pacific Tea Company, Inc. are not debtors in these chapter 11 cases. The location of the Debtors' corporate headquarters is Two Paragon Drive, Montvale, New Jersey 07645.

hereinabove, but also includes, without limitation, orders and notice of any petition, pleading, complaint, hearing, application, motion, request or demand, whether formal or informal written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy or otherwise which affect or seek to affect in any way rights or interests of Haddon House Food Products, Inc.

PLEASE TAKE FURTHER NOTICE, that as provided in Bankruptcy Rule 3017(a), Haddon House Food Products, Inc. requests that the undersigned be provided with copies of any and all disclosure statements and plans of reorganization.

FLASTER/GREENBERG P.C.
Counsel for Haddon House Food Products, Inc.

By: /s/E. Richard Dressel

Dated: July 22, 2015      E. RICHARD DRESSEL, ESQUIRE

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served this 22nd day of July via ECF Noticing to the following persons:

By: /s/E. Richard Dressel
E. RICHARD DRESSEL, ESQUIRE

*Debtor:*

**The Great Atlantic & Pacific Tea Company, Inc.**
2 Paragon Drive
Montvale, NJ 07645

*Represented by:*
**Garrett A. Fail, Esquire**
**Ray C. Schrock, Esquire**
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

*U.S. Trustee:*
**Office of the United States Trustee**
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014