ACKERMAN, LEVINE, CULLEN,
  BRICKMAN & LIMMER, LLP
1010 Northern Boulevard, Suite 400
Great Neck, New York 11021
(516) 829-6900
Brian J. Grieco, Esq.

*Attorneys for Cross-Path Realty LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------x

In re:                                                     Chapter 11

THE GREAT ATLANTIC & PACIFIC TEA                           Case No. 15-23007 (RDD)
COMPANY, INC., *et al.*,
                                                           (Jointly Administered)
                              Debtors.


--------------------------------------------------------------------x

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Cross-Path Realty LLC (õCross-Pathö) appears in the

above-captioned chapter 11 cases, by its counsel, Ackerman, Levine, Cullen, Brickman &

Limmer, LLP, and hereby requests, pursuant to Rules 2002, 3017(a), 9007, and 9010(b) of the

Federal Rules of Bankruptcy Procedure and Rule 2002-2(c) of the Local Bankruptcy Rules of

this Court, that all notices given or required to be given and all papers served or required to be

served in the above-captioned cases, be given to and served upon Cross-Pathøs attorneys at the

address, telephone number and e-mail set forth below:

Ackerman, Levine, Cullen, Brickman & Limmer, LLP
Attention:  Brian J. Grieco, Esq.
1010 Northern Boulevard
Great Neck, New York 11021
Telephone:  (516) 829-6900
Facsimile:  (516) 829-6966
bgrieco@ackermanlevine.com

470255.1

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, any notice, application, proposed order, motion, petition, pleading, complaint, demand, or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, e-mail, courier service, hand delivery, telephone, facsimile transmission, or otherwise filed or made with regard to these cases, which may affect or seek to affect in any way any rights or interests of any party-in-interest in these cases.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is not intended to be, and shall not constitute, a waiver of Cross-Path's (i) right to have final orders entered only after *de novo* review by a District Court Judge in non-core matters or proceedings in which a Bankruptcy Court does not have the power to enter a final order under Article III of the Constitution, (ii) right to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases, (iii) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) right, claim, action, defense, setoff or recoupment to which Cross-Path is or may be entitled under agreement, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated:  July 22, 2015

ACKERMAN, LEVINE, CULLEN,
BRICKMAN & LIMMER, LLP


By:_____/s/ Brian J. Grieco_____
        Brian J. Grieco
1010 Northern Boulevard, Suite 400
Great Neck, New York  11021
Telephone:  (516) 829-6900
Facsimile:  (516) 829-6966

*Attorneys for Cross-Path Realty LLC*

2

470255.1