GLEICH, SIEGEL & FARKAS, LLP
36 South Station Plaza
Great Neck, New York  11021
Telephone: (516) 482-4436
Facsimile: (516) 482-8916
Lara P. Emouna, Esq.

*Attorneys for*
CENMOR ASSOCIATES, STALTAC ASSOCIATES,
and SPA 77 N L.P.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
In Re:

THE GREAT ATLANTIC & PACIFIC TEA
COMPANY, INC., *et al.*,

                               Debtors.
-------------------------------- ----------------------------------- X

Chapter 11

Case No. 15-23007 (RDD)

### NOTICE OF APPEARANCE AND REQUEST
### FOR NOTICES AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE,** that GLEICH, SIEGEL & FARKAS LLP appears for CENMOR ASSOCIATES, STALTAC ASSOCIATES, and SPA 77 N L.P., pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002, 9007 and 9010, does hereby request that all notices given or required to be given in this case be given to and served upon the following attorney at the address set forth below:

        Gleich, Siegel & Farkas LLP
        Attn: Lara P. Emouna, Esq.
        36 South Station Plaza
        Great Neck, NY 11021
        Tel: (516) 482-4436
        Fax: (516) 482-8916
        Email: l.emouna@nylawfirm.com

**PLEASE TAKE FURTHER NOTICE**, that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the orders, notices and papers referred to in the Rules specified above but also includes, without limitation, notices of any application, ex-parte application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, facsimile, telephone, telegraph, telex, electronic means or otherwise filed with regard to the above-referenced bankruptcy proceeding, including, specifically, but without limitation, any matter involving, directly or indirectly, those certain real estate leases presently between the debtor(s) and CENMOR ASSOCIATES, STALTAC ASSOCIATES, and SPA 77 N L.P.; any action taken under Section 363, 364 and 365 of the Bankruptcy Code; any application to extend time for assumption and/or rejection; any application to obtain secured or unsecured credit; any application to conduct going-out of business or bankruptcy sales; any application to conduct auction sales; and any application to sublease, license or appoint managers or agents of leased premises and/or any similar application or relief.

**PLEASE TAKE FURTHER NOTICE**, and that pursuant to and in compliance with the Rules aforesaid, Demand is hereby made for a true copy of the Petition, Schedules, Statement of Affairs, and Plan, if any, heretofore filed

herein, as well as the names, addresses and telephone number(s) of any claimants or other parties, or of their respective attorneys, appearing herein.

Dated: Great Neck, New York
       July 23, 2015

                              By: /s/ Lara P. Emouna
                              Lara P. Emouna, Esq.
                              GLEICH, SIEGEL & FARKAS
                              Attorneys for Cenmor Associates,
                              Staltac Associates, and SPA 77 N L.P.
                              36 South Station Plaza
                              Great Neck, New York 11021
                              (516) 482-4436

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2015, a copy of the Notice of Appearance was served via ECF upon all counsel of record.

Dated: July 23, 2015                                   By: /s/ Lara P. Emouna