FARRELL FRITZ, P.C.
1320 RXR Plaza
Uniondale, NY 11556-1320
Tel: (516) 227-0700
Fax: (516) 227-0777
Patrick T. Collins
*Counsel to Cord Meyer Development LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                                         Chapter 11

THE GREAT ATLANTIC & PACIFIC TEA,                     Case No. 15-23007 (RDD)
COMPANY, INC., *et al.*,
                                               Debtors.[1]         Jointly Administered
-----------------------------------------------------------------x

NOTICE OF APPEARANCE AND
REQUEST FOR NOTICES AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Farrell Fritz, P.C. ("Farrell Fritz") hereby appears in the above-captioned chapter 11 cases as attorneys for Cord Meyer Development LLC ("Cord Meyer").

Pursuant to section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Farrell Fritz requests that Cord Meyer be added to the official mailing matrix and service lists in this case and that all notices given or required to be given in this case,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: 2008 Broadway, Inc. (0986); The Great Atlantic & Pacific Tea Company, Inc. (0974); A&P Live Better, LLC (0799); A&P Real Property, LLC (0973); APW Supermarket Corporation (7132); APW Supermarkets, Inc. (9509); Borman's, Inc. (9761); Delaware County Dairies, Inc. (7090); Food Basics, Inc. (1210); Kwik Save Inc. (8636); McLean Avenue Plaza Corp. (5227); Montvale Holdings, Inc. (6664); Montvale-Para Holdings, Inc. (2947); Onpoint, Inc. (6589); Pathmark Stores, Inc. (9612); Plainbridge LLC (5965); Shopwell, Inc.(3304); Super Fresh Food Markets, Inc. (2491); The Old Wine Emporium of Westport, Inc. (0724); Tradewell Foods of Conn., Inc. (5748); and Waldbaum, Inc. (8599). The international subsidiaries of The Great Atlantic & Pacific Tea Company, Inc. are not debtors in these chapter 11 cases. The location of the Debtors' corporate headquarters is Two Paragon Drive, Montvale, New Jersey 07645.

1

and all papers served or required to be served in this case, be given and served upon the following:

>Farrell Fritz, P.C.
>Patrick T. Collins
>1320 RXR Plaza
>Uniondale, NY 11556-1320
>Tel. (516) 227-0700
>Fax: (516) 227-0777
>E-mail: pcollins@farrellfritz.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request not only includes the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, demand, or any other paper filed in this case, whether such notice is formal or informal, written or oral, and whether transmitted or conveyed by hand delivery, electronic mail, expedited delivery service, telephone, telex, telecopy, facsimile or otherwise, which affects the above-captioned debtor, property of the debtor or Cord Meyer.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Notices and Service of Papers, nor any subsequent appearance, pleading, claim or suit, nor any participation in or in connection with this case, is not intended nor shall be deemed to waive (i) the right to have final orders in non-core matters entered only after a *de novo* review by a District Court Judge; (ii) the right to trial by jury in any case, proceeding, matter or controversy so triable; (iii) the right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which Cord Meyer is or may be entitled under

agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are hereby expressly reserved.

Dated: Uniondale, New York
       July 23, 2015

                                          FARRELL FRITZ, P.C.

By:     */s/ Patrick T. Collins*
        Patrick T. Collins
        1320 RXR Plaza
        Uniondale, New York 11556-1320
        Tel: (516) 227-0700
        Fax: (516) 227-0777

*Counsel to Cord Meyer Development LLC*