Daniel J. Ansell
Kenneth A. Philbin
Hal N. Beerman
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, NY 10166
Tel.: 212-801-9200
Fax: 212-801-6400
*Attorneys for Rockland Center Associates, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

In re

THE GREAT ATLANTIC & PACIFIC TEA
COMPANY, INC., et al.,

Debtors.

-------------------------------------------------------------------X

Chapter 11

Case No. 15-23007 (RDD)

Jointly Administered

**NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS**

TAKE NOTICE that Rockland Center Associates, LLC ("RCA"), by its attorneys, Greenberg Traurig, LLP, appears in this matter, pursuant to Bankruptcy Rules 2002, 9007 and 9010, and Section 1109(b) of the Bankruptcy Code, and requests that all notices given or required to be given in the above-captioned case and all papers served or required to be served in the above-captioned case be given to, and served upon:

>   Greenberg Traurig, LLP
>   200 Park Avenue
>   New York, NY 10166
>   Tel.: 212-801-9200
>   Fax: 212-801-6400
>   Attention:    Daniel J. Ansell
>                 (anselld@gtlaw.com)
>                 Kenneth A. Philbin
>                 (philbink@gtlaw.com)
>                 Hal N. Beerman
>                 (beermanh@gtlaw.com)

NY 245316453v1

TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, copies of all papers, reports, pleadings, monthly operating statements, financial statements, motions, complaints, demands and applications (including notices thereof), petitions, answering papers, reply papers, memoranda or briefs in support of any of the foregoing and any other document brought before this Court with respect to this case, whether formal or informal, whether written or oral, or whether transmitted by mail, hand delivery, telephone, facsimile, or otherwise.

TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a (i) consent to the jurisdiction of the Bankruptcy Court, or (ii) a waiver of RCA's rights (a) to have final orders in noncore matters entered only after <u>de novo</u> review by a District Judge, (b) to trial by jury in any proceedings so triable in this case or any case, controversy or proceeding related to this case, (c) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) to any other rights, claims, actions, setoffs or recoupments to which RCA is or may be entitled in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments RCA expressly reserves.

Dated: New York, NY
July 23, 2015                    GREENBERG TRAURIG, LLP

                                By:    /s/ Daniel J. Ansell
                                       Daniel J. Ansell
                                       Kenneth A. Philbin
                                       Hal N. Beerman
                                       200 Park Avenue
                                       New York, NY 10166
                                       Tel: 212-801-9200
                                       Fax: 212-801-6400
                                       *Attorneys for Rockland Center Associates, LLC*

- 3 -

## CERTIFICATE OF SERVICE

  I certify that on July 23, 2015, I caused to be served a copy of the foregoing Notice of Appearance and Request for Service of Papers via ECF upon all counsel of record.


Dated: New York, NY
    July 23, 2015

                 By: /s/ Kenneth A. Philbin
                    Kenneth A. Philbin