WHITEFORD, TAYLOR & PRESTON L.L.P.
7501 Wisconsin Ave
Bethesda, MD 20814
(410) 347-9402
bstrickland@wtplaw.com
Brent C. Strickland (BS7811)
*Counsel to Talles-Robbins Rehoboth, L.L.C.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC., et al.,** | **Case No. 15-23007-RDD** |
| | (Jointly Administered) |
| **Debtors.** | |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR NOTICES AND SERVICE OF PAPERS**

Please take notice that Whiteford, Taylor & Preston, LLP and Whiteford, Taylor & Preston LLC ("WTP"), hereby appears in this matter on behalf of Talles-Robbins Rehoboth, L.L.C. pursuant to 11 U.S.C. § 1109(b) and Fed. R. Bankr. P. 9010, and requests, in accord with the notice requirements of 11 U.S.C. §§ 102(1) and 342, and Fed. R. Bankr. P. 2002, 3017, 3020, 4001, and 9007, that the undersigned be placed on any mailing matrix or service list that may be used for any purpose in this case and that all notices given or required to be given and all papers served or required to be served in this case be given to and served on the undersigned at the following address:

| | |
|---|---|
| Brent C. Strickland | Stephen B. Gerald |
| Whiteford, Taylor & Preston, LLP | Whiteford, Taylor & Preston, LLC |
| 7501 Wisconsin Ave | The Renaissance Centre, Suite 500 |
| Bethesda, MD 20814 | 405 North King Street |
| (410) 347-9402 | Wilmington, DE 19801-3700 |
| bstrickland@wtplaw.com | (302) 357-3282 |
| | sgerald@wtplaw.com |

Please take further notice that the foregoing request includes not only the notices and papers referred to in the rules specified above, but also, without limitation, orders and notices of any petition, pleading, complaint, hearing, application, motion, request or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, facsimile, e-mail or otherwise which effect or seek to affect in any way any rights or interests of creditors and parties in interest.

Please take further notice that the submission and filing of this pleading is intended to constitute a special appearance to the extent that a general appearance would constitute a waiver of any right, and is not intended to be, nor shall it be deemed, a consent to or a waiver of the right to challenge the jurisdiction of the United States Bankruptcy Court including, without limitation, the jurisdiction of the Court to adjudicate non-core matters, which right is hereby expressly reserved without prejudice. In addition, it is not a waiver of any right to a jury trial, should such right be relevant in the course of these proceedings, which right is hereby expressly reserved.

Dated: July 23, 2015

        WHITEFORD TAYLOR & PRESTON, LLP

        /s/ *Brent C. Strickland*
        Brent C. Strickland
        7501 Wisconsin Avenue
        Bethesda, MD 20814
        (410) 347-9402
        bstrickland@wtplaw.com

        Stephen B. Gerald
        Whiteford, Taylor & Preston, LLC
        The Renaissance Centre, Suite 500
        405 North King Street
        Wilmington, DE 19801-3700
        (302) 357-3282
        sgerald@wtplaw.com

        *Counsel to Talles-Robbins Rehoboth, L.L.C.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 23rd day of July, 2015, I caused to be served a copy of the foregoing Notice of Appearance and Request for Service of Papers via ECF upon all counsel of record.

/s/ Stephen B. Gerald
Stephen B. Gerald

*2147572*