CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA  02110
Tel:  617-248-5297
Fax:  617-248-4000
Gregory A. Kopacz, Esq.
Email:  gkopacz@choate.com

DICONZA TRAURIG KADISH LLP
630 Third Avenue
New York, NY  10017
Tel:  212-682-4940
Fax:  212-682-4942
Maura I. Russell, Esq.
Email:  mrussell@dtklawgroup.com

*Co-Counsel for Wells Fargo Bank, National Association*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC., *et al.*, | : : | Case No. 15-23007 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------------------------x

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that CHOATE, HALL & STEWART LLP ("**CHS**") and DICONZA TRAURIG KADISH LLP ("**DTK**") appear as co-counsel for Wells Fargo Bank, National Association, Prepetition ABL Agent, in the cases for the above captioned debtors and debtors in possession (collectively, the "**Debtors**") and, pursuant to Rules 2002, 3017(a), 9007, 9010(b) and 9013 of the Federal Rules of Bankruptcy Procedure and section 1109(b) of Title 11 of the United States Code (the "**Bankruptcy Code**"), requests that all notices given or required in the captioned cases, and all documents, and all other papers served in these cases, be given to and served upon:

Gregory A. Kopacz, Esq.
Choate Hall & Stewart LLP
Two International Place
Boston, MA 02110
Tel: 617-248-5297
Fax: 617-502-4000
Email: gkopacz@choate.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, personal delivery, telephone, e-mail or otherwise, which affects the above-captioned Debtors or their property.

PLEASE TAKE FURTHER NOTICE that demand is also made that Wells Fargo Bank, National Association, and its counsel be added to the notice list of all contested matters, adversary proceedings, and other proceedings in the captioned cases.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any later appearance, pleading, claim, or suit shall be construed to waive any right to (1) have final orders in non-core matters entered only after de novo review by a District Judge, (2) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to these cases, (3) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs or recoupments whether under agreements, in law or in equity, all of which are expressly reserved.

|  |  |
|---|---|
| Dated: New York, New York<br>July 23, 2015 | DICONZA TRAURIG KADISH LLP<br><br>By:  /s/ Gerard DiConza<br>Gerard DiConza<br>Maura I. Russell<br>630 Third Avenue<br>New York, NY  10017<br>Tel:  212- 682-4940<br>Fax:  212- 682-4942<br>Email:  mrussell@dtklawgroup.com<br><br>*Co-Counsel for Wells Fargo Bank, National Association* |