**PORZIO, BROMBERG & NEWMAN, P.C.**
156 West 56th Street
Suite 803
New York, NY 10019-3800
Tel: (212) 265-6888
Fax: (212) 957-3983
Attorneys Appearing: Brett S. Moore (BS-0014)
                           Michael J. Naporano (MN-1257)

*Counsel for New Community Manor Urban Renewal Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| THE GREAT ATLANTIC & PACIFIC TEA COMPANY, *et al.*, | Case No.: 15-23007 (RDD) |
| | Judge: Hon. Robert D. Drain |
| Debtors. | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that the undersigned counsel hereby appear as counsel to New Community Manor Urban Renewal Corporation in the above-captioned cases pursuant to section 1109(b) of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") and Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"); and hereby request, pursuant to Bankruptcy Rules 2002 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned cases be given to the following:

3130083

Brett S. Moore, Esq.
Porzio, Bromberg & Newman, P.C.
156 West 56th Street
Suite 803
New York, NY 10019-3800
Telephone: (212) 265-6888
bsmoore@pbnlaw.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request encompasses all notices, copies, and pleadings referred to in sections 342 and 1109(b) of the Bankruptcy Code, or in Bankruptcy Rules 2002, 9007, or 9010 including, without limitation, notices of any orders, motions, orders to show cause, demands, complaints, petitions, pleadings, memoranda, affidavits, declarations, notices of adjournment, disclosure statement(s) and plan(s) of reorganization, or requests, presentments, applications, and any other documents brought before this Court or in these cases and the proceedings therein, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, electronic mail, telegraph, telecopy, telex, or otherwise which affect or seek to affect the above captioned cases and any proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Notice and Papers nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct should be taken to constitute a waiver of any right of New Community Manor Urban Renewal Corporation: (i) to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge; (ii) to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding whether or not such matters are designated as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial is pursuant

to statute or the United States Constitution; (iii) to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (iv) to rights, claims, actions or defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby requests that the names and addresses set forth herein be added to the mailing matrix in these cases.

Dated: July 23, 2015

**PORZIO, BROMBERG & NEWMAN, P.C.**
*Counsel for New Community Manor Urban Renewal Corporation*

By   */s/ Brett S. Moore*
      Brett S. Moore