Kathleen M. Miller
SMITH, KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 1501
P.O. Box 410
Wilmington, DE 19899
Telephone: (302) 652-8400
Facsimile: (302) 652-8405

*Counsel to Airgas USA, LLC and
its related entities*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
In re                                                 :
                                                      :
THE GREAT ATLANTIC & PACIFIC                          :    Chapter 11
TEA COMPANY, INC., *et al.*,[1]                       :
                                                      :    Case No. 15-23007 (RDD)
            Debtors.                                  :
                                                      :    (Jointly Administered)
------------------------------------------------------x

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the attorneys set forth below hereby appear as counsel for Airgas USA, LLC and its related entities ("Airgas"). The undersigned request that copies of all notices and all orders and other pleadings and papers in this case be given and sent to the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Two Thousand Eight Broadway, Inc. (0986); The Great Atlantic & Pacific Tea Company, Inc. (0974); A&P Live Better, LLC (0799) ; A&P Real Property, LLC (0973); APW Supermarket Corporation (7132); APW Supermarkets, Inc. (9509); Borman's, Inc. (9761); Delaware County Dairies, Inc. (7090); Food Basics, Inc. (1210); Kwik Save Inc. (8636); McLean Avenue Plaza Corp. (5227); Montvale Holdings, Inc. (6664); Montvale-Para Holdings, Inc. (2947); Onpoint, Inc. (6589); Pathmark Stores, Inc. (9612); Plainbridge LLC (5965); Shopwell, Inc. (3304); Super Fresh Food Markets, Inc. (2491); The Old Wine Emporium of Westport, Inc. (0724); Tradewell Foods of Conn., Inc. (5748); and Waldbaum, Inc. (8599). The international subsidiaries of The Great Atlantic & Pacific Tea Company, Inc. are not debtors in these chapter 11 cases. The location of the Debtors' corporate headquarters is Two Paragon Drive, Montvale, New Jersey 07645.
15171:PLDG:10292910.DOC.1

following:

| | |
|---|---|
| Kathleen M. Miller (No. 2898) | KJ van Krieken |
| Smith, Katzenstein & Jenkins LLP | Airgas, Inc. |
| 1000 West Street, Suite 1501 | 259 Radnor-Chester Road, Suite 100 |
| P.O. Box 410 | P.O. Box 6675 |
| Wilmington, DE 19899 | Radnor, PA 19087-8675 |
| Telephone: (302) 652-8400 | Telephone No.: 610-902-6028 |
| Facsimile: (302) 652-8405 | Email: KJ.van.Krieken@airgas.com |
| Email: kmiller@skjlaw.com | |

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any or all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, statements of affairs, operating reports, schedules of assets and liabilities, or other papers, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile, transmission, telegraph, telex, electronic mail, or otherwise, which relate in any way to the above-referenced case or proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Papers (the "Notice"), nor any other appearances, pleadings, proofs of claim, claims, or suits shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any case, controversy or proceeding, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other rights, claims, actions, defenses, setoffs and/or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and/or recoupments are expressly reserved.

Dated: July 23, 2015          SMITH, KATZENSTEIN & JENKINS LLP

*/s/ Kathleen M. Miller*
Kathleen M. Miller (No. 2898)
1000 West Street, Suite 1501
P.O. Box 410
Wilmington, DE 19899
Telephone: (302) 652-8400
Facsimile: (302) 652-8405
Emails: kmiller@skjlaw.com

*Attorneys for Airgas USA, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of July 2015 a copy of the foregoing Notice of Appearance and Request for Service of Papers was served on following by first class mail:

Ray C. Schrock, P.C.
Garrett A. Fail
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

/s/ *Kathleen M. Miller*
Kathleen M. Miller (DE ID No. 2898)

15171:PLDG:10292910.DOC.1