**KROLL, MCNAMARA, EVANS & DELEHANTY, LLP**
Douglas M. Evans, Esquire
65 Memorial Road, Suite 300
West Hartford, Connecticut 06107
Phone 860-561-7070
Facsimile 860-561-7075
Email:  bankr@kmelaw.com

*Counsel for Urstadt Biddle Properties Inc.; UB New Providence, LLC;*
*McLean Plaza Associates, LLC;UB Ironbound, L.P.;*
*UB Bloomfield I, LLC; UB Boonton I, LLC; and UB Pompton Lakes I, LLC.*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | CHAPTER 11 |
| | ) | |
| **THE GREAT ATLANTIC & PACIFIC TEA** | ) | CASE NO. 15-23007 (RDD) |
| **COMPANY, INC.,** *et al.*, | ) | |
| | ) | |
| Debtor[1] | ) | |
| | ) | |
| | ) | JULY 23, 2015 |

**NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS**
**AND REQUEST TO BE ADDED TO MASTER SERVICE LIST**

  **Douglas M. Evans**, of Kroll, McNamara, Evans & Delehanty, LLP, hereby appears on

behalf of each **Urstadt Biddle Properties Inc**.; **UB New Providence, LLC; McLean Plaza**

**Associates, LLC; UB Ironbound, L.P.; UB Bloomfield I, LLC; UB Boonton I, LLC; and UB**

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Two Thousand Eight Broadway, Inc. (0986); The Great Atlantic & Pacific Tea Company, Inc. (0974); A&P Live Better, LLC (0799); A&P Real Property, LLC (0973); APW Supermarket Corporation (7132); APW Supermarkets, Inc. (9509); Borman's, Inc. (9761); Delaware County Dairies, Inc. (7090); Food Basics, Inc. (1210); Kwik Save Inc. (8636); McLean Avenue Plaza Corp. (5227); Montvale Holdings, Inc. (6664); Montvale-Para Holdings, Inc. (2947); Onpoint, Inc. (6589); Pathmark Stores, Inc. (9612); Plainbridge LLC (5965); Shopwell, Inc.(3304); Super Fresh Food Markets, Inc. (2491); The Old Wine Emporium of Westport, Inc. (0724); Tradewell Foods of Conn., Inc. (5748); and Waldbaum, Inc. (8599). The international subsidiaries of The Great Atlantic & Pacific Tea Company, Inc. are not debtors in these chapter 11 cases. The location of the Debtors' corporate headquarters is Two Paragon Drive, Montvale, New Jersey 07645.

**Pompton Lakes I, LLC** (together, the "Landlords") and requests that pursuant to Rules 2002 and 9010 Federal Rules of Bankruptcy Procedure, that Kroll, McNamara, Evans & Delehanty, LLP receive copies of all notices, reports, motions, briefs, memoranda, pleadings, proposed plans, disclosure statements, proposed orders, confirmed copies of orders and any other documents or instruments (the "Documents") filed in the above captioned bankruptcy proceeding. All such documents should be served upon the following:

**Douglas M. Evans, Esquire**
**Kroll, McNamara, Evans & Delehanty, LLP**
**65 Memorial Road, Suite 300**
**West Hartford, Connecticut 06107**
**Phone 860-561-7070**
**Facsimile 860-561-7075**
**Email:  bankr@kmelaw.com**

PLEASE TAKE FURTHER NOTICE that the foregoing request  for service and notice includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, mail delivery, telephone, telegraph, telex, telecopy facsimile or otherwise, which affects the Debtor or the property of the Debtor.

PLEASE TAKE FURTHER NOTICE that this request for notice is not intended as, nor is it a consent to jurisdiction in the Bankruptcy Court over Landlords, and does not constitute a waiver of any rights, with all such rights being reserved, including objections to subject matter and personal jurisdiction.

2

Dated at West Hartford, Connecticut this 23rd day of July, 2015

By: ____/s/ Douglas M. Evans_____
Douglas M. Evans, Esq.
Federal Bar # CT 04613
KROLL, McNAMARA, EVANS
 & DELEHANTY, LLP
65 Memorial Road, Suite 300
West Hartford, CT 06107
Phone: (860) 561-7070
Fax: (860) 561-7075

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 23, 2015, the undersigned filed the foregoing *Notice of Appearance and Request for Notices*. Notice will be sent to all parties via the Court's Electronic Mail Notice List by operation of the Court's CM/ECF system, including Debtor's counsel.

By:  ___*/s/ Douglas M. Evans*_____
          Douglas M. Evans
          Federal Bar # CT 04613