SQUIRE PATTON BOGGS (US) LLP
Stephen D. Lerner, Esq.
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 872-9800
Facsimile: (212) 872-9815

*Counsel to U.S. Bank National Association*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
| | |
|---|---|
| In re : | |
| : | Chapter 11 |
| **THE GREAT ATLANTIC & PACIFIC TEA** : | |
| **COMPANY, INC.,** *et al.*, : | Case No. 15-23007 (RDD) |
| : | |
| Debtors. : | (Jointly Administered) |
| : | |

------------------------------------------------------------x

**NOTICE OF APPEARANCE AND REQUEST FOR
<u>SERVICE OF ALL PLEADINGS AND DOCUMENTS</u>**

**PLEASE TAKE NOTICE** that Squire Patton Boggs (US) LLP hereby appears as counsel to U.S. Bank National Association ("US Bank") in the above-captioned chapter 11 cases, enters its appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and requests pursuant to Rules 2002(i), 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") that copies of all notices given or required to be given, and all papers served or required to be served in these cases, be given to and served upon the following:

> Squire Patton Boggs (US) LLP
> 30 Rockefeller Plaza
> New York, New York 10112
> Telephone: (212) 872-9800
> Facsimile: (212) 872-9815
> Attn: Stephen D. Lerner, Esq.
> Email: stephen.lerner@squirepb.com

**PLEASE TAKE FURTHER NOTICE**, that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted, conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise, which affects the Debtors, the Debtors' estates or US Bank.

Dated: July 23, 2015
New York, New York

SQUIRE PATTON BOGGS (US) LLP

By: */s/ Stephen D. Lerner*
Stephen D. Lerner, Esq.
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 872-9800
Facsimile: (212) 872-9815
Email: stephen.lerner@squirepb.com

*Counsel to U.S. Bank National Association*

2

# CERTIFICATE OF SERVICE

      I, the undersigned, an attorney, certify that I served a true and correct copy of the foregoing Notice of Appearance and Request for Service of All Pleadings and Documents on all counsel of record via the Court's CM/ECF system on this 23rd day of July 2015.

                                                          */s/ Stephen D. Lerner*
                                                          Stephen D. Lerner, Esq.