BRYAN CAVE LLP
Michelle McMahon (MM-8130)
1290 Avenue of the Americas
New York, New York  10104
(212) 541-2000

Attorneys for Gotham Technology Group, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
– – – – – – – – – – – – – – – – – – – – – – – – – – – – x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | | Case No.: 15-23007 (RDD) |
| The Great Atlantic & Pacific Tea Company, Inc., *et al.*, | : | |
| | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |
| | : | |

– – – – – – – – – – – – – – – – – – – – – – – – —– – – –x

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF DOCUMENTS

PLEASE TAKE NOTICE that Gotham Technology Group, LLC ("Gotham"), hereby appears in the above-captioned cases pursuant to 11 U.S.C. § 1109(b) and requests, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, 9007 and 9010, that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the person(s) listed below at the following address:

Michelle McMahon, Esq.
Bryan Cave LLP
1290 Avenue of the Americas
New York, New York 10104
Tel: 212-541-2000
Fax: 212-541-4630
michelle.mcmahon@bryancave.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request,

whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Documents shall not be deemed or construed to be a consent or waiver by the Lenders: (1) to the personal jurisdiction of the Bankruptcy Court; (2) to have final orders in non-core matters entered only after de novo review by a District Court judge; (3) of the right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (4) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (5) of any other rights, claims, actions, setoffs, or recoupments to which Gotham is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Gotham expressly reserves.

Dated:  New York, New York
        July 23, 2015

                                            **BRYAN CAVE LLP**

                                            /s/ Michelle McMahon
                                            Michelle McMahon (MM-8130)
                                            1290 Avenue of the Americas
                                            New York, New York  10104
                                            Telephone:  (212) 541-2000
                                            Facsimile:   (212) 541-4630

                                            Counsel for Gotham Technology Group, LLC