AKERMAN LLP
Susan F. Balaschak, Esq.
666 Fifth Avenue, 20th Floor
New York, NY 10103
Tel: (212) 880-3800
Fax: (212) 880-8965

Attorneys for Santander, N.A.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (White Plains)
---------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC., et al., | Case No. 15-23007-RDD |
| | (Jointly Administered) |
| Debtors. | |

---------------------------------------------------------------X

NOTICE OF APPEARANCE, REQUESTS
FOR SERVICE OF NOTICES AND PAPERS
AND TO BE ADDED TO MASTER SERVICE LIST

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned case, on behalf of Santander, N.A., ("Santander"), and pursuant to Rules 2002, 3017(a), 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rules 2002-2(c) of the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules"), hereby requests that copies of all notices and pleadings given or filed in the above-captioned case and any other case(s) consolidated herewith be given and served upon the party listed below at the following address and that such party be added to the Master Service List:

Akerman LLP
Susan F. Balaschak, Esq. (SB 1901)
666 Fifth Avenue, 20th Floor
New York, NY 10103
Tel.: (212) 880-3800
Fax: (212) 880-8965
susan.balaschak@akerman.com

{34960048;1}

PLEASE TAKE FURTHER NOTICE, that the foregoing demand includes not only the notices and papers, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the referenced cases and proceedings herein. Please add the attorney of record to such mailing matrix as may be used for all purposes in this case.

PLEASE TAKE FURTHER NOTICE, that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive Santander's: (i) right to have final orders in noncore matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Santander is or may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved

Dated: July 23, 2015
New York, New York

/s/ *Susan F. Balaschak*
Susan F. Balaschak, Esq. (SB 1901)
AKERMAN LLP
666 Fifth Avenue, 20th Floor
New York, NY 10103
Tel.: (212) 880-3800
Fax: (212) 880-8965
susan.balaschak@akerman.com

*Attorneys for Santander, N.A.*