CULLEN AND DYKMAN LLP
100 Quentin Roosevelt Boulevard
Garden City, NY 11530
(516) 357-3700
Matthew G. Roseman, Esq.
Bonnie L. Pollack, Esq.
Elizabeth M. Aboulafia, Esq.

*Attorneys for New York Community Bank*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
In re:                                                         :    Chapter 11
                                                               :
THE GREAT ATLANTIC & PACIFIC TEA                               :    Case No. 15-23007 (RDD)
COMPANY, INC., *et al.*,                                       :
                                                               :
                              Debtors.                         :    **NOTICE OF APPEARANCE AND**
                                                               :    **DEMAND FOR NOTICES AND**
                                                               :    **PAPERS**
--------------------------------------------------------------x

PLEASE TAKE NOTICE THAT New York Community Bank ("NYCB") hereby appears in the above-captioned case pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and hereby requests, pursuant to Bankruptcy Rules 2002 and 9007 and Section 342 of the United States Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned case be given and served upon the persons listed below at the following address and telephone number:

>Bonnie L. Pollack, Esq.
>Cullen and Dykman, LLP
>100 Quentin Roosevelt Boulevard
>Garden City, New York 11530
>Telephone: (516) 357-3700
>Email: bpollack@cullenanddykman.com

PLEASE TAKE FURTHER NOTICE, that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, monthly operating report, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the right of NYCB: (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which NYCB is or may be entitled, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: Garden City, New York
July 23, 2015

CULLEN AND DYKMAN LLP

By: _s/ Bonnie L. Pollack_
Matthew G. Roseman, Esq.
Bonnie L. Pollack, Esq.
Elizabeth M. Aboulafia, Esq.
Attorneys for New York Community Bank
100 Quentin Roosevelt Boulevard
Garden City, New York 11530