**LEVY RATNER, P.C.**
Kimberly A. Lehmann, Esq.
80 Eighth Avenue, 8th Floor
New York, NY  10011-5126
(212)627 8100
(212)627-8182 (fax)
klehmann@levyratner.com

*Attorneys for the 1199SEIU Funds*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 15-23007 (RDD)<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**PLEASE TAKE NOTICE** that pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code"), and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned appears as counsel for the 1199SEIU National Benefit Fund for Health and Human Service Employees and the 1199SEIU Health Care Employees Pension Fund (collectively, the "1199SEIU Funds"), as creditors and parties in interest herein, and demands that notice given or required to be given in these cases, and all papers served in these cases, be given to and served upon:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows:  2008 Broadway, Inc. (0986); The Great Atlantic & Pacific Tea Company, Inc. (0974); A&P Live Better, LLC (0799); A&P Real Property, LLC (0973); APW Supermarket Corporation (7132); APW Supermarkets, Inc. (9509); Borman's, Inc. (9761); Delaware County Dairies, Inc. (7090); Food Basics, Inc. (1210); Kwik Save Inc. (8636); McLean Avenue Plaza Corp. (5227); Montvale Holdings, Inc. (6664); Montvale-Para Holdings, Inc. (2947); Onpoint, Inc. (6589); Pathmark Stores, Inc. (9612); Plainbridge LLC (5965); Shopwell, Inc. (3304); Super Fresh Food Markets, Inc. (2491); The Old Wine Emporium of Westport, Inc. (0724); Tradewell Foods of Conn., Inc. (5748); and Waldbaum, Inc. (8599).

>Kimberly A. Lehmann
>LEVY RATNER, P.C.
>80 Eighth Avenue, 8th Floor
>New York, New York 10011-5126
>Telephone:  (212) 627-8100
>Facsimile:  (212) 627-8182
>Email:  klehmann@levyratner.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of application, motion, petition, pleading, request, complaint or demand, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile, electronic or otherwise, which affects either the Debtor or any property of the Debtor.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any later appearance, pleading claim, or suit shall waive the above-named entities' right to have final orders in noncore matters entered only after de novo review by a District Judge; or the right to trial by jury in any proceeding related to this case; or the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or to adjudicate rights in other applicable forums, or any other rights, claims, actions, defenses, setoffs, or recoupments to which these entities are or may be entitled under agreements, in law or in equity, all of which rights are expressly reserved.

Dated: July 24, 2015
New York, New York

                          LEVY RATNER, P.C.

                /s/    Kimberly A. Lehmann
                By:    Kimberly A. Lehmann
                *Attorneys for the 1199SEIU Funds*
                80 Eighth Avenue, 8th Floor
                New York, New York 10011
                (212) 627-8100
                (212) 627-8182 (fax)