**WILK AUSLANDER LLP**
1515 Broadway, 43rd Floor
New York, NY 10036
(212) 981-2300
Eric J. Snyder, Esq.

*Attorneys for 32nd Street Southeast Company, L.P.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
In re:                                                                      Chapter 11

THE GREAT ATLANTIC & PACIFIC TEA
COMPANY, INC., *et al.,*
                                                                                    Case No. 15-23007 (RDD)

            Debtors.
----------------------------------------X

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that 32nd Street Southeast Company, L.P., pursuant to section 1109 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.*, and rules 2002, 3017, 9007, and 9010 of the Federal Rule of Bankruptcy Procedure, hereby appears through WILK AUSLANDER LLP, their undersigned attorneys, and demands service of all notices and papers herein upon:

> WILK AUSLANDER LLP
> 1515 Broadway
> New York, New York 10036
> (212) 981-2300 (telephone)
> (212) 752-6380 (facsimile)
> Attn: Eric J. Snyder, Esq.
> email: esnyder@wilkauslander.com

843068v1

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all pleadings of any kind, including, without limitation, all notices, motions, complaints, and orders, whether written or oral, formal or informal, however transmitted, related in any way to the debtors, their property, or their estates. The undersigned requests that its name be added to the mailing list in the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that neither this *Notice of Appearance and Demand for Service of Papers* (the "**Notice**") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in noncore matters entered only after *de* novo review by a District Judge, (ii) the right to trial by jury in any proceeding triable in these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
July 24, 2015

                    **WILK AUSLANDER LLP**
                    Attorneys for 32nd Street
                    Southeast Company, L.P.

                    By: /s/ Eric J. Snyder
                        Eric J. Snyder, Esq.
                        1515 Broadway
                        New York, New York 10036
                        (212) 981-2300