McCARTHY FINGAR LLP
Stephen Davis, Esq. and
William F. Macreery, Esq.
11 Martine Avenue, 12th Floor
White Plains, New York 10606
Telephone:  (914) 946-3700
Facsimile:  (914) 946-0134
Attorneys for Harrison Shopping Center, LLP

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

In re:

                                    Chapter 11

THE GREAT ATLANTIC & PACIFIC TEA
COMPANY, INC., et al.,                  Case No. 15-23007 (RDD)

                 Debtors.       (Jointly Administered)

----------------------------------------------------------x

## NOTICE OF APPEARANCE AND DEMAND
## FOR NOTICE AND SERVICE OF PAPERS

     **PLEASE TAKE NOTICE** that McCarthy Fingar, LLP, by Stephen Davis, Esq. and

William F. Macreery, Esq., of Counsel, hereby appears as the attorneys for Harrison Shopping

Center, LLP, a creditor and the landlord of a shopping center on Halstead Avenue, Harrison,

New York in which the debtor in the above captioned chapter 11 case operates one of its stores.

Pursuant to Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 9007

and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the

undersigned requests that all notices given or required to be given in this case, and all papers

served or required to be served in this case, be given and served upon McCarthy Fingar, LLP at

the office, address and telephone numbers set forth below, and that McCrthy Fingar, LLP's name

be added to the mailing matrix on file with the Clerk of the Bankruptcy Court as follows:

1

McCARTHY FINGAR LLP
Stephen Davis, Esq. and
William F. Macreery, Esq.
11 Martine Avenue, 12th Floor
White Plains, New York 10606
Telephone:    (914) 946-3700
Telecopier:   (914) 946-0134
E-mail: will-macreery@att.net
                  sdavis@mccarthyfingar.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the bankruptcy rules specified above, but also includes, without limitation, orders, and notices of any applications, motions, petitions, pleadings, complaints, demands, disclosure statements, Chapter 11 plans or plans of reorganization filed with the Court's electronic filing system or transmitted or conveyed by mail delivery, telephone, telegraph, telecopier, telex or otherwise, which concerns the debtor or property of the debtors.

Dated: White Plains, New York
      July 24, 2015

                          __/s/ Stephen Davis_____
                          STEPHEN DAVIS, ESQ.
                          McCarthy Fingar LLP
                          Attorneys for Harrison Shopping Center, LLC
                          11 Martine Avenue, 12th Floor
                          White Plains, New York 10606
                          Telephone:  (914) 946-3700
                          Facsimile:  (914) 946-0134