MORITT HOCK & HAMROFF LLP
400 Garden City Plaza
Garden City, NY 11530
(516) 873-2000
(516) 873-2010
Leslie A. Berkoff

*Attorneys for Arlene Appel*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC., *et al.*, | Case No. 15-23007 (RDD) |
| | (Jointly Administered) |
| Debtors. | |

------------------------------------------------------------x

NOTICE OF APPEARANCE AND
DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears as counsel for Arlene Appel, a party in interest, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, demands that all notices given or required to be served in this case be given or served, as the case may be, to or upon the undersigned at the Post Office address and telephone and facsimile numbers set forth below.

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail delivery, telephone, telegraph, facsimile transmission, telex or otherwise, which affects the Debtors or the property of the estate.

Dated: July 24, 2015
      Garden City, New York

                                      MORITT HOCK & HAMROFF LLP
                                       Attorneys for Arlene Appel

                        By:    /s/ Leslie A. Berkoff
                               Leslie A. Berkoff

                               400 Garden City Plaza
                               Garden City, NY 11530
                               (516) 873-2000 (telephone)
                               (516) 873-2012 (fax)
                               lberkoff@moritthock.com

To:

The Great Atlantic & Pacific Tea Company, Inc., et al.
Attn. CEO or Managing Agent
2 Paragon Drive
Montvale, NJ 07645
(Debtors)

Weil, Gotshal & Manges LLP
Attn. Garrett A. Fail, Esq. and Ray C. Schrock, Esq.
767 Fifth Avenue
New York, NY 10153
(Attorneys for Debtors)

Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
(United States Trustee)

Prime Clerk LLC
830 Third Ave., 9th Floor
New York, NY 10022
(Claims and Noticing Agent for Debtors)

      All Parties who have filed a Notice of Appearance have been served through the Court's electronic case filing system ("CM/ECF").