ALSTON & BIRD LLP
William Hao
90 Park Ave.
New York, New York 10016
Telephone: (212) 210-9400

    -and-

David A. Wender (*pro hac vice* pending)
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
(404) 881-7000

*Counsel for Bank of America, N.A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
|  |  |
|---|---|
| In re | Chapter 11 |
| THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC., *et al.*, | Case No. 15-23007 (RDD) |
|  | (Jointly Administered) |
| Debtor. |  |

------------------------------------------------------------x

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

    PLEASE TAKE NOTICE that the undersigned appear in the above-captioned case on behalf of *Bank of America, N.A.* ("BofA") and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), demands that all notices given or required to be given and all papers served in this case be delivered to and served at the following addresses:

| | |
|---|---|
| William Hao | David A. Wender |
| Alston & Bird LLP | Alston & Bird LLP |
| 90 Park Ave. | 1201 West Peachtree Street |
| New York, New York 10016 | Atlanta, Georgia 30309 |
| Email: william.hao@alston.com | Email: david.wender@alston.com |
| Telephone: (212) 210-9400 | Telephone: (404) 881-7000 |
| Facsimile: (212) 210-9444 | Facsimile: (404) 881-7777 |

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these cases.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive BofA's: (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which BofA may or may be entitled under

agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: July 24, 2015
New York, New York

                ALSTON & BIRD LLP

                By: /s/ William Hao
                   William Hao
                   90 Park Avenue
                   New York, NY 10016
                   (212) 210-9400
                   william.hao@alston.com

                   and

                   David A. Wender (*pro hac vice* pending)
                   1201 West Peachtree Street
                   Atlanta, Georgia 30309
                   (404) 881-7000
                   david.wender@alston.com

                   *Counsel for Bank of America, N.A.*