FOX ROTHSCHILD LLP
100 Park Avenue, 15th Floor
New York, New York 10017
(212) 878-7900

and

FOX ROTHSCHILD LLP
Michael Viscount (*pro hac vice admission pending*)
Raymond Patella (*pro hac vice admission pending*)
1301 Atlantic Avenue
Midtown Building, Suite 400
Atlantic City, New Jersey 08401
(609) 348-4515

and

FOX ROTHSCHILD LLP
Marie C. Dooley (*pro hac vice admission pending*)
2000 Market Street, 20th Floor
Philadelphia, Pennsylvania 19103
(215) 299-2000

*Attorneys for MCB Landlords and MCB Real Estate LLC as authorized representative for the MCB Landlords*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re                                           :     Chapter 11
                                                :
THE GREAT ATLANTIC & PACIFIC                    :     Case No. 15-23007 (RDD)
TEA COMPANY, INC., *et al.*,                    :
                                                :     (Jointly Administered)
                        Debtors[1].             :
--------------------------------------------------------x

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors federal tax identification number, are as follows: Two Thousand Eight Broadway, Inc. (0986); The Great Atlantic & Pacific Tea Company, Inc. (0974); A&P Live Better, LLC (0799); A&P Real Property, LLC (0973); APW Supermarket Corporation (7132); APW Supermarkets, Inc. (9509); Borman's Inc. (9761); Delaware County Dairies, Inc. (7090); Food Basics, Inc. (1210); Kwik Save Inc. (8636); McLean Avenue Plaza Corp. (5227); Montvale Holdings, Inc. (6664); Montvale-Para Holdings, INc. (2947); Onpoint, Inc. (6589); Pathmark Stores, In c. (9612); Plainbridge LLC (5965); Shopwell, Inc. (3304); Super Fresh Food Markets, Inc. (2491); The Old Wine Emporium of Westport, Inc. (0724); Tradewell Foods of Conn., Inc. (5748); and Waldbaum, Inc. (8599). The international subsidiaries of The Great Atlantic & Pacific Tea Company, Inc. are not debtors in these chapter 11 cases. The location of the Debtors' corporate headquarters is Two Paragon Drive, Montvale, New Jersey 07645.

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. § 1109(b) and Fed. R. Bankr. P. 9010(b), Fox Rothschild LLP, as counsel to (1) <u>OLP-MCB Philly-Cottman, LLC</u>, as successor in interest to 840 Cottman Associates, LLC, (2) <u>BOIV Belleville MCB, LLC</u>, (3) <u>MCB Glenolden, LP</u>, (4) <u>MCB East Brunswick, LLC</u> (collectively, the "<u>MCB Landlords</u>") and (5) <u>MCB Real Estate LLC</u> as authorized representative for the MCB Landlords, creditors and parties in interest in the above-captioned debtors' (the "<u>Debtors</u>") case, hereby demands service of all notices and papers herein upon:

> Fox Rothschild LLP
> 1301 Atlantic Avenue
> Midtown Building, Suite 400
> Atlantic City, New Jersey 08401
> Attn: Michael Viscount, Esquire
>         Raymond M. Patella, Esquire
> Tel: (609) 348-4515
> Fax: (609) 348-6834
> Email: MViscount@foxrothschild.com
>          RPatella@foxrothschild.com
>
> and
>
> Fox Rothschild LLP
> 2000 Market Street, 20th Floor
> Philadelphia, Pennsylvania 19103
> Attn:  Marie C. Dooley, Esquire
> Tel:  (215) 299-2000
> Fax:  (215) 299-2150
> Email:  MDooley@foxrothschild.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all pleadings of any kind, including, without limitation, all notices, motions, and orders, whether written or oral, formal or informal, however transmitted.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Demand for Service of Papers (the "<u>Notice</u>") nor any later appearance or pleading, shall constitute a waiver of:

a) rights to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Judge;

b) rights to trial by jury in any proceedings as to any and all matters so triable, whether or not the same be designated legal or private rights, or in any case, controversy or pursuant to 28 U.S.C. § 157(b)(2), and whether such jury trial right is pursuant to statute or the United States Constitution;

c) rights to seek abstention or remand of any matter or proceeding subject to mandatory discretionary abstention or remand, and to have the District Court withdraw the reference in any matter or proceeding subject to mandatory or discretionary withdrawal;

d) rights to receipt of service of process in all actions, causes, claims, or proceedings arising in, arising under or related to these proceedings to be served directly on Trustee; or

e) rights to contest service of process.

All of the above rights are expressly reserved and preserved by MCB Landlords and MCB Real Estate LLC as authorized representative for the MCB Landlords without exception.

Dated: New York, New York
July 24, 2015

FOX ROTHSCHILD LLP

By: */s/ Michael J. Viscount*
Michael Viscount (*pro hac vice admission pending*)
Raymond Patella (*pro hac vice admission pending*)
1301 Atlantic Avenue
Midtown Building, Suite 400
Atlantic City, New Jersey 08401
(609) 348-4515

and

Marie C. Dooley (*pro hac vice admission pending*)
2000 Market Street, 20th Floor
Philadelphia, Pennsylvania 19103
(215) 299-2000

*Attorneys for MCB Landlords and MCB Real Estate LLC as authorized representative for the MCB Landlords*