15-23007-rdd    Doc 164    Filed 07/24/15    Entered 07/24/15 16:02:54    Main Document
Pg 1 of 3

WILLIAM K. HARRINGTON
United States Trustee for Region 2
U.S. Department of Justice
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
Tel. (212) 510-0500
By:   Brian S. Masumoto, Esq.
      Trial Attorney

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                                         :    Case No. 15-23007 (RDD)
                                                              :
The Great Atlantic & Pacific Tea Co., *et al.*,               :    Jointly Administered
                                                              :
                                    Debtors.                  :
-------------------------------------------------------------x

# NOTICE OF APPOINTMENT OF OFFICIAL
# COMMITTEE OF UNSECURED CREDITORS

William K. Harrington, United States Trustee for Region 2, pursuant to

Section 1102(a) of title 11, United States Code, hereby appoints the following

unsecured creditors that are willing to serve on the Official Committee of

Unsecured Creditors of the Great Atlantic & Pacific Tea Company and its affiliated

debtors-in-possession:

   1.    C&S Wholesale Grocers, Inc.
         7 Corporate Drive
         Keene, New Hampshire 03431
         Attention: William M. Boyd III, General Counsel
         Telephone: (603) 354-5846

2. McKesson Corporation
   One Post Street, 20th Floor
   San Francisco, California 94104
   Attention: Jennifer Towlsey, Vice President
   Telephone: (415) 983-9333

3. CBA Industries, Inc.
   P.O. Box 1717
   Elmwood Park, New Jersey 07407
   Attention: Barry Schiro, President
   Telephone: (201) 414-5250

4. Pension Benefit Guaranty Corporation
   1200 K Street, N.W.
   Washington, DC 2005-4026
   Attention: Michael Strollo
   Telephone: (202) 326-4020

5. United Food and Commercial Workers International Union
   219 Patterson Avenue
   Little Falls, New Jersey 07424
   Attention: Thomas P. Clarke, Director, UFCW Region 1
   Telephone: (973) 890-0110

6. 1199SEIU Health Care Employees Pension Fund
   330 West 42nd Street
   New York, New York 10036
   Attention: Ann Filloramo, Special Assistant Implementation Support
   Telephone: (646) 473-6067

7.     Basser-Kaufman, Inc.
       151 Irving Place
       Woodmere, New York 11598
       Attention: Marc Kemp, Principal
       Telephone: (516) 569-3700

Dated: New York, New York
         July 24, 2015

           Sincerely,

           WILLIAM K. HARRINGTON
           UNITED STATES TRUSTEE

           By:    _/s/ Brian S. Masumoto_
                 Brian S. Masumoto
                 Trial Attorney
                 U.S. Department of Justice
                 Office of the United States Trustee
                 U.S. Federal Office Building
                 201 Varick Street, Room 1006
                 New York, NY 10014
                 Tel. (212) 510-0500
                 Fax (212) 668-2255