Evan M. Lazerowitz, Esq. (EL-6555)
GOLDBERG WEPRIN
FINKEL GOLDSTEIN, LLP
1501 Broadway, 22nd Floor
New York, New York 10036
(212) 221-5700

Attorneys for Union County Realty Group LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                          Chapter 11

THE GREAT ATLANTIC & PACIFIC TEA
COMPANY, INC., *et al.*,                                        Case No. 15-23007 (RDD)

                              Debtors.
-----------------------------------------------------------x

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned now hereby appears as counsel for Union County Realty Group LLC in the above captioned case and requests as provided in 11 U.S.C. §1109(b) and Federal Rules of Bankruptcy Procedure 2002, 9007, and 9010(b) (the "Bankruptcy Rules") that all notices given or required to be given, and all papers served or required to be served, be given to and served upon:

> GOLDBERG WEPRIN
> FINKEL GOLDSTEIN, LLP
> 1501 Broadway
> New York, New York 10036
> Attn: Evan M. Lazerowitz, Esq.
> Tel. (212) 221-5700
> E-mail: ELazerowitz@GWFGLaw.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any orders and notices of any application, motion, petition, pleadings, plans and disclosure statements, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph, telex, e-mail, internet, or otherwise filed of made with regard to the above captioned case, that affects or seeks to affect in any way any rights or interests of any party in interest in this case with respect thereto.

Dated: New York, New York
       July 24, 2015

                                        GOLDBERG WEPRIN
                                        FINKEL GOLDSTEIN LLP
                                        Attorneys for Union County Realty Group LLC
                                        1501 Broadway, 22nd Floor
                                        New York, New York 10036
                                        Tel. (212) 221-5700


                                By:    /S/ Evan M. Lazerowitz
                                        EVAN M LAZEROWITZ, ESQ.


TO: All Parties of Record

X:\GWFG\New Data\Yen\Word\Gershon Alexander - A&P\Notice Of Appearance - 7.24.15.Docx