Mark Ralston
Fishman Jackson PLLC
13155 Noel Road, Suite 700
Dallas, TX 75240
(972) 419-5500 (Telephone)
(972) 419-5544 (DD)
(972) 419-5501 (Fax)

ATTORNEYS FOR GARELICK FARMS, LLC,
And TUSCAN/LEHIGH DAIRIES, INC.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                             :        Chapter 11
                                                  :
THE GREAT ATLANTIC & PACIFIC TEA    :        Case No. 15-23007 (RDD)
COMPANY, INC., *et al.*,                 :
                                                  :
Debtors.                                          :        (Jointly Administered)
---------------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Fishman Jackson PLLC hereby enters its appearance as counsel for **GARELICK FARMS, LLC.**, and **TUSCAN/LEHIGH DAIRIES, INC.**, pursuant to Bankruptcy Rule 2002 and Section 102(1) of the Bankruptcy Code and requests that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at the offices set forth below:

Mark Ralston
Fishman Jackson PLLC
State Bar No. 07792500
13155 Noel Road, Suite 700
Dallas, TX 75240
(972) 419-5500 (Telephone)
(972) 419-5544 (DD)
(972) 419-5501 (Fax)

1

5043946_1

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed hand delivery, mail, telephone, telex, or otherwise which affects the Debtor(s) or the property of the Debtor(s).

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after *de novo* review by a federal district court, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the federal district court withdraw the reference in any matter to which the creditor is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

DATED:  July 24, 2015.

                          Respectfully submitted,

                           /s/ *Mark Ralston*
                          Mark Ralston
                          Fishman Jackson PLLC
                          13155 Noel Road, Suite 700
                          Dallas, TX 75240
                          (972) 419-5500 (Telephone)
                          (972) 419-5544 (DD)
                          (972) 419-5501 (Fax)

                          ATTORNEY FOR GARELICK FARMS, LLC,
                          AND TUSCAN/LEHIGH DAIRIES, INC.

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was served by the court ECF filing system on the debtor and all parties who have entered their appearance electronically on the 24th day of July, 2015.

                                                  /s/ *Mark Ralston*

5043946_1