SALON MARROW DYCKMAN NEWMAN & BROUDY
292 Madison Avenue
New York, New York, 10017
Telephone 212-661-7100
Facsimile 212-661-3339

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

THE GREAT ATLANTIC & PACIFIC TEA
COMPANY, INC., et al.

    Debtors,
------------------------------------------------------------X

Chapter 11

Case No. 15-23007 (RDD)

(Joint Administration Pending)

## NOTICE OF APPEARANCE BY COUNSEL
## AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE, that pursuant to Section 1009 of the Bankruptcy Code, and Bankruptcy Rule 9010, the law firm of Salon Marrow Dyckman Newman & Broudy, LLP, hereby enters a Notice of Appearance as counsel for Plymouth Rock Energy LLC, NY, a party in interest, and pursuant to Bankruptcy Rules 2002, hereby requests that all notices, given or required to be given, including all papers, pleadings and correspondence served or required to be served in this case, or any related proceeding, be served upon the undersigned.

PLEASE TAKE FURTHER NOTICE, that the Clerk is requested to place the undersigned's name and address on any existing or to be created mailing matrix and or list of creditors.

Dated: New York, New York
       July 24, 2015

                      SALON MARROW DYCKMAN NEWMAN & BROUDY
                      By: John Paul Fulco, P.C.

                      By:_____
                          John Paul Fulco
                          292 Madison Avenue
                          New York, New York 10017
                          Telephone 212-661-7100
                          Facsimile 212-661-3339