Steven E. Fox, Esq.
**RIEMER & BRAUNSTEIN, LLP**
Times Square Tower
Seven Times Square, Suite 2506
New York, NY 10036
Tel: (212) 789-3100
Fax: (212) 719-0140

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re

THE GREAT ATLANTIC & PACIFIC TEA
   COMPANY, INC., et al.[1],

            Debtors.

-----------------------------------------------------------------x

**Chapter 11
Case No. 15-23007 (RDD)**

**Jointly Administered**

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF ALL PLEADINGS AND DOCUMENTS

**TO THE CLERK OF THE COURT AND ALL PARTIES:**

    **PLEASE TAKE NOTICE** that, pursuant to the Federal Rule of Bankruptcy Procedure 9010(b), §1109(b) of the Bankruptcy Code, and Local Rule 9010-3, the undersigned hereby appears as counsel for Gordon Brothers Retail Partners, LLC ("Gordon Brothers"), a party-in-interest in the above captioned case.

    **PLEASE TAKE FURTHER NOTICE** that, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, 4001, 9007 and 9010 and §§ 342 and 1109(b) of the Bankruptcy Code, the undersigned, on behalf of the Gordon Brothers, hereby requests that all documents filed with Bankruptcy Court in the above-captioned case and all notices given or required to be given in this matter, be given and served upon the following, and that appropriate entry thereof be made on the Clerk's creditor matrix in this matter:

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: 2008 Broadway, Inc. (0986); The Great Atlantic & Pacific Tea Company, Inc. (0974); A&P Live Better, LLC (0799); A&P Real Property, LLC (0973); APW Supermarket Corporation (7132); APW Supermarkets, Inc. (9509); Borman's, Inc. (9761); Delaware County Dairies, Inc. (7090); Food Basics, Inc. (1210); Kwik Save Inc. (8636); McLean Avenue Plaza Corp. (5227); Montvale Holdings, Inc. (6664); Montvale-Para Holdings, Inc. (2947); Onpoint, Inc. (6589); Pathmark Stores, Inc. (9612); Plainbridge LLC (5965); Shopwell, Inc.(3304); Super Fresh Food Markets, Inc. (2491); The Old Wine Emporium of Westport, Inc. (0724); Tradewell Foods of Conn., Inc. (5748); and Waldbaum, Inc. (8599). The international subsidiaries of The Great Atlantic & Pacific Tea Company, Inc. are not debtors in these chapter 11 cases. The location of the Debtors' corporate headquarters is Two Paragon Drive, Montvale, New Jersey 07645.

      Steven E. Fox, Esq.
      RIEMER & BRAUNSTEIN LLP
      Times Square Tower
      Seven Times Square, Suite 2506
      New York, NY 10036
      Tel:    212-789-3100
      Fax:   212-719-0140
      Email:  sfox@riemerlaw.com

      **PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure and Bankruptcy Code provisions specified above, but also includes, without limitation, all orders, notices, hearing dates, disclosure statements, applications, motions, petitions, requests, complaints, demands, replies, answers, memoranda and briefs relating to the foregoing, and any other documents or items brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, telegraph, facsimile transmission, electronic mail or otherwise.

Dated:  New York, New York
         July 24, 2015

      Respectfully Submitted,

      **RIEMER & BRAUNSTEIN, LLP**
      *Counsel for Gordon Brothers Retail Partners, LLC*

      By:  */s/ Steven E. Fox*
           Steven E. Fox
           Times Square Tower
           Seven Times Square, Suite 2506
           New York, NY 10036
           Tel: (212) 789-3100
           Fax: (212) 719-0140

1864536.1