UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

THE GREAT ATLANTIC & PACIFIC TEA
COMPANY, INC., *et al.*,[1]

Debtors.

Chapter 11
Case No.  15-23007 (RDD)

(Jointly Administered)

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that King Kullen Grocery Co., Inc. ("King Kullen"), an interested party in the above-referenced cases, by and through its undersigned counsel, hereby enters its appearance pursuant to § 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002 and 9007 and § 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings in these cases be given and served upon the undersigned counsel at the following addresses and telephone numbers:

**BOND, SCHOENECK & KING, PLLC**
**Stephen A. Donato, Esq.**
**One Lincoln Center, 18th Floor**
**Syracuse, New York 13202**
**Tel.: (315) 218-8000**
**Fax: (315) 218-8100**
**sdonato@bsk.com**

**and**

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows:  2008 Broadway, Inc. (0986); The Great Atlantic & Pacific Tea Company, Inc. (0974); A&P Live Better, LLC (0799); A&P Real Property, LLC (0973); APW Supermarket Corporation (7132); APW Supermarkets, Inc. (9509); Borman's, Inc. (9761); Delaware County Dairies, Inc. (7090); Food Basics, Inc. (1210); Kwik Save Inc. (8636); McLean Avenue Plaza Corp. (5227); Montvale Holdings, Inc. (6664); Montvale-Para Holdings, Inc. (2947); Onpoint, Inc. (6589); Pathmark Stores, Inc. (9612); Plainbridge LLC (5965); Shopwell, Inc. (3304); Super Fresh Food Markets, Inc. (2491); The Old Wine Emporium of Westport, Inc. (0724); Tradewell Foods of Conn., Inc. (5748); and Waldbaum, Inc. (8599).  The international subsidiaries of The Great Atlantic & Pacific Tea Company, Inc. are not debtors in these chapter 11 cases.  The location of the Debtors' corporate headquarters is Two Paragon Drive, Montvale, New Jersey 07645.

**BOND, SCHOENECK & KING, PLLC**
**Bernard P. Kennedy, Esq.**
**1010 Franklin Avenue, Suite 200**
**Garden City, New York 11530**
**Tel.:  (516) 267-6300**
**Fax:  (516) 267-6301**
**bkennedy@bsk.com**

**PLEASE TAKE FURTHER NOTICE**, that pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or given with regard to the referenced cases and the proceedings herein.

**PLEASE TAKE FURTHER NOTICE**, that the undersigned hereby requests that the names and addresses set forth herein be added to the creditor list or mailing matrix in these cases.

**PLEASE TAKE FURTHER NOTICE**, that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive King Kullen's (i) right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge; and (ii) right to trial by jury and any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which King Kullen is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments expressly are reserved.  This Notice of Appearance is not intended, and shall not be deemed, to be a consent by King Kullen to the jurisdiction of this

2536763.1 7/21/2015

Court or any other court with respect to proceedings, if any, commenced in any case against or

otherwise involving King Kullen.


Dated: July 27, 2015                    **BOND, SCHOENECK & KING, PLLC**
        Syracuse, New York


                                By:        /s/  Stephen A. Donato
                                    Stephen A. Donato, Esq.
                                    *Attorneys for King Kullen Grocery Co., Inc.*
                                    Office and Post Office Address
                                    One Lincoln Center, 18th Floor
                                    Syracuse, New York 13202
                                    Telephone:  (315) 218-8000
                                    Facsimile:  (315) 218-8100
                                    Email: sdonato@bsk.com

2536763.1 7/21/2015