KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia  30309-4530
(404) 815-6500 (Telephone)
(404) 815-6555 (Facsimile)
Paul M. Rosenblatt, Esq.

*Counsel for Flowers Foods, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC.,** *et al.*, [1] | **Case No. 15-23007 (RDD)** |
| | **Jointly Administered** |
| **Debtors.** / | |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND PLEADINGS**

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of Title 11 of the United States Code, Flowers Foods, Inc. ("Flowers"), by and through its undersigned counsel, Kilpatrick Townsend & Stockton LLP, hereby requests that all notices given or required to be given in the above-captioned cases, and all papers served or required to be served in these cases, be given to and served upon the following:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: 2008 Broadway, Inc. (0986); The Great Atlantic & Pacific Tea Company, Inc. (0974); A&P Live Better, LLC (0799); A&P Real Property, LLC (0973); APW Supermarket Corporation (7132); APW Supermarkets, Inc. (9509); Borman's, Inc. (9761); Delaware County Dairies, Inc. (7090); Food Basics, Inc. (1210); Kwik Save Inc. (8636); McLean Avenue Plaza Corp. (5227); Montvale Holdings, Inc. (6664); Montvale-Para Holdings, Inc. (2947); Onpoint, Inc. (6589); Pathmark Stores, Inc. (9612); Plainbridge LLC (5965); Shopwell, Inc.(3304); Super Fresh Food Markets, Inc. (2491); The Old Wine Emporium of Westport, Inc. (0724); Tradewell Foods of Conn., Inc. (5748); and Waldbaum, Inc. (8599). The international subsidiaries of The Great Atlantic & Pacific Tea Company, Inc. are not debtors in these chapter 11 cases. The location of the Debtors' corporate headquarters is Two Paragon Drive, Montvale, New Jersey 07645.

US2000 13323100 1

15-23007-rdd    Doc 182    Filed 07/27/15    Entered 07/27/15 12:48:57    Main Document
 Pg 2 of 4

Paul M. Rosenblatt, Esq.
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia  30309
Telephone:  (404) 815-6500
Facsimile:  (404) 815-6555
Email:  prosenblatt@kilpatricktownsend.com

**PLEASE TAKE FURTHER NOTICE** that this request (the "Request") constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex or otherwise, that affects or seeks to affect in any way any rights or interests of any creditor or party in interest in these cases, with respect to: (i) the above-captioned debtors (the "Debtors"); (ii) property of the Debtors' estate, or proceeds thereof, in which the Debtors may claim an interest; or (iii) property or proceeds thereof in possession, custody or control of others that the Debtors may seek to use.

**PLEASE TAKE FURTHER NOTICE** that neither this Request nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive (i) Flowers' right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) Flowers' right to trial by jury in any proceeding so triable in any case, controversy or adversary proceeding; (iii) Flowers' right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs,

2

or recoupments to which Flowers is or may be entitled under any agreement(s), in law or in equity, all of which rights, claims, actions, setoffs, and recoupments are expressly reserved.

| | |
|---|---|
| Dated: July 27, 2015 | KILPATRICK TOWNSEND & STOCKTON LLP |
| | /s/ Paul M. Rosenblatt |
| | Paul M. Rosenblatt, Esq. |
| | 1100 Peachtree Street, Suite 2800 |
| | Atlanta, Georgia  30309-4530 |
| | (404) 815-6500 (Telephone) |
| | (404) 815-6555 (Facsimile) |
| | prosenblatt@kilpatricktownsend.com |
| | *Counsel for Flowers Foods, Inc.* |

US2000 13323100 1

# CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2015, a true and exact copy of the foregoing **Notice of Appearance and Request for Service of Notices and Pleadings** was filed electronically with the Clerk of the Court using the CM/ECF system which in turn will send notification of such filing to all interested parties of record.

/s/   Paul M. Rosenblatt
Paul M. Rosenblatt