ARNALL GOLDEN GREGORY LLP
171 17th Street N.W., Suite 2100
Atlanta, Georgia 30363-1031
(404) 873-8500
Darryl S. Laddin (DL-5130)
Frank N. White

*Attorneys for Sysco Metro New York, LLC*

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC., et al,<br><br>Debtors. | Case No. 15-23007<br><br>Chapter 11 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that the law firm of Arnall Golden Gregory LLP ("AGG"), acting by and through attorneys Darryl S. Laddin and Frank N. White, represents Sysco Metro New York, LLC ("Sysco"), a creditor herein.

The undersigned law firm and attorneys hereby enter their appearance pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b) and request copies of all notices and pleadings pursuant to Bankruptcy Rules 2002 and 3017. All such notices should be addressed as follows:

>Darryl S. Laddin, Esq.
>Frank N. White, Esq.
>Arnall Golden Gregory LLP
>171 17th Street, NW, Suite 2100
>Atlanta, Georgia  30363-1031
>Email: darryl.laddin@agg.com
>           frank.white@agg.com

7896818v1

PLEASE TAKE FURTHER NOTICE THAT, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above but also includes, without limitation, any other notice, application, complaint, demand, motion, petition, monthly operating report, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to these cases and any proceedings therein.

This Notice of Appearance and Request for Notices shall not be deemed or construed to be a waiver of Sysco's rights (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) to trial by jury in any proceeding so triable in this cases or in any case, controversy, or proceeding related to this case, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) of any other rights, claims, actions, setoffs, or recoupments to Sysco is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Sysco expressly reserves.

Respectfully submitted this 27th day of July 2015.

                                                ARNALL GOLDEN GREGORY LLP

                                                */s/ Darryl S. Laddin*
                                                Darryl S. Laddin (DL-5130)
                                                Frank N. White (GA Bar #753377)
                                                171 17th Street, NW, Suite 2100
                                                Atlanta, Georgia  30363-1031
                                                Telephone:  404.873.8500
                                                Fax:  404.873.8501
                                                darryl.laddin@agg.com
                                                frank.white@agg.com

                                                *Attorneys for Sysco*

# CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of July 2015, a true and correct copy of the foregoing *Notice of Appearance and Request for Notices* was placed in an envelope bearing sufficient postage thereon to ensure delivery and deposited in the U.S. Mail, addressed to the following:

| | |
|---|---|
| Garrett A. Fail, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Brian Shoichi Masumoto, Esq.<br>Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 |
| Ray C Schrock, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Robert J. Feinstein, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue, 36th Floor<br>New York, NY 10017-2024 |
| Prime Clerk LLC<br>830 Third Avenue, 9th Floor<br>New York, NY 10022 | |

Dated: July 27, 2015

*/s/ Frank N. White*
Frank N. White

7896818v1