UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:                                                    :   Chapter 11
                                                          :
THE GREAT ATLANTIC & PACIFIC TEA        : :   Case No. 15-23007 (RDD)
COMPANY, INC., *et al.*                              :
                                                          :
              Debtor.                                   :

---

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES
## AND SERVICE OF PAPERS OF NEW HOPE CENTER, LP

NOTICE IS HEREBY GIVEN pursuant to Rules 9010 and 2002 of the Federal Rules of

Bankruptcy Procedure that Curtin & Heefner LLP hereby appears on behalf of New Hope Center,

LP.

PLEASE TAKE NOTICE that New Hope Center, LP, a creditor and a party in interest, and

the landlord for Debtor's facility:

> Store #025-5718
> 322 West Bridge Street
> New Hope, Pennsylvania

hereby requests, through Curtin & Heefner LLP, its undersigned counsel, in accordance with

Bankruptcy Rules 2002, 9007, 9010, 9013 and 9014 and the Bankruptcy Code that all notices given

or required to be given in these proceedings and all papers served or required to be served in these

proceedings be served upon:

> CURTIN & HEEFNER LLP
> Robert Szwajkos, Esquire
> 250 N. Pennsylvania Avenue
> Morrisville, PA 19067
> Telephone:      215-736-2521
> Facsimile:      215-736-3647
> rsz@curtinheefner.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices

1511003.1/44581

and papers referred to in the Bankruptcy Rules specified above, but also includes, without

limitation, orders and notices of any petition, application, complaint, demand, motion, pleading or

request, whether formal or informal, written or oral, transmitted or conveyed by mail, delivery,

telephone, telegraph, telex, telecopy or otherwise.

CURTIN & HEEFNER LLP

By:    /s/ *Robert Szwajkos*
Robert Szwajkos, Esq.
250 N. Pennsylvania Avenue
Morrisville, PA 19067
Telephone:    215-736-2521
Facsimile:    215-736-3647
Attorneys for New Hope Center, LP

Dated: July 28, 2015

1511003.1/44581