**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

| | |
|---|---|
| In re: | Case No. 15-23007 (RDD) |
| | (Jointly Administered) |
| THE GREAT ATLANTIC & PACIFIC TEA | Chapter 11 |
| COMPANY, INC., et al., | |
| Debtors. | |

-------------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the following attorney, of the firm Trenk, DiPasquale,

Della Fera & Sodono, P.C., hereby appears as counsel to creditor A & R, L.L.C.:

Adam D. Wolper, Esq.
Trenk, DiPasquale, Della Fera & Sodono, P.C.
347 Mount Pleasant Avenue, Suite 300
West Orange, New Jersey 07052
Telephone No.: (973) 243-8600
Telecopy No.: (973) 243-8677
email: awolper@trenklawfirm.com

**REQUEST IS HEREBY MADE** pursuant to Bankruptcy Rules 2002 and 9010 that all

notices given or required to be given in this case, and all papers, pleadings, motions, or

applications served or required to be served in this case or any adversary proceeding filed in

connection therewith, shall be directed to and served upon the above-referenced counsel.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the

notices and papers filed in the case specified above, but also includes, without limitation, orders

and notices of any application, motion, petition, pleading, request, suggestion, complaint or

demand, whether formal or informal, whether written or oral, and whether transmitted and

conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which may affect or seek to

affect in any way the rights or interests of A & R, L.L.C. with respect to the Debtors or the

property or proceeds in which the Debtors may claim an interest.

> TRENK, DIPASQUALE,
> DELLA FERA & SODONO, P.C.
> 347 Mount Pleasant Avenue, Suite 300
> West Orange, New Jersey 07052
> (973) 243-8600
> Adam D. Wolper
> *Attorneys for A & R, L.L.C.*

> By: _____ /s/ *Adam D. Wolper* _____
> Adam D. Wolper

Dated: July 28, 2015