Jeffrey A. Wurst
RUSKIN MOSCOU FALTISCHEK, P.C.
1425 RXR Plaza
East Tower, 15th Floor
Uniondale, New York 11556-1425
(516) 663-6600

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

In re:

                Chapter 11

The Great Atlantic & Pacific Tea Company, Inc.        Case No.: 15-23007

            Debtor.

---------------------------------------------------------------X

### NOTICE OF APPEARANCE AND
### DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Ruskin Moscou Faltischek, P.C. ("RMF") hereby appears on as counsel on behalf of Jesco Co., pursuant to Rules 2002, 2018, 4001, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, demands that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon RMF at the following address:

        Jeffrey A. Wurst, Esq.
        Ruskin Moscou Faltischek, P.C.
        East Tower, 15th Floor
        1425 RXR Plaza
        Uniondale, NY 11556-1425
        (516) 663-6535
        E-mail: jwurst@rmfpc.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, electronic mail or otherwise, which affect or seeks to affect in any way, any rights, claims or interests of the Debtor.

PLEASE TAKE FURTHER NOTICE that neither this notice, any subsequent appearance (by pleading or otherwise), nor any participation in or in connection with the Debtor's Chapter 11 case is intended to be, or shall be construed as, a waiver of Jesco's (i) right to have final orders in non-core matters entered only after de novo by a District Court judge; (ii) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related thereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments, all of which rights, actions, setoff, defenses, and recoupments are expressly reserved.

Dated: Uniondale, New York
July 28, 2015

        RUSKIN MOSCOU FALTISCHEK, P.C.

        By:     /s/ Jeffrey A. Wurst
        Jeffrey A. Wurst
        East Tower, 15th Floor
        1425 RXR Plaza
        Uniondale, NY 11556-1425
        (516) 663-6600