**KLESTADT WINTERS JURELLER**
  **SOUTHARD & STEVENS, LLP**
570 Seventh Avenue, 17th Floor
New York, NY 10018
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Tracy L. Klestadt
Lauren C. Kiss

*Counsel to Bogopa Service Corp.*
  *d/b/a Food Bazaar Supermarket*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------x
In re                                            :
                                                 :      Chapter 11
THE GREAT ATLANTIC & PACIFIC TEA      :
COMPANY, INC., *et al.*,                         :      Case No. 15-23007 (RDD)
                                                 :
                    Debtors.                     :      (Jointly Administered)
                                                 :
----------------------------------------------------------x

## NOTICE OF APPEARANCE OF KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP FOR BOGOPA SERVICE CORP. D/B/A FOOD BAZAAR SUPERMARKET PURSUANT TO BANKRUPTCY RULE 9010 AND DEMAND FOR <u>SERVICE OF ALL NOTICES PURSUANT TO BANKRUPTCY RULE 2002</u>

**NOTICE IS HEREBY GIVEN,** pursuant to Rule 9010 of the Federal Rules of

Bankruptcy Procedure that Klestadt Winters Jureller Southard & Stevens, LLP appears for and

on behalf of Bogopa Service Corp. d/b/a Food Bazaar Supermarket in the above-captioned

bankruptcy cases.

**NOTICE IS FURTHER GIVEN,** that pursuant Rule 2002 to the Federal Rules of

Bankruptcy Procedure, it is requested that all notices given or required to be given in these

Chapter 11 cases, including but not limited to all papers filed and served in all adversary

proceedings in these cases and all notices mailed to any statutory committees or their authorized

agents, be given to and served upon:

Klestadt Winters Jureller Southard & Stevens, LLP
570 Seventh Avenue, 17th Floor
New York, NY 10018
Attn: Tracy L. Klestadt
Lauren C. Kiss
(212) 972-3000
tklestadt@klestadt.com
lkiss@klestadt.com

**NOTICE IS FURTHER GIVEN,** that the foregoing request includes not only notices and papers referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure, but also includes, without limitation, orders and notices of applications, motions, petitions, pleadings, requests, complaints or demands, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise that affects the above-named debtors or debtors in possession, or the property of such debtors or the debtors' estates.

Dated: New York, New York
July 28, 2015

KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP

By:*/s/ Tracy L. Klestadt*
Tracy L. Klestadt
Lauren C. Kiss
570 Seventh Avenue, 17th Floor
New York, NY 10018
Tel:  (212) 972-3000
Fax:  (212) 972-2245
tklestadt@klestadt.com
lkiss@klestadt.com

*Counsel to Bogopa Service Corp.
d/b/a Food Bazaar Supermarket*