SALON MARROW DYCKMAN NEWMAN & BROUDY
292 Madison Avenue
New York, New York, 10017
Telephone 212-661-7100
Facsimile 212-661-3339

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:

THE GREAT ATLANTIC & PACIFIC TEA
COMPANY, INC., et al.

    Debtors,
-----------------------------------------------------------------X

Chapter 11

Case No. 15-23007 (RDD)

(Joint Administration Pending)

NOTICE OF APPEARANCE BY COUNSEL
AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE, that pursuant to Section 1009 of the Bankruptcy Code, and Bankruptcy Rule 9010, the law firm of Salon Marrow Dyckman Newman & Broudy, LLP, hereby enters a Notice of Appearance as counsel for Plymouth Rock Energy LLC, NY, a party in interest, and pursuant to Bankruptcy Rules 2002, hereby requests that all notices, given or required to be given, including all papers, pleadings and correspondence served or required to be served in this case, or any related proceeding, be served upon the undersigned.

PLEASE TAKE FURTHER NOTICE, that the Clerk is requested to place the undersigned's name and address on any existing or to be created mailing matrix and or list of creditors.

Dated: New York, New York
July 28, 2015

                              SALON MARROW DYCKMAN NEWMAN & BROUDY
                              By: John Paul Fulco, P.C.

                         By:_____
                            John Paul Fulco
                            292 Madison Avenue
                            New York, New York 10017
                            Telephone 212-661-7100
                            Facsimile 212-661-3339