CHIESA SHAHINIAN & GIANTOMASI PC
One Boland Drive
West Orange, New Jersey 07052
Scott A. Zuber, Esq.
Telephone: (973) 325-1500
Facsimile: (973) 325-1501
E-Mail: szuber@csglaw.com

*Attorneys for ParMed Pharmaceuticals, LLC,
as subsidiary of Cardinal Health, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC., et al., | Case No. 15-23007 (RDD) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE OF APPEARANCE AND REQUEST FOR
SPECIAL NOTICE AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, creditor ***ParMed Pharmaceuticals, LLC, as subsidiary of Cardinal Health, Inc.***, through its attorneys, Chiesa Shahinian & Giantomasi PC, appears in the above-captioned case and requests that all notices given or required to be given, and all papers served or required to be served in this case, be given to and served upon the following:

CHIESA SHAHINIAN & GIANTOMASI PC
One Boland Drive
West Orange, New Jersey 07052
Attn: Scott A. Zuber, Esq.
Tel:    (973) 530-2046
Fax:    (973) 530-2246
E-Mail:  szuber@csglaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes notices and papers referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure and pursuant to Section 1109(b) of the Bankruptcy Code, also includes, without limitation, any notice of any

5399162.1

orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier or otherwise, which affects or seeks to affect in any way any rights or interests of any creditor, equity security holder, party in interest, and/or other person or entity.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is expressly without prejudice to any objection that may be made to the subject matter jurisdiction of the Court and shall not be deemed or construed to be a waiver of any objection thereto nor shall it be deemed or construed to submit ***ParMed Pharmaceuticals, LLC, as subsidiary of Cardinal Health, Inc.,*** to the jurisdiction of the Court and it is without prejudice to its rights, remedies and claims against other entities. This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the right: (1) to have final orders in non-core matters entered only after de novo review by a District Court judge; (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; or (3) to have the District Court withdraw the reference in any subject to mandatory or discretionary withdrawal. All rights, remedies, claims, actions, setoffs or recoupments to which ***ParMed Pharmaceuticals, LLC, as subsidiary of Cardinal Health, Inc.,*** is or may be entitled are hereby expressly reserved including, without limitation, the making of a motion to dismiss, to seek abstention or to seek withdrawal of the case or a proceeding therein.

Dated: July 29, 2015

                                              CHIESA SHAHINIAN & GIANTOMASI PC

By:    /s/ Scott A. Zuber
           SCOTT A. ZUBER, ESQ.
           szuber@csglaw.com
           One Boland Drive
           West Orange, New Jersey 07052
           Tel: (973) 530-2046/Fax: (973) 530-2246
           *Attorneys for ParMed Pharmaceuticals,*
           *LLC, as subsidiary of Cardinal Health, Inc.*