IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC., et al.<br><br>Debtor. | Chapter 11<br><br>Case No. 15-23007 (RDD) |

### REQUEST FOR NOTICE AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that LEO D. PLOTKIN, counsel for interested party, hereby requests, pursuant to the provisions of 11 U.S.C. § 102(1) and 342 and Bankruptcy Rules 2002 and 9007, that all notices given or required to be given, and all papers served or required to be served, in this case, be provided to and served upon the following attorneys at the address set forth below:

**LEVY, SMALL & LALLAS**
A Partnership Including Professional Corporations
815 Moraga Drive
Los Angeles, CA 90012
Telephone: (310) 471-3000
Facsimile: (310) 471-7990
Email: lplotkin@lsl-la.com
ATTENTION: LEO D. PLOTKIN, ESQ.

PLEASE TAKE FURTHER NOTICE, that pursuant to the provisions of 11 U.S.C. § 1109(b), the foregoing request includes not only the papers referred to in the rules specified hereinabove, but also includes, without limitation, orders and notices of any petition, pleading, complaint, hearing, application, motion, request for demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph,

1

telex, telecopy or otherwise, which affect or seek to affect in any way rights or interests of interested parties.

      PLEASE TAKE FURTHER NOTICE, that as provided in Bankruptcy Rule 3017(a), interested party requests that the undersigned be provided with copies of any and all disclosure statements and plans of reorganization.

Respectfully submitted,

Dated: July 29, 2015
      Los Angeles, California

LEO D. PLOTKIN

/s/ Leo D. Plotkin
Leo D. Plotkin, Esq.
LEVY, SMALL & LALLAS
A Partnership Including Professional
  Corporations
815 Moraga Drive
Los Angeles, CA 90049-1633
Telephone: (310) 471-3000
Facsimile: (310) 471-7990
lplotkin@lsl-la.com

Counsel for Interested Party

31589