To: "Eddie_Andino

From: Kevin
Date: 07/30/2015 08:41AM
Subject: A&P Bankruptcy and insurance company's non payment

Good Morning Mr.Andino & Judge Drain.
As you may well know A&P has filed for Chapter 11. I would like to contact Judge Drain and felt this would be the best way possible, since I'm sitting at home disabled from my job.
Currently I'm employed with Waldbaums and hold the job title as a department manager in Massapequa Park, NY. I've been out of work since 6-/11/2015. Waldbaums Insurance Company Gallagher Bassett has paid me lost wages for the first month and now is denying thousands of disabled workers and along with myself lost wages as of last week. At this time I don't have representation, but I do know Workmens Compensation is a right, and illegal for an insurance company to deny its covered employees. I don't know where else to go your honor. I've called Gallagher Bassett, Human Resources, My Union Rep., WCB, and I'm not getting any kind of straight answer.
I'm asking you as an Citizen of the United States, a Tax Payer, and as a man just trying to provide for loved ones, please look into this. I'm sure you might have already and I know there's so much going on. I just don't know where and who to turn too. I'm not asking for any information your honor, I'm just asking if disabled workers are being taken care of during this process.
I feel left out and having a hard time knowing if I'm going to be able to make payments to my creditors and being able to make payments to run the home I live in.
I appreciate the time you took to read this, and hopefully everything will be resolved. Thank you.
Sincerely,
Kevin Baiko


Sent from my iPhone