**SCHEDULE A**

| Property | Address | Landord |
|---|---|---|
| Closter | 396 Demarest Avenue<br>Closter, NJ 07624 | Closter-Grocery, LLC<br>Closter-Multi Owner-Grocery, LLC |
| East Meadow | 1530 Front Street<br>East Meadow, NY 11554 | NW-East Meadow Grocery, LLC<br>Benenson East Meadow, LLC |
| Greenwich | 160 West Putnam Avenue<br>Greenwich, CT 06830 | Greenwich Grocery Owners, LLC<br>Benenson Greenwich Grocery, LLC |
| Kenilworth | 801 Kenilworth Blvd.<br>Kenilworth, NJ 07033 | Kenilworth-Grocery, LLC<br>Benenson Kenilworth, LLC |
| Midland Park | 136 Lake Avenue<br>Midland Park, NJ  07432 | NW-Midland Park Grocery, LLC<br>GVD Commercial Properties, Inc. |
| New Cannaan | 288 Elm Sreet<br>New Canaan, CT 06840 | New Canaan-Grocery, LLC |
| Howard Beach | 15601 Cross Bay Boulevard<br>Howard Beach, NY | Benenson Howard Beach, LLC |
| Belle Harbor | 112-115 Beach Channel Drive<br>Belle Harbor, NY | Benenson Belle Harbor, LLC |
| Rock Springs | 400 N Center St<br>Rock Springs, WY | 400 N Center St Co. LLC |