Hearing Date: August 10, 2015
Objection Date: August 3, 2015

Weiss, Zarett, Brofman & Sonnenklar, P.C.
*Attorneys for South-Whit Shopping Center Associates*
3333 New Hyde Park Road, Suite 211
New Hyde Park, NY 11042
516.627.7000
Michael D. Brofman, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                                    Chapter 11

THE GREAT ATLANTIC & PACIFIC TEA
COMPANY, INC., *et al.,*                                  Case No. 15-23007-rdd
                                                          (Jointly Administered)
                    Debtors.
-----------------------------------------------------------------

**JOINDER OF SOUTH-WHIT SHOPPING CENTER ASSOCIATES
TO LIMITED OBJECTION OF CERTAIN OTHER LANDLORDS
TO MOTION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 105, 363
AND 365 AND FED. R. BANKR. P. 2002, 6004 AND 6006 FOR APPROVAL
OF GLOBAL SALE AND LEASE RATIONALIZATION PROCEDURES**

SOUTH-WHIT SHOPPING CENTER ASSOCIATES ("South-Whit") by and through its attorney Weiss, Zarett, Brofman & Sonnenklar, P.C., joins in the Limited Objection by certain landlords to *Motion of Debtors Pursuant to 11 U.S.C. §§ 105, 363 and 365 and Fed. R. Bankr. P. 2002, 6004 and 6006 for Approval of Global Sale and Lease Rationalization Procedures* ("Motion") **[Docket No. 27)]** (the "Limited Objection") and further avers as follows:

**BACKGROUND**

1.    South-Whit is the landlord and Debtor is the tenant under that certain lease dated May 30, 1979 (the "South-Whit Lease") under which the Debtor occupies a portion of the shopping center (the "Premises") located at Fourth Street and Oregon Avenue in Philadelphia, Pennsylvania.

2. The South-Whit Lease was previously assumed in the prior chapter 11 case by the prior debtors pursuant to Order dated August 31, 2011 and assigned in accordance with the terms of the previously confirmed Plan. The South-Whit Lease has been designated by the Debtors as a Tier II lease.

3. South-Whit does not object to the Debtors conducting a sale of Tier II lease, but it does object to certain provisions in the proposed procedures for such sale.

4. Accordingly, South-Whit joins in the Limited Objection filed on behalf of Brixmore Properties Group *et. al.* **[Doc. 255]** including the reservation of rights contained therein. Further, South-Whit reserves the right to join in the objections of other similarly situated Tier II landlords.

WHEREFORE, South-Whit Shopping Center Associates requests that the procedures as set forth in the Motion be modified accordingly.

Dated: New Hyde Park, New York
August 3, 2015

                                             Respectfully submitted,

                                             WEISS, ZARETT, BROFMAN & SONNENKLAR, P.C.
*Attorneys for South-Whit Shopping Center Associates*

By: *s/ Michael D. Brofman*
     Michael D. Brofman, Esq.
     3333 New Hyde Park Road, Suite 211
     New Hyde Park, NY  11042
     Telephone:  (516) 627-7000
     Facsimile: (516) 877-1172
     Email: mbrofman@weisszarett.com