Hearing Date and Time: August 10, 2015 at 10:00 a.m.
Objection Deadline: August 3, 2015 at 5:00 p.m.

**Rubin LLC**
**345 Seventh Avenue, 21st Floor**
**New York, New York 10001**
**Tel:  212. 390.8054**
**Fax: 212.390.8064**
**E-mail:  prubin@rubinlawllc.com**
**Paul A. Rubin**

*Counsel for F.I. Associates, Harwill Homes, Inc., Bernards Plaza Associates, LLC, and Old Bridge Plaza Associates, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **The Great Atlantic & Pacific Tea Company, Inc., et al.,** | : | Case No. 15-23007 – RDD |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

---------------------------------------------------------x

**JOINDER OF F.I. ASSOCIATES, HARWILL HOMES, INC., BERNARDS PLAZA ASSOCIATES, LLC, AND OLD BRIDGE PLAZA ASSOCIATES, LLC TO (I) LIMITED OBJECTION TO THE DEBTORS' MOTION PURSUANT TO SECTIONS 105, 363, AND 365 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 6004 AND 6006 FOR APPROVAL OF GLOBAL SALE AND LEASE RATIONALIZATION PROCEDURES AND (II) LIMITED OBJECTION TO OMNIBUS MOTION OF DEBTORS PURSUANT TO 11 U.S.C. § 365, FED. R. BANKR. P. 6006 AND LOCAL RULE 6006-1 TO REJECT CERTAIN UNEXPIRED LEASES AND RELATED SUBLEASES OF NON-RESIDENTIAL REAL PROPERTY**

F.I. Associates, Harwill Homes, Inc., Bernards Plaza Associates, LLC, and Old Bridge Plaza Associates, LLC, (collectively, the "Landlords"), each of which is a party to pre-petition lease of non-residential property with a Debtor or its predecessor-in-interest, hereby join and incorporate herein by reference the Limited Objection of The Brixmor Properties Group, DLC Management Corp., Federal Realty Investment Trust, The Prudential Insurance Company of America, Acadia Realty Trust, and Alecta Real Estate Investments, LLC to the Debtors' Motion

Pursuant to Sections 105, 363, and 365 of the Bankruptcy Code and Bankruptcy Rules 6004 and 6006 for Approval of Global Sale and Lease Rationalization Procedures (Docket No. 255) (the "Limited Objection to Lease Procedures Motion").

The Landlords respectfully request that the lease rationalization procedures be modified as set forth in the Limited Objection to Lease Procedures Motion.  The Landlords also join in any and all other objections to the Debtors' lease procedures motion filed by other parties-in-interest to the extent such objections are consistent with that objection.

Furthermore, Old Bridge Plaza Associates, LLC ("Old Bridge") hereby joins and incorporates herein by reference the Limited Objection of Jay Birnbaum – Cherry Hill LLC and ILF-Cherry Hill, LLC to the Omnibus Motion of Debtors Pursuant to 11 U.S.C. § 365, Fed. R. Bankr. P. 6006, and Local Rule 6006-1 to Reject Certain Unexpired Leases and Related Subleases of Non-Residential Real Property [Docket. No. 261] (the "Limited Objection to Lease Rejection Motion").  Old Bridge respectfully requests that any order granting Debtors' motion (Docket No. 173) be modified as set forth in the Limited Objection to Lease Rejection Motion.  Old Bridge also joins in any and all other objections to said motion filed by other parties in interest to the extent such objections are consistent with that objection.

| | |
|---|---|
| Dated:  New York, New York<br>August 3, 2015 | RUBIN LLC<br><br>By:\s\ Paul A. Rubin<br>     Paul A. Rubin<br><br>345 Seventh Avenue, 21st Floor<br>New York, New York 10001<br>Tel: 212.390.8054<br>Fax: 212.390.8064<br>prubin@rubinlawllc.com<br><br>*Counsel for F.I. Associates, Harwill Homes, Inc., Bernards Plaza Associates, LLC, and Old Bridge Plaza Associates, LLC* |

## Certificate of Service

    I hereby certify that on August 3, 2015, I caused a true and correct copy of the foregoing Joinder to be served upon the parties at the addresses set forth on the following service list via U.S. Mail, postage prepaid.

Dated: New York, New York
    August 3, 2015

              \s\ Paul A. Rubin
              Paul A. Rubin

### Service List

| | |
|---|---|
| Garrett A Fail, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Brian Shoichi Masumoto, Esq.<br>Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 |
| Ray C. Schrock, Esq.<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Robert J. Feinstein, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue, 36th Floor<br>New York, NY 10017 |
| Prime Clerk LLC<br>830 Third Avenue, 9th Floor<br>New York, NY 10022 | |