UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
                                                           :
In re                                                      :          Chapter 11
                                                           :
THE GREAT ATLANTIC & PACIFIC TEA                           :          Case No. 15-23007 (RDD)
COMPANY, INC. *et al.*,                                    :
                                                           :          Jointly Administered
                                        Debtors.           :
                                                           :
---------------------------------------------------------- x

**NOTICE OF APPOINTMENT OF CONSUMER PRIVACY OMBUDSMAN**

William K. Harrington, United States Trustee for Region 2, hereby appoints Elise

S. Frejka as Consumer Privacy Ombudsman in these cases.  Ms. Frejka's Verified

Statement is attached hereto.

This appointment is made pursuant to the Order Directing United States Trustee

to Appoint Consumer Privacy Ombudsman (ECF Doc. No. 520) entered on August 11,

2015.

Dated: New York, New York                   WILLIAM K. HARRINGTON
       August 11, 2015                      UNITED STATES TRUSTEE

                              **By:**    ***/s/ Brian S. Masumoto***
                                       Trial Attorney
                                       Office of the U.S. Trustee
                                       U.S. Federal Office Bldg.
                                       201 Varick Street, Suite 1006
                                       New York, New York 10014
                                       Tel. No. (212) 510-0500

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| THE GREAT ATLANTIC & PACIFIC TEA | : | |
| COMPANY, INC., *et al.*, | : | Case No. 15-23007 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------- X

## <u>VERIFIED STATEMENT OF ELISE S. FREJKA</u>

I, ELISE S. FREJKA hereby verify, pursuant to Bankruptcy Rule 6004(g)(2), that I have no connections with either (i) the entities on the list appended as **Exhibit 1** to this Statement or (ii) certain entities identified by counsel to the Debtors' that submitted bids in connection with the proposed sale of the Debtors' assets except as follows**:**

   **NONE**

I declare under penalty of perjury that the foregoing is true and correct.

Date:  August 5, 2015

**ELISE S. FREJKA**

## EXHIBIT 1

### Potential Parties-in-Interest

#### The Debtors

2008 Broadway, Inc.
The Great Atlantic & Pacific Tea Company, Inc.
A&P Live Better
A&P Real Property
APW Supermarket Corp.
APW Supermarkets, Inc.
Borman's, Inc.
Delaware County Dairies, Inc.
Food Basics, Inc.
Kwik Save Inc.
McLean Avenue Plaza Corp.
Montvale Holdings, Inc.
Montvale-Para Holdings, Inc.
Onpoint, Inc.
Pathmark Stores, Inc.
Plainbridge, LLC
Shopwell, Inc.
Super Fresh Food Markets, Inc.
The Old Wine Emporium of Westport, Inc.
Tradewell Foods of Conn., Inc.
Waldbaum, Inc.

#### Affiliate Companies

Atlantic Choice Insurance & Indemnity, Inc.
MacDade Boulevard Stuart, LLC
St. Pancras Too, Limited
A&P Bermuda

#### Other Trade Names in the Last 8 Years

A&P
A&P Beverage Center
A&P Fresh
A&P Fresh
A&P Fresh Market
A&P Super Foodmart
A&P Warehouse Liquors
A&P Wines & Liquors
A&P Wines & Spirits
Best Cellars

Best Cellars at A&P
Best Cellars By A&P
Community Supermarket Corporation
Daitch Crystal Dairies, Inc.
Dominion
Farmer Jack
Food Basics
Food Emporium
Food Mart
Glenholden Stuart, Inc.
Hamilton Property I, Inc.
Kohl's
Liquor Basics
Live Better! Pharmacy
Lo-Lo Discount Stores, Inc.
New Pathmark Central Corp.
Pathmark
Pathmark Food & Drug
Pathmark Food And Drugs
Pathmark Sav-A-Center
Pathmark Save-A-Center
Pathmark Super Center
Pathmark Super Center
Pathmark Super Center
Sav-A-Center
Save A Center Pathmark
Shopwell Liquors, Inc.
Sumarserve, Inc.
Super Foodmart
Super Fresh
Superfresh
Super Fresh Food Market
Super Fresh Super Store
Supermarket General Corp.
The A&P Tea Co., Inc.
The Barn Markets
The Food Emporium
The Wine Emporium, Inc.
Ultra Food & Drug
Waldbaum, Inc.
Waldbaums
Waldbaum's
Waldbaums Fresh
Waldbaums Fresh Market

## Current Officers and Directors

Paul Hertz
Christopher McGarry
Nirup Krishnamurthy
Tim Carnahan
Eric Kanterman
Brian Fitzpatrick
Richard Angelillo
Matthew Bennett
Greg Mays
Andrew Axelrod
Beau Harbour
Louis Giraudo
Thomas Secor
Steven ListTerry Wallock
Joan Baker

## Former Officers and Directors (2 year)

Ken Diehl
Po Yi Choy
Samuel Martin
Kenneth Diehl
William Barrett
Michael Mills

## Major Competitors

Stop & Shop
Giant
King Kullen
ShopRite
Trader Joes
Whole Foods
Stew Leonards
Fairway
Gristedes
D Agostinos
Hannaford
Golub
Acme
Foodtown
Wegmans
Walmart
Aldi
Costco

**Unions**

UFCW Local 464A
RWDSU Local 338
UFCW Local 1500
UFCW Local 1262
UFCW Local 342
UFCW Local 27
UFCW Local 152
UFCW Local 1776
RWDSU Local 1034
UFCW Local 371
UFCW Local 1245
SEIU Local 1199
UFCW Local 100R
UFCW International
RWDSU International

**Equity Ownership >5%**

Mount Kellett Master Fund
Yucaipa American Alliance Fund

**Professional Service Providers to the Debtors**

Weil Gotshal
FTI Consulting
Evercore
PwC
Gallagher Bassett
Towers Watson
Buck Consultants
Duff and Phelps
Great American Appraisal
FTI Appraisal
Sungard
Assessment Technologies
PRGX
Howard Martin
Prime Clerk

**Known Professional Service Providers to the non-debtor Parties-in-Interest**

Stroock, Stroock & Lavan
CDG Group
Schulte Roth & Zabel

Choate Hall & Stewart LLP

**Joint Ventures**

Arbor Drugs

**Banks**

Bank of America
Wells Fargo
PNC Bank
Citibank
Valley National Bank
Lake Region State Bank

**Revolver Creditors**

Wells Fargo Bank, National Association
Ally Bank
CIT Finance LLC
Regions Bank
RBS Citizens Business Capital, a division of RBS Asset Finance, Inc.
Siemens Financial Services, Inc.
First Niagara Commercial Finance, Inc., a wholly owned subsidiary of First Niagara Bank, N.A.

