Joel L. Perrell Jr.
Kristen M. Siracusa
MILES & STOCKBRIDGE P.C.
100 Light Street, 10th Floor
Baltimore, MD 21202
Telephone: (410) 385-3726
Facsimile: (410) 385-3700

*Counsel to Oekos Kirkwood, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Case No. 15-23007 (RDD)** |
| **THE GREAT ATLANTIC & PACIFIC** | ) | |
| **TEA COMPANY, INC., et al.** | ) | **Chapter 11** |
| | ) | |
| **Debtors.** | ) | **(Jointly Administered)** |
| | ) | |

**NOTICE OF APPEARANCE, REQUEST FOR ENTRY ON MATRIX, REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS, AND RESERVATION OF RIGHTS**

**PLEASE TAKE NOTICE** that, pursuant to Bankruptcy Rule 9010 (b), Oekos Kirkwood, LLC ("Oekos"), hereby appears in the above-captioned case by its counsel, Joel L. Perrell Jr., Kristen M. Siracusa and Miles & Stockbridge P.C. Pursuant to Bankruptcy Rules 2002 and 9007, the undersigned requests that an entry be made on the Clerk's Matrix in this case and that all documents filed with the Court and all notices which the Court and/or any other parties provide in accordance with Rule 2002 be served at the address set forth below:

Joel L. Perrell Jr., Esquire
Miles & Stockbridge P.C.
100 Light Street, 10th Floor
Baltimore, Maryland 21202
Phone: (410) 385-3762
Facsimile: (410) 385-3700
Email Address: jperrell@milesstockbridge.com

Kristen M. Siracusa, Esquire
Miles & Stockbridge P.C.
100 Light Street, 10th Floor
Baltimore, Maryland 21202
Phone: (410) 385-3726
Facsimile: (410) 385-3700
Email Address: ksiracusa@milesstockbridge.com

This request includes all papers, reports, orders, notices, copies of applications, motions, petitions, pleadings, appendices, exhibits, requests or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, delivery service, telephone, facsimile, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that the Oekos intends that neither this Notice of Appearance, nor any later appearance, pleading, claim or suit shall waive any right (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which Oekos is or may be entitled to under agreements, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Date: Baltimore, Maryland
August 19, 2015

MILES & STOCKBRIDGE P.C.

/s/ Kristen M. Siracusa

Kristen M. Siracusa
MILES & STOCKBRIDGE P.C.
100 Light Street, 10th Floor
Baltimore, MD 21202
Direct Dial: (410) 385-3726
Facsimile: (410) 385-3700
Email: ksiracusa@milesstockbridge.com

*Counsel to Oekos Kirkwood, LLC*

Client Documents:4840-0799-5686v1|G2701-000010|8/14/2015

**CERTIFICATE OF SERVICE**

I, Kristen M. Siracusa, certify that on August 19, 2015, I caused a true and correct of the Notice of Appearance, Request for Entry on Matrix, Request for Service of Notices and Other Documents, and Reservation of Rights on behalf of Oekos Kirkwood, LLC to be served electronically upon the parties registered for electronic service in this action through the Court's CM/ECF system.

*/s/ Kristen M. Siracusa*
Kristen M. Siracusa