Joel L. Perrell Jr.
Kristen M. Siracusa
MILES & STOCKBRIDGE P.C.
100 Light Street, 10th Floor
Baltimore, MD 21202
Telephone: (410) 385-3726
Facsimile: (410) 385-3700

*Counsel to Oekos Kirkwood, LLC*

**Objection Deadline: September 11, 2015 at 5:00 p.m. (ET)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Case No. 15-23007 (RDD)** |
| **THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC., et al.** | ) | **Chapter 11** |
| | ) | |
| **Debtors.** | ) | **(Jointly Administered)** |
| | ) | |

**LIMITED OBJECTION OF OEKOS KIRKWOOD, LLC TO DEBTOR' REVISED NOTICE OF ASSUMPTION, ASSIGNMENT AND CURE COSTS WITH RESPECT TO EXECUTORY CONTRACTS AND UNEXPIRED LEASES OF THE DEBTORS**

Oekos Kirkwood, LLC (the "Landlord"), by and through its undersigned counsel, hereby submits this limited objection (the "Limited Objection") to the Debtors' Revised Notice of Assumption, Assignment and Cure Costs with Respect to Executory Contracts and Unexpired Leases (Doc. No. 632) (the "Cure Notice"), and in support thereof states as follows:

## BACKGROUND

1. Landlord is the owner of a shopping center located in Wilmington, Delaware, in which the Debtors operate a grocery store pursuant to a certain lease dated August 15, 1967 between Oekos Kirkwood, LLC, as successor in interest to Able Equity Corp., as Landlord, and A&P Live Better, LLC, successor in interest to Woodlynne Supermarket, Inc., as Tenant, as the same has been amended (the "Lease").


Client Documents:4814-7425-7192v1|G2701-000010|9/11/2015

2. On July 19, 2015 (the "Petition Date"), The Great Atlantic & Pacific Tea Company and certain of its affiliates (collectively, the "Debtors") each filed a petition in the United States Bankruptcy Court for the Southern District of New York seeking relief under Chapter 11 of the Title 11 of the United States Code. Since the Petition Date, the Debtors have been operating and managing their businesses as debtors-in-possession.

3. On July 20, 2015, the Debtors filed a motion for approval of bidding procedures and certain related relief in connection with the proposed sale of their assets and the assumption and assignment of certain leases (Doc. No. 26) (the "Sale Procedures Motion"). Pursuant to the Sale Procedures Motion, the Debtors are seeking to assume and assignee the Lease to Acme Markets, Inc. ("Acme"), or such other purchaser that submits a higher and better bid at auction.

4. On August 11, 2015, the Court entered its Order approving the bidding procedures and other related procedural relief in connection with the proposed sale of the Debtors' assets and the assumption and assignment of certain leases (Doc. No. 495) (the "Procedures Order"). Paragraph 18 of the Procedures Order provides that within 10 days after the entry of the Procedures Order, the Debtors shall provide Adequate Assurance Information (as defined in the Procedures Order) to each counterparty to the Applicable Transferred Contracts (as defined in the Procedures Order).

5. On August 14, 2015 the Debtors filed a Cure Notice (Doc. No. 563) and a Revised Cure Notice on August 21, 2015 (Doc. No. 632). The Cure Notice reflects that the applicable cure amount with respect to the Lease is $0.00.

**LIMITED OBJECTION TO SALE AND RESERVATION OF RIGHTS**

6. Landlord does not object to the proposed assumption and assignment of the Lease to Acme, provided, the Debtors must provide adequate assurance of Acme's future performance and

the Debtors cannot assign the Lease without providing such information. 11 U.S.C. §§ 365(b)(3) and 365(f)(2). To date, the Debtors have not provided the adequate assurance information with respect to Acme.

7. To the extent that rent, additional attorneys' fees, or other charges become due after the date of this Limited Objection but are not paid, or Landlord suffers other pecuniary losses under the Lease, Landlord hereby further reserves its right to amend this Limited Objection to reflect such additional amounts which may not have yet been billed or have not yet become due under the terms of the Lease. Landlord also reserves all rights to also require the Debtors to cure any other existing non-monetary defaults under the Lease to the fullest extent permitted by the Bankruptcy Code and to assert any claims it may have in the event that the Lease is ultimately not assumed by the Debtors.

8. Landlord further reserves the right make such other and further objections or to supplement this Limited Objection as may be necessary or appropriate regarding the proposed assumption and assignment of the Lease.

## CONCLUSION

Oekos Kirkwood, LLC respectfully requests that this Limited Objection be sustained and that the Debtors be required to provide adequate assurance of Acme's future performance, and requests such other and further relief as the Court deems appropriate and just.

{Signature appears on following page}

Dated: Baltimore, Maryland
September 11, 2015

MILES & STOCKBRIDGE P.C.

*/s/ Joel L. Perrell Jr.*

Joel L. Perrell Jr.
Kristen M. Siracusa
MILES & STOCKBRIDGE P.C.
100 Light Street, 10th Floor
Baltimore, MD 21202
Direct Dial: (410) 385-3762
Facsimile: (410) 385-3700
Email: jperrell@milesstockbridge.com
Email: ksiracusa@milesstockbridge.com

*Counsel to Oekos Kirkwood, LLC*



Client Documents:4814-7425-7192v1|G2701-000010|9/11/2015

## **Certificate of Service**

I, Kristen M. Siracusa, certify that on September 11, 2015, I caused a true and correct of the foregoing *LIMITED OBJECTION OF OEKOS KIRKWOOD, LLC TO DEBTOR' REVISED NOTICE OF ASSUMPTION, ASSIGNMENT AND CURE COSTS WITH RESPECT TO EXECUTORY CONTRACTS AND UNEXPIRED LEASES OF THE DEBTORS* to be filed and served electronically upon the parties registered for electronic service in this action through the Court's CM/ECF system and by first-class mail, postage prepaid upon the following:

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Ray C. Schrock, Esq.
Garrett A. Fail, Esq.
Sunny Singh, Esq.

Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Attn: Robert J. Feinstein, Esq.
Bradford J. Sandler, Esq.

Choate, Hall & Stewart LLP
Two International Place
Boston, Massachusetts 02110
Attn.: Kevin J. Simard, Esq.
John F. Ventola, Esq.

Otterbourg, P.C.
230 Park Avenue
New York, New York 10169
Attn: Jonathan N. Helfat, Esq.
Daniel F. Fiorillo, Esq.

Cohen, Weiss and Simon LLP
330 West 42nd Street
New York, New York 10036
Attn: Richard M. Seltzer, Esq.

Milbank, Tweed, Hadley & Mc Cloy LLP
601 S. Figueroa St., 30th Floor
Los Angeles, CA 90017
Attn: Gregory A. Bray, Esq.
Thomas R. Kreller, Esq.
Haig M. Maghakian, Esq.

The Chambers of the Honorable Judge Robert D. Drain
United States Bankruptcy Court
for the Southern District Of New York
300 Quarropas Street, Room 248
White Plains, New York 10601

Dated: Baltimore, Maryland
September 11, 2015

*/s/ Kristen M. Siracusa*
Kristen M. Siracusa



Client Documents:4814-7425-7192v1|G2701-000010|9/11/2015