**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | |
| | : | **Chapter 11** |
| **THE GREAT ATLANTIC & PACIFIC TEA** | : | |
| **COMPANY, INC.,** *et al.*, | : | **Case No. 15-23007 (RDD)** |
| | : | |
| Debtors.[1] | : | **(Jointly Administered)** |

---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Timothy R. Quinn, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 15, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via overnight mail on the First Omnibus Service List attached hereto as **Exhibit A**:

- Notice of Omnibus Rejection of Certain Unexpired Nonresidential Real Property Leases [Docket No. 774]

- Supplement to Notices of Omnibus Rejection of Certain Unexpired Nonresidential Real Property Leases [Docket No. 949]

On September 15, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via overnight mail on the Second Omnibus Service List attached hereto as **Exhibit B**:

- Notice of Omnibus Rejection of Certain Unexpired Nonresidential Real Property Leases [Docket No. 850]

- Supplement to Notices of Omnibus Rejection of Certain Unexpired Nonresidential Real Property Leases [Docket No. 949]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: 2008 Broadway, Inc. (0986); The Great Atlantic & Pacific Tea Company, Inc. (0974); A&P Live Better, LLC (0799); A&P Real Property, LLC (0973); APW Supermarket Corp. (7132); APW Supermarkets, Inc. (9509); Borman's Inc. (9761); Delaware County Dairies, Inc. (7090); Food Basics, Inc. (1210); Kwik Save Inc. (8636); McLean Avenue Plaza Corp. (5227); Montvale Holdings, Inc. (2947); Montvale-Para Holdings, Inc. (6664); Onpoint, Inc. (6589); Pathmark Stores, Inc. (9612); Plainbridge, LLC (5965); Shopwell, Inc.(3304); Super Fresh Food Markets, Inc. (2491); The Old Wine Emporium of Westport Inc. (0724); Tradewell Foods of Conn., Inc. (5748); and Waldbaum, Inc. (8599). The international subsidiaries of The Great Atlantic & Pacific Tea Company, Inc. are not debtors in these chapter 11 cases. The location of the Debtors' corporate headquarters is Two Paragon Drive, Montvale, New Jersey 07645.

On September 15, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served in the manners set forth on the Master Service List attached hereto as **Exhibit C**:

- Supplement to Notices of Omnibus Rejection of Certain Unexpired Nonresidential Real Property Leases [Docket No. 949]

Dated: September 16, 2015

_____
Timothy R. Quinn

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on September 16, 2015, by Timothy R. Quinn, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

BENJAMIN JOSEPH STEELE
NOTARY PUBLIC-STATE OF NEW YORK
No. 02ST6290268
Qualified in New York County
My Commission Expires October 07, 2017

2

**<u>Exhibit A</u>**

Exhibit A

First Omnibus Service List

Served via Overnight Mail

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|------|-------------|-----------|-----------|------|-------|-----|
| Alston & Bird LLP | Attn:  David A. Wender | 1201 West Peachtree Street | | Atlanta | GA | 30309 |
| Bank of America | Attn:  Leslie O'Brien | 3075 S. Alma School Road | | Chandler | AZ | 85248 |
| Bank of America | Attn:  PAMCDB000 | 525 N. Tryon Street | NC1-023-03-03 | Charlotte | NC | 28255 |
| Center Square Plaza Associates | C/O Tri Star Associates | 15 e. Ridge Pike, Suite 400 | | Conshohocken | PA | 19428 |
| Fox Rothschild, LLP | William R. Wanger, Esq. | Ten Sentry, Parkway, Suite 200 | P.O. Box 3001 | Blue Bell | PA | 19422 |
| M&J SHIP, LLC d/b/a UPS | Attn:  Mark Clemens, President | 867 Keller Creamery Road | | Telford | PA | 18969 |
| Manhattan Bagel Company, Inc. | Attn:  Legal Department | 246 Industrial Way West | | Eatontown | NJ | 07724 |
| Wilmington Savings Fund Society, FSB | Robert J. Hayman | WSFS Bank Center | 500 Delaware Avenue | Wilmington | DE | 19801 |

**<u>Exhibit B</u>**

Exhibit B

Second Omnibus Service List
Served via Overnight Mail

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Bank of America | Attn:  Leslie O'Brien | 3075 S. Alma School Road | | Chandler | AZ | 85248 |
| Bank of America | Attn:  NJ Lease Administration (NJ6-217) | 13510 Ballantyne Corporate Place | Sherrill Building, 6th Floor | Charlotte | NC | 28277 |
| Bank of America, N.A. | Attn:  Transaction Specialist | Albuquerque Operations Center | 725 6th Street NW | Albuquerque | NM | 87125 |
| New York Community Bank | Attention:  OSG Billing Unit | 615 Merrick Avenue | Operations Support Group | Westbury | NY | 11590 |
| Tri-City Laundry & Dry Cleaning Corp. | Attn:  Tae Byung Moon | 115 Belmont Avenue | | Belleville | NJ | 07109 |

**<u>Exhibit C</u>**

Exhibit C

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Cross-Path Realty LLC | Ackerman, Levine, Cullen, Brickman & Limmer, LLP | Attn: Brian J. Grieco, Esq.<br>1010 Northern Boulevard<br>Great Neck NY 11021 | bgrieco@ackermanlevine.com | Email |
| Counsel for Airgas USA, LLC and its related entities | Airgas, Inc. | Attn: KJ van Krieken<br>259 Radnor-Chester Road, Suite 100<br>P.O. Box 6675<br>Radnor PA 19087-8675 | kj.van.krieken@airgas.com | Email |
| Counsel for Santander, N.A. | Akerman LLP | Attn: Susan F. Balaschak, Esq.<br>666 Fifth Avenue<br>20th Floor<br>New York NY 10103 | susan.balaschak@akerman.com | Email |
| Counsel for Bank of America, N.A. | Alston & Bird LLP | Attn: David A. Wender<br>1201 West Peachtree Street<br>Atlanta GA 30309 | david.wender@alston.com | Email |
| Counsel for Bank of America, N.A. | Alston & Bird LLP | Attn: William Hao<br>90 Park Ave.<br>New York NY 10016 | william.hao@alston.com | Email |
| Counsel for Dave-Marion Corp. | Ansell Grimm & Aaron, PC | Attn: Jay B. Feldman, Esq.<br>1500 Lawrence Avenue<br>CN-7807<br>Ocean NJ 07712 | jbf@ansellgrimm.com | Email |
| Counsel for Sysco Metro New York, LLC | Arnall Golden Gregory LLP | Attn: Darryl S. Laddin, Esq. & Frank N. White, Esq.<br>171 17th Street, NW<br>Suite 2100<br>Atlanta GA 30363-1031 | darryl.laddin@agg.com<br>frank.white@agg.com | Email |
| Counsel for Self-Insurers' Security Fund and Funds Administration | Attorney General of the State of Michigan | Attn: William F. Denner<br>Labor Division, Cadillac Place<br>303 W. Grand Blvd., 10-200<br>Detroit MI 48202 | dennerb@michigan.gov | Email |
| Counsel for American Greetings Corporation | Baker & Hostetler LLP | Attn: George Klidonas<br>45 Rockefeller Plaza<br>New York NY 10111 | gklidonas@bakerlaw.com | Email |
| Counsel for Allied Jackson Heights LLC | Belkin Burden Wenig & Goldman, LLP | Attn: S. Stewart Smith, Esq.<br>270 Madison Avenue<br>New York NY 10016 | ssmith@bbwg.com | Email |
| Counsel for FacilitySource, LLC | Blank Rome LLP | Attn: Andrew B. Eckstein & Josef W. Mintz<br>The Chrysler Building<br>405 Lexington Avenue<br>New York NY 10174 | aeckstein@blankrome.com<br>mintz@blankrome.com | Email |
| Counsel for King Kullen Grocery Co., Inc. | Bond, Schoeneck & King, PLLC | Attn: Bernard P. Kennedy, Esq.<br>1010 Franklin Avenue<br>Suite 200<br>Garden City NJ 11530 | bkennedy@bsk.com | Email |
| Counsel for King Kullen Grocery Co., Inc. | Bond, Schoeneck & King, PLLC | Attn: Stephen A. Donato, Esq.<br>One Lincoln Center<br>18th Floor<br>Syracuse NY 13202 | sdonato@bsk.com | Email |

