15-23007-rdd    Doc 1082    Filed 09/25/15    Entered 09/25/15 12:18:09    Main Document
                                  Pg 1 of 2

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Garrett A. Fail

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
**In re**                                                   :
                                                            :    **Chapter 11**
**THE GREAT ATLANTIC & PACIFIC TEA**                        :
**COMPANY, INC.,** *et al.***,**                            :    **Case No. 15-23007 (RDD)**
                                                            :
                      Debtors.[1]                           :    **(Jointly Administered)**
                                                            :
------------------------------------------------------------x

**NOTICE OF EXTENSION OF DESIGNATION DEADLINE FOR**
**GLOBAL AUCTION SCHEDULED TO OCCUR ON OCTOBER 1 AND 2, 2015**

PLEASE TAKE NOTICE that:

1. On August 11, 2015, the Bankruptcy Court entered an order (the "Global Bidding Procedures Order") [Docket No. 495] establishing certain procedures (the "Global Bidding Procedures") that govern the sale of all of the Debtors' Stores.[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: 2008 Broadway, Inc. (0986); The Great Atlantic & Pacific Tea Company, Inc. (0974); A&P Live Better, LLC (0799); A&P Real Property, LLC (0973); APW Supermarket Corporation (7132); APW Supermarkets, Inc. (9509); Borman's, Inc. (9761); Delaware County Dairies, Inc. (7090); Food Basics, Inc. (1210); Kwik Save Inc. (8636); McLean Avenue Plaza Corp. (5227); Montvale Holdings, Inc. (2947); Montvale-Para Holdings, Inc. (6664); Onpoint, Inc. (6589); Pathmark Stores, Inc. (9612); Plainbridge LLC (5965); Shopwell, Inc.(3304); Super Fresh Food Markets, Inc. (2491); The Old Wine Emporium of Westport, Inc. (0724); Tradewell Foods of Conn., Inc. (5748); and Waldbaum, Inc. (8599). The international subsidiaries of The Great Atlantic & Pacific Tea Company, Inc. are not debtors in these chapter 11 cases. The location of the Debtors' corporate headquarters is Two Paragon Drive, Montvale, New Jersey 07645.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Global Bidding Procedures.

WEIL:\95476874\2\50482.0005

2. As a result of the volume of Bids received, the Debtors hereby extend the Designation Deadline to publish the Stores to be included in the Auction, Baseline Bids and Qualified Bidders to **September 28, 2015 at 5:00 p.m. (Eastern Time)** (the "**Extended Designation Deadline**").

3. All other Dates and Deadlines Relating to the Global Bidding Procedures set forth on page 3 of the *Notice of Extension of Bid Deadline and Certain Related Deadlines and Dates Relating to the Global Bidding Procedures* filed on September 11, 2015 [Docket No. 896] shall remain the same.

Dated: September 25, 2015
      New York, New York

    /s/ Garrett A. Fail
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Ray C. Schrock, P.C.
Garrett A. Fail

*Attorneys for Debtors*
*and Debtors in Possession*

WEIL:\95476874\2\50482.0005