WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Garrett A. Fail

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                                       :
                                                            :    **Chapter 11**
**THE GREAT ATLANTIC & PACIFIC TEA**                        :
**COMPANY, INC.,** *et al.*,                                :    **Case No. 15-23007 (RDD)**
                                                            :
                Debtors.[1]                                 :    **(Jointly Administered)**
------------------------------------------------------------x

**NOTICE OF STORES TO BE INCLUDED IN GLOBAL AUCTION SCHEDULED**
**FOR OCTOBER 1 AND 2, 2015, BASELINE BIDS AND QUALIFIED BIDDERS**

PLEASE TAKE NOTICE that:

1.   On August 11, 2015, the Bankruptcy Court entered an order (the "Global Bidding Procedures Order") [Docket No. 495] establishing certain procedures (the "Global Bidding Procedures")[2] that govern the sale and auction of all of the Debtors' Stores.

2.   In accordance with the Global Bidding Procedures Order, the Debtors have scheduled a global auction (the "Global Auction") at the offices of Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, on **October 1, 2015 and October 2,**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: 2008 Broadway, Inc. (0986); The Great Atlantic & Pacific Tea Company, Inc. (0974); A&P Live Better, LLC (0799); A&P Real Property, LLC (0973); APW Supermarket Corporation (7132); APW Supermarkets, Inc. (9509); Borman's, Inc. (9761); Delaware County Dairies, Inc. (7090); Food Basics, Inc. (1210); Kwik Save Inc. (8636); McLean Avenue Plaza Corp. (5227); Montvale Holdings, Inc. (2947); Montvale-Para Holdings, Inc. (6664); Onpoint, Inc. (6589); Pathmark Stores, Inc. (9612); Plainbridge LLC (5965); Shopwell, Inc.(3304); Super Fresh Food Markets, Inc. (2491); The Old Wine Emporium of Westport, Inc. (0724); Tradewell Foods of Conn., Inc. (5748); and Waldbaum, Inc. (8599). The international subsidiaries of The Great Atlantic & Pacific Tea Company, Inc. are not debtors in these chapter 11 cases. The location of the Debtors' corporate headquarters is Two Paragon Drive, Montvale, New Jersey 07645.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Global Bidding Procedures Order or the Global Bidding Procedures, as applicable.

**2015, beginning promptly at 9:15 a.m. (Eastern Time).**  Check-in will begin at 7:00 a.m. (Eastern Time).

3. Attached hereto as <u>Exhibit A</u> is a list of the Stores organized by geographic area that the Debtors intend to auction at the Global Auction.[3]  Simultaneously with this filing, the Debtors have posted the starting bid for each Store included in the Global Auction (the "<u>Baseline Bid</u>") to the data room.  In many (but not all) cases, the Baseline Bid represents the highest bid received to date by the Debtors.[4]  If no Qualified Bid has been received or the highest Qualified Bid received to date is below an amount that would be acceptable to the Debtors, the Debtors have fixed a Baseline Bid at an amount to promote a spirited and robust auction and to expedite the auction for such Store.  If a Qualified Bid is the Baseline Bid or a Back-Up Bid for a Store, such Qualified Bidder will be advised of the same prior to the auction for such Store.  This information should be kept confidential.  Although the Debtors will not be identifying Baseline Bidders at the beginning of a Global Auction, subsequent bidders will be identified on the record at the Global Auction.

4. Each Store will be individually auctioned (each, an "<u>Auction</u>") and an anticipated order of Stores to be auctioned will be provided prior to or during the Global Auction.  Generally, the Debtors intend to group Stores to be auctioned at the Global Auction based on the following geographic locations and in the following anticipated order:

<u>October 1, 2015</u>

    a. Mount Kisco, New York;

    b. New York City (five boroughs);

    c. Westchester County; North New Jersey.

<u>October 2, 2015</u>

    d. Long Island;

    e. Philadelphia; South Jersey; New Jersey Shore.

The Debtors reserve the right to change the geographical order above and to auction Stores within a certain geographic area at a different date or time than other Stores included in that geographic area.  **Qualified Bidders are encouraged to attend the entire Global Auction to**

---

[3] The Debtors reserve the right to remove any Store from the Global Auction and will provide notice if any Store is removed from the Global Auction at or before the Global Auction.  The Debtors are in discussions with certain bidders regarding potential stalking horse agreements, including an amended transaction with Key Food Stores Co-Operative, Inc.  To the extent the Debtors execute any such agreement prior to the Global Auction, the Debtors anticipate that the auction for any Stores subject to such potential stalking horse agreements will be scheduled on October 8 or 9, 2015.

