# OCEAN NORSE REALTY LLC
2001 MARCUS AVENUE
LAKE SUCCESS, NY 11042

DATE: 07/01/2015
INVOICE #: 19992297

516-775-5500
FAX:775-2020

WALDBAUMS
2 PARAGON DRIVE

MONTVALE, NJ 07645

PROPERTY:
WALDBAUMS
3074-3124 OCEAN AVE.

BROOKLYN, NY

| | |
|---|---|
| RENT | $9,833.33 |
| REAL ESTATE TAX<br>$131,272.06   Your Share at: 71.% | $93,203.16 |
| MAINTENANCE | $6,490.57 |
| CURRENT CHARGES: | $109,527.06 |
| PREVIOUS BALANCE DUE: | $2,383.20 |
| PLEASE REMIT THIS AMOUNT | $111,910.26 |

*7/1/15    15634.82* (handwritten)

ACCT 9852935021 - SER# 1162 - AMMNT $131,382.72 - SEQ# 916074486 -Trans code 81 - 6/26/2015

**OCEAN NORSE REALTY LLC**
2001 Marcus Avenue
Lake Success, NY 11042

1162

6/22/2015

PAY TO THE ORDER OF: NYC Department of Finance — $ ***131,382.72

One Hundred Thirty-One Thousand Three Hundred Eighty-Two and 72/100************

NYC Department of Finance
PO Box 680
Newark, NJ 07101-0680

BankUnited
445 Broadhollow Road
Melville, NY 11747
1-1458/260

3-08774-0006

AUTHORIZED SIGNATURE

⑈001162⑈ ⑆0260 1458⑆: 9852935021⑈

ACCT 9852935021 - SER# 1162 - AMMNT $131,382.72 - SEQ# 916074486 -Trans code 81 - 6/26/2015

Wells Fargo Bank >4123516072<
NYC Finance 308774006 at Wells Fargo Bank

ENDORSE HERE:

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

**Security Features:**
- Micro Print Border line
- Erasure protection
- Security Screen

**Results of document alteration:**
- Small type in border line appears as dotted line when photocopied
- White marks appear when erased
- Absence of Original Document verbiage on back of check

*The security features listed below, as well as those not listed, exceed industry guidelines.*

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

From: 09/30/2015 09:57 #092 P.001/001