**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                                                         :   Chapter 11
                                                                                 :
**THE GREAT ATLANTIC & PACIFIC TEA**          :   Case No. 15-23007 (RDD)
**COMPANY, INC.,** *et al.*,                                 :
                                                                                 :   **(Jointly Administered)**
                    **Debtors.**[1]                               :
------------------------------------------------------------x

**NOTICE OF SUCCESSFUL BIDDERS AND BACK-UP BIDDERS FOR STORES INCLUDED IN THE GLOBAL AUCTION HELD ON OCTOBER 1 AND 2, 2015**

PLEASE TAKE NOTICE THAT:

1. The Great Atlantic & Pacific Tea Company, Inc. and its affiliates in the above-captioned chapter 11 cases (collectively, the "**Debtors**") conducted an auction for certain of their stores and related assets (each, a "**Store**") on October 1 and October 2, 2015 pursuant to an order of the Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), dated August 11, 2015 (ECF No. 495) (the "**Global Bidding Procedures Order**").[2]

2. Exhibit A attached hereto sets forth:

    a. the Successful Bidders and Back-up Bidders for each Store sold at the Auction;

    b. the leases, including any subleases, to be assumed and assigned to each of the Successful Bidders or, in certain instances, terminated (each, a "**Lease**"); and

    c. the property locations subject to each Lease.

3. The Debtors will seek entry of orders ("**Sale Orders**") approving the sale of the Stores and/or Leases identified on Exhibit A to the Successful Bidders free and clear of liens, claims, encumbrances and other interests, to the extent permissible by law (or the free and clear sale and termination of such Leases), at a global sale hearing scheduled on **October**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: The Great Atlantic & Pacific Tea Company, Inc. (0974); Montvale-Para Holdings, Inc. (2947); 2008 Broadway, Inc. (0986); A&P Live Better, LLC (0799); A&P Real Property, LLC (0973); APW Supermarket Corp. (7132); APW Supermarkets, Inc. (9509); Borman's Inc. (9761); Delaware County Dairies, Inc. (7090); Food Basics, Inc. (1210); Kwik Save Inc. (8636); McLean Avenue Plaza Corp. (5227); Montvale Holdings, Inc. (6664); Onpoint, Inc. (6589); Pathmark Stores, Inc. (9612); Plainbridge, LLC (5965); Shopwell, Inc.(3304); Super Fresh Food Markets, Inc. (2491); The Old Wine Emporium of Westport Inc. (0724); Tradewell Foods of Conn., Inc. (5748); and Waldbaum, Inc. (8599). The location of the Debtors' corporate headquarters is Two Paragon Drive, Montvale, New Jersey 07645.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Global Bidding Procedures Order.

**16, 2015 at 10:00 a.m. (Eastern Time)** (the "**Sale Hearing**"). The Sale Hearing with respect to the sale of certain Stores may be adjourned to a later date as determined by the Debtors.

4. The terms of each sale will be governed by a Sale Order and either a lease sale agreement or asset purchase agreement (each a "**Sale Agreement**"). The proposed Sale Orders and Sale Agreements will be filed with the Bankruptcy Court prior to the applicable Sale Hearing.

5. The Debtors certify that Adequate Assurance Information is being served upon non-Debtor Lease counterparties contemporaneously herewith (unless previously provided). The proposed assignee of each Lease is identified in the Adequate Assurance Information and/or in the Sale Agreements.

6. The deadline to object to the proposed sale, assignment, and/or termination of any of the Stores and/or Leases, including an objection to the provisions of adequate assurance of future performance under a Lease (each an "**Objection**"), is **October 13, 2015 at 4:00 p.m. (Eastern Time)**. Objections must be filed and served in accordance with the Global Bidding Procedures Order, which is available for download at https://cases.primeclerk.com/aptea/Home-Index. Objections, if any, will be heard at the applicable Sale Hearing.

7. Exhibit B attached hereto sets forth the list of Stores for which the auction has been adjourned (the "**Adjourned Stores**") to the second auction scheduled for October 8, 2015 at 9:30 a.m. (the "**Second Auction**"). The Second Auction will be held at the offices of Weil, Gotshal & Manges, 767 Fifth Ave., New York, New York 10153.

8. The Debtors reserve the right to further adjourn the auction for the Adjourned Stores, remove any of the Adjourned Stores from the Second Auction or to enter into private sale transactions with respect to the Adjourned Stores, pursuant to the Discrete Sale and Lease Rationalization Procedures or otherwise.

