WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Garrett A. Fail

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                                                              :
                                                                                         :    **Chapter 11**
**THE GREAT ATLANTIC & PACIFIC TEA**                :
**COMPANY, INC.,** *et al.*,                                      :    Case No. 15-23007 (RDD)
                                                                                         :
              Debtors.[1]                                                    :    **(Jointly Administered)**
                                                                                         :
------------------------------------------------------------x

## NOTICE OF HEARING FOR MATTERS PREVIOUSLY SCHEDULED TO BE HEARD ON OCTOBER 29, 2015

**PLEASE TAKE NOTICE** that

1.    A hearing to consider the *Notice of (I) Proposed Transaction with Dave-Marion Corp. Pursuant to Discrete Sale and Lease Rationalization Procedures and (II) Rejection of an Unexpired Nonresidential Real Property Lease in Connection Therewith* (ECF No. 1335) filed on October 12, 2015, previously scheduled for October 29, 2015,[2] will be

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Two Thousand Eight Broadway, Inc. (0986); The Great Atlantic & Pacific Tea Company, Inc. (0974); A&P Live Better, LLC (0799); A&P Real Property, LLC (0973); APW Supermarket Corporation (7132); APW Supermarkets, Inc. (9509); Borman's, Inc. (9761); Delaware County Dairies, Inc. (7090); Food Basics, Inc. (1210); Kwik Save Inc. (8636); McLean Avenue Plaza Corp. (5227); Montvale Holdings, Inc. (6664); Montvale-Para Holdings, Inc. (2947); Onpoint, Inc. (6589); Pathmark Stores, Inc. (9612); Plainbridge LLC (5965); Shopwell, Inc.(3304); Super Fresh Food Markets, Inc. (2491); The Old Wine Emporium of Westport, Inc. (0724); Tradewell Foods of Conn., Inc. (5748); and Waldbaum, Inc. (8599). The international subsidiaries of The Great Atlantic & Pacific Tea Company, Inc. are not debtors in these chapter 11 cases. The location of the Debtors' corporate headquarters is Two Paragon Drive, Montvale, New Jersey 07645.

[2] The hearing scheduled for October 29, 2015 has been cancelled.

held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York (White Plains Division), 300 Quarropas Street, White Plains, New York, 10601 on **October 27, 2015 at 2:00 p.m. (Prevailing Eastern Time)**, or as soon thereafter as counsel may be heard.

2. A hearing to consider the (i) *Notice of Proposed Transaction with Bogopa Service Corp. Pursuant to Discrete Sale and Lease Rationalization Procedures* (ECF No. 1333), filed on October 12, 2015 and (ii) *Notice of Proposed Transaction with Nicholas Markets, Inc. Pursuant to Discrete Sale and Lease Rationalization Procedures* (ECF No. 1367), previously scheduled for October 29, 2015, will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York (White Plains Division), 300 Quarropas Street, White Plains, New York, 10601 on **November 5, 2015 at 2:00 p.m. (Prevailing Eastern Time)**.

Dated: October 23, 2015
      New York, New York

                                        */s/ Garrett A. Fail*
                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York  10153
                                        Telephone:  (212) 310-8000
                                        Facsimile:  (212) 310-8007
                                        Ray C. Schrock, P.C.
                                        Garrett A. Fail

                                        *Attorneys for Debtors*
                                        *and Debtors in Possession*

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Garrett A. Fail

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                                                    :
                                                                              :    **Chapter 11**
**THE GREAT ATLANTIC & PACIFIC TEA**         :
**COMPANY, INC.,** *et al.*,                                 :    Case No. 15-23007 (RDD)
                                                                              :
    Debtors.[1]                                                      :    **(Jointly Administered)**
                                                                              :
------------------------------------------------------------x

### NOTICE OF HEARING FOR MATTERS PREVIOUSLY SCHEDULED TO BE HEARD ON OCTOBER 29, 2015

**PLEASE TAKE NOTICE** that

1. A hearing to consider the *Notice of (I) Proposed Transaction with Dave-Marion Corp. Pursuant to Discrete Sale and Lease Rationalization Procedures and (II) Rejection of an Unexpired Nonresidential Real Property Lease in Connection Therewith* (ECF No. 1335) filed on October 12, 2015, previously scheduled for October 29, 2015,[2] will be

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Two Thousand Eight Broadway, Inc. (0986); The Great Atlantic & Pacific Tea Company, Inc. (0974); A&P Live Better, LLC (0799); A&P Real Property, LLC (0973); APW Supermarket Corporation (7132); APW Supermarkets, Inc. (9509); Borman's, Inc. (9761); Delaware County Dairies, Inc. (7090); Food Basics, Inc. (1210); Kwik Save Inc. (8636); McLean Avenue Plaza Corp. (5227); Montvale Holdings, Inc. (6664); Montvale-Para Holdings, Inc. (2947); Onpoint, Inc. (6589); Pathmark Stores, Inc. (9612); Plainbridge LLC (5965); Shopwell, Inc.(3304); Super Fresh Food Markets, Inc. (2491); The Old Wine Emporium of Westport, Inc. (0724); Tradewell Foods of Conn., Inc. (5748); and Waldbaum, Inc. (8599). The international subsidiaries of The Great Atlantic & Pacific Tea Company, Inc. are not debtors in these chapter 11 cases. The location of the Debtors' corporate headquarters is Two Paragon Drive, Montvale, New Jersey 07645.

[2] The hearing scheduled for October 29, 2015 has been cancelled.

held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York (White Plains Division), 300 Quarropas Street, White Plains, New York, 10601 on **October 27, 2015 at 2:00 p.m. (Prevailing Eastern Time)**, or as soon thereafter as counsel may be heard.

2. A hearing to consider the (i) *Notice of Proposed Transaction with Bogopa Service Corp. Pursuant to Discrete Sale and Lease Rationalization Procedures* (ECF No. 1333), filed on October 12, 2015 and (ii) *Notice of Proposed Transaction with Nicholas Markets, Inc. Pursuant to Discrete Sale and Lease Rationalization Procedures* (ECF No. 1367), previously scheduled for October 29, 2015, will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York (White Plains Division), 300 Quarropas Street, White Plains, New York, 10601 on **November 5, 2015 at 2:00 p.m. (Prevailing Eastern Time)**.

Dated: October 23, 2015
      New York, New York

    /s/ *Garrett A. Fail*
    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York  10153
    Telephone:  (212) 310-8000
    Facsimile:  (212) 310-8007
    Ray C. Schrock, P.C.
    Garrett A. Fail

    *Attorneys for Debtors
    and Debtors in Possession*