David J. Klein, Esq. (DK9675)
**Brach Eichler L.L.C.**
101 Eisenhower Parkway
Roseland, NJ 07068
Telephone: 973.228.5700/Facsimile: 973.228.7852
E-Mail: dklein@bracheichler.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | |
| THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC., et al., | Case No.: 15-23007 (RDD) |
| | Chapter 11 |
| Debtors. | |

**OBJECTION OF FORSONS ASSOCIATES AS TO THE AMOUNT OF CURE COSTS ALLEGED BY DEBTOR IN ITS "NOTICE ESTABLISHING CURE COSTS WITH RESPECT TO CERTAIN LEASES OF THE DEBTORS"AS REGARDS DEBTORS' LEASE WITH FORSONS ASSOCIATES FOR STORE NO. 72-261 LOCATED AT 175 LAKESIDE BOULEVARD, LANDING, NEW JERSEY**

Forsons Associates ("Forsons"), by its counsel, Brach Eichler L.L.C., files this objection to Debtor's Notice Establishing Cure Costs ("Notice of Cure") with respect to certain leases of the Debtor and, in particular, Debtor's Lease with Forsons in connection with Store No. 72-261 located at 175 Lakeside Boulevard, Landing, New Jersey, stating as follows:

1. Forsons Associates ("Forsons") is the owner of premises leased to Debtor from which Debtor operated a Pathmark store identified as Store No. 72-261 in Exhibit "A", item #2, to Debtor's Notice of Cure ("Pathmark Store"). That Lease Agreement is dated February 26, 1971, and was originally between Forsons Associates and Sydney Finkel and Janice Finkel, as Landlord and the Grand Union Company, as Tenant. (See, Affidavit of Roger Kruvant, ¶3) ("Kruvant")

2. In Debtor's Notice of Cure, Exhibit "A", item #2, Debtors list the Cure Amount in connection with the Forsons' Lease as "$0". That Cure Amount is, in fact, incorrect.

3. Under its Lease with Forsons, the Debtor was responsible for payment of rent, C.A.M., percentage rent, real estate taxes and common area excess electric. (Kruvant, ¶5)

4. Debtor's store ceased doing business in late November, 2015. (See, Kruvant, ¶6)

5. Forsons, in order to prevent damage to the premises, arranged to have the utilities charged to itself to ensure that electricity and heat was maintained in the building. (See, Kruvant Affidavit, ¶7)

6. Notwithstanding that the Debtor now alleges that the Cure Amount is "$0", Debtor previously conceded that it owed Forsons at least $31,667. (See, Debtors' 9/25/15 Notice of Assumption, Assignment and Cure Costs with Respect to Additional Contracts of Debtors (Document #1090, Item #39.) (The actual amount owed at that time was $31,997.05.) (See, Kruvant, Exhibit "A")

7. Further, Forsons is owed an additional $22,621.24 in post-Petition rent, C.A.M., common area excess electric and percentage rent monthly charges through January, 2016, together with real estate taxes billed to date and utilities paid by landlord and as yet (and, as such, unknown) utility charges. (See, Kruvant ¶9 and Exhibit "A")

8. Based on the foregoing, Forsons Associates respectfully requests that the Court enter an Order (i) sustaining this objection; (ii) entering an Order establishing, as of January 1, 2016, the amount of Cure with respect to Forsons Associates' Lease with Debtor for Store No. 72-261 as $54,596.40 ($31,997.05 pre-Petition + $22,621.24 post-petition); and (iii) permitting Forsons Associates an additional sixty (60) days to file additional documentation showing additional cure amounts incurred subsequent to January 1, 2016.

Dated: January 21, 2016  
Roseland, New Jersey

By:   /s/ David J. Klein  
David J. Klein, Esq. (DK9675)  
Brach Eichler L.L.C.  
101 Eisenhower Parkway  
Roseland, New Jersey 07068-1067  
Phone: (973) 228-5700/Fax: (973) 618-5531  
E-Mail: dklein@bracheichler.com  
*Attorneys for Forsons Associates*