# EXHIBIT A

Pathmark Balance as of 1/28/2007

15-12320-lgb    Doc 2343-2    Filed 01/21/16    Entered 01/21/16 11:19:01    Exhibit
Exhibit A to Affidavit of Roger Kruvant    Pg 2 of 2

| Expense | Due Date | Amount Due | Paid | Balance | Pre-Petition Total | Post-Petition Total | Expense |
|---|---|---|---|---|---|---|---|
| Rent | 7/1/2015 | $ 12,913.33 | $ - | $ 12,913.33 | $ 12,913.33 | | |
| | 8/1/2015 | $ 12,913.33 | $ - | $ 12,913.33 | | | |
| | 9/1/2015 | $ 12,913.33 | $ 12,913.33 | $ - | | | |
| | 10/1/2015 | $ 12,913.33 | $ 12,325.63 | $ 587.70 | | | |
| | 11/01/2015 | $ 12,913.33 | $ 12,913.33 | $ - | | | |
| | 12/01/2015 | $ 12,913.33 | $ 12,913.33 | $ - | | | |
| | 1/01/2016 | $ 12,913.33 | $ 9,997.42 | $ 2,915.91 | | $ 16,416.94 | Rent |
| CAM | 7/1/2015 | $ 5,575.19 | $ - | $ 5,575.19 | $ 5,575.19 | | |
| | 8/1/2015 | $ 5,575.19 | $ - | $ 5,575.19 | | | |
| | 9/1/2015 | $ 5,575.19 | $ 5,575.19 | $ - | | | |
| | 10/1/2015 | $ 5,575.19 | $ 11,150.38 | $ (5,575.19) | | | |
| | 11/01/2015 | $ 5,575.19 | $ 5,575.19 | $ - | | | |
| | 12/01/2015 | $ 5,575.19 | $ 5,575.19 | $ - | | | |
| | 1/01/2016 | $ 5,575.19 | $ 4,316.28 | $ 1,258.91 | | $ 1,258.91 | CAM |
| Electric | 7/1/2015 | $ 1,101.42 | $ - | $ 1,101.42 | $ 1,101.42 | | |
| | 8/1/2015 | $ 1,101.42 | $ - | $ 1,101.42 | | | |
| | 9/1/2015 | $ 1,101.42 | $ 1,101.42 | $ - | | | |
| | 10/1/2015 | $ 1,101.42 | $ 2,202.84 | $ (1,101.42) | | | |
| | 11/01/2015 | $ 1,101.42 | $ 1,101.42 | $ - | | | |
| | 12/01/2015 | $ 1,101.42 | $ 1,101.42 | $ - | | | |
| | 1/01/2016 | $ 1,101.42 | $ 852.71 | $ 248.71 | | $ 248.71 | Electric |
| | | | | $ - | | | |
| Percentage Rent | 7/1/2015 | $ 6,397.00 | $ - | $ 6,397.00 | $ 6,397.00 | | |
| | 8/1/2015 | $ 6,397.00 | $ - | $ 6,397.00 | | | |
| | 9/1/2015 | $ 6,397.00 | $ 6,397.00 | $ - | | | |
| | 10/1/2015 | $ 6,397.00 | $ - | $ 6,397.00 | | | |
| | 11/01/2015 | $ 6,397.00 | $ 6,397.00 | $ - | | | |
| | 12/01/2015 | $ 6,397.00 | $ 6,397.00 | $ - | | | |
| | 1/01/2016 | $ 6,397.00 | $ 4,952.52 | $ 1,444.48 | | $ 14,238.48 | Percentage Rent |
| Real Estate Tax* | 8/1/2015 | $ 28,997.06 | $ 23,008.84 | $ 5,988.22 | $ 5,988.22 | | |
| | 11/1/2015 | $ 28,997.05 | $ - | $ 28,997.05 | | $ 28,997.05 | Real Estate Tax |
| TOTALS DUE | | | | | $ 31,975.16 | $ 61,160.09 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Less Offsets | R/E Tax - Percentage Rent Credits Per Lease (applied with tenant's 10/1/15 check#5321332) | | | | $ (49,303.57) | Offsets |
| Plus Utilities | JCP&L 11/25-12/26/15 Pathmark Electric bill paid for by Landlord, Reimbursement Due | | | $ 8,689.08 | | |
| | NJ Natural Gas 12/1-12/28/15 Pathmark Gas bill paid for by Landlord, Reimbursement Due | | | $ 2,075.64 | $ 10,764.72 | Utilities |
| Grand Total | $ 54,596.40 | | | | $ 31,975.16 | $ 22,621.24 | |

*Note: This tenant's lease provides for quarterly billing of real estate taxes which are due and payable upon receipt of proof of payment from Landlord's quarterly real estate tax bills which are due/payable Feb 1st, May 1st, August 1st and November 1st. So, even though the real estate tax charges are for a three month period (the month before and after the due date), Pathmark doesn't pay until we provide copy of our receipt per lease.