David J. Klein, Esq. (DK9675)
**Brach Eichler L.L.C.**
101 Eisenhower Parkway
Roseland, NJ 07068
Telephone: 973.228.5700/Facsimile: 973.228.7852
E-Mail: dklein@bracheichler.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: : | |
| THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC., et al., , : | Case No.: 15-23007 (RDD) |
| : | Chapter 11 |
| Debtors. : | |

## AFFIDAVIT OF SERVICE

**STATE OF NEW JERSEY** )
                                      ) ss.:
**COUNTY OF ESSEX**        )

PAULA M. JOHNSON, of legal age, deposes upon her oath and states as follows:

1. I am a secretary with the law firm of Brach Eichler L.L.C., attorneys for Forsons Associates.

2. On January 21, 2016, the following documents were filed with the above Court via ECF: Notice of Appearance, Objection of Forsons Associates as to the Amount of Cure Costs Alleged by Debtor in its "Notice Establishing Cure Costs With Respect to Certain Leases of the Debtors" as regards Debtors' Lease with Forsons Associates for Storm No. 72-261 Located at 175 Lakeside Boulevard, Landing, New Jersey.

3. Copies of the foregoing were also forwarded, on this date, via Federal Express, to:

   Hon. Robert D. Drain
   US Bankruptcy Court
   Southern District of New York
   300 Quarropas Street
   Room 248
   White Plains, NY 10601

United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

_____
Paula M. Johnson

Sworn and Subscribed to before
me this 21st day of January, 2016

_____
Notary Public

DIANE FAMULA
A Notary Public of New Jersey
My Commission Expires 09/12/2017

2