**FILED UNDER SEAL**

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| In re: | **Chapter 11** |
| **The Great Atlantic & Pacific Tea Co.,** | **Case No. 15 B 23007 (RDD)** |
| Debtor. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**CONFIDENTIAL - SUBJECT TO COURT ORDER**

**THIS MATERIAL HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER SIGNED ON   April 13, 2016    (Doc. 2674) DIRECTING THE CLERK TO FILE SUCH MATERIAL AS CONFIDENTIAL**