**Objection Deadline: November 20, 2018**

Robert J. Feinstein
Bradford J. Sandler
PACHULSKI STANG ZIEHL &
    JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-770015-23007
Facsimile:  (212) 561-7777
E-Mail:  rfeinstein@pszjlaw.com
       bsandler@pszjlaw.com

*Counsel for the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC., *et al.*,<br><br>          Debtors. | Chapter 11<br><br>Case No. 15-23007 (RDD)<br><br>(Jointly Administered) |

**THIRTY SEVENTH MONTHLY FEE STATEMENT OF PACHULSKI
STANG ZIEHL & JONES LLP FOR PROFESSIONAL SERVICES
RENDERED AND DISBURSEMENTS INCURRED AS COUNSEL
FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM AUGUST 1, 2018 THROUGH AUGUST 31, 2018**

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | Counsel to the Official Committee of Unsecured Creditors |
| Date of Retention: | Effective July 24, 2015 pursuant to Order dated September 22, 2015 [Docket No. 1059] |
| Period for which Compensation and Reimbursement is Sought: | August 1, 2018 – August 31, 2018[1] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $8,106.60 (80% of $10,133.25) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $ 15.56 |

This is a:    _x_ Monthly    __ Interim    __ Final Application.

---

[1] The applicant reserves the right to include any time expended in the time period indicated above in future application(s) if it is not included herein.

**Preliminary Statement**

1.      Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), attorneys for the Official

Committee of Unsecured Creditors (the "Committee") of the debtors and debtors in possession in

the above-captioned cases (the "Debtors"), hereby submits this statement of fees and

disbursements (the "Monthly Statement") for the period from August 1, 2018 through August 31,

2018 (the "Compensation Period") in accordance with the *Order Pursuant to 11 U.S.C. §§*

*105(a), 330, 331, Fed. R. Bankr. P. 2016, and Local Rule 2016-1 Establishing Procedures for*

*Interim Compensation and Reimbursement of Expenses of Professionals* dated September 1,

2015 [Docket No. 765] (the "Interim Compensation Order").

2.      The retention of PSZ&J as counsel to the Committee was approved by this

Court's *Order Authorizing the Employment of Pachulski Stang Ziehl & Jones LLP as Counsel to*

*the Official Committee of Unsecured Creditors of the Debtors Nunc Pro Tunc to July 24, 2015*

[Docket No. 676] (the "Retention Order").  The Retention Order authorized PSZ&J to be

compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket

expenses.

3.      On October 28, 2016, the Committee filed the *Application of the Official*

*Committee of Unsecured Creditors to Amend Retention of Pachulski Stang Ziehl & Jones LLP as*

*Counsel* [Docket No. 3280] (the "Application to Amend").  On November 17, 2016, the Court

entered an *Order Authorizing and Approving the Employment of Pachulski Stang Ziehl & Jones*

*LLP as Counsel to the Official Committee of Unsecured Creditors of the Debtors*, signed on

November 16, 2016 [Docket No. 3314] (the "Amended Retention Order"), modifying the

retention terms of PSZ&J and authorizing PSZ&J to pursue avoidance actions under sections

544, 547, 549, and 550 of the Bankruptcy Code (the "Avoidance Actions") on a partial

contingency fee basis effective as of November 16, 2016.

4.      Specifically, the Amended Retention Order authorizes compensation

payable to PSZ&J, subject to Court approval and in accordance with section 330 of the

Bankruptcy Code, on (A) the greater of (i) thirty-three percent (33%) of the gross recovery to the

estates from each Avoidance Action; or (ii) (a) an hourly basis charged at fifty (50) percent of

PSZ&J's standard hourly rates then in effect for work expended in pursuing an Avoidance

Action, plus (B) reimbursement of all actual and necessary expenses.[2]  The Amended Retention

Order also provides that the Prepetition PIK Notes Secured Parties and Prepetition Convertible

Notes Secured Parties shall pay the fees incurred in the pursuit of any Avoidance Action to a

maximum amount of 33% of the cash recovery from each Avoidance Action (the "Lender Paid

Percentage"), and to the extent the fees of such Avoidance Action exceed this amount, the estates

shall pay the difference between the amount due under paragraph 10(a) of the Application to

Amend and the Lender Paid Percentage.  Reimbursement of expenses for the pursuit and

settlement of the Avoidance Actions shall be payable first from the recovery of such Avoidance

Action, and second from the estates.

