UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            :
In re:                                                      :     Chapter 11
                                                            :
THE GREAT ATLANTIC                                          :
    & PACIFIC TEA CO., *et al*,                             :     Case No. 15-23007 (RDD)
                                                            :
                    Debtors.[1]                             :     (Jointly Administered)
------------------------------------------------------------x

## SUPPLEMENTAL DECLARATION OF
## DAVID MACGREEVEY OF ZOLFO COOPER, LLC

Pursuant to 28 U.S.C. § 1746, I, David MacGreevey, state under penalty of perjury, that:

1.　　I am an authorized representative of Zolfo Cooper, LLC ("Zolfo Cooper")[2], which has a place of business at 909 Third Avenue, 30th Floor, New York, New York 10022.

2.　　Except as otherwise noted, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

3.　　I submit this supplemental declaration to supplement the disclosures that were included in my original declaration dated August 17, 2015 (the "Declaration") [ECF No. 677] filed in support of the Application of the Official Committee of Unsecured Creditors of the Great Atlantic & Pacific Tea Company, Inc. for Entry of an Order Authorizing the Employment and Retention of Zolfo Cooper as its Financial Advisor and Bankruptcy Consultant, *nunc pro tunc* to July 24, 2015, dated August 26, 2015 [ECF No. 677].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: 2008 Broadway, Inc. (0986); The Great Atlantic & Pacific Tea Company, Inc. (0974); A&P Live Better, LLC (0799); A&P Real Property, LLC (0973); APW Supermarket Corporation (7132); APW Supermarkets, Inc. (9509); Borman's, Inc. (9761); Delaware County Dairies, Inc. (7090); Food Basics, Inc. (1210); Kwik Save, Inc. (8636); McLean Avenue Plaza Corp. (5227); Montvale Holdings, Inc. (6664); Montvale-Para Holdings, Inc. (2947); Onpoint, Inc. (6589); Pathmark Stores, Inc. (9612); Plainbridge LLC (5965); Shopwell, Inc. (3304); Super Fresh Food Markets, Inc. (2491); The Old Wine Emporium of Westport, Inc. (0724); Tradewell Foods of Conn., Inc. (5748); and Waldbaum, Inc. (8599).  The location of the Debtors' corporate headquarters is Two Paragon Drive, Montvale, New Jersey 07645.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Application.

- 1 -

4.     On November 1, 2018, AlixPartners, LLP ("AlixPartners"), a global consulting firm headquartered in New York, acquired all of the membership interests of ZC Holdings, LLC ("ZC Holdings") and its subsidiaries, including Zolfo Cooper, LLC ("Zolfo Cooper").  Zolfo Cooper will continue to provide services to the Committee on this matter as Zolfo Cooper, operating as a subsidiary of AlixPartners.

5.     In light of this acquisition, AlixPartners and its subsidiaries and affiliates, will promptly perform a search to determine connections with parties in interest in this case, pursuant to Bankruptcy Rule 2014(a).  Zolfo Cooper will then file a supplemental affidavit further disclosing any such relationships.

6.     It is expected that services will continue to be performed by Zolfo Cooper under this engagement retention through to the completion.

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

Dated: November 1, 2018                    Zolfo Cooper, LLC

_____
Authorized Representative