Michele Brown
861 North 66th Street
Philadelphia, Pa. 19151

## File And Motion Of Reconsideration

On August 14, 2018 was our last Court hearing, but Now on this day January 15, 2019. I have new evidents consurring my injuries of the sad day on June 25, 2009 I have help saving my injuries I go and see And bunch of chronic pain doctor and it saden me to say that its Not good news I have (tens electro) that help stimulate the pain therphy (Quantie) water therphy and new MRI. of the Lumbar spine concurring this new matter I will not be able to pay this debt of your me A&P(1) The Great Atlanta and Tea Company. Please take in Considerating    Yours truly Michele B.