**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x

In re:                                            :

                                                  :     Chapter 11
THE GREAT ATLANTIC & PACIFIC TEA                  :
COMPANY, INC., *et al.*                           :     Case No. 15-23007 (RDD)

                                                  :
                        Debtors.                  :
                                                  :
-------------------------------------------------------x

The Official Committee of Unsecured Creditors on :
behalf of the bankruptcy estate of THE GREAT      :
ATLANTIC & PACIFIC TEA COMPANY, INC.,             :
*et al.*                                          :     Adv. Proc. No. 17-08264 (RDD)
                        Plaintiff,                :
                                                  :
            v.                                    :
                                                  :
McKESSON CORPORATION,                             :
                                                  :
                        Defendant.                :
-------------------------------------------------------x

The Official Committee of Unsecured Creditors on :
behalf of the bankruptcy estate of THE GREAT      :
ATLANTIC & PACIFIC TEA COMPANY, INC.,             :
*et al.*                                          :     Adv. Proc. No. 17-08265 (RDD)
                        Plaintiff,                :
                                                  :
            v.                                    :
                                                  :
McKESSON PHARMACY SYSTEMS LLC,                    :
                                                  :
                        Defendant.                :
-------------------------------------------------------x

                                                  :
The Official Committee of Unsecured Creditors on :
behalf of the bankruptcy estate of THE GREAT      :
ATLANTIC & PACIFIC TEA COMPANY, INC.,             :
*et al.*                                          :     Adv. Proc. No. 17-08266 (RDD)
                        Plaintiff,                :
                                                  :
            v.                                    :
                                                  :
McKESSON SPECIALTY DISTRIBUTION                   :
CORPORTATION,                                     :
                        Defendant.                :

MEMORANDUM OF MEDIATOR

Pursuant to the Court's order establishing the terms of the mediation of the above adversary proceedings, a mediation session was held on January 14, 2019 attended by the following counsel:  for the plaintiff, Robert Michaelson, Rich Michaelson Magaliff Moser, LLP, 335 Madison Avenue, New York, NY 10016, 646-453-7853;  for the defendants, Jeffrey Garfinkle, Buchalter, P.C., 18400 Von Karman Avenue, Suite 800, Irvine CA 92612-0514, 949-224-0514, and Tracy Klestadt, Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st St., 17th floor, New York, NY 10036-7203, 917-607-6520; and for certain interested creditors, Adam Harris, Schulte Roth & Zabel LLP, 919 Third Avenue, New York, NY 10022, 212-756-2254.  The parties continued to communicate thereafter, but the mediation appears at a standstill, and the undersigned has no choice but to report that it was not successful.

Respectfully submitted,

Allan Gropper

Allan L. Gropper
Mediator

Dated: April 30, 2019