**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

In re: The Great Atlantic & Pacific Tea Company, Inc., et al.

Debtor

-----------------------------------------------------------x

Plaintiff

v.

Defendant

-----------------------------------------------------------x

Case No.: 15-23007

Chapter 11

Adversary Proceeding No.: _____

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Igor Shleypak, request admission, ***pro hac vice***, before the Honorable Judge Drain, to represent National Union Fire Insurance Company of Pittsburgh, PA, a insurer and party-in-interest in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Illinois and, if applicable, the bar of the U.S. District Court for the Northern District of Illinois.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 6/14/2019
New York, New York

/s/ Igor Shleypak
*Mailing Address*:
222 N. LaSalle St.
Suite 1400
Chicago, IL 60601
*E-mail address*: ishleypak@fgppr.com
*Telephone number*: (312) 863-5000