**Term Loan Tranche A**

Wells Fargo
CIT

**Term Loan Tranche B**

GB Credit Partners
TPG
Pathlight Capital
Tennenbaum Capital
Crystal Finance
Sankaty Advisors
Goldman Sachs

**12.5% SECOND LIEN PIK NOTES**

C&S Wholesale Grocers, Inc.
Goldman Sachs Palmetto ST CRDT FN LP 1R4_5
Goldman Sach TC Master Partnership LP1R4_6
Liberty Harbor Master Fund I LP R3_9
Liberty Harbor Distressed IR4_2

Liberty Harbor Master Fund I LP 1R4_4
Mount Kellett Master Fund II LP 1R4_1
Yucaipa American Alliance Fund II LP 1R4_7

### 14.0% THIRD LIEN PIK NOTES

Goldman Sachs Palmetto ST CRDT FND LP R1_5
Goldman Sachs TC Master Partnership LPR1_6
Liberty Harbor Master Fund I LP R_9
Liberty Harbor Distressed R1_2
Liberty Harbor Master Fund I LP R1_4
Mount Kellett Master Fund I LP R1_4
Yucaipa American Alliance Fund II, LP 21mmR2_7
Yucaipa American Alliance (Parallel) FD II

### Material Lienholders (Construction/Maintenance)

FacilitySource LLC

### Top Unsecured Creditors

C & S Wholesale
McKesson Drug
AFCO Credit Corporation
Gallagher Bassett Services
Imperial Bag and Paper Co
FacilitySource LLC
Coca-Cola Enterprises
Mondelez Global LLC
UFCW Union Local 464A
Western Union Financial
Entenmann's Bakery
CBA/640300532100
Haddon House Food
Garelick Farms
Frito-Lay, Inc.
Quad Graphics, Inc.
Kellermeyer Bergensons
Snapple Distributors
Consolidated Edison Co-NY
Valassis
S B Thomas Inc.
Conedison Solutions
Arnold Bakeries
UTZ Quality Foods
Wise Foods
Universal Environmental

Masters Pharmaceutical
YEC, Inc.
NebraskaLand
McKee Baking
Healthsource Distributors
PSEG Li
Stroehmann Bakeries
Lehigh Valley Dairies
Pepsi-Cola Btlng
Lami Products
CMC Food
Flowers Baking Co of Lynchburg
Dora's Naturals
Cross Bronx Plaza, LLC
Gracekennedy Foods
Pepsi-Cola-Hasbrouch
Mission Food
Manhatten Beer
Chas Freihofer Baking Co
Healthsource Distributors
Inwood Realty Group, Inc.
Nestle DSD Company Ice Cream
McKesson Pharmacy Systems
NYC Dept of Finance
Valley Pet Supply Inc.
Parmed Pharmaceuticals Inc.
Lannett Company, Inc.
Iberia Foods
Bridgemarket Associates
Drink King Distributing
Canada Dry Bottling
Connecticutt Distributors
Snyder's of Hanover
Schmidt Baking
Starbucks Coffee
Vestcom Retail
Beverage Works of NY
Tolt Solutions, Inc.
Herr's Food Inc.
KeySource Medical, Inc.
Balloons
Eli & Ali's
Tasty Baking
Brescome Barton
Kenilworh Grocery
Dynamic Disc Distributors
Peet's Coffee & Tea

Capitol Wine & Spirits
CF Foods
E & M Ice Cream, Inc.
Office Depot
Milrock Inc.
Levittown Mews Associates
Kite New Jersey
Renaissance Trading Inc.
GVD Commercial
Clare Rose
Park East, LLC
R Best Produce
G&P Warehouse
Qualitest Pharmaceuticals
Closter Grocery LLC
Schwans Consumer Brands
WIS International
Teixeira's Bakery
L&R Distributors Inc.

**<u>Taxing Authorities</u>**

Internal Revenue Service
State of Connecticut, Department of Revenue Services
Delaware Division of Revenue
Georgia Department of Revenue
Illinois Department of Revenue
Louisiana Department of Revenue
Comptroller of Maryland
Michigan Department of Treasury
State of New Jersey, Department of the Treasury
State of New Jersey, Division of Taxation
NYS Corporation Tax
NYS Sales Tax Processing
NYS Corporation Tax
NYC Department of Finance
PA Department of Revenue
PA Department of Revenue, Bureau of Business Trust Taxes
City of Philadelphia, Department of Revenue
Ridley Township
Haverford Township
Township of Lower Merion
Borough of Walnutport
Cheltenham Township Finance Officer
Township of Darby
Borough of Brookhaven
Upper Darby Township

## Licensing and Regulatory Agencies

115 12TH ST.
55 Township Road
901 Atlantc Avenue North Wildwood
Aberdeen Township
ALABAMA STATE BOARD OF PHARMACY
Alaska Board of Pharmacy
ALLIED JACKSON HEIGHTS LLC
Belleville Municipal Court
BEREAU OF FIRE CODE ENFORCEMENT
BERGENFIELD Department of Health
BERNARDS Township HEALTH DEPT.
Blairstown Municipal Court
Bloomfield Health Department
Bloomfield Township Municipal Court
Board of Pharmacy
BOONTON TOWN MUNICIPAL COURT
Borough of Allendale
Borough of Brookhaven
Borough of Closter
BOROUGH OF ELMWOOD PARK
Borough of Fanwood
Borough of Fort Lee
BOROUGH OF GARWOOD
Borough of Glen Rock
Borough of Kenilworth
BOROUGH OF METUCHEN
Borough of Montvale
Borough of New Providence
Borough of Old Tappan
BOROUGH OF PALISADES PARK
Borough of Park Ridge
BOROUGH OF TINTON FALLS
BOROUGH OF WALNUTPORT
Borough of Westwood
Borough of Woodcliff Lake
BRICK TWP. MUNICIPAL CLERK
BRONXVILLE POLICE DEPT
BUREAU OF AIR COMPLIANCE & ENFORCEMENT
BUREAU OF BUSINESS TRUST FUND TAXES
BUREAU OF FIRE CODE ENFORECMENT
Cheltenham Township Finance
CHESTER COUNTY HEALTH DEPT
CIGARETTE REGISTRATION UNIT
CITY OF DANBURY
CITY OF ELIZABETH