Exhibit C

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Mattone Group Springnex LLC & CPEOA, Limited Partnership | Borah, Goldstein, Altschuler, Nahins & Goidel, PC | Attn:  Jeffrey C. Chancas<br>377 Broadway<br>New York NY 10013 | JChancas@borahgoldstein.com | Email |
| Counsel for Avalara, Inc. | Borges & Associates, LLC | Attn:  Wanda Borges, Esq.<br>575 Underhill Blvd.<br>Suite 118<br>Syosset NY 11791 | bankruptcy@borgeslawllc.com<br>wborges@borgeslawllc.com<br>clipan@borgeslawllc.com | Email |
| Counsel for U.F.C.W., Local 1500 Pension Fund | Broach & Stulberg, LLP | Attn:  Judith P. Broach, Esq., Amy F. Shulman, Esq. & Vincent Torregiano, Esq.<br>One Penn Plaza<br>Suite 2016<br>New York NY 10119 | jbroach@brostul.com<br>ashulman@brostul.com<br>vtorregiano@brostul.com | Email |
| Counsel for SAP Industries, Inc. | Brown & Connery, LLP | Attn:  Donald K. Ludman, Esq.<br>6 North Broad Street<br>Suite 100<br>Woodbury NJ 08096 | dludman@brownconnery.com | Email |
| Counsel to CBP Enterprises LLC | Brown McGarry Nimeroff LLC | Attn:  Jami B. Nimeroff, Esq.<br>Two Commerce Square<br>Suite 3240<br>Philadelphia PA 19103 | jnimeroff@bmnlawyers.com | Email |
| Counsel for Gotham Technology Group, LLC | Bryan Cave LLP | Attn:  Michelle McMahon, Esq.<br>1290 Avenue of the Americas<br>New York NY 10104 | michelle.mcmahon@bryancave.com | Email |
| Counsel for Oracle America, Inc. & Oracle Credit Corporation | Buchalter Nemer, A Professional Corporation | Attn:  Shawn M. Christianson, Esq.<br>55 Second Street<br>17th Floor<br>San Francisco CA 94105-3493 | schristianson@buchalter.com | Email |
| Counsel for McKesson Corporation and its corporate affiliates (collectively, "McKesson") | Buchalter Nemer, PC | Attn:  Jeffrey K. Garfinkle, Esq.<br>18400 Von Karman Avenue<br>Suite 800<br>Irvine CA 92612 | jgarfinkle@buchalter.com | Email |
| Counsel for Environmental Products Corporation | Carmody Torrance Sandak & Hennessey LLP | Attn:  Marc J. Kurzman, Esq.<br>707 Summer Street<br>Stamford CT 06901 | Mkurzman@carmodylaw.com | Email |
| Counsel for Environmental Products Corporation | Carmody Torrance Sandak & Hennessey LLP | Attn:  Thomas J. Sansone<br>195 Church Street<br>P.O. Box 1950<br>New Haven CT 06509-1950 | tsansone@carmodylaw.com | Email |
| Counsel for ParMed Pharmaceuticals, LLC, as subsidiary of Cardinal Health, Inc.; Westchester Fire Insurance Company | Chiesa Shahinian & Giantomasi PC | Attn:  Michael R. Caruso, Esq.<br>One Boland Drive<br>West Orange NJ 07052 | mcaruso@csglaw.com | Email |
| Counsel for ParMed Pharmaceuticals, LLC, as subsidiary of Cardinal Health, Inc.; Westchester Fire Insurance Company | Chiesa Shahinian & Giantomasi PC | Attn:  Scott A. Zuber, Esq.<br>One Boland Drive<br>West Orange NJ 07052 | szuber@csglaw.com | Email |

Exhibit C
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Wells Fargo Bank, National Association, as agent under that certain Amended and Restated Senior Secured Revolving Credit Agreement, dated as of September 17, 2014 | Choate, Hall & Stewart LLP | Attn:  Kevin J. Simard, Esq., John F. Ventola, Esq. & Gregory Kopacz, Esq. Two International Place Boston MA 02110 | ksimard@choate.com jventola@choate.com gkopacz@choate.com | First Class Mail and Email |
| Counsel for Cedar-Carman's, LLC | Clark Hill PLC | Attn:  David M. Blau, Esq. & Paul S. Magy, Esq. 151 S. Old Woodward Ave. Ste. 200 Birmingham MI 48009 | dblau@clarkhill.com pmagy@clarkhill.com | Email |
| Counsel for Old Lyme Stores Limited Partnership ("OLSLP") | Cohen and Wolf, PC | Attn:  Vincent M. Marino, Esq. 657 Orange Center Road Orange CT 06477 | vmarino@cohenandwolf.com | Email |
| Counsel for the United Food and Commercial Workers International Union | Cohen, Weiss and Simon LLP | Attn:  David R. Hock 330 W. 42nd St. New York NY 10036 | dhock@cwsny.com | Email |
| Counsel for the United Food and Commercial Workers International Union | Cohen, Weiss and Simon LLP | Attn:  Rebecca A. Hayes 330 W. 42nd St. New York NY 10036 | rhayes@cwsny.com | Email |
| Counsel for the United Food and Commercial Workers International Union | Cohen, Weiss and Simon LLP | Attn:  Richard M. Seltzer 330 W. 42nd St. New York NY 10036 | rseltzer@cwsny.com | Email |
| Counsel for the United Food and Commercial Workers International Union | Cohen, Weiss and Simon LLP | Attn:  Thomas N. Ciantra 330 W. 42nd St. New York NY 10036 | tciantra@cwsny.com | Email |
| Counsel for Bozzuto's, Inc. | Cohn Birnbaum & Shea PC | Attn:  Scott D. Rosen, Esq. 100 Pearl Street 12th Floor Hartford CT 06103 | srosen@cbshealaw.com | Email |
| Counsel for Kellogg Company | Cole Schotz PC | Attn:  Kenneth L. Baum, Esq. & Jill B. Bienstock, Esq. Court Plaza North 25 Main Street Hackensack NJ 07601 | kbaum@coleschotz.com jbienstock@coleschotz.com | Email |
| Counsel for Kellogg Company | Cole Schotz PC | Attn:  Michael D. Warner, Esq. 301 Commerce Street Suite 1700 Fort Worth TX 76102 | mwarner@coleschotz.com | Email |
| Counsel for United Food and Commercial Workers Union, Local 1500 | Colleran, O'Hara & Mills LLP | Attn:  Denis A. Engal, Esq.,  John S. Groarke, Esq. & Michael D. Bosso, Esq. 100 Crossways Park Drive West Suite 200 Woodbury NY 11797 | dae@cohmlaw.com jsg@cohmlaw.com mdb@cohmlaw.com | Email |
| Counsel for New York Community Bank | Cullen and Dykman LLP | Attn:  Matthew G. Roseman, Esq., Elizabeth M. Aboulafia, Esq. & Bonnie L. Pollack, Esq. 100 Quentin Roosevelt Boulevard Garden City NY 11530 | mroseman@cullenanddykman.com eaboulafia@cullenanddykman.com bpollack@cullenanddykman.com | Email |
| Counsel for New Hope Center, LP | Curtin & Heefner LLP | Attn:  Robert Szwajkos, Esquire 250 N. Pennsylvania Avenue Morrisville PA 19067 | rsz@curtinheefner.com | Email |