[4] Pursuant to paragraph 12 of the Global Bidding Procedures Order, which generally allows the Debtors to modify the rules of the Auction as necessary to fulfill their fiduciary duties and as is in the best interests of the Debtors' estates, the Debtors have not disclosed the identity of any Baseline Bidder.

2

**ensure that they will be able to bid on Stores in which they are interested as the foregoing is subject to material change at or before the Global Auction.**

5. In certain instances, the Debtors have established an undisclosed minimum reserve price for a Store at the Global Auction (the "Reserve Price"). The Reserve Price represents the minimum value the Debtors will accept to sell a Store. If the Reserve Price is not satisfied, the Debtors do not intend, but reserve the right, to sell the Store to the highest or best Qualified Bidder. The Debtors will announce whether the Reserve Price has been satisfied prior to the conclusion of an Auction for a Store.

6. To date, over 100 bidders have submitted approximately 300 bids for Stores that are currently included in the Global Auction. The Debtors have posted a list in the data room identifying all Qualified Bidders (by unique bidder identification number) who, to date, have been qualified to participate in the Global Auction, subject, in some cases, to final documentation.[5] The Debtors are continuing to work with bidders to qualify them to bid at the Global Auction. Qualified Bidders may bid on any Store at the Auction, subject to satisfying the applicable deposit requirements. Qualified Bidders are advised to make arrangements to increase their deposit amounts at or immediately after the Global Auction.

7. Attached hereto as Exhibit B is a Qualified Bidder Interest Form (the "Interest Form") that requires each Qualified Bidder to identify the Stores (but not the price) that a Qualified Bidder currently intends, in good faith, to bid on. The Interest Form will assist the Debtors to organize the Global Auction. All Qualified Bidders must identify in the Interest Form the names of all representatives who will attend the Auction on behalf of such Qualified Bidder. Each Qualified Bidder will be limited to a maximum of four (4) representatives, including professionals. **Qualified Bidders must complete and return the Interest Form to the Debtors by no later than 5:00 p.m. (Eastern Time) on September 29, 2015 to: APBids@weil.com.[6] In addition to the Debtors and the Consultation Parties, only the identified representatives of Qualified Bidders may attend the Global Auction.**

8. The Interest Form is not a binding commitment to bid on any Store (provided that to the extent a Qualified Bid has been submitted for such Store by a Qualified Bidder, in accordance with the Global Bidding Procedures Order, such Qualified Bid is a bidding obligation). The Debtors will not share a Qualified Bidder's Interest Form (or its content) with any other Qualified Bidders. Qualified Bidders are not permitted to share their Interest Form (or its content) with any other Qualified Bidders without the consent of the Debtors.

9. Pursuant to 18 U.S.C. §§ 156 and 157, Qualified Bidders and their representatives may not communicate with one another, collude or otherwise coordinate for participating in, or otherwise for any purpose regarding, the Global Auction without the express consent of the Debtors. Any party found to violate this requirement will be referred to the Office

---

[5] As provided by the Global Bidding Procedures Order, the Debtors may qualify bidders up to the Global Auction. Pursuant to paragraph 12 of the Global Bidding Procedures Order, the Debtors have decided not to publicly file the list of Qualified Bidders prior to the Global Auction. The Debtors may publicly file such list at a later date.

[6] The Interest Form is also available in word format in the Debtors' data room.

of the United States Trustee for the Department of Justice and the Office of the United States Attorney for the Southern District of New York in accordance with applicable law.

10. The Debtors intend to announce the Global Auction rules to all Qualified Bidders and the Consultation Parties on September 29, 2015. Pursuant to Paragraph 12 of the Global Bidding Procedures, the Auction Rules and other matters are subject to modification as necessary to garner the highest value for the Debtors' estates and otherwise in fulfilling their fiduciary duties, and such rights remain reserved.