Dated: October 5, 2015

                                                */s/ Ray C. Schrock, P.C.*
                                                WEIL, GOTSHAL & MANGES LLP
                                                767 Fifth Avenue
                                                New York, New York 10153
                                                Telephone:  (212) 310-8000
                                                Facsimile:   (212) 310-8007
                                                Ray C. Schrock, P.C.
                                                Garrett A. Fail

                                                *Attorneys for Debtors and Debtors in Possession*

# EXHIBIT A[1]

| Store Number | Store Address | No. | Contract Counterparty | Contract Description | Successful Bidder | Back-up Bidder |
|---|---|---|---|---|---|---|
| 59-506 | 357-474 MAIN STREET, BELLEVILLE, NJ | 1. | OSTER BELLEVILLE PROPERTIES, LLC | Lease dated April 29, 1975 originally between R.A.Y. Development Company, as Landlord, and The Grand Union Company, as Tenant. | BX&M Food Corporation | Lemes Supermarket Limited Liability Company |
| 72-535 | 561 ROUTE 1, UNIT B EDISON, NJ | 2. | WICK SHOPPING PLAZA ASSOCIATES, LLC | Lease dated June 19, 1986 originally between Wick Shopping Plaza Associates, as Landlord, and Supermarkets General Corporation, as Tenant. | Tawa, Inc. (Retail) | DZH Real Estate Inc. |
| 72-114 | 420 GRAND STREET, JERSEY CITY, NJ | 3. | GRAND STREET REALTY, LLC | Lease dated July 7, 1983 originally between Old Colony Square Associates, as Landlord, and Supermarkets General Corporation, as Tenant. | Tawa, Inc. (Retail) | Norristown Thriftway Inc. |
| 70-441 | 216 OLD TAPPAN RD., OLD TAPAN, NJ | 4. | A & R, L.L.C. | Indenture of Lease dated January 1, 1990 originally between A&R, as Landlord, and Vitale Enterprises, Inc., as Tenant. | Estevez Markets, Inc. | Key Food Stores Co-Operative, Inc. |
| 59-501 | 514 VAN HOUTEN AVENUE, PASSAIC, NJ | 5. | BFE VAN HOUTEN LLC | Lease dated August 1, 2001 originally between Chabla Associates, L.P., as Landlord, and Food Basics, Inc., as Tenant. | Fransula Foods, LLC | Ruben Luna |
| 59-036 | 498 EAST 30TH STREET, PATERSON, NJ | 6. | 1320-1330 MADISON STREET, LLC | Second Amendment and Restatement of Lease dated January 4, 1990 originally between Salvatore J. Fanale, as Landlord, and Supermarkets General Corporation, as Tenant. | Fransula Foods, LLC | Key Food Stores Co-Operative, Inc. |
| 59-503 | 2185 COYLE STREET, BROOKLYN, NY | 7. | BROOKLYN GROCERY OWNERS, LLC & BROOKLYN MARKET OWNERS, LLC | Lease dated February 27, 2004 between Brooklyn Grocery Owners, LLC and Brooklyn Market Owners, LLC, as Landlord, and A&P Real Property, LLC (as successor in interest to Food Basics, Inc.), as Tenant, as the same has been amended, modified or supplemented. | K.A.M. Food Store, Inc. | 410 West 207th Acquisition LLC |

---

[1] The Debtors reserve all their rights in connection with the descriptions of the contracts contained herein, which shall not be controlling for any purpose or considered an admission.

| Store Number | Store Address | No. | Contract Counterparty | Contract Description | Successful Bidder | Back-up Bidder |
|---|---|---|---|---|---|---|
| 70-235 | 3100 OCEAN DRIVE, BROOKLYN, NY | 8. | OCEAN NORSE REALTY LLC | Lease dated October 1, 1970 originally between Tri-State Ralty Corp., as Landlord, and Foodarama Supermarkets, Inc., as Tenant. | Fransula Foods, LLC | Ocean Norse Realty LLC |
| 72-624 | 1245 61ST STREET, BROOKLYN, NY | 9. | F.I. ASSOCIATES | Lease dated March 12, 1984 between F.I. Associates, as Landlord, and A&P Real Property LLC, (as successor in interest to Pathmark Stores, Inc. (as successor in interest to Supermarkets General Corporation)), as Tenant, as the same has been amended. | Manischevitz Family LLC | Z&CCW, Inc. |
| | | 10. | NEW YORK COMMUNITY BANK | License Agreement, dated July 23, 1998, originally between Pathmark Stores, Inc., as Licensor, and Columbia Federal Savings Bank, as Licensee. | Manischevitz Family LLC | Z&CCW, Inc. |
| 70-229 | 812 MONTAUK HWY, CENTER MORICHES, NY | 11. | CENMOR REALTY | Agreement of Lease dated May 19, 1977, originally between Cenmor Realty, Inc., as Landlord, and Waldbaum, Inc., as Tenant. | Key Food Stores Co-Operative, Inc. | Best Yet Market, Inc. |
| 70-275 | 133-11 20TH AVENUE, COLLEGE POINT, NY | 12. | COLLEGE POINT GROCERY OWNERS LLC, 1907 VENTURES LLC & 1411 VENTUR | (A): Lease dated December 2005 between 1907 Ventures LLC, 1411 Ventures LLC and College Point Grocery Owners LLC, as Landlord, and APW Supermarkets, Inc. | Wakefern Food Corp. | Best Yet Market, Inc. |
| 70-277 | 4054 NESCONSET HIGHWAY, EAST SETAUKET, NY | 13. | BRIXMOR SPE 2 LLC | Lease dated December 13, 1995 originally between Net Realty Holding Trust, as Landlord, and APW Supermarkets, Inc., as Tenant. | Brixmor Operating Partnership LP; CW Highridge Plaza LLC; Brixmor Ivyridge SC, LLC; Brixmor SPE 2 LLC; and Brixmor Laurel Square Owner, LLC[2] | Best Yet Market, Inc. |
| 70-217 | 777 PULASKI ROAD, GREENLAWN, NY | 14. | FLV GREENLAWN PLAZA, LP | Lease dated January 5, 2000 originally between Federal Realty Investment Trust, as Landlord, and APW Supermarkets, Inc., as Tenant. | Shanghai Enterprises, LLC | Best Yet Market, Inc. |