5.      PSZJ bills its time and expenses for services provided under the Retention

Order to matter 002 ("Matter 002") and bills its time and expenses for services provided under

the Amended Retention Order to matter 003 ("Matter 003").

6.      PSZ&J requests:  (a) interim allowance and payment of compensation in

the amount of $8,106.60 (80% of $10,133.25) for fees on account of reasonable and necessary

---

[2] PSZ&J will seek allowance and payment of the contingency fee portion in connection with the pursuit of
Avoidance Actions and related expenses in later application(s).  This Monthly Statement only covers the reduced
hourly rate component of the fees incurred in Matter 003 during the Compensation Period in accordance with the
Amended Retention Order.

professional services rendered to the Committee by PSZ&J for Matter 002 and Matter 003; and (b) reimbursement of actual and necessary costs and expenses in the amount of $15.56 incurred by PSZ&J during the Compensation Period for Matter 002.  PSZ&J reserves the right to apply in the future for reimbursement of actual and necessary costs and expenses, if any, incurred by members of the Committee in connection with their service as members of the Committee during the Compensation Period.

### Services Rendered and Disbursements Incurred During the Compensation Period

7.      **Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, department, bar admissions, hourly billing rates and aggregate hours spent by each PSZ&J professional and paraprofessional that provided services to the Committee during the Compensation Period for Matter 002 and Matter 003.  The rates charged by PSZ&J for services rendered to the Committee are the same rates that PSZ&J charges generally for professional services rendered to its non-bankruptcy clients.

8.      **Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by PSZ&J professionals and paraprofessionals in rendering services to the Committee during the Compensation Period for Matter 002 and Matter 003.

9.      **Exhibit C** sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by PSZ&J in connection with services rendered to the Committee during the Compensation Period for Matter 002.

10.     **Exhibit D** sets forth a complete itemization of all time records and expenses for PSZ&J professionals and paraprofessionals for the Compensation Period for Matter 002.

11.    **Exhibit E** sets forth a complete itemization of all time records and

expenses for PSZ&J professionals and paraprofessionals for the Compensation Period for Matter

003.

### Notice and Objection Procedures

12.    No trustee or examiner has been appointed in these chapter 11 cases.

Pursuant to the Interim Compensation Order, notice of the Monthly Statement has been served

by overnight mail upon: (i) the Debtors c/o The Great Atlantic & Pacific Tea Company, Inc.,

800 d Lake St., Ramsey, New Jersey 07675;  (ii) the attorneys for the Debtors, Weil, Gotshal &

Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Ray C. Schrock, P.C.,

Garrett A. Fail, Esq., and Sunny Singh, Esq.); (iii) the U.S. Trustee, 201 Varick Street, Suite

1006, New York, New York 10014 (Attn: Brian Masumoto, Esq.); and (iv) the attorneys for

Fortress Credit Corp., as agent for the DIP Lender, Jones Day, 222 East 41st Street, New York,

New York 10017 (Attn: Scott J. Greenberg, Esq.) (collectively, the "Notice Parties").  PSZ&J

submits that no other or further notice need be provided.

13.    Pursuant to the Interim Compensation Order, objections to this Monthly

Statement, if any, must be served upon the Notice Parties no later than November 20, 2018 (the

"Objection Deadline"), setting forth the nature of the objection and the amount of fees or

expenses at issue.

14.    If no objections to this Monthly Statement are made on or before the

Objection Deadline, the Debtors shall pay PSZ&J 80% of the fees and 100% of the expenses

identified in the Monthly Statement.