City of Fairfax Virginia
City of Hoboken
CITY OF JERSEY CITY
CITY OF LINDEN FIRE PREVENTION
CITY OF LONG BEACH
CITY OF NEW CASTLE
City of Newark
City of North Wildwood
CITY OF PASSAIC
City of Paterson
CITY OF PEEKSKILL
City of Philadelphia
CITY OF PHILADELPHIA DEP OF PUBLIC HEALTH
CITY OF STAMFORD
City of Yonkers
CLARKSTOWN
CLIFTON HEALTH DEPT
Clifton Municipal Court
COMMONWEALTH OF PENNSYLVANIA
Connecticut Department of Consumer Protection
Connecticut Distributors Inc.
CONNECTICUT DIV OF CONSTRUCTION SERVICES
County of Bucks
County of Essex
CT Department of Construction Services
DARBY TWP HEALTH DEPT
DELAWARE COUNTY WEIGHTS & MEASURES
Delaware Division of Reveue
DELAWARE HEALTH & SOCIAL
Denville Municipal Court
DEPARTMENT OF AGRICULTURE
Department of Consumer Protection
DEPARTMENT OF ENVIRONMENTAL PROTECTION
DEPARTMENT OF HEALTH
Department of Health and Social Services
DEPARTMENT OF LICENSES AND INSPECTIONS
Department of Licensing and Regulatory Affairs
DEPARTMENT OF PUBLIC HEALTH
DEPARTMENT OF SAFETLY & PROFESSIONAL SERVICES
Department of Transportation
Department of Treasury
DEPT OF HEALTH & HUMAN SERVICES
DEPT. OF ENVIRONMENTAL PROTECTION
Division of Professional Regulation
DUTCHESS COUNTY CONSUMER
EAST BRUNSWICK
East Brunswick Fire Department

EDGEWATER BOARD OF HEALTH
Environmental Health Field Services
ESSEX COUNTY
ESSEX REGIONAL HEALTH COMMISION
Fairview Police Department
FIRE PREVENTION BUREAU
Harrison Police Department
Harrison Volunteer Fire Dept
HAZLETT TOWNSHIP
HEALTH SYSTEMS QUALITY ASSURANCE
HOLMDEL TOWNSHIP
HUMAN SERVICES DEPARTMENT
IRVINGTON MUNICIPAL CT.
Jersey City – Division of Health
JOANNE M. KWASNIEWSKI
KINNELON
Lebanon Township Clerk
LICENSE SERVICES
Linden Municipal Court
LISA RUSSO, MUNICIPAL CLERK
Little Silver Municipal Court
Louisiana Alcohol & Tobacco Control
LOWER MAKEFIELD TOWNSHIP
Mahwah Municipal Court
Marlboro Township Municipal
Maryland Department of Business & Economic Development
MARYLAND DEPT OF AGRICULTURE
Michigan Liquor Control
Middlesex Municipal Court
Midland Park Municipal
Montgomery County Health Department
Montvale Fire Prevention
Mount Kisco
NASSAU CNTY FIRE MARHSAL
Nassau County Consumer Affairs
NASSAU COUNTY CONSUMER AFFAIRS
Nassau County Police Department
NEW HOPE BOROUGH
NEW JERSEY BUREAU OF FIRE
NEW JERSEY DEPT OF AGRICULTURE
New Jersey Office
NEW YORK BOARD OF PHARMACY
NEW YORK STATE DEPARTMENT OF
NEW YORK STATE EDUCATION DEPT
NEW YORK STATE SALES TAX
Newark Police Department
NJ DCA/UEZ

NJ DHSS
NJ DIVISION OF REVENUE
NORTH BERGEN TOWNSHIP
NY Department of Transportation
NY Dept of Ag
NYC DCA
NYC ENVIRONMENTAL CONTROL BOARD
Office of Environmental Health
OFFICE OF THE CITY CLERK
OFFICE OF THE MEDICAL INPSECTOR GENERAL
OHIO BOARD OF PHARMACY
OKLAHOMA STATE BOARD OF PHARMACY
OLD BRIDGE MUNICIPAL UT AUTH
OLD BRIDGE TOWNSHIP
PA BUREAU OF OFFCUPATIONAL & IND SAFETY
Parsippany Township Municipal
Passaic Municipal Court
PATERSON HEALTH
Pennsylvania Department of Health
Pennsylvania Department of Revenue
PENNSYLVANIA MILK
Plant Industries Section, Nursery Unit
Point Pleasant Beach
POINT PLEASANT BEACH FIRE DEPT.
POMPTON LAKES BOARD OF
Putnam County Department of Consumer Affairs
RAHWAY DEPT OF HEALTH
Rahway Police Department Records
RAMSEY DEPT OF HEALTH
RANDOLPH TOWNSHIP
RHODE ISLAND BOARD OF PHARAMCY
Riverhead PD
ROCKLAND COUNTY COMMSSIONER OF FINANCE
SADDLE BROOK
SOUTH DAKOTA STATE BOARD OF PHARMACY
SOUTH ORANGE
South Plainfield Health Department
SOUTHEASTERN WEIGHTS AND
STATE LIQUOR AUTHORITY
STATE LIQUOR AUTHORITY, ALBANY
State of Connecticut
State of Delaware
State of Maryland Comptroller
State of Minnesota
State of Nebraska DHHS
State of New Jersey
Suffolk County DCA

SUMMIT
Sussex County Council
TEXAS STATE BOARD OF PHARMACY
Toms River Township
Town of Babylon
TOWN OF BABYLON BUILDING DIVISION
Town of Bedford
Town of Carmel
Town of Greenburgh
TOWN OF GREENWICH
Town of Hempstead
Town of Huntington
TOWN OF HUNTINGTON FIRE MARSHAL
Town of New Canaan
Town of New Castle
Town of Ocean City, Maryland
TOWN OF PLEASANT VALLEY
Town of Ridgefield
Town of Smithtown
TOWN OF SOUTHAMPTON
TOWN OF SOUTHOLD
TOWN OF YORKTOWN BUILDING DEPARTMENT
TOWNSHIP OF BELLEVILLE
Township of Clark
Township of Darby
TOWNSHIP OF DENVILLE
TOWNSHIP OF FALLS
TOWNSHIP OF HAVERFORD
TOWNSHIP OF LOWER MERION
Township of Middletown
Township of Montclair
Township of Old Bridge
Township of Ridley
TOWNSHIP OF ROXBURY
Township of Saddle Brook
Township of Stafford
Township of Toms River
Township of Upper Chichester
Township of Vernon
Township of Warren
Township of Washington
TOWNSHIP OF WEST MILFORD
TREASURER CITY OF LONG BEACH
TREASURER STATE OF NEW JERSEY
Treasurer Township of Lower Merion
Upper Darby Township
US DEA