Exhibit C

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Astoria Holding Corp. | DelBello Donnellan Weingarten Wise & Wiederkehr, LLP | Attn:  Jonathan S. Pasternak, Esq. & Julie Cvek Curley, Esq. One North Lexington Avenue 11th Floor White Plains NY 10601 | jpasternak@ddw-law.com jcurley@ddw-law.com | Email |
| Counsel for Wells Fargo Bank, National Association | DiConza Traurig Kadish LLP | Attn:  Maura I. Russell, Esq. 630 Third Avenue New York NY 10017 | mrussell@dtklawgroup.com | Email |
| Counsel for Southgate Shopping Center Joint Venture | DLA Piper LLP (US) | Attn:  Daniel G. Egan, Esq. 1251 Avenue of the Americas New York NY 10020 | Daniel.Egan@dlapiper.com | Email |
| Counsel for Southgate Shopping Center Joint Venture | DLA Piper LLP (US) | Attn:  Richard M. Kremen, Esq. & Kristy N. Grace, Esq. 6225 Smith Avenue Baltimore MD 21209 | Richard.Kremen@dlapiper.com Kristy.Grace@dlapiper.com | Email |
| Counsel for M Plaza L.P. | DLA Piper LLP (US) | Attn:  Thomas R. Califano, Esq. & Daniel G. Egan, Esq. 1251 Avenue of the Americas New York NY 10020 | thomas.califano@dlapiper.com daniel.egan@dlapiper.com | Email |
| Counsel for Town of Boonton Water and Sewer | Dorsey & Semrau, LLC | Attn:  Dawn M. Sullivan, Esq. 714 Main Street P.O. Box 228 Boonton NJ 07005 | dsullivan@dorseysemrau.com | Email |
| Counsel for Robert Diab | Durkin & Durkin, LLP | Attn:  Robert S. Cosgrove 1120 Bloomfield Avenue P.O. Box 1289 West Caldwell NJ 07007 | rcosgrove@durkinlawfirm.com | Email |
| Counsel for Tri-State Pension Fund; United Food and Commercial Workers Union Local 1776 & Participating Employers Pension Fund; Goya Foods, Inc. | Elliott Greenleaf PC | Attn:  Rafael X. Zahralddin-Aravena, Esq. Shelley A. Kinsella, Esq. & Cameron M. Fee, Esq. 1105 North Market Street Suite 1700 Wilmington DE 19801 | rxza@elliottgreenleaf.com sak@elliottgreenleaf.com cmf@elliottgreenleaf.com | Email |
| Top 5 Secured Creditor | Environmental Products Corporation | Attn:  President or General Counsel 99 Great Hill Road Naugatuck CT 06770 | | First Class Mail |
| Counsel for Cord Meyer Development LLC | Farrell Fritz, PC | Attn:  Patrick T. Collins 1320 RXR Plaza Uniondale NY 11556-1320 | pcollins@farrellfritz.com | Email |
| Counsel for Garelick Farms, LLC; Tuscan/Lehigh Dairies, Inc. | Fishman Jackson PLLC | Attn:  Mark Ralston 13155 Noel Road Suite 700 Dallas TX 75240 | mralston@fishmanjackson.com | Email |
| Counsel for Haddon House Food Products, Inc. | Flaster/Greenberg PC | Attn:  E. Richard Dressel, Esquire Commerce Center 1810 Chapel Avenue West Cherry Hill NJ 08002-4609 | rick.dressel@flastergreenberg.com | Email |
| Counsel for Linda Beirne and Michael Beirne | Fleck, Fleck & Fleck, Esqs. | Attn:  Edward A. Fleck, Esq. 1205 Franklin Avenue Suite 300 Garden City NY 11530 | efleck@flecklaw-firm.com | Email |

Exhibit C

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for MCB Landlords and MCB Real Estate LLC as authorized representative for the MCB Landlords | Fox Rothchild LLP | Attn: Marie C. Dooley, Esquire<br>2000 Market Street<br>20th Floor<br>Philadelphia PA 19103 | mdooley@foxrothschild.com | Email |
| Counsel for MCB Landlords and MCB Real Estate LLC as authorized representative for the MCB Landlords | Fox Rothchild LLP | Attn: Michael Viscount, Esquire & Raymond M. Patella, Esquire<br>1301 Atlantic Avenue<br>Midtown Building, Suite 400<br>Atlantic City NJ 08401 | mviscount@foxrothschild.com<br>rpatella@foxrothschild.com<br>ksenese@foxrothschild.com | Email |
| Consumer Privacy Ombudsman | Frejka PLLC | Attn: Elise S. Frejka, CIPP/US<br>733 Third Avenue<br>15th Floor<br>New York NY 10017 | efrejka@frejka.com | Email |
| Counsel for Vornado Realty Trust | Fried, Frank, Harris, Shriver & Jacobson LLP | Attn: Brad Eric Scheler & Matthew Roose<br>One New York Plaza<br>New York NY 10004 | brad.eric.scheler@friedfrank.com<br>matthew.roose@friedfrank.com | Email |
| Counsel for Local 338, RWDSU/UFCW; Local 338 Retirement Fund; Retail, Wholesale and Department Store International Union and Industry Pension Fund | Friedman & Anspach | Attn: Eugene S. Friedman, Esq. & William Anspach, Esq.<br>1500 Broadway<br>Suite 2300<br>New York NY 10036 | efriedman@friedmananspach.com<br>wanspach@friedmananspach.com | Email |
| Counsel for General Electric Company, by and through its GE Lighting Business Unit | Fultz Maddox Dickens PLC | Attn: Matthew C. Williams<br>101 S. Fifth Street<br>27th Floor<br>Louisville KY 40202 | Mwilliams@fmdlegal.com | Email |
| Counsel for 360 East 72nd Street Owners Inc.; 251 East 51st Street Corp. | Ganfer & Shore, LLP | Attn: William A. Jaskola, Esq.<br>360 Lexington Avenue<br>14th Floor<br>New York NY 10017 | wjaskola@ganfershore.com | Email |
| Counsel for 170 East 83rd Street LLC | Gazes LLC | Attn: Ian J. Gazes, Esq. & David Dinoso, Esq.<br>151 Hudson Street<br>New York NY 10013 | ian@gazesllc.com<br>ddinoso@gazesllc.com | Email |
| Counsel for The Yucaipa Companies, LLC and their affiliated funds | Gibson Dunn | Attn: Robert A. Klyman<br>333 South Grand Avenue<br>Los Angeles CA 90071 | rklyman@gibsondunn.com | First Class Mail and Email |
| Counsel for Cenmor Associates, Staltac Associates, and SPA 77 N L.P. | Gleich, Siegel & Farkas LLP | Attn: Lara P. Emouna, Esq.<br>36 South Station Plaza<br>Great Neck NY 11021 | l.emouna@nylawfirm.com | Email |
| Counsel for Marvin Lindner Associates, LLC | Goetz Fitzpatrick LLP | Attn: Gary M. Kushner, Esq.<br>One Penn Plaza<br>31st Floor<br>New York NY 10119 | gkushner@goetzfitz.com | Email |
| Counsel for Union County Realty Group Limited Liability Company LLC; Cross Bronx Plaza, LLC, as successor in interest to MBD New Horizons LLC, Triangle 17 Center LLC; and Bradhurst Retail Owners LLC | Goldberg Weprin Finkel Goldstein, LLP | Attn: Kevin J. Nash, Esq. & Evan M. Lazerowitz, Esq.<br>1501 Broadway<br>New York NY 10036 | knash@gwflaw.com<br>elazerowitz@gwflaw.com | Email |
| Counsel for H. Mart, Inc. | Golenbock Eiseman Assor Bell & Peskoe LLP | Attn: Jonathan L. Flaxer, Esq. & Marc D. Rosenberg, Esq.<br>437 Madison Avenue<br>New York NY 10022 | jflaxer@golenbock.com<br>mrosenberg@golenbock.com | Email |