11. If you have questions concerning the contents of this notice or the sale process, you should contact the representative of the Debtors with whom you have previously been in contact or the Debtors' advisors:

(A) Gregory Apter and Joel Schneider of Hilco Real Estate LLC (gapter@hilcoglobal.com and jschneider@hilcoglobal.com);

(B) Stephen Goldstein and Paul Billyard of Evercore Group LLC (stephen.goldstein@evercore.com and billyard@evercore.com); or

(C) Ray Schrock, Garrett Fail and Sunny Singh of Weil, Gotshal & Manges LLP (APBids@weil.com).

Dated: September 28, 2015
New York, New York

/s/ Ray C. Schrock, P.C.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Ray C. Schrock, P.C.
Garrett A. Fail

*Attorneys for Debtors
and Debtors in Possession*

WEIL:\95477694\3\50482.0005

## Exhibit A

Stores Included in Global Auction

15-23007-rdd    Doc 1095    Filed 09/28/15    Entered 09/28/15 17:35:38    Main Document
Pg 5 of 11

## List of Stores by Geographical Group

**Mount Kisco, New York**

| Location (Legacy) | Address | City | ST | ZIP Code |
|---|---|---|---|---|
| 70226 | 195 NORTH BEDFORD ROAD | MOUNT KISCO | NY | 10549 |

**New York (Five Boroughs)**

| Location (Legacy) | Address | City | ST | ZIP Code |
|---|---|---|---|---|
| 72624 | 1245 61ST STREET | BROOKLYN | NY | 11219 |
| 59503 | 2185 COYLE STREET | BROOKLYN | NY | 11229 |
| 70235 | 3100 OCEAN DRIVE | BROOKLYN | NY | 11235 |
| 70275 | 133-11 20TH AVENUE | COLLEGE POINT | NY | 11356 |
| 72610 | 410 WEST 207TH STREET | NEW YORK | NY | 10034 |
| 72679 | 100 GREAVES LANE | STATEN ISLAND | NY | 10308 |
| 70813 | 6400 AMBOY RD. | STATEN ISLAND | NY | 10309 |
| 72682 | 2875 RICHMOND AVE. | STATEN ISLAND | NY | 10314 |
| 72678 | 2730 ARTHUR KILL ROAD | STATEN ISLAND | NY | 10309 |
| 70270 | 153-01 10TH AVENUE | WHITESTONE | NY | 11357 |
| 36707 | 969 SECOND AVENUE | NEW YORK | NY | 10022 |
| 36777 | 316 1/2 GREENWICH STREET | NEW YORK | NY | 10013 |
| 36708 | 250 WEST 90TH STREET | NEW YORK | NY | 10024 |
| 36703 | 1175 THIRD (68th) AVENUE | NEW YORK | NY | 10021 |
| 36727 | 452 WEST 43RD STREET | NEW YORK | NY | 10036 |
| 36706 | 1450 THIRD AVENUE | NEW YORK | NY | 10028 |
| 36732 | 250 WEST 50TH (8th) STREET | NEW YORK | NY | 10019 |
| 36711 | 1331 FIRST AVENUE | NEW YORK | NY | 10021 |
| 36742 | 1066 THIRD AVENUE | NEW YORK | NY | 10021 |