---

[2] The sale to this Successful Bidder is structured as a lease termination.

2

| Store Number | Store Address | No. | Contract Counterparty | Contract Description | Successful Bidder | Back-up Bidder |
|---|---|---|---|---|---|---|
| 70-289 | 336 NORTH BROADWAY, JERICHO, NY | 15. | BASSER-KAUFMAN 340, LLC | Lease dated November 28, 1973 originally between Myron L. Kaufman and Harold Basser, as Landlord, and Supermarkets General Corporation, as Tenant. | H Mart, Inc. | Z&CCW, Inc. |
| | | 16. | NEW YORK COMMUNITY BANK | License Agreement, dated March 10, 1998, originally between Pathmark Stores, Inc., as Licensor, and Columbia Federal Savings Bank, as Licensee. | H Mart, Inc. | Z&CCW, Inc. |
| 70-263 | 10205 MAIN ROAD, MATTITUCK, NY | 17. | ALAN A. CARDINALE | Lease dated June 12, 1972 originally between Mattituck Shopping Center, Inc., as Landlord, and The Great Atlantic & Pacific Tea company, Inc. | Key Food Stores Co-Operative, Inc. | Best Yet Market, Inc. |
| 70-279 | 1686 MERRICK RD., MERRICK, NY | 18. | KIOP MERRICK, L.P. | Agreement of Lease dated December 10, 1991 originally between Merrick Shopping Associates, as Landlord, and Waldbaum, Inc., as Tenant. | Best Yet Market, Inc. | Uncle Gs Management Corp. |
| 36-703 | 1175 THIRD AVENUE, NEW YORK, NY | 19. | EQUITY ONE (NORTHEAST PORTFOLIO), INC. | Amended and Restated Lease dated January 12, 1999 originally between R&J Company LLC, as Landlord, and The Great Atlantic & Pacific Tea Company, Inc., as Tenant. | Key Food Stores Co-Operative, Inc. | R.B.G. Management Corp. d/b/a Morton Williams Supermarkets |
| 36-706 | 1450 THIRD AVENUE, NEW YORK, NY | 20. | 170 EAST 83RD STREET LLC | Lease dated January 3, 1990 originally between Valeray Real Estate Company, Inc., as Landlord, and The Great Atlantic & Pacific Tea Company, Inc., as Tenant. | Food Emporium Acquisition Corp. | N/A |
| 36-707 | 969 SECOND AVENUE, NEW YORK, NY | 21. | 251 EAST 51ST ST. CORP. | Agreement of Lease dated January 31, 1991 originally between 251 East 51st Street Corp., as Landlord, and Shopwell, Inc., as Tenant. | CVS Pharmacy, Inc. and CVS Albany, L.L.C. | Briar Meads SPV IX, LLC |
| 36-708 | 250 WEST 90TH STREET, NEW YORK, NY | 22. | AC I SOUTHWEST BROADWAY, LLC | Agreement of Lease dated June 20, 1980 originally between Duane Street Associates, as Landlord, and Shopwell, Inc., as Tenant. | AF Norwich, LLC | N/A |