15.    To the extent an objection to this Monthly Statement is timely made, the

Debtors shall withhold payment of that portion of the Monthly Statement to which the objection

is directed and promptly pay the remainder of the fees and disbursements in the percentages set

forth above.  To the extent such objection is not resolved; it shall be preserved and presented to

the Court at the next interim or final fee application hearing.

Dated:  November 5, 2018
      New York, New York           PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Robert J. Feinstein*
Robert J. Feinstein
Bradford J. Sandler
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
Email:  rfeinstein@pszjlaw.com
       bsandler@pszjlaw.com

*Counsel for the Official Committee of Unsecured Creditors*

DOCS_NY:38262.1 00263/002

## EXHIBIT A

### Timekeeper Summary

| NAME OF PROFESSIONAL | TITLE | YEAR ADMITTED | YEAR OF PARTNERSHIP | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Bradford J. Sandler | Partner | 1996 | 2010 | $ 925.00 | 1.30 | $1,202.50 |
| *Bradford J. Sandler | Partner | 1996 | 2010 | $ 462.50 | 0.90 | $416.25 |
| *Andrew W. Caine | Partner | 1983 | 1989 | $497.50 | 10.30 | $5,124.25 |
| *Beth E. Levine | Of Counsel | 1993 | N/A | $375.00 | 0.80 | $300.00 |
| *Jeffrey P. Nolan | Of Counsel | 1992 | N/A | $375.00 | 2.80 | $1,050.00 |
| *Steven W. Golden | Associate | 2015 | N/A | $247.50 | 0.40 | $99.00 |
| Patricia J. Jeffries | Paralegal | N/A | N/A | $375.00 | 0.80 | $300.00 |
| La Asia S. Canty | Paralegal | N/A | N/A | $375.00 | 2.70 | $1,012.50 |
| *La Asia S. Canty | Paralegal | N/A | N/A | $187.50 | 2.70 | $506.25 |
| *Mike A. Matteo | Paralegal | N/A | N/A | $175.00 | 0.70 | $122.50 |
| **Total** | | | | | **23.40** | **$10,133.25** |

*These hours represent time billed at a reduced rate of 50% of hourly billing rate pursuant to the Amended Retention Order (defined herein) for services provided solely in connection with work related to the Avoidance Actions.

**EXHIBIT B**

**Task Code Summary**

**Matter 002**

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| CA | Case Administration | 1.00 | $485.00 |
| CO | Claims Admin/Objections[B310] | 0.70 | $647.50 |
| CPO | Comp. of Prof./Others | 1.30 | $597.50 |
| OP | Operations | 0.10 | $92.50 |
| PC | PSZ&J Compensation | 1.60 | $600.00 |
| SL | Stay Litigation | 0.10 | $92.50 |
| | **TOTAL** | **4.80** | **$2,515.00** |

**Matter 003**

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| AC | Avoidance Actions | 16.50 | $6,963.00 |
| PC | PSZ&J Compensation | 2.10 | $655.25 |
| | **TOTAL** | **18.60** | **$7,618.25** |

**EXHIBIT C**

**Disbursement Summary**

**Matter 002**

| Expenses (by Category) | Amounts |
|---|---|
| Postage | $15.56 |
| **TOTAL** | **$ 15.56** |

**EXHIBIT D**

**(Matter 002)**

# Pachulski Stang Ziehl & Jones LLP

780 Third Avenue
34th Floor
New York, NY 10017

BJS

|  |  |
|---|---|
| | August 31, 2018 |
| Invoice | 120390 |
| Client | 00263 |
| Matter | 00002 |
| | **RJF** |

RE:   Committee Representation

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH   08/31/2018

|  |  |
|---|---|
| FEES | $2,515.00 |
| EXPENSES | $15.56 |
| **TOTAL CURRENT CHARGES** | **$2,530.56** |
| **BALANCE FORWARD** | **$41,141.01** |
| **TOTAL BALANCE DUE** | **$43,671.57** |

Pachulski Stang Ziehl & Jones LLP                                  Page:     2
A&P Tea O.C.C.                                                     Invoice 120390
00263     00002                                                   August 31, 2018