USDA
VERMONT BOARD OF PHARMACY
Village of Briarcliff Manor
Village of East Hampton
Village of Lindenhurst
VILLAGE OF WESTHAMPTON BEACH
WALL TOWNSHIP BD OF HEALTH
WALL TOWNSHIP MUNICIPAL COURT
WANAQUE BOROUGH
Wanaque Fire Department
WANTAGE TOWNSHIP BOARD OF
WARREN COUNTY HEALTH DEPT
Washington Township Fire
Washington Twp Municipal Court
WASTE MANAGEMENT OF NEW JERSEY
WAYNE HEALTH DEPT
WEEHAWKEN TOWNSHIP
Weights & Measures Consumer Protection
WEST NEW YORK HEALTH DEPT
West New York Police Department
WEST VIRGINIA BOARD OF PHARMACY
Westchester County General Fund
WESTCHESTER COUNTY GENERAL FUND
WESTHAMPTON BEACH
Woodbridge Health Department
Woodcliff Lake Fire Department
Woodcliff Lake Health
WOODLAND PARK BOH
Worcester County

**Significant Utilities**

AT&T
Borough of Butler NJ
Central Hudson Gas & Electric
ConEdison Solutions
ConEdison Co – NY
Delmarva Power & Light
Eversource Energy
GDF Suez Energy Resources
Jersey Central Power & Light
National Grid
New Jersey Natural Gas
New York State Electric & Gas Corp
City of Newark
NYC Water Board
Orange & Rockland Utilities

PECO
Philadelphia Gas Works
Plymouth Rock Energy
PSE&G
PSEG LI
Public Service Electric & Gas
Rockland Electric
Suburban Propane
UGI Energy Services
Windstream
XO Communications
ECOVA

**Landlords**

105 South Avenue, Inc., successor to Amerigo Checchio & Romano Checchio
1201 High Ridge Associates
160 East 125th Street Owner LLC as successor to East Harlem Abyssinian Triangle Limited
Partnership
17 & Summit Associates, L.P.
170 East 83rd Street, as successor to Valeray Real Estate Company, Inc.
1907 Ventures LLC, 1411 Ventures LLC and College Point Grocery Owners LLC
2085 Realty Partners, LLC
251 East 51st Corp., Inc.
255 Mall L.L.C.
360 East 72nd Street Owners, Inc.
3600 Long Beach Road LLC (as successor in interest to Nathan Serota)
3859 10th Ave. Corp.
510 Valley Montclair, LLC, successor to
Lane Enterprises, Inc.
63/64 Street Associates
67 Newton Lane Limited Partnership
81-21 New Utrecht LLC (successor in interest to Blanche Ezrol, Estate of Peggy Anderson,
Brandi M. Seda, and Renae Tedesco)
909 Group, L.P.
989 Boulevard East, LLC and 1320-1330 Madison Street, LLC, (successors-in-interest to
Salvatore J. Fanale, successor-in-interest to Dillistin Shopping Center)
A&R, L.L.C., successor in interest to A&R, a limited partnership
AC I Southwest Broadway LLC
Acadia Cortland LLC
Acklinis Yonkers Realty LLC
AG-WP Oak Park Owner, L.L.C., successor to
BIT Holdings Fifty-Three, Inc.
Airport Associates
Alan A. Cardinale
Alectra Real Estate USA, LLC
Allan V. Rose

Allendale Shopping Plaza c/o Azarian Management Development Company
Allied Jackson Heights, LLC successor in interest to Jackson Heights Shopping Center, Inc.
Amboy Plaza Realty LLC
Anthony Associates, LP
APW Supermarkets, Inc., as successor to Waldbaum-College Point Center, Inc. The property
subject to the ground lease was deeded of record by Waldbaum, Inc., as sole shareholder of the
ground lessor, to APW Supermarkets, Inc., as of 07/29/2013
Arizona Lipnob Estates, Inc. & Herman Lipsitz & Helen Lipsitz
Arlona Limited Partnership
ASN 50th Street LLC – AvalonBay Communities, Inc.
Associated General Builders, Inc., successor to Associated General Builders, LLC
Astoria Holding Corp.
Atlantic Center Fort Greene Associates LP
AVR CP-TWO, LLC
B&B Auto Parts, Inc. as successor to Josephine H. McIntosh
Bald Eagle Urban Renewal at Wanaque, LLC
Baldwin Harbor Associates
Baltic Estates, Inc.
Basser-Kaufman 228, L.L.C.
Basser-Kaufman 240, LLC
Basser-Kaufman of Matawan, L.L.C.
Bay Plaza Community Center, LLC
BCR Realty Investments II, LLC
Benenson Belle Harbor, LLC
Benenson Howard Beach, LLC
Bernards Plaza Associates, L.L.C.
BFE VAN HOUTEN LLC, successor to Chabla Associates, L.P., a New Jersey limited
partnership
Blairstown Realty Associates, LLC, successor to Blairstown Grocery Owners, LLC
BOIV Belleville MCB, LLC
Boulevard East Associates, Ltd.
Bradhurst 2 Commercial, LLC
Briarcliff Grocery Owners, LLC
Bridgemarket Associates, L.P.
Brighton Norse Realty, LLC, successor to Woodcliff Grocery Owners, LLC, successor to
ARC International Fund II, L.P.
Brixmor SPE 2 LLC
Brixmore Ivyridge SC, LLC (successor in itnerst to Centro NP Ivyridge SC, LLC)
Brookhaven MZL LP as successor to The First Republic Corporation of America
Brooklyn Grocery Owners, LLC and Brooklyn Market Owners, LLC
Bustleton Partners
C'PIA, LLC
Capano Group, LLC
Carman WP Associates, LLC
Cedar Properties, Inc.
Cedarbrook Plaza, Inc.
Cenmor Associates (successor-in-interest to Cenmor Realty, Inc.)