Exhibit C

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Tropical Cheese Industries, Inc. | Greenbaum, Rowe, Smith & Davis LLP | Attn: David L. Bruck, Esq.<br>99 Wood Avenue South<br>Iselin NJ 08830-2712 | dbruck@greenbaumlaw.com | Email |
| Counsel for Rockland Center Associates, LLC | Greenberg Traurig, LLP | Attn: Daniel J. Ansell, Kenneth A. Philbin & Hal N. Beerman<br>200 Park Avenue<br>New York NY 10166 | anselld@gtlaw.com<br>philbink@gtlaw.com<br>beermanh@gtlaw.com | Email |
| Counsel for Dietz & Watson, Inc. | Grueneberg Law Group, LLC | Attn: Executive Court<br>2 Eves Drive<br>Suite 208<br>Marlton NJ 08053 | rgrueneberg@rglawgroup.com | Email |
| Counsel for Lexington Realty Trust | Harris Beach PLLC | Attn: Lee E. Woodard, Esq. & Wendy Kinsella, Esq.<br>333 W. Washington St.<br>Ste. 200<br>Syracuse NY 13202 | wkinsella@harrisbeach.com<br>bkemail@harrisbeach.com | Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>2970 Market St.<br>Philadelphia PA 19104-5016 | Mimi.M.Wong@irscounsel.treas.gov | First Class Mail and Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | Mimi.M.Wong@irscounsel.treas.gov | First Class Mail and Email |
| Counsel for Joseph Angelone | Itkowitz PLLC | Attn: Jay B. Itkowitz, Esq.<br>26 Broadway<br>21st Floor<br>New York NY 10004 | jitkowitz@itkowitz.com | Email |
| Counsel for Carver Federal Savings Bank | Jaspan Schlesinger LLP | Attn: Antonia M. Donohue, Esq.<br>300 Garden City Plaza<br>Garden City NY 11530 | adonohue@jaspanllp.com | Email |
| Counsel for AVR CP-TWO, LLC | Jaspan Schlesinger LLP | Attn: Shannon Anne Scott, Esq.<br>300 Garden City Plaza<br>Garden City NY 11530 | sscott@jaspanllp.com | Email |
| Counsel for Washington Town Center LLC | John W. Sywilok LLC | Attn: John W. Sywilok, Esq.<br>51 Main Street<br>Hackensack NJ 07601 | sywilokattorney@sywilok.com | Email |
| Counsel for [DIP AGENT], as agent for the [DIP LENDERS] purusant to that certain [DIP FACILITY] | Jones Day | Attn: Scott J. Greenberg<br>222 E. 41st Street<br>New York NY 10017 | sgreenberg@jonesday.com | First Class Mail and Email |
| Counsel for Fortress Credit Corp. | Jones Day | Attn: Scott J. Greenberg & Michael J. Cohen<br>222 East 41st Street<br>New York NY 10017 | sgreenberg@jonesday.com<br>mcohen@jonesday.com | Email |
| Counsel for Acadia Realty Trust; Alecta Real Estate Investment, LLC; Brixmor Property Group, Inc.; DLC Management Corp.; Federal Realty Investment Trust and The Prudential Insurance Company of America | Katten Muchin Rosenman LLP | Attn: Dustin P. Branch, Esq.<br>2029 Century Park East<br>Suite 2600<br>Los Angeles CA 90067-3012 | dustin.branch@kattenlaw.com | Email |
| Counsel for GBR Valley Cottage Limited Liability Company | Keane & Beane, PC | Attn: Andrew P. Tureaud, Esq.<br>445 Hamilton Avenue<br>15th Floor<br>White Plains NY 10601 | atureaud@kblaw.com | Email |

Exhibit C

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for DDR Corp.; Equity One, Inc.; and Philips International; Basser-Kaufman; Blumenfeld Development Group, Ltd.; JP Morgan Chase, Nassimi Realty, LLC; Onyx Management Group LLC; Realty Income Corporation; Rush Properties; Sivan Properties; Washington Park Plaza Associates, LLC | Kelley Drye & Warren LLP | Attn:  Robert L. LeHane, Esq., Gilbert R. Saydah, Jr., Esq. & Jason Alderson, Esq. 101 Park Avenue New York NY 10178 | kdwbankruptcydepartment@kelleydrye.com rlehane@kelleydrye.com gsaydah@kelleydrye.com jalderson@kelleydrye.com | Email |
| Counsel for Flowers Foods, Inc. | Kilpatrick Townsend & Stockton LLP | Attn:  Paul M. Rosenblatt, Esq. 1100 Peachtree Street Suite 2800 Atlanta GA 30309 | prosenblatt@kilpatricktownsend.com | Email |
| Counsel for Richard I. Rubin & Co., Inc. | Klehr Harrison Harvey Branzburg, LLP | Attn:  Jeffrey Kurtzman, Esquire 1835 Market Street Suite 1400 Philadelphia PA 19103 | jkurtzman@klehr.com | Email |
| Counsel for Bogopa Service Corp. d/b/a Food Bazaar Supermarket | Klestadt Winters Jureller Southard & Stevens, LLP | Attn:  Tracy L. Klestadt & Lauren C. Kiss 570 Seventh Avenue 17th Floor New York NY 10018 | tklestadt@klestadt.com lkiss@klestadt.com | Email |
| Counsel for Urstadt Biddle Properties Inc.; UB New Providence, LLC; McLean Plaza Associates, LLC; UB Ironbound, L.P.; UB Bloomfield I, LLC; UB Boonton I, LLC; and UB Pompton Lakes I, LLC; Sherwood Island 21, LLC and SI Ridgefield LLC; UB Harrison I, LLC | Kroll, McNamara, Evans & Delehanty, LLP | Attn:  Douglas M. Evans, Esquire 65 Memorial Road Suite 300 West Hartford CT 06107 | bankr@kmelaw.com | Email |
| Counsel for Oster Belleville Properties, LLC; National Shopping Center Associates, LLC; Oster Fairlawn Properties, LLC | Lasser Hochman, LLC | Attn:  Richard L. Zucker, Esq. 75 Eisenhower Parkway Roseland NJ 07068 | rzucker@lasserhochman.com | Email |
| Counsel for "R" Best Produce, Inc. | Law Office of Ralph Wood, Esq. | Attn:  Ralph Wood, Esq. 399 Knollwood Rd. Suite 310 White Plains NY 10603 | rwood@rwoodesq.com | Email |
| Counsel for Baker's Express, LLC and Schmidt Baking Company; Super Bread II Corp./Schmidt; Elberon Development Group | Law Offices of William S. Katchen, LLC | Attn:  William S. Katchen, Esq. 210 Park Avenue Suite 301 Florham Park NJ 07932 | wkatchen@wskatchen.com | Email |
| Counsel for Renaissance Beauty Inc. | Lazarus & Lazarus, PC | Attn:  Harlan M. Lazarus, Esq. & Gilbert A. Lazarus, Esq. 240 Madison Avenue 8th Flr. New York NY 10016 | harlan.lazarus@gmail.com hlazarus@lazarusandlazarus.com gillazarus@gmail.com glazarus@lazarusandlazarus.com | Email |