| Westchester County/North New Jersey | | | | |
|---|---|---|---|---|
| Location (Legacy) | Address | City | ST | ZIP Code |
| 72580 | 1600 ST. GEORGES AVE. | AVENEL | NJ | 07001 |
| 70417 | 407 KING GEORGE ROAD | BASKING RIDGE | NJ | 07920 |
| 59506 | 357-474 MAIN STREET | BELLEVILLE | NJ | 07109 |
| 70936 | 525 EAST ROUTE 46 | BELVIDERE | NJ | 07823 |
| 70752 | 19 BELLEVILLE AVENUE | BLOOMFIELD | NJ | 07003 |
| 70610 | 550 MYRTLE AVENUE | BOONTON | NJ | 07005 |
| 70704 | 49 OLD HIGHWAY 22 | CLINTON | NJ | 08809 |
| 72535 | 561 ROUTE 1  UNIT B | EDISON | NJ | 08817 |
| 70515 | 1185 AMBOY AVENUE | EDISON | NJ | 08817 |
| 72198 | 2200 MAPLE AVENUE | FAIR LAWN | NJ | 07410 |
| 70895 | 105 SOUTH AVENUE | FANWOOD | NJ | 07023 |
| 72450 | 10 SOUTH AVE. | GARWOOD | NJ | 07027 |
| 72153 | 405 ROUTE 17 SOUTH | HACKENSACK | NJ | 07601 |
| 70951 | 7 NAUGHRIGHT ROAD | HACKETTSTOWN | NJ | 07840 |
| 72527 | 95 NEW BRUNSWICK AVE. | HOPELAWN | NJ | 08861 |
| 72224 | 471-79 LYONS AVENUE | IRVINGTON | NJ | 07111 |
| 72114 | 420 GRAND STREET | JERSEY CITY | NJ | 07302 |
| 72286 | 757 ROUTE 15 | LAKE HOPATCONG | NJ | 07849 |
| 72261 | 175 LAKESIDE BOULEVARD | LANDING | NJ | 07850 |
| 72436 | 242 LINCOLN BLVD. | MIDDLESEX | NJ | 08846 |
| 72223 | 167 BERGEN STREET | NEWARK | NJ | 07103 |
| 70441 | 216 OLD TAPPAN RD. | OLD TAPPAN | NJ | 07675 |
| 59501 | 514 VAN HOUTEN AVENUE | PASSAIC | NJ | 07055 |
| 59036 | 498 EAST 30TH STREET | PATERSON | NJ | 07504 |
| 70638 | 63 WANAQUE AVENUE | POMPTON LAKES | NJ | 07442 |
| 72299 | 10 TRIANGLE PLAZA | RAMSEY | NJ | 07446 |
| 70688 | 148 CENTER GROVE ROAD | RANDOLPH | NJ | 07869 |
| 70807 | 459 ROUTE 31 SOUTH | WASHINGTON | NJ | 07882 |
| 70439 | 285 PASCACK ROAD | WASHINGTON TWP. | NJ | 07675 |
| 70668 | 560 VALLEY ROAD | WAYNE | NJ | 07470 |
| 70685 | 1938 UNION VALLEY ROAD | WEST MILFORD | NJ | 07480 |
| 70701 | 1730 ROUTE 46 | WOODLAND PARK | NJ | 07424 |
| 70773 | 422 OLD POST ROAD | BEDFORD | NY | 10506 |
| 70769 | 87 MAIN STREET | HASTINGS | NY | 10573 |
| 70151 | 805 MAMARONECK AVENUE | MAMARONECK | NY | 10543 |
| 70208 | 230 SAW MILL RIVER ROAD | MILLWOOD | NY | 10546 |
| 72292 | 195 ROUTE 59 EAST | NANUET | NY | 10954 |
| 70126 | 3113 ROUTE #22 | PATTERSON | NY | 12563 |
| 70194 | 20 WELCHER AVENUE | PEEKSKILL | NY | 10566 |
| 72297 | 130 MIDLAND AVE. | PORT CHESTER | NY | 10573 |
| 70794 | 14 LAKE RIDGE PLAZA | VALLEY COTTAGE | NY | 10989 |
| 72293 | 1757 CENTRAL PARK AVE. | YONKERS | NY | 10710 |
| 72298 | 2540 CENTRAL PARK AVE. | YONKERS | NY | 10710 |
| 70185 | 1233 NEPPERHAN AVENUE | YONKERS | NY | 10703 |