| Store Number | Store Address | No. | Contract Counterparty | Contract Description | Successful Bidder | Back-up Bidder |
|---|---|---|---|---|---|---|
| 36-711 | 1331 FIRST AVENUE, NEW YORK, NY | 23. | 360 EAST 72ND STREET OWNERS, INC. | (A): Agreement of Lease dated as of January 1, 1995 originally between 360 East 72nd Street Owners Incorporated, as Landlord, and The Great Atlantic & Pacific Tea Company, Inc., as Tenant. | R.B.G. management Corp. d/b/a/ Morton Williams Supermarkets | Key Food Stores Co-Operative, Inc. |
| | | 24. | SYLVAN 71ST STREET GARAGE CORP. | (B): Agreement of Sublease dated July 22, 1996 originally between Sylvan 71st Street Garage Corp., as Sublandlord, and The Great Atlantic & Pacific Tea Company, Inc., as Subtenant. | R.B.G. management Corp. d/b/a/ Morton Williams Supermarkets | Key Food Stores Co-Operative, Inc. |
| 36-727 | 452 WEST 43RD STREET, NEW YORK, NY | 25. | M PLAZA L.P. | Agreement of Lease dated January 12, 1978 originally between Manhattan Plaza Associates, as Landlord, and Shopwell, Inc., as Tenant. | Key Food Stores Co-Operative, Inc. | R.B.G. management Corp. d/b/a/ Morton Williams Supermarkets |
| 36-742 | 1066 THIRD AVENUE, NEW YORK, NY | 26. | 63/64 STREET ASSOCIATES | Lease dated April 13, 1989 originally between 63/64 Street Associates, as Landlord, and The Great Atlantic & Pacific Tea Company, Inc., as Tenant. | R.B.G. management Corp. d/b/a/ Morton Williams Supermarkets | Key Food Stores Co-Operative, Inc. |
| 72-610 | 410 WEST 207TH STREET, NEW YORK, NY | 27. | WEST 207 GROCERY OWNERS, LLC | (A): Lease dated March 19, 2013 between West 207 Grocery Owners, LLC, as Landlord, and A&P Real Property, LLC, as Tenant, together with all modifications, amendments and supplements thereto. | 410 West 207th Acquisition LLC | 207 Meat & Produce Corp. |
| | | 28. | WEST 207 GROCERY OWNERS, LLC | (C): Lease dated September 13, 1966 originally between Ted-Mor Realty Corp., as Landlord, and Bannockburn Realty Corp., as Tenant, together with all modifications, amendments, and supplements thereto. | 410 West 207th Acquisition LLC | 207 Meat & Produce Corp. |
| 70-241 | 440 W. SUNRISE HWY., NORTH PATCHOGUE, NY | 29. | SEROTA PATCHOGUE, LLC | Lease, dated January 21, 1969 originally between C&G Developers, Inc., as Landlord, and Hills Supermarket, Inc., as Tenant. | King Kullen Grocery Co., Inc. | N/A |
| 72-297 | 130 MIDLAND AVE., PORT CHESTER, NY | 30. | NEWKIRK SUPERWEST, L.P. | (A): Sublease Agreement dated September 1, 1993 originally between Penaj Leasing Corp.., as Landlord, and Supermarkets General Corporation, as Tenant. | Key Food Stores Co-Operative, Inc. | N/A |

4

WEIL:\95486071\5\50482.0005

| Store Number | Store Address | No. | Contract Counterparty | Contract Description | Successful Bidder | Back-up Bidder |
|---|---|---|---|---|---|---|
| | | 31. | GABBINO PIZZA CORP. | Lease, dated July 14, 1983 originally between Supermarkets General Corporation., as Landlord, and Giovanni Molle, as Tenant. | Key Food Stores Co-Operative, Inc. | N/A |
| | | 32. | KEE JUNG KIM (DRY CLEANER) | Lease, dated March 1, 1999 originally between Pathmark Stores, Inc., as Landlord, and Sung Park, as Tenant. | Key Food Stores Co-Operative, Inc. | N/A |
| | | 33. | LICARE CORPORATION (VACARRO'S LIQUORS) | Lease, dated May 31, 1983 originally between Supermarkets General Corporation., as Landlord, and Vaccaro's Wine & Spirit Shop, Inc., as Tenant. | Key Food Stores Co-Operative, Inc. | N/A |
| | | 34. | PAG GREENWICH B1 (BMW) | Parking License Agreement, dated March 1, 2014 originally between A&P Real Property, LLC, as Licensor, and DCH Midland LLC, as Licensee. | Key Food Stores Co-Operative, Inc. | N/A |
| | | 35. | NEW YORK COMMUNITY BANK | License Agreement, dated May 7, 1997, originally between Pathmark Stores, Inc., as Licensor, and Columbia Federal Savings Bank, as Licensee. | Key Food Stores Co-Operative, Inc. | N/A |
| 72-679 | 100 GREAVES LANE, STATEN ISLAND, NY | 36. | NBM DEVELOPMENT, LLC | Lease dated July 26, 1999, by and between NBM Development, LLC, as Landlord, and A&P Real Property, LLC (successor to Pathmark Stores, Inc.), as Tenant, as the same has been amended. | Key Food Stores Co-Operative, Inc. | Wakefern Food Corp. |
| | | 37. | NEW YORK COMMUNITY BANK | License Agreement, dated April 11, 2005, originally between Pathmark Stores, Inc., as Licensor, and New York Community Bank, as Licensee. | Key Food Stores Co-Operative, Inc. | Wakefern Food Corp. |
| 70-232 | 70 SUNSET AVENUE, WESTHAMPTON BEACH, NY | 38. | SPA 77 N L.P | Lease dated June 23, 2005 originally between SPA 77 N. L.P., as Landlord, and APW Supermarkets, Inc., as Tenant. | Best Yet Market, Inc. | Kings Super Markets, Inc. |
| 70-270 | 153-01 10TH AVENUE, WHITESTONE, NY | 39. | FEIL WHITESTONE LLC & EAST 11TH HOLDING LLC | Lease, dated February 27, 2004 originally between Whitestone Grocery Owners, LLC, as Landlord, and Waldbaum, Inc., as Tenant. | Feil Whitestone LLC and East 11th Holding, LLC as tenants in common | Best Yet Market, Inc. |