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| CA | Case Administration [B110] | 1.00 | $485.00 |
| CO | Claims Admin/Objections[B310] | 0.70 | $647.50 |
| CPO | Comp. of Prof./Others | 1.30 | $597.50 |
| OP | Operations [B210] | 0.10 | $92.50 |
| PC | PSZ&J Compensation | 1.60 | $600.00 |
| SL | Stay Litigation [B140] | 0.10 | $92.50 |
| | | 4.80 | $2,515.00 |

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| BJS | Sandler, Bradford J. | Partner | 925.00 | 1.30 | $1,202.50 |
| LSC | Canty, La Asia S. | Paralegal | 375.00 | 2.70 | $1,012.50 |
| PJJ | Jeffries, Patricia J. | Paralegal | 375.00 | 0.80 | $300.00 |
| | | | | 4.80 | $2,515.00 |

## Summary of Expenses

| Description | Amount |
|-------------|--------|
| Postage [E108] | $15.56 |
| | $15.56 |

Pachulski Stang Ziehl & Jones LLP

A&P Tea O.C.C.

00263     00002

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Case Administration [B110]** |  |  |  |  |  |  |
| 08/10/2018 | PJJ | CA | Update critical dates memo, calendar entries and reminders. | 0.30 | 375.00 | $112.50 |
| 08/20/2018 | PJJ | CA | Update critical dates memo, calendar entries and reminders. | 0.10 | 375.00 | $37.50 |
| 08/20/2018 | BJS | CA | Review critical dates and discuss with Patricia Jeffries | 0.10 | 925.00 | $92.50 |
| 08/27/2018 | PJJ | CA | Update critical dates memo, calendar entries and reminders. | 0.20 | 375.00 | $75.00 |
| 08/27/2018 | BJS | CA | Review critical dates and discuss with Patricia Jeffries | 0.10 | 925.00 | $92.50 |
| 08/30/2018 | PJJ | CA | Update critical dates memo, calendar entries and reminders. | 0.20 | 375.00 | $75.00 |
|  |  |  |  | **1.00** |  | **$485.00** |
| **Claims Admin/Objections[B310]** |  |  |  |  |  |  |
| 08/23/2018 | BJS | CO | Review Duplechin letter regarding claim. | 0.10 | 925.00 | $92.50 |
| 08/28/2018 | BJS | CO | Review Goodrich response to claim objection. | 0.20 | 925.00 | $185.00 |
| 08/28/2018 | BJS | CO | Review Glick response to claim objection. | 0.30 | 925.00 | $277.50 |
| 08/29/2018 | BJS | CO | Various emails with BL regarding Priscilla Jimenez PI claim | 0.10 | 925.00 | $92.50 |
|  |  |  |  | **0.70** |  | **$647.50** |
| **Comp. of Prof./Others** |  |  |  |  |  |  |
| 08/23/2018 | BJS | CPO | Review Zolfo Cooper fee application | 0.10 | 925.00 | $92.50 |
| 08/23/2018 | LSC | CPO | File and serve Zolfo Cooper's 8th interim fee application. | 0.30 | 375.00 | $112.50 |
| 08/23/2018 | LSC | CPO | Finalize, file, and serve Zolfo Cooper's 8th interim fee application and correspondence regarding the same (.5); draft and file certificate of service for same (.3). | 0.80 | 375.00 | $300.00 |
| 08/27/2018 | BJS | CPO | Review Weil Gotshal fee application | 0.10 | 925.00 | $92.50 |
|  |  |  |  | **1.30** |  | **$597.50** |
| **Operations [B210]** |  |  |  |  |  |  |
| 08/28/2018 | BJS | OP | Review Monthly operating report | 0.10 | 925.00 | $92.50 |
|  |  |  |  | **0.10** |  | **$92.50** |

Pachulski Stang Ziehl & Jones LLP                                  Page:      4
A&P Tea O.C.C.                                                     Invoice 120390
00263      00002                                                   August 31, 2018