Center Square Plaza Associates
Centro NP Clark, LLC (successor in interest to Centro NP LLC, successor in interest to New
Plan Excel Realty Trust, Inc.)
Centro NP Laurel Square Owner, LLC
Centro NP LLC
CJAM Associates, LLC
Clementia Checchio 75 Old South Company, LLC
Cliffpass SPE Corp., successor to Cliffpass Development, Inc.
Clifton Grocery Stores, LLC
Closter-Grocery, LLC and Closter-Multi Owner-Grocery, LLC
Consolidated Edison Company of New York, Inc.
Cord Meyer Development LLC as successor to Cord Meyer Development Company
Cross-Path Realty Co.
Crosspath Realty LLC and Cord Meyer Development LLC
Crossroads Shopping Plaza, Inc. f/k/a Centralia Mining Company
D.R. Katonah, LLC
Danpar Associates Limited Partnership
Dave-Marion Corporation
DDRM West Falls Plaza LLC, successor to
Heller Route 46 Associates LLC
Delaware 1851 Associates, LP
Delco-Levco Venture
DRA 21 Summit, L.L.C., successor to Summit New Jersey, LLC
East Marlboro Associates
Eberhard Dairy Farm Corporation
Echo Swedesford Associates LP as successor in interest to 400 West Swedesford Road Holdings
LLC, as successor in interest to Swedesford Shopping Center Acquisition, LLC
Edgewater Retail Partners, LLC, successor to
PRK CH LLC
EK Triangle LLC
Emil Landau Term Trust 5/1/89
Emil Mosbacher Real Estate, L.L.C. and Article II Trust U/W Lindo J. Johnson
Equity One (Clocktower) LLC as successor to WE APP Ozone Park LLC
Equity One (Northeast Portfolio), Inc.
ESRT Management, L.L.C. successor to Malking Properties, L.L.C. [New York Union Square
Retail LP is identified as the beneficiary under the Guaranty and the 2012 Renewal Letter]
Eugene A. Delle Donne and Son, L.P.
F.I. Associates
Fay and Beatrice Altschuler (successors in interest to Theodore Altschuler
FC Castle Center Associates II, LLC
Federal Realty Investment Trust
Federal Realty Investment Trust [FLV Greenlawn Plaza, LP]
Feil Whitestone LLC and East 11th Holding LLC as successors to Whitestone Grocery Shopping
Center, LLC as successor to Whitestone Grocery Owners, LLC
First Real Estate Investment Trust of New Jersey
Foreste Mall LLC
Forsons Associates

Fox Hill II, Inc.
Frank Mignone and Geraldine Mignone
Funnell Equities, Inc.
Fusco Enterprises, L.P.
G&K Realty
Garden City Park Associates, LLC
Garnet Company
Gator Garwood Partners, Ltd.
Gator Monument Partners, LLP successor to Newkirk Superline L.P
GBR Valley Cottage Limited Liability Company
Glenolden Stuart, Inc.
Goodrich Hazlet L.L.C.
Gould Shirley Real Estate Corp.
Grand Street Realty, L.L.C.
Grand Street Realty, LLC
Gray Ferry Partners, LP
Great Neck Plaza, L.P.
Greenwich Grocery Owners, LLC and Benenson Greenwich Grocery, LLC (as tenants in common)
Hamilton Plaza Associates
Harper Associates (as successors in interest to John W. Harper and Jane D. Harper)
Harrison Shopping Center, LLC
Hastings Grocery Owners, LLC, a Delaware limited liability company
Hayes-Kaufman Newington Associates, LLC
Highway 22 Grocery Owners, LLC
Hike Enterprises, LLC
Hoffman Lindenhurst Grocery LLC (successor in interest to New Audubon LLC and New Southern Blvd. LLC as tenants-in-common and successors in interest to Lindenhurst-Grocery, LLC)
Holmdel Towne Center, LLC
Huntington-Grocery, LLC
Hylan Plaza 1339, LLC as successor by merger with Atlantic Hylan Corp.
Indian Head Plaza Associates, successor in interest to Peter L. Levine
Inland Diversified Seaford Merrik L.L.C., as successor in interest to WE APP Seaford LLC
Inland Diversified Upper Darby 69th, L.L.C. as successor in interest to WE APP Upper Darby LLC
Inwood Realty Group, LLC & 615 West 173rd Street Realty, LLC
J.B. Old Bridge Limited Partnership, successor in interest to J.B. Old Bridge Limited Partnership and Foxborough Village Associates, L.L.C., collectively
James R. Weill and Douglas Friedrich, successor Co-Trustees, successors to Maurice M. Weill, Trustee under Trust Indenture dated March 24, 1969
JCJ Associates, LLC
Jesco Company (successor-in-interest to Albertson Circle, Inc.)
Joan Ree Realty, LLC, as successor-in-interest to Janet Gurland, as successor-in-interest to Glen Rock Realty, Inc.
Joseph Angelone
Joseph Klein Family LLC

KA at Fairless Hills LP, as successor in interest to Earle W. Kazis and Michael S. Young
Kenilworth Grocery, LLC & and Benenson-Kenilworth , LLC
Kimco Centereach, LLC
Kimco of Pennsylvania Trust
Kin-Mall Properties, L.L.C.
Klingensmith Associates, LLC, successor to
United Trust Fund Limited Partnership d/b/a UTF-New Jersey Limited Partnership
KRT Property Holdings, LLC
KRT Property Holdings, LLC
Kurtsam Realty c/o Sherman, Citron & Karasik, P.C
Lackawanna SPE LLC, successor to Montclair Grove, LLC
Lakeview Plaza, LLC
Ledgewood Circle Shopping Center, LP
Levin Properties, L.P.
Linda H. Albanese and Brookfield Realty Corp.
LKG Port Jefferson, LLC
Long Beach Grocer Owners, LLC and Long Beach Market Owners, LLC, collectively.
Lyons Plaza LLC
M Plaza L.P.
M&K Real Estate Associates as successor in interest to Michael Rosenburg Trust and Karen
Pollack Trust d/b/a M&K Associates
Mahopac Improvements LLC
Main Street Station at Manasquan, Inc.
Manarco Realty Co., LLC
Manoa Shopping Center Associates, L.P.
Market Square Plaza I, LLC
Markham Prospect Associates, LLC
Martha T. Cole, Inc.
Martin Associates
Marvin L. Lindner
Marvin L. Lindner Associates LLC
Mass One, LLC as successor to SP Massapequa LLC
Mattone Group Springnex LLC
MBB Realty Limited Partnership
MBD New Horizons LLC [Cross Bronx Plaza, LLC identified as Beneficiary in Guaranty]
MCB East Brunswick, LLC
MCB Glenolden, LP
McLean Plaza Associates
Merrrick Shopping Associates
Milelli-Pt. Pleasant, LLC, successor to Pleasant Circle Associates
Milestone Square Equities Group, L.P. and Francis Greenburger
Milrock, Inc.
Milwood Center, LLC
Morris Boothwyn Associates, L.P.
National Railroad Passenger Corporation
National Shopping Center Associates, L.L.C., successor to DE 149 Corp.
Nav Realty Company Inc.