Exhibit C
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Closter-Grocery, LLC; Closter-Multi Owner-Grocery, LLC; NW-East Meadow Grocery, LLC; Benenson East Meadow, LLC; Greenwich Grocery Owners, LLC; Benenson Greenwich Grocery, LLC; Kenilworth-Grocery, LLC; Benenson Kenilworth, LLC; NW- Midland Park Grocery, LLC; GVD Commercial Properties, Inc.; New Canaan-Grocery, LLC; Benenson Howard Beach, LLC; Benenson Belle Harbor, LLC; 400 N Center St Co. LLC; 592 Ft. Washington Avenue Co. LLC; 555 S.W. 4th Ave Co LLC | LeClairRyan, A Professional Corporation | Attn:  Niclas A. Ferland, Esq. & Ilan Markus, Esq. 545 Long Wharf Drive Ninth Floor New Haven CT 06511 | niclas.ferland@leclairryan.com ilan.markus@leclairryan.com | Email |
| Counsel for Michael Zola | Levy Konigsberg, LLP | Attn:  Daniel B. Weiss 800 Third Avenue New York NY 10022 | dweiss@levylaw.com | Email |
| Counsel for 1199SEIU United Healthcare Workers East; 1199SEIU Funds | Levy Ratner, PC | Attn:  Ryan J. Barbur, Suzanne Hepner & Kimberly A. Lehmann 80 Eighth Avenue 8th Floor New York NY 10011-5126 | rbarbur@levyratner.com shepner@levyratner.com klehmann@levyratner.com | Email |
| Counsel for Interested Party | Levy, Small & Lallas, A Partnership Including Professional Corporations | Attn:  Leo D. Plotkin, Esq. 815 Moraga Drive Los Angeles CA 90012 | lplotkin@lsl-la.com | Email |
| Counsel for C & S Wholesale Grocers Inc. d/b/a C & S Wholesale Produce | McCarron & Diess | Attn:  Gregory Brown, Esq. 707 Walt Whitman Road Second Floor Melville NY 11747 | gbrown@mccarronlaw.com | Email |
| Counsel for The CIT Group, Inc. | McCarter & English, LLP | Attn:  Lisa S. Bonsall, Esq. & Matthew B. Heimann, Esq. Four Gateway Center 100 Mulberry Street Newark NJ 07102 | lbonsall@mccarter.com mheimann@mccarter.com | Email |
| Counsel for New Jersey Self-Insurers Guaranty Association | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn:  Jeffrey Bernstein, Esq. 570 Broad Street Suite 1500 Newark NJ 07102 | jbernstein@mdmc-law.com | Email |
| Counsel for New Jersey Self-Insurers Guaranty Association | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn:  Nicole Leonard, Esq. 88 Pine Street 24th Floor New York NY 10005 | nleonard@mdmc-law.com | Email |
| Counsel for Inland Commercial Real Estate Services, LLC | Menter, Rudin & Trivelpiece, PC | Attn:  Kevin M. Newman, Esq. 308 Maltbie Street Suite 200 Syracuse NY 13204-1439 | knewman@menterlaw.com | Email |
| Counsel for United Food and Commercial Workers Local 1500 | Meyer, Suozzi, English & Klein, PC | Attn:  Patricia McConnell, Esq. 1350 Broadway, Suite 501 P.O. Box 822 New York NY 10018-0226 | pmcconnell@msek.com | Email |

Exhibit C

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Acme Markets, Inc. | Milbank, Tweed, Hadley & McCloy LLP | Attn: Gregory A. Bray, Thomas R. Kreller & Haig M. Maghakian<br>601 S. Figueroa St.<br>30th Floor<br>Los Angeles CA 90017 | gbray@milbank.com<br>tkreller@milbank.com<br>hmaghakian@milbank.com | Email |
| Counsel for Oekos Kirkwood, LLC | Miles & Stockbridge PC | Attn: Joel L. Perrell Jr., Esquire & Kristen M. Siracusa, Esquire<br>100 Light Street<br>10th Floor<br>Baltimore MD 21202 | jperrell@milesstockbridge.com<br>ksiracusa@milesstockbridge.com | Email |
| Counsel for Crossroads Shopping Plaza, Inc. & C'PIA LLC | Montgomery, McCracken, Walker & Rhoads, LLP | Attn: Joseph O'Neil, Jr.<br>437 Madison Avenue<br>29th Floor<br>New York NY 10022 | joneil@mmwr.com | Email |
| Counsel for Kimco Realty Corporation | Morgan, Lewis & Bockius LLP | Attn: Neil E. Herman, Esq.<br>101 Park Avenue<br>New York NY 10178-0600 | nherman@morganlewis.com | Email |
| Counsel for Arelene Appel | Moritt Hock & Hamroff LLP | Attn: Leslie A. Berkoff<br>400 Garden City Plaza<br>Garden City NY 11530 | lberkoff@moritthock.com | Email |
| Counsel for GA Family-Bronxville Holdings, LLC | Morrison & Foerster LLP | Attn: Jordan A. Wishnew<br>250 West 55th Street<br>New York NY 10019 | jwishnew@mofo.com | Email |
| Counsel for UFCW Local 1262, UFCW Local 27, UFCW Local 371 & UFCWL Local 464A | Murphy Anderson PLLC | Attn: Mark Hanna & Michelle Banker<br>1701 K Street NW<br>Suite 210<br>Washington DC 20006 | mbanker@murphypllc.com | Email |
| Counsel for National Realty & Development Corp., on behalf of its affiliate, Grand Street Realty, LLC | National Realty & Development Corp. | Attn: Wayne E. Heller, Esq.<br>3 Manhattanville Road<br>Suite 202<br>Purchase NY 10577 | wayne.heller@nrdc.com | Email |
| Counsel for the State of New York and the New York State Department of Environmental Conservation | New York State Department of Law | Attn: Isaac Cheng, Assistant Attorney General<br>Environmental Protection Bureau<br>120 Broadway<br>New York NY 10271 | isaac.cheng@ag.ny.gov | Email |
| Counsel for Jay Birnbaum - Cherry Hill LLC and ILF-Cherry Hill, LLC | Nixon Peabody LLP | Attn: Christopher M. Desiderio<br>437 Madison Avenue<br>New York NY 10022 | cdesiderio@nixonpeabody.com | Email |
| Counsel for United Food and Commercial Workers Local 152 | O'Brien, Belland & Bushinsky, LLC | Attn: Kevin D. Jarvis, Esquire<br>1526 Berlin Road<br>Cherry Hill NJ 08003 | kjarvis@obbblaw.com | Email |
| Counsel for Nassau County | Office of the County Attorney | Attn: Patrick Reynolds Gallagher<br>1 West Street<br>Mineola NY 11501 | pgallagher@nassaucountyny.gov | Email |
| Counsel for New York State Workers' Compensation Board | Office of the New York State Attorney General | Attn: Louis J. Testa, Esq. & Norman P. Fivel, Esq.<br>Civil Recoveries Bureau, Bankruptcy Litigation Unit<br>The Capitol<br>Albany NY 12224-0341 | louis.testa@ag.ny.gov<br>norman.fivel@ag.ny.gov | Email |