**Long Island**

| Location (Legacy) | Address | City | ST | ZIP Code |
|---|---|---|---|---|
| 72602 | 2060 SUNRISE HIGHWAY | BAYSHORE | NY | 11706 |
| 72600 | 101 WICKS ROAD | BRENTWOOD | NY | 11717 |
| 70229 | 812 MONTAUK HWY | CENTER MORICHES | NY | 11934 |
| 70203 | 84 JERICHO TURNPIKE | COMMACK | NY | 11725 |
| 72664 | 683 OLD COUNTRY ROAD | DIX HILLS | NY | 11746 |
| 70434 | 1530 FRONT ST. | EAST MEADOW | NY | 11554 |
| 72611 | 492 EAST ATLANTIC AVENUE | EAST ROCKAWAY | NY | 11518 |
| 70277 | 4054 NESCONSET HIGHWAY | EAST SETAUKET | NY | 11733 |
| 70217 | 777 PULASKI ROAD | GREENLAWN | NY | 11740 |
| 70214 | 1235 VETERANS MEMORIAL HWY | HAUPPAUGE | NY | 11788 |
| 72641 | 5801 SUNRISE HIGHWAY | HOLBROOK | NY | 11741 |
| 72639 | 155 ISLIP AVENUE | ISLIP | NY | 11751 |
| 70289 | 336 NORTH BROADWAY | JERICHO | NY | 11753 |
| 70251 | 50 E. HOFFMAN AVE. | LINDENHURST | NY | 11757 |
| 72652 | 941 CARMANS RD. | MASSAPEQUA | NY | 11758 |
| 70256 | 5508 SUNRISE HIGHWAY | MASSAPEQUA | NY | 11758 |
| 70263 | 10205 MAIN ROAD | MATTITUCK | NY | 11952 |
| 70279 | 1686 MERRICK RD. | MERRICK | NY | 11566 |
| 72615 | 1251 DEER PARK AVENUE | NORTH BABYLON | NY | 11703 |
| 70241 | 440 W. SUNRISE HWY. | NORTH PATCHOGUE | NY | 11772 |
| 72614 | 399 ROUTE 112 | PATCHOGUE | NY | 11772 |
| 70662 | 211 MIDDLE COUNTRY ROAD | SELDEN | NY | 11727 |
| 72646 | 800 MONTAUK HIGHWAY | SHIRLEY | NY | 11967 |
| 70601 | 2162 NESCONSET HIGHWAY | STONY BROOK | NY | 11790 |
| 70232 | 70 SUNSET AVENUE | WESTHAMPTON BEACH | NY | 11978 |

**Philadelphia/South Jersey/Jersey Shore/Other**

| Location (Legacy) | Address | City | ST | ZIP Code |
|---|---|---|---|---|
| 72593 | 148 SUNSET BOULEVARD | NEW CASTLE | DE | 19720 |
| 70586 | 2044 NEW CASTLE AVENUE | NEW CASTLE | DE | 19720 |
| 70888 | 12741 OCEAN GATEWAY STE 600 | OCEAN CITY | MD | 21842 |
| 72578 | 1930 HIGHWAY 88 | BRICK | NJ | 08724 |
| 70924 | 1002 ROUTE 36 | NAVESINK | NJ | 07716 |
| 70887 | 510 MILLTOWN ROAD | NORTH BRUNSWICK | NJ | 08902 |
| 72529 | 500 LINCOLN HIGHWAY | FAIRLESS HILLS | PA | 19030 |
| 70718 | 322 W. BRIDGE ST. | NEW HOPE | PA | 18938 |
| 72532 | 3021 GRAYS FERRY RD. | PHILADELPHIA | PA | 19146 |
| 72557 | 2900 NORTH BROAD ST. | PHILADELPHIA | PA | 19132 |
| 72550 | 176-82 CHELTEN AVE. | PHILADELPHIA | PA | 19144 |
| 70982 | 7162 RIDGE AVENUE | PHILADELPHIA | PA | 19128 |
| 72553 | 8700 FRANKFORD AVE. | PHILADELPHIA | PA | 19136 |
| 59510 | 8920-60 FRANKFORD AVENUE | PHILADELPHIA | PA | 19136 |
| 59530 | 15501 BUSTLETON AVENUE | PHILADELPHIA | PA | 19115 |

## **Exhibit B**

Interest Form

**A&P Qualified Bidder Interest Form**

All Qualified Bidders must complete each part of this Interest Form and return it to the Debtors at the following email address: APBids@weil.com.

Bidder Identification Number (BIN): _____

Name of Qualified Bidder: _____

Qualified Bidder's representatives who will attend the Global Auction (no more than four (4) per Qualified Bidder):

| First and Last Name | Company/Firm | Role (bidder, financial advisor, counsel) | Email Address | Phone Number |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

[Qualified Bidder Interest Form Page 1 of 2]

Please identify in the following table each of the Debtors' stores that you currently intend, in good faith, to bid on in the A&P Global Auction. This list is for the Debtors' logistical purposes only and constitutes neither an offer by the Debtors to sell these stores to you nor an offer by you to purchase these stores from the Debtors. All bids submitted in the Global Auction remain subject to the Global Bidding Procedures Order (ECF No. 495) and the Auction Rules.

|  | **Store Number** | **Banner** | **Address** | **City** | **State** |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |

[Qualified Bidder Interest Form Page 2 of 2]

WEIL:\95477804\2\50482.0005