5

WEIL:\95486071\5\50482.0005

| Store Number | Store Address | No. | Contract Counterparty | Contract Description | Successful Bidder | Back-up Bidder |
|---|---|---|---|---|---|---|
| | | 40. | ASTORIA FEDERAL SAVINGS AND LOAN ASSOCIATION | Lease, dated August 18, 1988, originally between C.P. Improvement Corp., as Landlord, and The Long Island Savings Bank, as Tenant. | Feil Whitestone LLC and East 11th Holding, LLC as tenants in common | Best Yet Market, Inc. |
| | | 41. | BEECHHURST EXECUTIVE SUITES, L.L.C. | Lease, dated January 2006 originally between Waldbaum, Inc., as Landlord, and Beechhurst Executive Suites, L.L.C., as Tenant. | Feil Whitestone LLC and East 11th Holding, LLC as tenants in common | Best Yet Market, Inc. |
| | | 42. | JJM PIZZA CORP. D/B/A CASCARINO'S PIZZA | Lease, dated August 18, 1988, originally between C.P. Improvement Corp., as Landlord, and WSC Pizza Corp., as Tenant. | Feil Whitestone LLC and East 11th Holding, LLC as tenants in common | Best Yet Market, Inc. |
| | | 43. | MATHEW DEMETRIOU D/B/A JD OPTICIANS | Lease, dated June 2, 2004 originally between C.P. Improvement Corp., as Landlord, and Mathew Demetriou., as Tenant. | Feil Whitestone LLC and East 11th Holding, LLC as tenants in common | Best Yet Market, Inc. |
| | | 44. | TOOL BAGEL LLC | Lease, dated March 3, 1997 originally C.P. Improvement Corp., as Landlord, and DPG Bagel Enterprises, Inc., as Tenant. | Feil Whitestone LLC and East 11th Holding, LLC as tenants in common | Best Yet Market, Inc. |
| | | 45. | SUBWAY REAL ESTATE, LLC | Sublease, dated July 31, 2014, originally between A&P Real Property, LLC, as Sublandlord, and Subway Real Estate, LLC, as Subtenant. | Feil Whitestone LLC and East 11th Holding, LLC as tenants in common | Best Yet Market, Inc. |
| | | 46. | SUNSHINE SPA OF NY INC. | Lease, dated October originally between Waldbaum, Inc., as Landlord, and Joseph Marraccino and Nicole Marraccino, as Tenant. | Feil Whitestone LLC and East 11th Holding, LLC as tenants in common | Best Yet Market, Inc. |