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **PSZ&J Compensation** | | | | | | |
| 08/17/2018 | LSC | PC | Prepare draft monthly fee statement. | 0.50 | 375.00 | $187.50 |
| 08/27/2018 | LSC | PC | Prepare PSZJ's 34th monthly fee statement. | 0.50 | 375.00 | $187.50 |
| 08/29/2018 | LSC | PC | Finalize, file, and serve May monthly fee statement (.4); draft and file certificate of service for the same (.2). | 0.60 | 375.00 | $225.00 |
| | | | | **1.60** | | **$600.00** |
| **Stay Litigation [B140]** | | | | | | |
| 08/23/2018 | BJS | SL | Review Stay relief stipulation. | 0.10 | 925.00 | $92.50 |
| | | | | **0.10** | | **$92.50** |

**TOTAL SERVICES FOR THIS MATTER:**                                 **$2,515.00**

Pachulski Stang Ziehl & Jones LLP                          Page:      5
A&P Tea O.C.C.                                             Invoice 120390
00263      00002                                           August 31, 2018

_____

## **Expenses**

| | | | |
|---|---|---|---|
| 08/23/2018 | PO | 00263.00002 :Postage Charges for 08-23-18 | 8.20 |
| 08/28/2018 | PO | 00263.00002 :Postage Charges for 08-28-18 | 7.36 |

**Total Expenses for this Matter**                          **$15.56**

| Pachulski Stang Ziehl & Jones LLP | Page:      6 |
|---|---|
| A&P Tea O.C.C. | Invoice 120390 |
| 00263     00002 | August 31, 2018 |

## REMITTANCE ADVICE

**Please include this Remittance Advice with your payment**

For current services rendered through 08/31/2018

| | |
|---|---|
| Total Fees | $2,515.00 |
| Chargeable costs and disbursements | $15.56 |
| Total Due on Current Invoice..................... | $2,530.56 |

Outstanding Balance from prior Invoices as of 08/31/2018     **(May not reflect recent payments)**

| Invoice Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 112677 | 01/31/2016 | $170,609.00 | $2,878.01 | $5,247.00 |
| 112977 | 02/29/2016 | $49,146.00 | $1,123.12 | $9,829.20 |
| 114146 | 03/31/2016 | $64,740.50 | $167.22 | $12,948.10 |
| 119255 | 03/31/2018 | $1,478.00 | $4.00 | $295.60 |
| 119807 | 04/30/2018 | $5,691.00 | $14.00 | $1,138.20 |
| 120138 | 05/31/2018 | $5,505.50 | $70.72 | $5,576.22 |
| 120308 | 06/30/2018 | $2,935.50 | $14.48 | $2,949.98 |
| 120324 | 07/31/2018 | $3,135.50 | $21.21 | $3,156.71 |

**Total Amount Due on Current and Prior Invoices**                                    $43,671.57

**EXHIBIT E**

**(Matter 003)**

# Pachulski Stang Ziehl & Jones LLP

780 Third Avenue
34th Floor
New York, NY 10017

August 31, 2018

BJS

| | |
|---|---|
| Invoice | 120389 |
| Client | 00263 |
| Matter | 00003 |
| | **AWC** |

RE:   Preference Engagement

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  08/31/2018

| | |
|---|---|
| FEES | $7,618.25 |
| EXPENSES | $19.10 |
| **TOTAL CURRENT CHARGES** | **$7,637.35** |
| **BALANCE FORWARD** | **$97,384.65** |
| **TOTAL BALANCE DUE** | **$105,022.00** |

Pachulski Stang Ziehl & Jones LLP

Page:    2

A&P Tea O.C.C.