Naval Crest Associates, LLC c/o Vanick Properties Incorporated
Navesink Center, LLC
NBM Development, LLC
NC Community Center Associates
New Canaan-Grocery, LLC
New Community Manor Urban Renewal Corporation
New Hope Centers
New Jersey Department of Transportation
New York Grocery DST as successor to
WE APP Baldwin LLC
Newkirk Superwest, LP (successor by merger to Superwest Associates Limited Partnership,
successor by assignment to Penaj Leasing Corp)
Nitro Co.
North Babylon Associates, a JV
North Bergen VF LLC
NW-East Meadow-Grocery, LLC and Benenson East Meadow, LLC as tenants-in-common
NW-Midland Park-Grocery, LLC & GVD Commercial Properties, Inc.
Ocean City Outlets LLC
Ocean Norse Realty LLC
Ochre Car Park, LLC
OCTC Holdings, LLC
Oekos Kirkwood, LLC
Old Bridge Plaza Associates, LLC
Old Lyme Stores Limited Partnership
OLP-MCB Philly-Cottman, LP, as successor in interest to 840 Cottman Associates, LLC
Ortley Beach Grocery Owners, LLC
Oster Belleville Properties, LLC, successor to
R.A.Y. Development Company
Oster Fairlawn Properties LLC
Parene Realty Co., LLC
Lee Fort LLC and Lemoine Leasehold, LLC, successors to Lemoine Avenue 2001, LLC and
1355 Fort Lee, LLC
Park Plaza Properties-Mavco, LLC
Park Ridge Hye Partners
Paterson Grocery Owners, LLC
Pennrock Industries, Inc. (Notice to Tenants)
Pheasant Run 2001 (SPE), LLC & Warren 2001, L.L.C.
Phyllis Realty Company (successor-in-interest to Burke Bronstein)
Posel Enterprises
Prologis Trust f(f/k/a Security Capital Industrial Trust (SCI), successor-in-interest to 115 Acres
Venture)
Quaker Ridge Shopping Center
Quaker Ridge Shopping Center c/o Maurice Swergold
Rafih Auto Group
RD Elmwood Associates, L.P.
Realty Income Corporation as successor to Inland Diversified Wilmington Lancaster, L.L.C. as
successor to WE APP Wilmington LLC

Richard I. Rubin & Company, Inc.
Ridge Plaza, LLC, successor to Kite New Jersey, LLC
Riverdale Holding Co. c/o Braum Management, Inc. as agent for Nahardale Associate
Riverhead Center, LLC
Rivervale Realty Co., Inc.
Riverwalk A Associates, L.L.C.
Riverwalk A Urban Renewal Associates, L.L.C
Rockland Center Associates, LLC
Ronald Realty Co., as successor-in-interest to Boulevard Fairview Properties, Inc.
Rosmar Holdings Company
Route 513 at Sliker Road, LLC (as successor in interest to Norman Lowenstein and Bennette
Lowenstein who is, in turn, a successor in interest to Wadle Properties)
Rudeth Realty LLC
S Carpenter LLC
Sacco of Massapequa, LLC (successor-in-interest to Massapequa Grocery Owners, LLC
Saddle Brook Green Owner, LLC, successor to Mayhill Street Associates, L.P.
Saul Lerner Management Corp.
Saxon Sunrise Realty, LLC
Schmidts Retail, LP (successor in interest to Northern Liberties Development, LP)
Sebastian Parsippany, L.P
Selden Plaza LLC
Serota Brooktown I & II, LLC
Serota Patchogue, LLC (successor in interest to Nathan Serota, who is, in turn, successor in
interest to C&G Developers, Inc.)
Sheradel Realty Corp.
Sherwood Island 21, LLC
Shrub Oak Partners, LLC
Sons East Meadow, LLC
South Street Development Company
Southampton POOH LLC as successor to Southampton Grocery Owners, LLC
South-Whit Shopping Center Associates
SPA 77 N L.P.
Staltac Associates
Stephen R. Cipes
Supermarkets General Corporation
Sylvan 71st Street Garage Corp.
Talles-Robbins Rehoboth, LLC
Tamara Enterprises, LLC
Tano Shopping Center Limited
The City of Long Beach
The City of New York Department of Citywide Administrative Services Asset Management
Thru-way Shopping Center, LLC
Tinton Falls 2001, L.L.C.
Tinton Falls Owner 2014, LLC, successor in interest to Shrewsbury/ 35 Associates, LLC
Tower Plaza Associates, LLC
Town of Islip Community Development Agency
Triangle 17 Center LLC

Tricorne Center Acquisition, LLC
Two Paragon Drive, LLC
UB Bloomfield I, LLC, successor to North Jersey Capital, Inc. (successor in interest to Stop & Shop Companies, Inc.)
UB Boonton I, LLC, successor to BTS Boonton, L.L.C. (successor in interest to BTS Realty Corp.)
UB Ironbound, L.P.
UB New Providence, LLC, successor to N. Providence, LLC
UB Pompton Lakes I, LLC, successor to Pompton Lakes Hye Partners
Union Square Car Park, LLC
United Family Properties, LLC (as successor in interest to Evelyn Seville and Marilyn Ardita)
Urstadt Biddle Properties Inc.
Urstadt Biddle Properties Inc. (successor-in-interest to Victor H. Wientraub)
US Bank National Association, as successor in interest to Liberty Plaza Limited Partnership
Vaccaro Brothers Realty Co.
Val E. Fiorita
Valley Circle, Inc.
Ventnor Loan, LLC, successor to Bellevue Properties Group Ventnor Plaza LLC
Vernon Valley Investors, L.L.C.
Vestal Development Co., L.L.C.
Vets & Sparton, LLC
VNO AP 195 N. Bedford Road LLC
Walgreen Eastern Co., Inc.
Walnutport Associates
Wantage 2002 LLC, successor to United Properties Group of Sussex, Inc.
Washington Park Plaza Associates
Washington Shopping Center Inc.
Washington Town Center, LLC
Waterford Plaza One, LLC
WB/Stellar IP Owner, L.L.C.
West 12th Street Owners, Inc., successor to
Randolph Grocery Owners, LLC
West 207th Grocery Owners, LLC
West Chelten LLC
West Lake Associates, L.L.C.
West Milford Shopping Plaza
Whitemarsh Investment Associates
Wick Shopping Plaza Associates, L.L.C.
Wildwood Grocery Owners, LLC
Wildwood Investment Group, LLC
Woodbridge Plaza, LLC
WRD County Line, L.P. may be predecessor to SUSO 1 County Line LP
YFP Ocean City, LLC