Exhibit C

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| United States Trustee Southern District of New York | Office of The United States Trustee for Region 2 | Attn: Richard Morrisey & Brian Masumoto<br>201 Varick Street<br>Suite 1006<br>New York NY 10014 | Richard.Morrissey@usdoj.gov | First Class Mail and Email |
| Counsel for Wells Fargo Bank, National Association, as agent under that certain Amended and Restated Senior Secured Term Credit Agreement, dated as of September 17, 2014 | Otterbourg PC | Attn: Johnathan N. Helfat & Daniel F. Fiorillo<br>230 Park Avenue<br>New York NY 10169 | jhelfat@otterbourg.com<br>dfiorillo@otterbourg.com | First Class Mail and Email |
| Counsel for the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Bradford J. Sandler<br>919 N. Market Street<br>17th Floor<br>Wilmington DE 19801 | bsandler@pszjlaw.com | First Class Mail and Email |
| Counsel for the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Robert J. Feinstein<br>780 Third Avenue<br>34th Floor<br>New York NY 10017-2024 | rfeinstein@pszjlaw.com | First Class Mail and Email |
| Counsel for Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn: Lori A. Butler & Damarr M. Butler<br>Office of the Chief Counsel<br>1200 K Street, N.W.<br>Washington DC 20005 | butler.lori@pbgc.gov<br>efile@pbgc.gov<br>butler.damarr@pbgc.gov | Email |
| Counsel for Eckerd Corporation, Rite Aid of New Jersey, Inc., Thrift Drug, Inc., and Rite Aid of Pennsylvania, Inc. | Pepper Hamilton LLP | Attn: Henry J. Jaffe, Esquire & John H. Schanne, II, Esquire<br>Hercules Plaza, Suite 5100<br>1313 Market Street, P.O. Box 1709<br>Wilmington DE 19899-1709 | jaffeh@pepperlaw.com<br>schannej@pepperlaw.com | Email |
| Counsel for Rainbow USA, Inc. | Platzer, Swergold, Levine, Goldberg, Katz & Jaslow, LLP | Attn: Sherri D. Lydell, Esq.<br>475 Park Avenue South<br>18th Floor<br>New York NY 10016 | slydell@platzerlaw.com | Email |
| Counsel for New Community Manor Urban Renewal Corporation | Porzio, Bromberg & Newman, PC | Attn: Brett S. Moore, Esq. & Michael J. Naporano, Esq.<br>156 West 56th Street<br>Suite 803<br>New York NY 10019-3800 | bsmoore@pbnlaw.com<br>mjnaporano@pbnlaw.com | Email |
| Counsel for Dolce Miele Corp. d/b/a Hamptons Honey Co. | Pryor & Mandelup, LLP | Attn: Robert L. Pryor, Esq.<br>675 Old Country Road<br>Westbury NY 11590 | rlp@pryormandelup.com | Email |
| Counsel for Anthony Associates LP | Reich Reich & Reich, PC | Attn: Jeffrey A. Reich<br>235 Main Street<br>Suite 450<br>White Plains NY 10601 | reichlaw@reichpc.com | Email |
| Counsel for Microsoft Corporation and Microsoft Licensing, GP | Riddell Williams PS | Attn: Hilary B. Mohr & Joseph E. Shickich, Jr.<br>1001 4th Avenue<br>Suite 4500<br>Seattle WA 98154 | hmohr@riddellwilliams.com<br>jshickich@riddellwilliams.com | Email |
| Counsel for Gordon Brothers Retail Partners, LLC | Riemer & Braunstein, LLP | Attn: Steven E. Fox, Esq.<br>Times Square Tower<br>Seven Times Square, Suite 2506<br>New York NY 10036 | sfox@riemerlaw.com | Email |

Exhibit C

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Interested Party | Robinson & Yablon, PC | Attn: Jared R. Cooper, Esq.<br>232 Madison Avenue<br>Suite 1200<br>New York NY 10016 | jcooper@robyablaw.com | Email |
| Counsel for 255 Mall LLC and Feil Whitestone LLC | Robinson Brog Leinwand Greene Genovese & Gluck PC | Attn: Fred B. Ringel<br>875 Third Avenue<br>9th Floor<br>New York NY 10022 | fbr@robinsonbrog.com | Email |
| Counsel for Key Food Stores Co-Operative, Inc. | Ropes & Gray LLP | Attn: Joshua Y. Sturm<br>Prudential Tower<br>800 Boylston Street<br>Boston MA 02199-3600 | joshua.sturm@ropesgray.com | Email |
| Counsel for Key Food Stores Co-Operative, Inc. | Ropes & Gray LLP | Attn: Mark I. Bane<br>1211 Avenue of the Americas<br>New York NY 10036-8704 | mark.bane@ropesgray.com | Email |
| Counsel for Rudeth Realty LLC | Rosenberg Calica & Birney LLP | Attn: Robert J. Howard<br>100 Garden City Plaza<br>Suite 408<br>Garden City NY 11530 | rhoward@rcblaw.com | Email |
| Counsel for Manarco Realty LLC | Rosenberg Calica & Birney LLP | Attn: Robert J. Howard, Esq.<br>100 Garden City Plaza<br>Suite 408<br>Garden City NY 11530 | rhoward@rcblaw.com | Email |
| Counsel for F.I. Associates, Harwill Homes, Inc., Bernards Plaza Associates, LLC, and Old Bridge Plaza Associates, LLC | Rubin LLC | Attn: Paul A. Rubin<br>345 Seventh Avenue<br>21st Floor<br>New York NY 10001 | prubin@rubinlawllc.com | Email |
| Counsel for Jesco Co. | Ruskin Moscou Faltischek, PC | Attn: Jeffrey A. Wurst, Esq.<br>East Tower, 15th Floor<br>1425 RXR Plaza<br>Uniondale NY 11556-1425 | jwurst@rmfpc.com | Email |
| Counsel for Amboy Plaza Realty, LLC | Ruskin Moscou Faltischek, PC | Attn: Jeffrey A. Wurst, Esq.<br>East Tower, 15th Floor<br>1425 RXR Plaza<br>Uniondale NY 11556-1425 | jwurst@rmfpc.com | Email |
| Counsel for Plymouth Rock Energy LLC, NY | Salon Marrow Dyckman Newman & Broudy | Attn: John Paul Fulco<br>292 Madison Avenue<br>New York NY 10017 | jfulco@salonmarrow.com | Email |
| Counsel for Moody's Investors Service, Inc. | Satterlee Stephens Burke & Burke LLP | Attn: Christopher R. Belmonte, Esq. & Pamela A. Bosswick, Esq.<br>230 Park Avenue<br>New York NY 10169 | cbelmonte@ssbb.com<br>pbosswick@ssbb.com | Email |
| Counsel for CVS Pharmacy, Inc. and Affiliates | Saul Ewing LLP | Attn: Mark Minuti, Esquire<br>222 Delaware Avenue<br>P.O. Box 1266<br>Wilmington DE 19899 | mminuti@saul.com | Email |