6

| Store Number | Store Address | No. | Contract Counterparty | Contract Description | Successful Bidder | Back-up Bidder |
|---|---|---|---|---|---|---|
| 72-293 | 1757 CENTRAL PARK AVE., YONKERS, NY | 47. | CW HIGHRIDGE PLAZA LLC | Lease dated October 18, 1976 originally between Bernard J. Rosenshein, d/b/a Rosenshein Associates, as Landlord, and Supermarkets General Corporation, as Tenant. | Brixmor Operating Partnership LP; CW Highridge Plaza LLC; Brixmor Ivyridge SC, LLC; Brixmor SPE 2 LLC; and Brixmor Laurel Square Owner, LLC[3] | Key Food Stores Co-Operative, Inc. |
| | | 48. | NEW YORK COMMUNITY BANK | License Agreement, dated July 10, 1998, originally between Pathmark Stores, Inc., as Licensor, and Columbia Federal Savings Bank, as Licensee. | Brixmor Operating Partnership LP; CW Highridge Plaza LLC; Brixmor Ivyridge SC, LLC; Brixmor SPE 2 LLC; and Brixmor Laurel Square Owner, LLC | Key Food Stores Co-Operative, Inc. |
| 36-732 | 250 WEST 50TH STREET, NEW YORK, NY | 49. | AVALONBAY COMMUNITIES, INC. | Lease dated February 24, 1999 originally between Resnick Eighth Avenue Associates, LLC, as Landlord, and The Great Atlantic & Pacific Tea Company, Inc., as Tenant. | Key Food Stores Co-Operative, Inc. | R.B.G. Management Corp. d/b/a/ Morton Williams Supermarkets |
| 72-642 | 1-37 12TH STREET, BROOKLYN, NY | 50. | HAMILTON PLAZA ASSOCIATES | Lease dated September 1, 1981 originally between Hamilton Plaza Associates, as Landlord, and Supermarkets General Corporation, as Tenant. | Manischevitz Family LLC | Wakefern Food Corp. |
| | | 51. | NEW YORK COMMUNITY BANK | License Agreement, dated March 1, 1998, originally between Pathmark Stores, Inc., as Licensor, and Columbia Federal Savings Bank, as Licensee. | Manischevitz Family LLC | Wakefern Food Corp. |

---

[3] The sale to this Successful Bidder is structured as a lease termination.

7

| Store Number | Store Address | No. | Contract Counterparty | Contract Description | Successful Bidder | Back-up Bidder |
|---|---|---|---|---|---|---|
| 70-226 | 195 NORTH BEDFORD ROAD, MOUNT KISCO, NY | 52. | VNO AP 195 N. BEDFORD ROAD LLC | Ground Lease dated August 22, 2003 between VNO AP 195 N. Bedford Road LLC, successor in interest to Charles Yassky, Nampa K.M. Associates, FBG Harriman Glen LLC, FB Hasbrouck Heights LLC, Ninth Pennsylvania API Limited Partnership, FBB Penfield LLC and FBB East Hanover, LLC, as tenants in common, as Landlord, and A&P Real Property, LLC, successor in interest to The Great Atlantic & Pacific Tea Company, Inc., as Tenant, as the same has been amended. | The Stop & Shop Supermarket Company, LLC | N/A |
| 70-773 | 422 OLD POST ROAD, BEDFORD, NY | 53. | B&B AUTO PARTS, INC. | Lease dated February 9, 1970 between B&B Auto Parts, Inc., as Landlord, successor in interest to Josephine H. McIntosh, as Landlord, and A&P Real Property, LLC, successor in interest to The Great Atlantic& Pacific Tea Company, Inc., as Tenant, as the same has been amended. | Key Food Stores Co-Operative, Inc. | Kings Super Markets, Inc. |
| 70-185 | 1233 NEPPERHAN AVENUE, YONKERS, NY | 54. | RLJ GROUP, LLC | Lease dated November 27, 1956 between Emil Landau Term Trust 5/1/89, as Landlord, and A&P Real Property, LLC, successor in interest to The Great Atlantic & Pacific Tea Company, Inc., as Tenant, as the same has been amended. | CVS Pharmacy, Inc, and CVS Albany, L.L.C. | Key Food Stores Co-Operative, Inc. |
| 72-602 | 2060 SUNRISE HIGHWAY, BAYSHORE, NY | 55. | SAXON SUNRISE REALTY, LLC | Lease dated June 8, 1971 originally between Danlaw Holding Inc., as Landlord, and The Bohack Corporation, as Tenant. | Saxon Sunrise Realty, LLC | Best Yet Market, Inc. |

8

# **EXHIBIT B**

Adjourned Stores

## Adjourned Locations

### Five Boroughs

| Location (Legacy) | Location (Oracle) | Address | City | ST | ZIP Code | SF |
|---|---|---|---|---|---|---|
| 36783 | 036-9783 | 401 E. 59th St. | NEW YORK | NY | 10022 | 35,267 |
| 36777 | 036-9777 | 316 1/2 GREENWICH STREET | NEW YORK | NY | 10013 | 22,808 |
| 72682 | 072-6682 | 2875 RICHMOND AVE. | STATEN ISLAND | NY | 10314 | 55,920 |
| 72678 | 072-6678 | 2730 ARTHUR KILL ROAD | STATEN ISLAND | NY | 10309 | 53,222 |
| 70813 | 027-3813 | 6400 AMBOY RD. | STATEN ISLAND | NY | 10309 | 42,000 |