Invoice 120389

00263    00003

August 31, 2018

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| AC | Avoidance Actions | 16.50 | $6,963.00 |
| PC | PSZ&J Compensation | 2.10 | $655.25 |
| | | 18.60 | $7,618.25 |

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| AWC | Caine, Andrew W. | Partner | 497.50 | 10.30 | $5,124.25 |
| BEL | Levine, Beth E. | Counsel | 375.00 | 0.80 | $300.00 |
| BJS | Sandler, Bradford J. | Partner | 462.50 | 0.90 | $416.25 |
| JPN | Nolan, Jeffrey P. | Counsel | 375.00 | 2.80 | $1,050.00 |
| LSC | Canty, La Asia S. | Paralegal | 187.50 | 2.70 | $506.25 |
| MAM | Matteo, Mike A. | Paralegal | 175.00 | 0.70 | $122.50 |
| SWG | Golden, Steven W. | Associate | 247.50 | 0.40 | $99.00 |
| | | | | 18.60 | $7,618.25 |

## Summary of Expenses

| Description | Amount |
|-------------|--------|
| Pacer - Court Research | $6.00 |
| Postage [E108] | $9.00 |
| Reproduction/ Scan Copy | $4.10 |
| | $19.10 |

Pachulski Stang Ziehl & Jones LLP

A&P Tea O.C.C.

00263      00003

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Avoidance Actions** | | | | | | |
| 08/01/2018 | JPN | AC | Receive documents from Defendant, Palermo ; Telephone conference with opposing counsel regarding sale documents. | 0.40 | 375.00 | $150.00 |
| 08/02/2018 | AWC | AC | Emails with counsel regarding Honickman settlement agreement, issues. | 0.40 | 497.50 | $199.00 |
| 08/02/2018 | JPN | AC | Meet with Dietz & Watson regarding Pre-Trial Conference. | 0.20 | 375.00 | $75.00 |
| 08/02/2018 | JPN | AC | Settlement discussions with Defendant, Boar's Head Distributors. | 0.40 | 375.00 | $150.00 |
| 08/03/2018 | AWC | AC | Review revised Honickman settlement agreement and emails with counsel thereon. | 0.50 | 497.50 | $248.75 |
| 08/03/2018 | JPN | AC | Exchange correspondence with R. Gruenberg regarding Dietz. | 0.20 | 375.00 | $75.00 |
| 08/06/2018 | JPN | AC | Meet with Michael A. Matteo regarding August installment payments. | 0.20 | 375.00 | $75.00 |
| 08/06/2018 | JPN | AC | Meet with Beth E. Levine regarding Notice of Adjournment; Follow-up with Defendant. | 0.20 | 375.00 | $75.00 |
| 08/06/2018 | BEL | AC | Email and telephone conference with Jeffrey P. Nolan regarding open adversary. | 0.20 | 375.00 | $75.00 |
| 08/07/2018 | JPN | AC | Meet with counsel for Dietz & Watson regarding adjournment. | 0.20 | 375.00 | $75.00 |
| 08/07/2018 | BEL | AC | Telephone conference with Judge Drain's chambers and Jeffrey P. Nolan regarding scheduling issues. | 0.20 | 375.00 | $75.00 |
| 08/08/2018 | BEL | AC | Telephone conference with courtroom deputy regarding scheduling issues. | 0.20 | 375.00 | $75.00 |
| 08/08/2018 | AWC | AC | Emails with OC and counsel regarding Honickman settlement agreement. | 0.60 | 497.50 | $298.50 |
| 08/08/2018 | LSC | AC | Calendar adversary proceeding deadlines. | 0.30 | 187.50 | $56.25 |
| 08/09/2018 | AWC | AC | Emails with counsel and OC regarding Honickman agreement language. | 0.60 | 497.50 | $298.50 |
| 08/09/2018 | JPN | AC | Follow-up regarding settlement payments; Review correspondence with D. Devito. | 0.20 | 375.00 | $75.00 |
| 08/09/2018 | MAM | AC | Email to Dawn DeVito regarding status of settlement payments. | 0.10 | 175.00 | $17.50 |
| 08/09/2018 | MAM | AC | Updates to settlement tracking chart regarding settlement payments received. | 0.20 | 175.00 | $35.00 |
| 08/10/2018 | AWC | AC | Emails with counsel and OC regarding Honickman matter. | 0.60 | 497.50 | $298.50 |
| 08/13/2018 | AWC | AC | Emails with counsel regarding Honickman agreement and revise agreement. | 0.60 | 497.50 | $298.50 |

Pachulski Stang Ziehl & Jones LLP

Page:      4

A&P Tea O.C.C.