## Beneficiaries and Issuers of Letters of Credit

Worker's Compensation Board State of New York

Maryland Workers' Compensation Commission
Travelers Casualty and Surety Company of America
Louisiana Workforce Commission Office of Workers' Compensation
Department of Labor and Economic Growth, Workers' Compensation Agency, Self-Insured
Programs,
State Secondary Complex
Westchester Fire Insurance Company
National Union Fire Insurance Company of Pittsburgh, PA
Georgia Self-Insurers Guaranty Trust Fund
Wells Fargo, N.A., as master servicer for Bank of America
Long Island Lighting Company D/B/A/ LIPA
NLI Commercial Mortgage Fund LLC
Liberty Mutual Insurance Company, H.O. Financial Credit
Facility Source
U.S. Fidelity and Guaranty Co.
Wells Fargo, N.A.

## Beneficiaries and Issuers of Bonds

State of New Jersey Division of Workers' Compensation
City of New York
State of Rhode Island & Providence Plantations
Commonwealth of Massachusetts Workmans Compensation Board
State of Mississippi Workers Comp Commission
Industrial Commission of the Commonwealth of Virginia
State of New York
State of Connecticut
Florida Self-Insurers Guarnty Association Inc.
Treasurer of the State of Maine c/o Workers Comp Commission
State of New Jersey Division of Workers Compensation
State of Connecticut Workers' Compensation Commission
State of New York Worker's Compensation
New York State Liquor Authority
State of Delaware Dept of Labor
State of Wisconsin Dept of Workforce Development
State of Connecticut Division of Special Revenue
State of New Jersey Commissioner of Banking & Insurance
Centers for Medicare & Medicaid Services
State of New York, Liquor Authority
United States Department of Agriculture
Minday Klarman
National Union Fire Insurance Company of Pittsburgh, PA
Travelers Casualty and Surety Company of America
XL Specialty Insurance Company
General Insurance Company of America
SAFECO Insurance Company of America
Westchester Fire Insurance Company

**Parties to Significant Contracts with the Debtors**

McKesson Drug Co
Quad Graphics, Inc.
Haddon House Food Products
Valassis
Kellermeyer Bergensons Services LLC
Masters Pharmaceutical DBA River City Pharma
Newsday Inc.
Starbucks Coffee
Vestcom Retail Solutions
MHC Medical Products LLC
Liberty news Distributors, Inc.
Relay Health Inc.
Universal Baler Service Inc.
Bevmax
McKesson Pharmacy Systems
Amazon Web Services LLC
Envipco Pickup & Processing
Waste Management of NJ
Baker's Express
Vector Security
Stanley Convergent Security Solutions, Inc.
Cambridge Security Service Corp
First Data Corp AFA Protective Syst Inc.
Kay Chemical Co
Confires Fire Protection
McRoberts Security Technologies
Wilson Safe Company
Alarm & Communication
Delmarva Time Control Inc.
Bunzl Distribution USA
Carolina Services Co
Emdeon
Language Scientific, Inc.
McKession Medical-Surgical
Omnisys, LLC
Pharmacists Letter
Translations.com
Transperfect Translation International, Inc.
Wolters Kluwer Health Inc.
C&S Wholesale
FacilitySource, LLC
Tolt Solutions, Inc.
MJR Messenger Inc.
Ksource-IT Consulting, Inc.
Blackhawk Marketing Services

Hobart Corp
Vision Service Plan
Wageworks, Inc.
Kyrus Solutions, Inc.
Sanderson Farms
Tyson
JBS
Fresh Express
North Coast
Del Monte
Earthbound
Premio
Smithfield
Coinstar
Western Union

## **Critical Vendors**

Coca-Cola Enterprises
Modelez Global LLC
Pepsi-Cola-Hasbrouch Heights
Entenmann's Bakery
Snapple Distributors Inc.
Pepsi-Cola Btlng of NY
Frito-Lay Inc.
Canada Dry Bottling of NY
Arnold Bakeries Inc.
CMC Food Inc.
S B Thomas Inc.
Lami Products Inc.
Stroehmann Bakeries Inc.
Mission Food Corp.
GraceKennedy Foods (USA) LLC
Chas Freihofer Baking Co. Inc.
Pepsi Metro Bottling Co
Kurt Weiss Greenhouses Inc.
Peet's Coffee & Tea
Canada Dry – Delaware
A C Bakery Distributors Inc.
Gourmet Guru
Canada Dry NY
Keebler Biscuit Co.
Schmidt Baking Co
Tropical Cheese Industries
Epicure Foods Corp
Bob Maresca Provisions
Decopac

Seafood Emporium
Pepsi-Cola of Newburgh
Canada Dry of Wilmington
J J Cassone Bakery
Daro Distribution Inc.
Freihofer Chas Baking Co
Aramark Uniform Services Inc.
M Fazio Provisions Inc.
Moorelli Provisions
Rushneck Provisions
Stroehmann Bakeries Inc.
LA Fe Foods-NJ
Celentano Provisions Inc.
Canada Dry – Pleasantville
Best Foods Baking (Thomas)
Halifax Security, Inc.
Canada Dry/Delaware Valley
Township of Belleville
Fleetwood Provisions LLC
Gerard Provisions Inc.
Bimbo Bakeries USA Inc.
Majr Provisions Inc.
Emerald Provisions LLC
Firstline Locksmith, LLC
Natuzzi Bros Ice Co Inc.
Highway Locksmiths Inc.
Suffolk County Locksmith, Inc.
Supreme Security Systems, Inc.
Pepsi-Cola- Bristol
Advanced Lock & Security Inc.
Canada Dry of Asbury Pk
Pepsi-Cola Bottlg Co
Goya Foods
Township of Irvington
SW Lock & Door Check Co
CT Lock Service
Dry Ice Corp
Capasso Provisions
Crestwood Provisions LLC
Eagle Provisions
Deli-icious Provisions
Dugan Provision Co Inc.
Hudson Valley Provisions Inc.
N E Time Provisions
Primo Provisions LLC
T J Provisions
Canada Dry Bottling-Meriden