Exhibit C

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Old Bridge Municipal Utilities Authority; Family Food Distributors, Inc. | Scarinci & Hollenbeck, LLC | Attn:  Joel R. Glucksman, Esq.<br>1100 Valley Brook Ave.<br>P.O. Box 790<br>Lyndhurst NJ 07071-0790 | jglucksman@njlegalink.com | Email |
| Counsel for Mount Kellett Capital Management LP, the holders of a majority of the Prepetition Convertible Notes | Schulte Roth & Zabel LLP | Attn:  Adam Harris & Karen S. Park<br>919 Third Avenue<br>New York NY 10022 | adam.harris@srz.com<br>karen.park@srz.com | First Class Mail and Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn:  Secretary of the Treasury<br>100 F St., NE<br>Washington DC 20549 | secbankruptcy@sec.gov<br>NYROBankruptcy@sec.gov | First Class Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn:  Bankruptcy Dept.<br>Brookfield Place<br>200 Vesey Street, Ste. 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov | First Class Mail and Email |
| Counsel for Warren 2001, LLC and Pheasant Run 2001 (SPE), LLC; Lackawana SPE, LLC; Shrewsbury/35 Associates, LLC; Wantage 2002, LLC; NSP Nutley Associates, LLC; HLF Fairview 2005, LLC; Lemoine Avenue 2001, LLC; 1355 Fort Lee, LLC | Shapiro, Croland, Reiser, Apfel & Di Iorio, LLP | Attn:  John P. Di Iorio, Esq. & Robert P. Shapiro, Esq.<br>Continental Plaza II<br>411 Hackensack Ave., 6th Floor<br>Hackensack NJ 07601 | jdiiorio@shapiro-croland.com<br>rshapiro@shapiro-croland.com | Email |
| Counsel for Bazzini, LLC | Sherman, Silverstein, Kohl, Rose & Podolsky, PA | Attn:  Bruce S. Luckman, Esquire & Arthur J. Abramowitz, Esquire<br>308 Harper Drive<br>Suite 200<br>Moorestown NJ 08057 | bluckman@shermansilverstein.com<br>aabramowitz@shermansilverstein.com | Email |
| Counsel for Tower Plaza Associates, LLC | Sills Cummis & Gross PC | Attn:  George R. Hirsch, Esq.<br>101 Park Avenue<br>28th Floor<br>New York NY 10178 | ghirsch@sillscummis.com | Email |
| Counsel for Urban Edge Properties, as authorized agent for UE AP 195 N. Bedford Road LLC and North Bergen UE LLC | Sills Cummis & Gross PC | Attn:  Valerie A. Hamilton, Esq.<br>600 College Road East<br>Princeton NJ 08540 | vhamilton@sillscummis.com | Email |
| Counsel for United Food and Commercial Workers Local 342 | Simon & Milner | Attn:  Martin L. Milner, Esq.<br>99 West Hawthorne Ave.<br>Ste. 308<br>Valley Stream NY 11580 | mmilner@simonandmilner.com | Email |
| Counsel for Simon Property Group, Inc. | Simon Property Group, Inc. | Attn:  Ronald M. Tucker, Esq.<br>225 West Washington Street<br>Indianapolis IN 46204 | rtucker@simon.com | Email |
| Counsel for C&S Wholesale Grocers, Inc. | Skadden, Arps, Slate, Meagher & Flom LLP | Attn:  James J. Mazza, Jr.<br>155 N. Wacker Drive<br>Chicago IL 60606-1720 | james.mazza@skadden.com | Email |
| Counsel for C&S Wholesale Grocers, Inc. | Skadden, Arps, Slate, Meagher & Flom LLP | Attn:  Kenneth S. Ziman & David A. Shapiro<br>Four Times Square<br>New York NY 10036 | ken.ziman@skadden.com<br>david.shapiro@skadden.com | Email |
| Counsel for Ocean Norse Realty LLC and Brighton Norse Realty, LLC | Smith, Gambrell & Russell, LLP | Attn:  John G. McCarthy, Esq.<br>1301 Avenue of the Americas<br>21st Floor<br>New York NY 10019 | jmccarthy@sgrlaw.com | Email |

Exhibit C

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Airgas USA, LLC and its related entities | Smith, Katzenstein & Jenkins LLP | Attn: Kathleen M. Miller<br>1000 West Street, Suite 1501<br>P.O. Box 410<br>Wilmington DE 19899 | kmiller@skjlaw.com | Email |
| Counsel for U.S. Bank National Association | Squire Patton Boggs (US) LLP | Attn: Stephen D. Lerner, Esq.<br>30 Rockefeller Plaza<br>New York NY 10112 | stephen.lerner@squirepb.com | Email |
| Counsel for Levin Properties, L.P. and Arlona Limited Partnership | Stark & Stark, PC | Attn: Thomas S. Onder, Esquire & Jeffrey S. Posta, Esq.<br>993 Lenox Drive, Bldg. 2<br>P.O. Box 5315<br>Princeton NJ 08543-5315 | tonder@stark-stark.com<br>jposta@stark-stark.com | Email |
| Counsel for Klingensmith Associates, LLC | Stark & Stark, PC | Attn: Timothy P. Duggan, Esquire<br>993 Lenox Drive<br>P.O. Box 5315<br>Princeton NJ 08543-5315 | tduggan@stark-stark.com | Email |
| Counsel for United Food and Commercial Workers Local 1776 and Participating Employers Health and Welfare Fund & United Food and Commercial Workers Local 1776 and Participating Employers Legal Trust Fund | Stevens & Lee, PC | Attn: Constantine D. Pourakis, Esq.<br>485 Madison Avenue<br>20th Floor<br>New York NY 10022 | cp@stevenslee.com | Email |
| Counsel for United Food and Commercial Workers Local 1776 and Participating Employers Health and Welfare Fund & United Food and Commercial Workers Local 1776 and Participating Employers Legal Trust Fund | Stevens & Lee, PC | Attn: John C. Kilgannon, Esq.<br>1818 Market Street<br>29th Floor<br>Philadelphia PA 19103 | jck@stevenslee.com | Email |
| Counsel for Liberty Harbor, the holders of a majority of the Prepetition PIK Notes | Stroock & Stroock & Lavan LLP | Attn: Joshua M. Siegel, Erez E. Gilad, Jeffrety S. Lowenthal<br>180 Maiden Lane<br>New York NY 10037 | jsiegel@stroock.com<br>egilad@stroock.com<br>jlowenthal@stroock.com | First Class Mail and Email |
| Counsel for Markham Prospects Associates, LLC | The Kelly Firm, PC | Attn: Andrew J. Kelly, Esq.<br>1011 Highway 71<br>Suite 200<br>Spring Lake NJ 07762 | akelly@kbtlaw.com | Email |
| Counsel for Janice Libow | The Law Offices of Joseph Monaco, PC | Attn: Joseph Monaco, III<br>7 Penn Plaza<br>Suite 1606<br>New York NY 10036 | jmonaco@monaco-law.com | Email |
| Counsel for Adi Memeti, et al. | The Vespi Law Firm, LLC | Attn: Damon A. Vespi<br>547 Union Boulevard<br>Totowa NJ 07512 | dvespi@vespilegal.com | Email |
| Counsel for The Yucaipa Companies, LLC and their affiliated funds | The Yucaipa Companies, LLC | Attn: Legal Department<br>9130 Sunset Boulevard<br>Los Angeles CA 90069 | | First Class Mail |
| Counsel for Two Paragon Drive, LLC & A & R L.L.C. | Trenk, DiPasquale, Della Fera & Sodono, PC | Attn: Adam D. Wolper, Esq.<br>347 Mount Pleasant Avenue<br>Suite 300<br>West Orange NJ 07052 | awolper@trenklawfirm.com | Email |