### Long Island

| Location (Legacy) | Location (Oracle) | Address | City | ST | ZIP Code | SF |
|---|---|---|---|---|---|---|
| 70203 | 027-8203 | 84 JERICHO TURNPIKE | COMMACK | NY | 11725 | 60,339 |
| 72664 | 072-6664A | 683 OLD COUNTRY ROAD | DIX HILLS | NY | 11746 | 49,146 |
| 72600 | 072-6600 | 101 WICKS ROAD | BRENTWOOD | NY | 11717 | 49,597 |
| 70434 | 027-7639 | 1530 FRONT ST. | EAST MEADOW | NY | 11554 | 62,955 |
| 72611 | 072-6611 | 492 EAST ATLANTIC AVENUE | EAST ROCKAWAY | NY | 11518 | 38,043 |
| 70617 | 027-7617 | 40 GREAT NECK ROAD | GREAT NECK | NY | 11021 | 43,212 |
| 70214 | 027-7214 | 1235 VETERANS MEMORIAL HWY | HAUPPAUGE | NY | 11788 | 54,910 |
| 72641 | 072-6641 | 5801 SUNRISE HIGHWAY | HOLBROOK | NY | 11741 | 56,419 |
| 72639 | 072-6639 | 155 ISLIP AVENUE | ISLIP | NY | 11751 | 45,301 |
| 70251 | 027-7251 | 50 E. HOFFMAN AVE. | LINDENHURST | NY | 11757 | 59,675 |
| 72652 | 072-6652 | 941 CARMANS RD. | MASSAPEQUA | NY | 11758 | 52,211 |
| 70256 | 027-7256 | 5508 SUNRISE HIGHWAY | MASSAPEQUA | NY | 11758 | 64,737 |
| 72615 | 072-6615 | 1251 DEER PARK AVENUE | NORTH BABYLON | NY | 11703 | 52,402 |
| 72614 | 072-6614 | 399 ROUTE 112 | PATCHOGUE | NY | 11772 | 63,787 |
| 70662 | 027-7662 | 211 MIDDLE COUNTRY ROAD | SELDEN | NY | 11727 | 49,065 |
| 72646 | 072-6646 | 800 MONTAUK HIGHWAY | SHIRLEY | NY | 11967 | 54,863 |
| 70601 | 027-7601 | 2162 NESCONSET HIGHWAY | STONY BROOK | NY | 11790 | 57,328 |
| 72644 | 072-6644 | 531 MONTAUK HWY | WEST BABYLON | NY | 11704 | 58,131 |

### North New Jersey/Westchester County

| Location (Legacy) | Location (Oracle) | Address | City | ST | ZIP Code | SF |
|---|---|---|---|---|---|---|
| 72580 | 072-6580 | 1600 ST. GEORGES AVE. | AVENEL | NJ | 07001 | 50,056 |
| 70417 | 070-3417 | 407 KING GEORGE ROAD | BASKING RIDGE | NJ | 07920 | 37,507 |
| 70936 | 070-3874 | 525 EAST ROUTE 46 | BELVIDERE | NJ | 07823 | 35,999 |
| 70439 | 070-3651 | 285 PASCACK ROAD | WASHINGTON TWP. | NJ | 07675 | 42,866 |
| 70769 | 070-3669 | 87 MAIN STREET | HASTINGS | NY | 10573 | 27,972 |
| 70752 | 070-3752 | 19 BELLEVILLE AVENUE | BLOOMFIELD | NJ | 07003 | 30,750 |
| 70610 | 070-3610 | 550 MYRTLE AVENUE | BOONTON | NJ | 07005 | 49,445 |
| 70949 | 070-3949 | 49 OLD HIGHWAY 22 | CLINTON | NJ | 08890 | 28,569 |
| 70515 | 070-3760 | 1185 AMBOY AVENUE | EDISON | NJ | 08817 | 49,827 |