Invoice 120389

00263     00003

August 31, 2018

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/15/2018 | AWC | AC | Calls and emails with OC and counsel regarding Honickman settlement agreement and review omnibus settlement order and case management order; review all matters and emails with team thereon. | 1.30 | 497.50 | $646.75 |
| 08/15/2018 | JPN | AC | Draft correspondence to Defendant, Dietz & Watson. | 0.20 | 375.00 | $75.00 |
| 08/16/2018 | AWC | AC | Emails with counsel and OC regarding Honickman settlement and review/revise agreement. | 0.90 | 497.50 | $447.75 |
| 08/17/2018 | AWC | AC | Emails regarding Honickman agreement, side email. | 0.30 | 497.50 | $149.25 |
| 08/20/2018 | BJS | AC | Attention to settlements | 0.30 | 462.50 | $138.75 |
| 08/20/2018 | AWC | AC | Emails regarding Honickman settlement. | 0.20 | 497.50 | $99.50 |
| 08/20/2018 | BEL | AC | Transmit stipulation to chambers. | 0.20 | 375.00 | $75.00 |
| 08/20/2018 | LSC | AC | Draft, file, and serve notice of rescheduled pretrial conference and correspondence with B. Levine regarding the same. | 0.30 | 187.50 | $56.25 |
| 08/21/2018 | AWC | AC | Emails with OC and counsel regarding Honickman settlement. | 0.30 | 497.50 | $149.25 |
| 08/22/2018 | AWC | AC | Emails with counsel regarding Honickman settlement. | 0.50 | 497.50 | $248.75 |
| 08/23/2018 | BJS | AC | Attention to preferences/settlements | 0.30 | 462.50 | $138.75 |
| 08/23/2018 | AWC | AC | Emails with counsel regarding Honickman settlement, review Omnibus settlement motion, draft notice of settlement, review and revise tolling stipulation. | 1.30 | 497.50 | $646.75 |
| 08/24/2018 | AWC | AC | Review case management order and emails regarding Honickman notice. | 0.40 | 497.50 | $199.00 |
| 08/24/2018 | LSC | AC | Electronic filing and service of Notice of Honickman settlement and correspondence regarding the same. | 1.00 | 187.50 | $187.50 |
| 08/27/2018 | AWC | AC | Emails regarding Honickman settlement agreement. | 0.20 | 497.50 | $99.50 |
| 08/28/2018 | AWC | AC | Review and revise status report to Court. | 0.30 | 497.50 | $149.25 |
| 08/28/2018 | JPN | AC | Review avoidance action report; Respond. | 0.20 | 375.00 | $75.00 |
| 08/28/2018 | MAM | AC | Draft Fifth Certificate regarding status of settled adversary proceedings and forward same. | 0.40 | 175.00 | $70.00 |
| 08/28/2018 | LSC | AC | Electronically file preference status report and correspondence regarding the same. | 0.20 | 187.50 | $37.50 |
| 08/29/2018 | AWC | AC | Emails with counsel regarding  Honickman settlement agreement/notice and revise tracking report. | 0.40 | 497.50 | $199.00 |
| 08/31/2018 | AWC | AC | Emails with counsel regarding Honickman settlement, agreement, notice. | 0.40 | 497.50 | $199.00 |

Pachulski Stang Ziehl & Jones LLP                          Page:     5
A&P Tea O.C.C.                                             Invoice 120389
00263      00003                                           August 31, 2018

|            |     |    |                                                                 | Hours | Rate   | Amount     |
|------------|-----|----|-------------------------------------------------------------------|-------|--------|------------|
| 08/31/2018 | JPN | AC | Review terms of offers and counter-offer; Telephone conference with counsel for Palermo regarding settlement. | 0.40  | 375.00 | $150.00    |
|            |     |    |                                                                 | **16.50** |        | **$6,963.00** |