Canada Dry Co New York
Canada Dry Potomac Corp
Coca-Cola – NY
Coca-Cola, New York
Coca-Cola Bottling Co.
Coca-Cola Enterprises
Coca-Cola Lehigh
Coremark/Klein Wholesale Dist
Fresh Pet
Mid-Atlantic Coca-Cola
Pepsi-Cola Bottling-Pennsauk
Phil. Coca Cola Bottling
Sushi King Inc.
Tropical Cheese Industries
W. Tullo Ice Co.
Collin Bros Lock & Safe
Interstate Locksmith, Inc.
Top Lock Locksmith & Security Inc.
ADT Maintenance & Service
ASD Healthcare
Logimedix

**Liquor and Milk Vendors (critical treatment)**

Alan's Goodman Inc.
Allied Beverage Group
American B D Co
Angelini Wine Ltd.
Anheuser-Busch Dist of NY
Anheuser-Busch Sales of NJ, LLC
Arko LLC Beer Distributors
Artisan Wines Inc.
Beehive Beer Dist Co
Berkshire Brewing Company, Inc.
Beverage Works of NY Inc.
Boening Bros Inc.
Brescome Barton Inc.
Calip Dairies Inc.
Capitol Wine & Spirits
Clare Rose Nassau
Classic Wines Inc.
Connecticut Distributors Inc.
Craft Beer Guild Distributions of Connecticut, LLC
Cream-O-Land Dairies, LLC
D Bertoline & Sons
DB Wine Selection Inc.
Dora's Naturals

Dutchess Beer Distribtors
Eder Brothers Inc.
Frederick Wildman & Sons-NJ
Fruit of the Vine
G & P Warehouse Inc.
Gallo Wine Sales
Garelick Farms Inc.
Gretz Beer Co
Griffin Estate Wines
H P Hood LLC
Hartley & Parker Ltd.
Hunterdon Brewing Co LLC
International Vinters
Jonathan Edwards Winery
Joseph Victori Wines, Inc.
King Ferry Winery, Inc. DBA Treleaven
Lehigh Valley Dairies Inc.
Lewes Dairy Inc.
Lost Vineyards
Majestic Wine & Spirits Inc.
Manhattan Beer
Marcus Dairy Inc.
Martin Scott Wines Ltd
Meadow Brook Farms Dairy
Metrowine Distribution Co.
Michael Skurnik Wines Inc.
Michael Skurnik Wines of CT
Millbrook Winery Inc.
New England Wine & Spirits
Oak Beverage
Opici Wine Co of CT
Peerless Beverage Co
Phoenix/Beehive-MG
Queens Way Distributors Inc.
Queensway Distributors
Quintessential, LLC DBA Quintessential Wines, LLC
R & R Marketing
R & R Marketing
Regal Wine Imports Inc.
Rocco Guarino Inc.
Romi's Farm Products
Rosenberger's Dairies Inc.
Royal Wine Corp/Kedem Food Products
S K I Beer
Seaview Beverage Inc.
Sharpe Hill Vineyard
Slocum & Sons Inc.

Southern Wine & Spirits
Specialty Wine Merchants Inc.
Stonington Vineyards Inc.
Superior Wines
T Edward Wines-CT
T Edward Wines-NY
Tang's Liquor Wholesale
Tempranillo Wines
Union Beer Dist Co
Valenzano Winery
Verity Wine Partners
Vintage Imports
Vintage Wine Sellers-North
Warren Distributing Co
Warwick Valley Wine Co.
Winebow Inc.
Pennsylvania Milk
Broken Bow Brewery
Byrne Dairy, Inc.
Craft Beer Guild Dist. Of NY LLC
Dairy Center, Incorp
Giacobazzi USA
H P Hood Incorporated
Wells' Dairy Inc.

## Common Carriers and Warehousemen to the Debtors

MJR Messanger Inc.
Americold Logistics LLC

## Major Insurers and Insurance Brokers

National Union Fire Insurance Company of Pittsburgh, PA
Zurich American Insurance Company
Westchester Fire Insurance Company
Commerce and Industry Insurance Company
Great American Assurance Corporation
XL Insurance America, Inc.
American Guarantee and Liability Insurance Company
Great Northern Insurance Company
ACE Bermuda Insurance Ltd.

## Major Third Party Administrators

Ecova

## United States Bankruptcy Judges for the S.D.N.Y.

Honorable Cecelia G. Morris
Honorable Stuart M. Bernstein
Honorable Shelley C. Chapman
Honorable Robert D. Drain
Honorable James L. Garrity
Honorable Robert E. Gerber
Honorable Martin Glenn
Honorable Allan L. Gropper
Honorable Robert E. Grossman
Honorable Sean H. Lane
Honorable Michael E. Wiles

## Office of the United States Trustee

William K. Harrington, U.S. Trustee
Linda A. Riffkin, Assistant U.S. Trustee
Michael Driscoll, Trial Attorney
Richard W. Fox, Trial Attorney
Susan Golden, Trial Attorney
Nazar Khodorovsky, Trial Attorney
Brian S. Masumoto, Trial Attorney
Richard C. Morrissey, Trial Attorney
Serene Nakano, Trial Attorney
Andrea B. Schwartz, Trial Attorney
Paul K. Schwartzberg, Trial Attorney
Andy Velez-Rivera, Trial Attorney
Greg M. Zipes, Trial Attorney
Cheuk M. Ng, Auditor (Bankruptcy)
Victor Abriano, Bankruptcy Analyst
Danny A. Choy, Bankruptcy Analyst
Nadkarni Joseph, Bankruptcy Analyst
Anna M. Martinez, Bankruptcy Analyst
Mary V. Moroney, Bankruptcy Analyst
Sylvester Sharp, Bankruptcy Analyst
Catletha Brooks, Legal Assistant (Bankruptcy/OA)
Ercilia A. Mendoza, Legal Assistant (Bankruptcy/OA)
Amanda Cassara, Paralegal (Bankruptcy)
Maria Catapano, Paralegal Specialist
Myrna R. Fields, Paralegal Specialist
Ilusion Rodriguez, Paralegal Specialist

## Clerk's Office

Vito Genna, Clerk of Court
Una O'Boyle, Chief Deputy
Eddie Andino, Divisional Manager

Grimilda Correa, Project/Team Leader
Arturo Tavarez, Case Administrator
Claire Togher, Case Manager
Ana Vargas, Generalist Clerk