Exhibit C

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| U.S. Bank National Association, as trustee under that certain Indenture for Senior Secured PIK Toggle Notes due 2017 (the "Prepetition PIK Notes") and as trustee under that certain Indenture for Senior Secured Convertible Notes due 2018 (the "Prepetition Convertible Notes") | U.S. Bank National Association | Attn:  Corporate Trust Department<br>100 Wall Street<br>New York NY 10005 | | First Class Mail |
| United States Bankruptcy Court for the Southern District of New York | United States Bankruptcy Court for the Southern District of New York | Attn:  Chambers of the Honorable Judge Robert D. Drain<br>300 Quarropas Street<br>Room 248<br>White Plains NY 10601 | | First Class Mail |
| United States Attorney's Office for the Southern District of New York | US Attorney for Southern District of New York | Attn:  Bankruptcy Division<br>86 Chambers St.<br>3rd Floor<br>New York NY 10007 | David.Jones6@usdoj.gov<br>Jeffrey.Oestericher@usdoj.gov<br>Joseph.Cordaro@usdoj.gov<br>Carina.Schoenberger@usdoj.gov | First Class Mail and Email |
| Counsel for Imperial Bag & Paper Co., LLC | Vedder Price PC | Attn:  Mitchell D. Cohen & Michael J. Riela<br>1633 Broadway<br>47th Floor<br>New York NY 10019 | mcohen@vedderprice.com<br>mriela@vedderprice.com | Email |
| Counsel for Daily News, LP | Vogel Bach, PC | Attn:  Eric H. Horn, Esq.<br>220 South Orange Avenue<br>Suite 200<br>Livingston NJ 07039 | ehorn@vogelbachpc.com | Email |
| Counsel for Daily News, LP | Vogel Bach, PC | Attn:  Heike Vogel, Esq.<br>1745 Broadway<br>17th Floor<br>New York NY 10019 | hvogel@vogelbachpc.com | Email |
| Interested Party | Vornado Realty Trust | Attn:  Elana R. Butler, Senior VP, Retail Counsel<br>888 Seventh Avenue<br>43rd Floor<br>New York NY 10019 | ebutler@vno.com | Email |
| Counsel for P.S.K. Supermarkets, Inc. | Wachtel Missry LLP | Attn:  Steven J. Cohen, Esq.<br>885 Second Avenue<br>47th Fl.<br>New York NY 10017 | cohen@wmllp.com | Email |
| Counsel for Danpar Associates Limited Partnership; Ironbound Plaza Urban Renewal Assoc., LLC; Indian Head Plaza Associates; James R. Weill and Douglas Friedrich, successor Co-Trustees Under Trust Indenture dated March 24, 1969, d/b/a Maplewood Joint Venture; Union County Realty Group Limited Liability Company; 510 Valley Montclair, LLC | Wasserman, Jurista & Stolz, PC | Attn:  Steven Z. Jurista, Esq.<br>110 Allen Road<br>Suite 304<br>Basking Ridge NJ 07920 | sjurista@wjslaw.com | Email |

Exhibit C

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Debtors | Weil, Gotshal & Manges LLP | Attn: Ray C. Schrock, P.C. & Garrett A. Fail, Esq. and Sunny Singh, Esq. 767 Fifth Avenue New York NY 10153 | ray.schrock@weil.com garrett.fail@weil.com sunny.singh@weil.com Adam.Lavine@weil.com Danielle.Donovan@weil.com Nelly.Almeida@weil.com Dana.Kaufman@weil.com | Email |
| Counsel for South-Whit Shopping Center Associates; Baldwin Harbor Associates | Weiss, Zarett, Brofman & Sonnenklar, PC | Attn:  Michael D. Brofman, Esq. 3333 New Hyde Park Road Suite 211 New Hyde Park NY 11042 | mbrofman@weisszarett.com | Email |
| Wells Fargo Bank, National Association, in its capacity as Agent for the Lenders, pursuant to that certain Amended and Restated Senior Secured Revolving Credit Agreement dated September 17, 2014 | Wells Fargo Bank, National Association | Attn:  Emily Abrahamson One Boston Place 18th Floor Boston MA 02108 | emily.j.abrahamson@wellsfargo.com | First Class Mail and Email |
| Counsel for Universal Environmental Consulting, Inc. | Weltman & Moskowitz, LLP | Attn:  Richard E. Weltman. Esq. & Melissa A. Guseynov, Esq. 270 Madison Avenue Suite 1400 New York NY 10016 | rew@weltmosk.com mag@weltmosk.com | Email |
| Counsel for CJAM Associates, LLC; Vets & Spartan LLC and Rosmar Holding Company L.P. | Westerman Ball Ederer Miller Zucker & Sharfstein, LLP | Attn:  Mickee M. Hennessy, Esq., Thomas A. Draghi, Esq. & John E. Westerman, Esq. 1201 RXR Plaza Uniondale NY 11556 | mhennessy@westernanllp.com tdraghi@westernanllp.com | Email |
| Counsel for The Stop & Shop Supermarket Company, LLC | White & Case LLP | Attn:  John K. Cunningham, Esq. & Kevin M. McGill, Esq. Southeast Financial Center 200 South Biscayne Blvd., Suite 4900 Miami FL 33131 | jcunningham@whitecase.com kmcgill@whitecase.com | Email |
| Counsel for Pepperidge Farm, Incorporated 34289 | White and Williams LLP | Attn:  Earl M. Forte, Esq. & Rafael Vergara, Esq. One Penn Plaza 250 W. 34th Street, Suite 4110 New York NY 10119-4115 | fortee@whiteandwilliams.com vergarar@whiteandwilliams.com | Email |
| Counsel for Talles-Robbins Rehoboth, L.L.C. | Whiteford Taylor & Preston, LLC | Attn:  Stephen B. Gerald The Renaissance Centre, Suite 500 405 North King Street Wilmington DE 19801-3700 | sgerald@wtplaw.com | Email |
| Counsel for Talles-Robbins Rehoboth, L.L.C. | Whiteford Taylor & Preston, LLP | Attn:  Brent C. Strickland 7501 Wisconsin Avenue Bethesda MD 20814 | bstrickland@wtplaw.com | Email |
| Counsel for United Food and Commercial Workers Union, Local 1245 | Wilentz, Goldman & Spitzer, PA | Attn:  Nanor L. Terjanian, Esq. 90 Woodbridge Center Drive Woodbridge NJ 07095 | nterjanian@wilentz.com | Email |
| Counsel for 32nd Street Southeast Company, L.P. | Wilk Auslander LLP | Attn:  Eric J. Snyder, Esq. 1515 Broadway New York NY 10036 | esnyder@wilkauslander.com | Email |
| Counsel for Florida Self-Insurers Guaranty Association, Inc. | Williams, Gautier, Gwynn, DeLoach & Sorenson, PA | Attn: James E. Sorenson & D. Tyler Van Leuven P.O. Box 4128 Tallahassee FL 32315-4128 | jsorenson@wggdlaw.com tvanleuven@wggdlaw.com | Email |

Exhibit C

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for TOMRA of North America, Inc. | Wilson, Elser, Moskowitz, Edelman & Dicker LLP | Attn:  Mark G. Ledwin, Esq.<br>1133 Westchester Avenue<br>White Plains NY 10604 | mark.ledwin@wilsonelser.com | Email |
| Counsel for Inland Diversified Seafood Merrick, LLC | Wilson, Elser, Moskowitz, Edelman & Dicker LLP | Attn:  Rory Lubin, Esq.<br>1133 Westchester Avenue<br>White Plains NY 10604 | rory.lubin@wilsonelser.com | Email |
| Counsel for the State of Wisconsin Department of Workforce Development | Wisconsin Department of Justice | Attn:  Brad D. Schimel & F. Mark Bromley<br>PO Box 7857<br>Madison WI 53707-7857 | bromleyfm@doj.state.wi.us | Email |
| Counsel for RLJ Group LLC | Zarin & Steinmetz | Attn:  Lisa F. Smith, Esq.<br>81 Main Street<br>Suite 415<br>White Plains NY 10601 | lisafsmith@zarin-steinmetz.net | Email |