| Location (Legacy) | Location (Oracle) | Address | City | ST | ZIP Code | SF |
|---|---|---|---|---|---|---|
| 72198 | 075-6198 | 2200 MAPLE AVENUE | FAIR LAWN | NJ | 07410 | 50,706 |
| 70895 | 070-3895A | 105 SOUTH AVENUE | FANWOOD | NJ | 07023 | 27,052 |
| 72450 | 072-6450A | 10 SOUTH AVE. | GARWOOD | NJ | 07027 | 52,557 |
| 72153 | 072-6153 | 405 ROUTE 17 SOUTH | HACKENSACK | NJ | 07601 | 55,510 |
| 70951 | 070-3951 | 7 NAUGHRIGHT ROAD | HACKETTSTOWN | NJ | 07840 | 56,306 |
| 72527 | 072-6527A | 95 NEW BRUNSWICK AVE. | HOPELAWN | NJ | 08861 | 49,802 |
| 72224 | 072-6224 | 471-79 LYONS AVENUE | IRVINGTON | NJ | 07111 | 48,735 |
| 72286 | 072-6286 | 757 ROUTE 15 | LAKE HOPATCONG | NJ | 07849 | 50,871 |
| 72261 | 072-6261 | 175 LAKESIDE BOULEVARD | LANDING | NJ | 07850 | 36,114 |
| 72436 | 072-6436 | 242 LINCOLN BLVD. | MIDDLESEX | NJ | 08846 | 51,295 |
| 72223 | 072-6223 | 167 BERGEN STREET | NEWARK | NJ | 07103 | 48,306 |
| 70638 | 070-3638 | 63 WANAQUE AVENUE | POMPTON LAKES | NJ | 07442 | 62,845 |
| 72299 | 072-6299 | 10 TRIANGLE PLAZA | RAMSEY | NJ | 07446 | 48,937 |
| 70688 | 070-3688 | 148 CENTER GROVE ROAD | RANDOLPH | NJ | 07869 | 54,230 |
| 70807 | 070-3807 | 459 ROUTE 31 SOUTH | WASHINGTON | NJ | 07882 | 45,634 |
| 70668 | 070-3668 | 560 VALLEY ROAD | WAYNE | NJ | 07470 | 36,000 |
| 70685 | 070-3685 | 1938 UNION VALLEY ROAD | WEST MILFORD | NJ | 07480 | 48,811 |
| 70701 | 070-3701 | 1730 ROUTE 46 | WOODLAND PARK | NJ | 07424 | 64,761 |
| 70151 | 070-9151 | 805 MAMARONECK AVENUE | MAMARONECK | NY | 10543 | 25,597 |
| 70208 | 070-2208 | 230 SAW MILL RIVER ROAD | MILLWOOD | NY | 10546 | 19,360 |
| 72292 | 072-6292 | 195 ROUTE 59 EAST | NANUET | NY | 10954 | 63,699 |
| 70126 | 070-3126 | 3113 ROUTE #22 | PATTERSON | NY | 12563 | 56,334 |
| 70194 | 070-2194 | 20 WELCHER AVENUE | PEEKSKILL | NY | 10566 | 34,633 |
| 70794 | 070-2794 | 14 LAKE RIDGE PLAZA | VALLEY COTTAGE | NY | 10989 | 27,821 |
| 72298 | 072-6298 | 2540 CENTRAL PARK AVE. | YONKERS | NY | 10710 | 50,364 |

## Pennsylvania/South Jerse/Jersey Shore/Other

| Location (Legacy) | Location (Oracle) | Address | City | ST | ZIP Code | SF |
|---|---|---|---|---|---|---|
| 72593 | 072-6593 | 148 SUNSET BOULEVARD | NEW CASTLE | DE | 19720 | 56,882 |
| 70586 | 025-5586 | 2044 NEW CASTLE AVENUE | NEW CASTLE | DE | 19720 | 28,769 |
| 70888 | 022-2288 | 12741 OCEAN GATEWAY  STE 600 | OCEAN CITY | MD | 21842 | 35,000 |
| 72578 | 072-6578 | 1930 HIGHWAY 88 | BRICK | NJ | 08724 | 58,411 |
| 70924 | 070-3924 | 1002 ROUTE 36 | NAVESINK | NJ | 07716 | 25,272 |
| 70887 | 070-3887 | 510 MILLTOWN ROAD | NORTH BRUNSWICK | NJ | 08902 | 55,345 |
| 72529 | 072-6529 | 500 LINCOLN HIGHWAY | FAIRLESS HILLS | PA | 19030 | 64,722 |
| 70718 | 025-2718 | 322 W. BRIDGE ST. | NEW HOPE | PA | 18938 | 19,875 |
| 59510 | 038-3510 | 8920-60 FRANKFORD AVENUE | PHILADELPHIA | PA | 19136 | 48,131 |
| 59530 | 038-3530 | 15501 BUSTLETON AVENUE | PHILADELPHIA | PA | 19115 | 36,075 |
| 72532 | 072-6532 | 3021 GRAYS FERRY RD. | PHILADELPHIA | PA | 19146 | 56,549 |
| 72553 | 072-6553 | 8700 FRANKFORD AVE. | PHILADELPHIA | PA | 19136 | 47,020 |
| 72557 | 072-6557 | 2900 NORTH BROAD ST. | PHILADELPHIA | PA | 19132 | 50,388 |
| 72550 | 072-6550 | 176-82 CHELTEN AVE. | PHILADELPHIA | PA | 19144 | 31,411 |
| 70982 | 025-5728 | 7162 RIDGE AVENUE | PHILADELPHIA | PA | 19128 | 47,228 |