### PSZ&J Compensation

|            |     |    |                                                      | Hours | Rate   | Amount    |
|------------|-----|----|------------------------------------------------------|-------|--------|-----------|
| 08/28/2018 | AWC | PC | Review and revise contingency fee application.        | 0.50  | 497.50 | $248.75   |
| 08/29/2018 | BJS | PC | Review and revise PSZJ contingency fee application    | 0.30  | 462.50 | $138.75   |
| 08/29/2018 | SWG | PC | Revise contingency fee application.                   | 0.40  | 247.50 | $99.00    |
| 08/29/2018 | LSC | PC | Update expense spreadsheet for contingency fee application. | 0.90  | 187.50 | $168.75   |
|            |     |    |                                                      | **2.10** |        | **$655.25** |

**TOTAL SERVICES FOR THIS MATTER:**                                        **$7,618.25**

Pachulski Stang Ziehl & Jones LLP                                Page:      6
A&P Tea O.C.C.                                                   Invoice 120389
00263      00003                                                 August 31, 2018

---

### Expenses

| | | | |
|---|---|---|---|
| 08/24/2018 | PO | 00263.00003 :Postage Charges for 08-24-18 | 9.00 |
| 08/24/2018 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 08/28/2018 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 08/31/2018 | PAC | Pacer - Court Research | 6.00 |

**Total Expenses for this Matter**                              **$19.10**

Pachulski Stang Ziehl & Jones LLP                                    Page:      7
A&P Tea O.C.C.                                                       Invoice 120389
00263     00003                                                     August 31, 2018

---

## REMITTANCE ADVICE

### Please include this Remittance Advice with your payment

For current services rendered through 08/31/2018

| | |
|---|---:|
| Total Fees | $7,618.25 |
| Chargeable costs and disbursements | $19.10 |
| Total Due on Current Invoice..................... | $7,637.35 |

Outstanding Balance from prior Invoices as of 08/31/2018    **(May not reflect recent payments)**

| Invoice Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---:|---:|---:|
| 115230 | 11/30/2016 | $3,896.00 | $5.40 | $5.40 |
| 115373 | 12/31/2016 | $12,543.00 | $947.97 | $149.77 |
| 115723 | 01/31/2017 | $29,480.00 | $3,807.65 | $3,807.65 |
| 115851 | 02/28/2017 | $30,366.00 | $469.53 | $469.53 |
| 116274 | 03/31/2017 | $39,504.75 | $2,658.02 | $2,658.02 |
| 116466 | 04/30/2017 | $36,580.00 | $60.90 | $60.90 |
| 116762 | 05/31/2017 | $38,855.00 | $1,532.78 | $1,532.78 |
| 116983 | 06/30/2017 | $36,418.75 | $176.71 | $176.71 |
| 117225 | 07/31/2017 | $40,686.75 | $10,159.65 | $10,159.65 |
| 117468 | 08/31/2017 | $45,954.75 | $204.08 | $204.08 |
| 117797 | 09/30/2017 | $38,674.00 | $168.32 | $168.32 |
| 117883 | 10/31/2017 | $54,125.00 | $462.81 | $462.81 |
| 118011 | 11/30/2017 | $43,458.00 | $529.83 | $529.83 |
| 118256 | 12/31/2017 | $41,649.50 | $3,091.40 | $2,976.83 |
| 118488 | 01/31/2018 | $47,323.13 | $4,515.03 | $4,515.03 |
| 118935 | 02/28/2018 | $13,363.50 | $2,863.60 | $2,863.60 |
| 119200 | 03/31/2018 | $13,080.00 | $9.00 | $2,616.00 |
| 119803 | 04/30/2018 | $27,662.00 | $2,788.03 | $5,532.40 |
| 120137 | 05/31/2018 | $14,822.00 | $3,718.43 | $18,540.43 |
| 120307 | 06/30/2018 | $21,987.75 | $5,261.39 | $27,249.14 |

Pachulski Stang Ziehl & Jones LLP                                    Page:      8
A&P Tea O.C.C.                                                       Invoice 120389
00263      00003                                                    August 31, 2018

| 120323 | 07/31/2018 | $12,564.25 | $141.52 | $12,705.77 |

**Total Amount Due on Current and Prior Invoices**                              $105,022.00