WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | |
| | : | **Chapter 11** |
| **THE GREAT ATLANTIC & PACIFIC TEA** | : | |
| **COMPANY, INC.,** *et al.*, | : | **Case No. 15-23007 (RDD)** |
| | : | |
| **Debtors.**[1] | : | **(Jointly Administered)** |

------------------------------------------------------------x

**DEBTORS' RESPONSE TO**
**MOTION OF KATERENE HALKIAS**

TO THE HONORABLE ROBERT D. DRAIN,
UNITED STATES BANKRUPTCY JUDGE:

The Great Atlantic & Pacific Tea Company, Inc. and certain of its affiliates, as

debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the

"**Debtors**"), submit this response to the *Motion to Authorize Debtor to Submit Creditor,*

*Katerene Halkias', Personal Injury Action to Its Insurance Carrier and for Relief from the*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows:  2008 Broadway, Inc. (0986); The Great Atlantic & Pacific Tea Company, Inc. (0974); A&P Live Better, LLC (0799); A&P Real Property, LLC (0973); APW Supermarket Corporation (7132); APW Supermarkets, Inc. (9509); Borman's, Inc. (9761); Delaware County Dairies, Inc. (7090); Food Basics, Inc. (1210); Kwik Save Inc. (8636); McLean Avenue Plaza Corp. (5227); Montvale Holdings, Inc. (6664); Montvale-Para Holdings, Inc. (2947); Onpoint, Inc. (6589); Pathmark Stores, Inc. (9612); Plainbridge LLC (5965); Shopwell, Inc. (3304); Super Fresh Food Markets, Inc. (2491); The Old Wine Emporium of Westport, Inc. (0724); Tradewell Foods of Conn., Inc. (5748); and Waldbaum, Inc. (8599).  The international subsidiaries of The Great Atlantic & Pacific Tea Company, Inc. are not debtors in these chapter 11 cases.  The location of the Debtors' corporate headquarters is 19 Spear Road, Suite 310, Ramsey, New Jersey 07446.

*Automatic Stay* (ECF No. 4325) filed by Katerene Halkias (the "**Movant**") and respectfully represent as follows:

<u>**Response**</u>

1.    Movant asserts that the Debtors failed to provide adequate notice of the filing of a stipulation (to which Movant is a party) modifying the automatic stay to permit Movant to commence a personal injury lawsuit against the Debtors solely to obtain recovery from the Debtors' available insurance proceeds.  The result of this allegedly inadequate notice is that Movant did not timely commence such lawsuit within 30 days of the termination of the automatic stay in respect of her case as required under 11 U.S.C. § 108(c)(2), and is now time barred from doing so.  The Debtors are perplexed as to Movant's assertion that she did not know of a stipulation to which she is a party.  In any case, as described in greater detail below, the Debtors provided adequate and proper notice of the filing of the above-referenced stipulation. The Debtors do not take a position on whether Movant should ultimately be permitted to prosecute her action as that issue does not implicate the Debtors because any recoveries would be limited to insurance proceeds.

2.    On February 13, 2018, the Debtors filed the *Eighteenth Notice of Filing of Stipulations in Connection with Order Pursuant to 11 U.S.C. §§ 105(a) and 362(a) Extending the Automatic Stay to Certain Non-Debtor Parties and Approving Procedures for Modification of the Automatic Stay Under Certain Circumstances* [ECF No. 4000], a copy of which is annexed hereto as **<u>Exhibit 1</u>** (the "**Eighteenth Notice**").  Annexed to the Eighteenth Notice as **<u>Exhibit A</u>** is that certain *Stipulation, Agreement and Order Granting Limited Relief from the Automatic Stay* (the "**Stipulation**"), by and between the Debtors and Movant, modifying the

automatic stay solely to permit Movant to commence a personal injury lawsuit against the Debtors solely to obtain recovery from the Debtors' available insurance proceeds.

        3.      As set forth on the unredacted *Affidavit of Service* [ECF No. 4003] annexed hereto as **<u>Exhibit 2</u>** (the "**Affidavit**"), on February 13, 2018, the Debtors' claims and noticing agent served the Eighteenth Notice (including the Stipulation) upon Movant and Movant's counsel by first class mail, and Movant's counsel, additionally, by email.   The Debtors' claims and noticing agent further served such documents upon the Master Service List (as detailed in the Affidavit), thereby satisfying the requirement to serve the Stipulation on the "Reviewing Parties" set forth in the *Order Pursuant to 11 U.S.C. §§ 105(a) and 362(a) Extending the Automatic Stay to Certain Non-Debtor Parties and Approving Procedures for Modification of the Automatic Stay Under Certain Circumstances* [ECF No. 1565]. Accordingly, the Debtors provided adequate and proper notice of the filing of the Stipulation.

4.      Movant's requested relief that the Debtors tender Movant's personal injury action, *Katerene Halkias v. The Great Atlantic & Pacific Tea Company*, Superior Court of New Jersey, Law Division, Bergen County, Docket No. BER-L-2733-18 (the "**Action**") to National Union Fire Insurance Company of Pittsburg, P.A. ("**National Union**") is also moot. Pursuant to the applicable insurance policy, National Union already has retained defense counsel on behalf of the Debtors to defend and represent the interests of the Debtors in the Action.

Dated: June 14, 2019
        New York, New York

                        /s/  Sunny Singh
                        Ray C. Schrock, P.C.
                        Garrett A. Fail
                        Sunny Singh
                        WEIL, GOTSHAL & MANGES LLP
                        767 Fifth Avenue
                        New York, New York 10153
                        Telephone: (212) 310-8000
                        Facsimile: (212) 310-8007

                        *Attorneys for the Debtors*
                        *and Debtors in Possession*

## Exhibit 1

**Eighteenth Notice**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
**In re**                                                         :
                                                                  :         **Chapter 11**
**THE GREAT ATLANTIC & PACIFIC TEA**      :
**COMPANY, INC.,** *et al.*,                              :         **Case No. 15-23007 (RDD)**
                                                                  :
                          **Debtors.**[1]                      :         **(Jointly Administered)**
-----------------------------------------------------------x

**EIGHTEENTH NOTICE OF FILING OF STIPULATIONS IN CONNECTION**
**WITH ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 362(a)**
**EXTENDING THE AUTOMATIC STAY TO CERTAIN NON-DEBTOR**
**PARTIES AND APPROVING PROCEDURES FOR MODIFICATION**
**OF THE AUTOMATIC STAY UNDER CERTAIN CIRCUMSTANCES**

On October 26, 2015, the Bankruptcy Court for the Southern District of New

York entered the *Order Pursuant to 11 U.S.C. §§ 105(a) and 362(a) Extending the Automatic*

*Stay to Certain Non-Debtor Parties and Approving Procedures for Modification of the*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: 2008 Broadway, Inc. (0986); The Great Atlantic & Pacific Tea Company, Inc. (0974); A&P Live Better, LLC (0799); A&P Real Property, LLC (0973); APW Supermarket Corporation (7132); APW Supermarkets, Inc. (9509); Borman's, Inc. (9761); Delaware County Dairies, Inc. (7090); Food Basics, Inc. (1210); Kwik Save Inc. (8636); McLean Avenue Plaza Corp. (5227); Montvale Holdings, Inc. (6664); Montvale-Para Holdings, Inc. (2947); Onpoint, Inc. (6589); Pathmark Stores, Inc. (9612); Plainbridge LLC (5965); Shopwell, Inc. (3304); Super Fresh Food Markets, Inc. (2491); The Old Wine Emporium of Westport, Inc. (0724); Tradewell Foods of Conn., Inc. (5748); and Waldbaum, Inc. (8599). The international subsidiaries of The Great Atlantic & Pacific Tea Company, Inc. are not debtors in these chapter 11 cases. The location of the Debtors' corporate headquarters is 800D Lake Street, Ramsey, New Jersey 07446.

1

*Automatic Stay Under Certain Circumstances* [ECF No. 1565] (the "**Order**")[2] establishing procedures for PI Claimants to modify the Automatic Stay in order to proceed with their Prepetition Actions.

        **PLEASE TAKE NOTICE** that, in accordance with the Stay Procedures, annexed as **Exhibits "A" and "B"** hereto are Stay Stipulations for certain PI Claimants.

        **PLEASE TAKE FURTHER NOTICE** that, in accordance with the Order, any responses or objections ("**Objections**") to the Stay Stipulations shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedures and the Local Bankruptcy Rules for the Southern District of New York, shall be filed with the Bankruptcy Court (a) by attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov), and (b) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and shall be served in accordance with General Order M-399 and the *Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures*, dated July 20, 2015 (ECF No. 62), so as to be so filed and received no later than **February 20, 2018** at **4:00 p.m. (Eastern Time)**.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Order.

WEIL:\96425656\1\50482.0005

**PLEASE TAKE FURTHER NOTICE** that, if a written Objection is timely filed and served, a hearing will be held to consider the Stay Stipulations on a date to be determined before the Honorable Robert D. Drain in the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that, if a written Objection is not timely filed and served, the Stay Stipulations shall be deemed approved without further order of the Bankruptcy Court.

Dated: February 13, 2018
      New York, New York

              /s/  Sunny Singh_____
              WEIL, GOTSHAL & MANGES LLP
              767 Fifth Avenue
              New York, New York  10153
              Telephone:  (212) 310-8000
              Facsimile:  (212) 310-8007
              Ray C. Schrock, P.C.
              Garrett A. Fail
              Sunny Singh

              *Attorneys for Debtors*
              *and Debtors in Possession*

WEIL:\96425656\1\50482.0005

**Exhibit A**

**Halkias Stipulation**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                                          :
                                                               :        Chapter 11
THE GREAT ATLANTIC & PACIFIC TEA                               :
COMPANY, INC., *et al.*,                                       :        Case No. 15-23007 (RDD)
                                                               :
                         Debtors.                              :        (Jointly Administered)
---------------------------------------------------------------x

## STIPULATION, AGREEMENT AND ORDER
## GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY

This stipulation, agreement, and proposed order (the "**Stipulation, Agreement and Order**") is entered into by and among The Great Atlantic & Pacific Tea Company, Inc., as debtor and debtor in possession (the "**Debtor**" or "**A&P**"), and Katerene Halkias (the "**PI Claimant**"). The Debtor and the PI Claimant collectively are referred to in this Stipulation, Agreement and Order as the "**Parties,**" and, each, as a "**Party**." The Parties hereby stipulate and agree as follows:

### RECITALS

A. WHEREAS, on July 19, 2015 (the "**Commencement Date**"), the Debtor and certain of its affiliates (collectively, the "**Chapter 11 Entities**") commenced with this Court voluntary cases under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"). The Chapter 11 Entities are continuing to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

B. WHEREAS, the PI Claimant seeks to commence an action (the "**Action**") against A&P. The Action involves claims asserted by the PI Claimant arising out of a certain alleged

injury that occurred at 396 Demarest Avenue, Closter, New Jersey prior to the Commencement
Date.

C. WHEREAS, on October 26, 2015, the Bankruptcy Court entered the *Order
Pursuant to 11 U.S.C. §§ 105(a) and 362(a) Extending the Automatic Stay to Certain Non-
Debtor Parties* [Dkt. No. 1565] (the "**Order**").  By entry of the Order, the Bankruptcy Court
extended the automatic stay (as defined in section 362(a) of the Bankruptcy Code) (the
"**Automatic Stay**") and approved certain procedures (the "**Stay Procedures**") pursuant to which
the Debtors may enter into stipulations with PI Claimants to modify the Automatic Stay under
certain circumstances.

D. WHEREAS, the Parties have agreed, subject to approval of the Bankruptcy Court,
to modify the Automatic Stay pursuant to section 362 of the Bankruptcy Code and the Stay
Procedures for the limited purpose and subject to the terms and conditions set forth below.

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH
ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT HEREBY IS
STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE
UNDERSIGNED, AND UPON COURT APPROVAL HEREOF, IT SHALL BE
ORDERED THAT:**

1.      This Stipulation, Agreement, and Order shall have no force or effect unless and
until the Stay Objection Deadline (as defined in the Order) has passed without an objection, or
any such objection has been resolved (the "**Effective Date**").

2.      Upon the Effective Date, the Automatic Stay solely shall be modified to the extent
necessary to permit the PI Claimant to commence the Action against the Debtor solely to obtain
recovery from available insurance proceeds under policy number GL9645399 issued by National
Union Fire Insurance Company of Pittsburgh, PA; provided, that all other provisions of the
Automatic Stay, including, without limitation, those provisions prohibiting the commencement

2

or continuation of any other judicial proceeding against A&P or any of the other Chapter 11

Entities that was or could have been commenced prior to the Commencement Date, and those

provisions prohibiting any act to collect, assess, or recover a claim that arose prior to the

Commencement Date from the respective estates and/or assets or property of any of the Chapter

11 Entities (as defined in section 541 of the Bankruptcy Code), shall remain in full force and

effect.

3.      As of the Effective Date, the PI Claimant agrees to waive any right to recovery

related to the Action against any party, whether or not currently named as a defendant in the

Action, who may assert indemnification claims against the Chapter 11 Entities.

4.      All rights under Section 1542 of the California Civil Code, or any analogous state

or federal law, are hereby expressly WAIVED, if applicable, with respect to any of the claims,

injuries, or damages described in this Stipulation, Agreement, and Order.  Section 1542 of the

California Civil Code reads as follows:

> **"A GENERAL RELEASE DOES NOT EXTEND TO
> CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR
> SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE
> TIME OF EXECUTING THE RELEASE, WHICH IF
> KNOWN BY HIM OR HER MUST HAVE MATERIALLY
> AFFECTED HIS OR HER SETTLEMENT WITH THE
> DEBTOR."**

5.      Nothing contained herein shall be construed as a waiver by the Chapter 11

Entities of their right to object to any and all proofs of claim relating to any Action that may be

filed by a PI Claimant in the chapter 11 cases of the Chapter 11 Entities.

6.      The limited relief set forth herein shall not be construed as an admission of

liability by the Chapter 11 Entities or any of their non-debtor affiliates, regarding any claim or

cause of action arising from or in relation to the Action or any other matter.

3

7.      This Stipulation, Agreement, and Order shall constitute the entire agreement and understanding of the Parties relating to the subject matter hereof and supersedes all prior agreements and understandings relating to the subject matter hereof.

8.      The undersigned who executes this Stipulation, Agreement and Order by or on behalf of each respective Party represents and warrants that he or she has been duly authorized and empowered to execute and deliver this Stipulation, Agreement and Order on behalf of such Party.

9.      This Stipulation, Agreement and Order may be executed  in counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument, and it shall constitute sufficient proof of this Stipulation, Agreement and Order to present any copies, electronic copies, or facsimiles signed by the Parties here to be charged.

10.     This Stipulation, Agreement and Order shall not be modified, altered, amended or vacated without the written consent of all Parties hereto or by further order of the Bankruptcy Court.

11.     Notwithstanding the applicability of Bankruptcy Rule 4001(a)(3), the terms and provisions of this Stipulation, Agreement and Order immediately shall be effective and enforceable upon the Effective Date.

12.     This Stipulation, Agreement and Order shall be governed by, and construed in accordance with, the laws of the State of New York, except to the extent that the Bankruptcy Code applies, without regard to principles of conflicts of law that would require the application of laws of another jurisdiction.

WEIL:\96418688\1\50482.0005

13.    The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from this Stipulation, Agreement and Order.

*[Signature Page to Follow]*

5

IN WITNESS WHEREOF, this Stipulation, Agreement and Order has been executed and delivered as of the day and year first below written.

**DEBTOR:**

By: /s/  Sunny Singh
Name:  Sunny Singh
Title:  Attorney for Debtor
Date:  02/13/2018

**PI CLAIMANT:**

By: /s/  Thomas J. Romans
Name:  Thomas J. Romans, Esq
Title:  Attorney at law for Katerene Halkias
Date:  01/22/2018

**Exhibit B**

**Pena Stipulation**

WEIL:\96425656\1\50482.0005

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                           :
                                                :        Chapter 11
THE GREAT ATLANTIC & PACIFIC TEA                :
COMPANY, INC., *et al.*,                        :        Case No. 15-23007 (RDD)
                                                :
            Debtors.                            :        (Jointly Administered)
------------------------------------------------------------------x

## STIPULATION, AGREEMENT AND ORDER
## GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY

This stipulation, agreement, and proposed order (the "**Stipulation, Agreement and Order**") is entered into by and among The Great Atlantic & Pacific Tea Company, Inc., as debtor and debtor in possession (the "**Debtor**" or "**A&P**"), and Joyce Pena (the "**PI Claimant**"). The Debtor and the PI Claimant collectively are referred to in this Stipulation, Agreement and Order as the "**Parties,**" and, each, as a "**Party**."  The Parties hereby stipulate and agree as follows:

### RECITALS

A.  WHEREAS, on July 19, 2015 (the "**Commencement Date**"), the Debtor and certain of its affiliates (collectively, the "**Chapter 11 Entities**") commenced with this Court voluntary cases under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").  The Chapter 11 Entities are continuing to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

B.  WHEREAS, on February 5, 2015, the PI Claimant commenced an action styled as *Joyce J. Pena v. The Great Atlantic & Pacific tea Company d/b/a The Food Emporium* (the "**Prepetition Action**") that currently is pending in the Supreme Court of New York, New York

County against A&P.  The Prepetition Action involves claims asserted by the PI Claimant arising

out of a certain alleged injury that occurred at 200 East 32nd Street, New York, New York.

C. WHEREAS, on October 26, 2015, the Bankruptcy Court entered the *Order*

*Pursuant to 11 U.S.C. §§ 105(a) and 362(a) Extending the Automatic Stay to Certain Non-*

*Debtor Parties* [Dkt. No.1565] (the "**Order**").  By entry of the Order, the Bankruptcy Court

extended the automatic stay (as defined in section 362(a) of the Bankruptcy Code) (the

"**Automatic Stay**") and approved certain procedures (the "**Stay Procedures**") pursuant to which

the Debtors may enter into stipulations with PI Claimants to modify the Automatic Stay under

certain circumstances.

D. WHEREAS, the Parties have agreed, subject to approval of the Bankruptcy Court,

to modify the Automatic Stay pursuant to section 362 of the Bankruptcy Code and the Stay

Procedures for the limited purpose and subject to the terms and conditions set forth below.

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH
ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT HEREBY IS
STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE
UNDERSIGNED, AND UPON COURT APPROVAL HEREOF, IT SHALL BE
ORDERED THAT:**

1.     This Stipulation, Agreement, and Order shall have no force or effect unless and

until the date on which the Stay Objection Deadline (as defined in the Order) has passed without

an objection, or any such objection has been resolved (the "**Effective Date**").

2.     Upon the Effective Date, the Automatic Stay shall be modified to the extent

necessary to permit the PI Claimant to continue the Prepetition Action against the Debtor solely

to obtain recovery from any available insurance proceeds in excess of the Debtor's self-insured

retention obligation of $750,000.00 (the "**SIR**") under policy number GL9645400 issued by

National Union Fire Insurance Company of Pittsburgh, PA (the "**Insurance Policy**"); provided,

2

that all other provisions of the Automatic Stay, including, without limitation, those provisions prohibiting the commencement or continuation of any other judicial proceeding against A&P or any of the other Chapter 11 Entities or any non-debtor party that was or could have been commenced prior to the Commencement Date, and those provisions prohibiting any act to collect, assess, or recover a claim that arose prior to the Commencement Date from the respective estates and/or assets or property of any of the Chapter 11 Entities (as defined in section 541 of the Bankruptcy Code), shall remain in full force and effect.

3.      As of the Effective Date, the PI Claimant hereby agrees to waive any right to recovery in the Prepetition Action against A&P, and the Chapter 11 Entities up to the amount of the SIR, as well as any prepetition claim (as defined in section 101(5) of the Bankruptcy Code) that may be recoverable, and exclusively shall be limited to obtaining any recovery in the Prepetition Action from the proceeds of the Insurance Policy in excess of the amount of the SIR.

4.      As of the Effective Date, the PI Claimant agrees to waive any right to recovery related to the Prepetition Action against any party, whether or not currently named as a defendant in the Prepetition Action, who may assert indemnification claims against the Chapter 11 Entities.

5.      All rights under Section 1542 of the California Civil Code, or any analogous state or federal law, are hereby expressly WAIVED, if applicable, with respect to any of the claims, injuries, or damages described in this Stipulation, Agreement, and Order.  Section 1542 of the California Civil Code reads as follows:

> **"A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM OR HER MUST HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR."**

3

6.      Nothing contained herein shall be construed as a waiver by the Chapter 11 Entities of their right to object to any and all proofs of claim relating to any Prepetition Action that may be filed by a PI Claimant in the chapter 11 cases of the Chapter 11 Entities.

7.      The limited relief set forth herein shall not be construed as an admission of liability by the Chapter 11 Entities or any of their non-debtor affiliates regarding any claim or cause of action arising from or in relation to the Prepetition Action or any other matter.

8.      This Stipulation, Agreement, and Order shall constitute the entire agreement and understanding of the Parties relating to the subject matter hereof and supersedes all prior agreements and understandings relating to the subject matter hereof.

9.      The undersigned who executes this Stipulation, Agreement and Order by or on behalf of each respective Party represents and warrants that he or she has been duly authorized and empowered to execute and deliver this Stipulation, Agreement and Order on behalf of such Party.

10.     This Stipulation, Agreement and Order may be executed  in counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument, and it shall constitute sufficient proof of this Stipulation, Agreement and Order to present any copies, electronic copies, or facsimiles signed by the Parties here to be charged.

11.     This Stipulation, Agreement and Order shall not be modified, altered, amended or vacated without the written consent of all Parties hereto or by further order of the Bankruptcy Court.

12.     Notwithstanding the applicability of Bankruptcy Rule 4001(a)(3), the terms and provisions of this Stipulation, Agreement and Order immediately shall be effective and enforceable upon the Effective Date.

4

13.     This Stipulation, Agreement and Order shall be governed by, and construed in accordance with, the laws of the State of New York, except to the extent that the Bankruptcy Code applies, without regard to principles of conflicts of law that would require the application of laws of another jurisdiction.

14.     The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from this Stipulation, Agreement and Order.

*[Signature Page to Follow]*

WEIL:\96410779\1\50482.0005

IN WITNESS WHEREOF, this Stipulation, Agreement and Order has been executed and delivered as of the day and year first below written.

**DEBTOR:**


By: /s/  Sunny Singh
Name:  Sunny Singh
Title:  Attorney for Debtor
Date:  02/13/2018


**PI CLAIMANT:**


By: /s/  Brett J. Nomberg
Name:  Brett J. Nomberg, Esq
Title:  Attorney for Claimant Joyce J. Pena
Date:  01/19/2018

**<u>Exhibit 2</u>**

**Affidavit**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                            :        **Chapter 11**
                                                 :
**THE GREAT ATLANTIC & PACIFIC TEA**             :
**COMPANY, INC.,** *et al.,*                      :        **Case No. 15-23007 (RDD)**
                                                 :
                    Debtors.[1]                  :        **(Jointly Administered)**
------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

     I, Hassan Alli-Balogun, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

     On February 13, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on 1) the Master Service List attached hereto as **Exhibit A**; and 2) the Affected Parties Service List attached hereto as **Exhibit B**:

- Eighteenth Notice of Filing of Stipulations in Connection with Order Extending the Automatic Stay to Certain Non-Debtor Parties and Approving Procedures for Modification of the Automatic Stay Under Certain Circumstances [Docket No. 4000]

Dated: February 16, 2018

                                      Hassan Alli-Balogun

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on February 16, 2018, by Hassan Alli-Balogun, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

BENJAMIN JOSEPH STEELE
NOTARY PUBLIC-STATE OF NEW YORK
No. 02ST6290268
Qualified in New York County
My Commission Expires October 07, 2021

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: 2008 Broadway, Inc. (0986); The Great Atlantic & Pacific Tea Company, Inc. (0974); A&P Live Better, LLC (0799); A&P Real Property, LLC (0973); APW Supermarket Corp. (7132); APW Supermarkets, Inc. (9509); Borman's Inc. (9761); Delaware County Dairies, Inc. (7090); Food Basics, Inc. (1210); Kwik Save Inc. (8636); McLean Avenue Plaza Corp. (5227); Montvale Holdings, Inc. (6664); Montvale-Para Holdings, Inc. (2947); Onpoint, Inc. (6589); Pathmark Stores, Inc. (9612); Plainbridge, LLC (5965); Shopwell, Inc. (3304); Super Fresh Food Markets, Inc. (2491); The Old Wine Emporium of Westport, Inc. (0724); Tradewell Foods of Conn., Inc. (5748); and Waldbaum, Inc. (8599). The international subsidiaries of The Great Atlantic & Pacific Tea Company, Inc. are not debtors in these chapter 11 cases. The location of the Debtors' corporate headquarters is 19 Spear Road, Ramsey, New Jersey 07446.

SRF 22471

**Exhibit A**

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Cross-Path Realty LLC | Ackerman, Levine, Cullen, Brickman & Limmer, LLP | Attn: Brian J. Grieco, Esq.<br>1010 Northern Boulevard<br>Great Neck NY 11021 | bgrieco@ackermanlevine.com | Email |
| Counsel for Airgas USA, LLC and its related entities | Airgas, Inc. | Attn: KJ van Krieken<br>259 Radnor-Chester Road, Suite 100<br>P.O. Box 6675<br>Radnor PA 19087-8675 | kj.van.krieken@airgas.com | Email |
| Counsel for Santander, N.A. | Akerman LLP | Attn: Susan F. Balaschak, Esq.<br>666 Fifth Avenue<br>20th Floor<br>New York NY 10103 | susan.balaschak@akerman.com | Email |
| Counsel for Bank of America, N.A. | Alston & Bird LLP | Attn: David A. Wender<br>1201 West Peachtree Street<br>Atlanta GA 30309 | david.wender@alston.com | Email |
| Counsel for Bank of America, N.A. | Alston & Bird LLP | Attn: William Hao<br>90 Park Ave.<br>New York NY 10016 | william.hao@alston.com | Email |
| Counsel for Dave-Marion Corp. | Ansell Grimm & Aaron, PC | Attn: James Aaron<br>1500 Lawrence Avenue<br>CN-7807<br>Ocean NJ 07712 | Jga@ansellgrimm.com | Email |
| Counsel for UFCW Local 342 Savings and 401(k) Plan | Archer, Byington Glennon & Levine, LLP. | Attn: John H. Byington III, Esq.<br>One Huntington Quadrangle<br>Suite 4C10, P.O. Box 9064<br>Melville NY 11747 | jbyington@abgllaw.com | Email |
| Counsel for Sysco Metro New York, LLC | Arnall Golden Gregory LLP | Attn: Darryl S. Laddin, Esq. & Frank N. White, Esq.<br>171 17th Street, NW<br>Suite 2100<br>Atlanta GA 30363-1031 | darryl.laddin@agg.com<br>frank.white@agg.com | Email |
| Counsel for Self-Insurers' Security Fund and Funds Administration | Attorney General of the State of Michigan | Attn: William F. Denner<br>Labor Division, Cadillac Place<br>303 W. Grand Blvd., 10-200<br>Detroit MI 48202 | dennerb@michigan.gov | Email |
| Counsel for American Greetings Corporation | Baker & Hostetler LLP | Attn: Ferve E. Ozturk, Esq.<br>45 Rockefeller Plaza<br>New York NY 10111 | fozturk@bakerlaw.com | First Class Mail and Email |
| Counsel for Allied Jackson Heights LLC | Belkin Burden Wenig & Goldman, LLP | Attn: S. Stewart Smith, Esq.<br>270 Madison Avenue<br>New York NY 10016 | ssmith@bbwg.com | Email |
| Counsel for King Kullen Grocery Co., Inc. | Bond, Schoeneck & King, PLLC | Attn: Bernard P. Kennedy, Esq.<br>1010 Franklin Avenue<br>Suite 200<br>Garden City NJ 11530 | bkennedy@bsk.com | Email |
| Counsel for King Kullen Grocery Co., Inc. | Bond, Schoeneck & King, PLLC | Attn: Stephen A. Donato, Esq.<br>One Lincoln Center<br>18th Floor<br>Syracuse NY 13202 | sdonato@bsk.com | Email |
| Counsel for Mattone Group Springnex LLC & CPEOA, Limited Partnership | Borah, Goldstein, Altschuler, Nahins & Goidel, PC | Attn: Jeffrey C. Chancas<br>377 Broadway<br>New York NY 10013 | JChancas@borahgoldstein.com | Email |
| Counsel for Avalara, Inc. | Borges & Associates, LLC | Attn: Wanda Borges, Esq.<br>575 Underhill Blvd.<br>Suite 118<br>Syosset NY 11791 | bankruptcy@borgeslawllc.com<br>wborges@borgeslawllc.com<br>clipan@borgeslawllc.com | Email |

In re The Great Atlantic & Pacific Tea Company, Inc., et al.
Case No. 15-23007 (RDD)

Page 1 of 16

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Forsons Associates | Brach Eichler LLC | Attn: David J. Klein, Esq.<br>101 Eisenhower Parkway<br>Roseland NJ 07068-1067 | dklein@bracheichler.com | Email |
| Counsel for U.F.C.W., Local 1500 Pension Fund | Broach & Stulberg, LLP | Attn: Judith P. Broach, Esq., Amy F. Shulman, Esq. & Vincent Torregiano, Esq.<br>One Penn Plaza<br>Suite 2016<br>New York NY 10119 | jbroach@brostul.com<br>ashulman@brostul.com<br>vtorregiano@brostul.com | Email |
| Counsel for SAP Industries, Inc. | Brown & Connery, LLP | Attn: Donald K. Ludman, Esq.<br>6 North Broad Street<br>Suite 100<br>Woodbury NJ 08096 | dludman@brownconnery.com | Email |
| Counsel to CBP Enterprises LLC | Brown McGarry Nimeroff LLC | Attn: Jami B. Nimeroff, Esq.<br>Two Commerce Square<br>Suite 3240<br>Philadelphia PA 19103 | jnimeroff@bmnlawyers.com | Email |
| Counsel for Oracle America, Inc. & Oracle Credit Corporation | Buchalter Nemer, A Professional Corporation | Attn: Shawn M. Christianson, Esq.<br>55 Second Street<br>17th Floor<br>San Francisco CA 94105-3493 | schristianson@buchalter.com | Email |
| Counsel for McKesson Corporation and its corporate affiliates (collectively, "McKesson") | Buchalter Nemer, PC | Attn: Jeffrey K. Garfinkle, Esq.<br>18400 Von Karman Avenue<br>Suite 800<br>Irvine CA 92612 | jgarfinkle@buchalter.com | Email |
| Counsel for Environmental Products Corporation | Carmody Torrance Sandak & Hennessey LLP | Attn: Marc J. Kurzman, Esq.<br>707 Summer Street<br>Stamford CT 06901 | Mkurzman@carmodylaw.com | Email |
| Counsel for Environmental Products Corporation | Carmody Torrance Sandak & Hennessey LLP | Attn: Thomas J. Sansone<br>195 Church Street<br>P.O. Box 1950<br>New Haven CT 06509-1950 | tsansone@carmodylaw.com | Email |
| Counsel for Feinrose Associates, LLC., M & K Real Estate Associates, LLC., M & K 1567, Hamilton Plaza Associates & Sheradel Associates; Serota Patchogue, LLC; Serota Brooktown I & II, LLC, 3600 Long Beach Road, LLC | Certilman Balin Adler & Hyman, LLP | Attn Richard J. McCord, Esq. & Carol A. Glick, Esq.<br>90 Merrick Avenue<br>9th Floor<br>East Meadow NY 11554 | rmccord@certilmanbalin.com<br>cglick@certilmanbalin.com | Email |
| Counsel for ParMed Pharmaceuticals, LLC, as subsidiary of Cardinal Health, Inc.; Westchester Fire Insurance Company | Chiesa Shahinian & Giantomasi PC | Attn: Michael R. Caruso, Esq.<br>One Boland Drive<br>West Orange NJ 07052 | mcaruso@csglaw.com | Email |
| Counsel for ParMed Pharmaceuticals, LLC, as subsidiary of Cardinal Health, Inc.; Westchester Fire Insurance Company | Chiesa Shahinian & Giantomasi PC | Attn: Scott A. Zuber, Esq.<br>One Boland Drive<br>West Orange NJ 07052 | szuber@csglaw.com | Email |
| Counsel for Wells Fargo Bank, National Association, as agent under that certain Amended and Restated Senior Secured Revolving Credit Agreement, dated as of September 17, 2014 | Choate, Hall & Stewart LLP | Attn: Kevin J. Simard, Esq., John F. Ventola, Esq<br>Two International Place<br>Boston MA 02110 | ksimard@choate.com<br>jventola@choate.com<br>jsantiago@choate.com | Email |
| Counsel for the City of Philadelphia and/or Water Revenue Bureau | City of Philadelphia Law Department | Attn: Pamela Elchert Thurmond<br>Municipal Services Building<br>1401 JFK Boulevard, 5th Floor<br>Philadelphia PA 19102-1595 | Pamela.Thurmond@phila.gov | Email |
| Counsel for Cedar-Carman's, LLC | Clark Hill PLC | Attn: David M. Blau, Esq. & Paul S. Magy, Esq.<br>151 S. Old Woodward Ave.<br>Ste. 200<br>Birmingham MI 48009 | dblau@clarkhill.com<br>pmagy@clarkhill.com | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Old Lyme Stores Limited Partnership ("OLSLP") | Cohen and Wolf, PC | Attn: Vincent M. Marino, Esq.<br>657 Orange Center Road<br>Orange CT 06477 | vmarino@cohenandwolf.com | Email |
| Counsel for the United Food and Commercial Workers International Union | Cohen, Weiss and Simon LLP | Attn: David R. Hock<br>330 W. 42nd St.<br>New York NY 10036 | dhock@cwsny.com | Email |
| Counsel for the United Food and Commercial Workers International Union | Cohen, Weiss and Simon LLP | Attn: Richard M. Seltzer<br>330 W. 42nd St.<br>New York NY 10036 | rseltzer@cwsny.com | Email |
| Counsel for the United Food and Commercial Workers International Union | Cohen, Weiss and Simon LLP | Attn: Thomas N. Ciantra<br>330 W. 42nd St.<br>New York NY 10036 | tciantra@cwsny.com | Email |
| Counsel for Bozzuto's, Inc. | Cohn Birnbaum & Shea PC | Attn: Scott D. Rosen, Esq.<br>100 Pearl Street<br>12th Floor<br>Hartford CT 06103 | srosen@cbshealaw.com | Email |
| Counsel for Kellogg Company | Cole Schotz PC | Attn: Kenneth L. Baum, Esq. & Jill B. Bienstock, Esq.<br>Court Plaza North<br>25 Main Street<br>Hackensack NJ 07601 | jbienstock@coleschotz.com | Email |
| Counsel for Kellogg Company | Cole Schotz PC | Attn: Michael D. Warner, Esq.<br>301 Commerce Street<br>Suite 1700<br>Fort Worth TX 76102 | mwarner@coleschotz.com | Email |
| Counsel for United Food and Commercial Workers Union, Local 1500 | Colleran, O'Hara & Mills LLP | Attn: Denis A. Engal, Esq., John S. Groarke, Esq. & Michael D. Bosso, Esq.<br>100 Crossways Park Drive West<br>Suite 200<br>Woodbury NY 11797 | dae@cohmlaw.com<br>jsg@cohmlaw.com<br>mdb@cohmlaw.com | Email |
| Counsel for New York Community Bank | Cullen and Dykman LLP | Attn: Matthew G. Roseman, Esq., Elizabeth M. Aboulafia, Esq. & Bonnie L. Pollack, Esq.<br>100 Quentin Roosevelt Boulevard<br>Garden City NY 11530 | mroseman@cullenanddykman.com<br>eaboulafia@cullenanddykman.com<br>bpollack@cullenanddykman.com | Email |
| Counsel for New Hope Center, LP | Curtin & Heefner LLP | Attn: Robert Szwajkos, Esquire<br>250 N. Pennsylvania Avenue<br>Morrisville PA 19067 | rsz@curtinheefner.com | Email |
| Counsel to The Travelers Indemnity Company | Day Pitney LLP | Attn: Joshua W. Cohen<br>One Audubon Street<br>New Haven CT 06511 | jwcohen@daypitney.com | Email |
| Counsel to The Travelers Indemnity Company | Day Pitney LLP | Attn: Thomas D. Goldberg<br>One Canterbury Green<br>201 Broad Street<br>Stamford CT 06901 | tdgoldberg@daypitney.com | Email |
| Counsel for Astoria Holding Corp. | DelBello Donnellan Weingarten Wise & Wiederkehr, LLP | Attn: Jonathan S. Pasternak, Esq. & Julie Cvek Curley, Esq.<br>One North Lexington Avenue<br>11th Floor<br>White Plains NY 10601 | jpasternak@ddw-law.com<br>jcurley@ddw-law.com | Email |
| Counsel for Wells Fargo Bank, National Association | DiConza Traurig Kadish LLP | Attn: Maura I. Russell, Esq.<br>630 Third Avenue<br>New York NY 10017 | mrussell@dtklawgroup.com | Email |
| Counsel for Southgate Shopping Center Joint Venture | DLA Piper LLP (US) | Attn: Daniel G. Egan, Esq.<br>1251 Avenue of the Americas<br>New York NY 10020 | Daniel.Egan@dlapiper.com | Email |
| Counsel for Lee & Associates NYC LLC and James Wacht | DLA Piper LLP (US) | Attn: Eric M. Falkenberry, Esq. & Darren K. Ishmael, Esq.<br>1251 Avenue of the Americas<br>New York NY 10020 | eric.falkenberry@dlapiper.com | Email |

In re The Great Atlantic & Pacific Tea Company, Inc., et al.
Case No. 15-23007 (RDD)

Page 3 of 16

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Southgate Shopping Center Joint Venture | DLA Piper LLP (US) | Attn: Richard M. Kremen, Esq. & Kristy N. Grace, Esq.<br>6225 Smith Avenue<br>Baltimore MD 21209 | Richard.Kremen@dlapiper.com<br>Kristy.Grace@dlapiper.com | Email |
| Counsel for M Plaza L.P. | DLA Piper LLP (US) | Attn: Thomas R. Califano, Esq. & Daniel G. Egan, Esq.<br>1251 Avenue of the Americas<br>New York NY 10020 | thomas.califano@dlapiper.com<br>daniel.egan@dlapiper.com | Email |
| Counsel to Lucy Latka Radigan | Dolan and Dolan, P.A. | Attn: Charles J. Brand, Esq.<br>PO Box D<br>One Legal Lane<br>Newton NJ 07860 | cbrand@dolanlaw.com | Email |
| Counsel for Town of Boonton Water and Sewer | Dorsey & Semrau, LLC | Attn: Dawn M. Sullivan, Esq.<br>714 Main Street<br>P.O. Box 228<br>Boonton NJ 07005 | | First Class Mail |
| Counsel for Citibank, N.A. | Drinker Biddle & Reath LLP | Attn: Robert K. Malone, Esq. & Marita S. Erbeck, Esq.<br>600 Campus Drive<br>Florham Park NJ 07932-1047 | robert.malone@dbr.com<br>marita.erbeck@dbr.com | Email |
| Counsel for ACE Companies, Et Al. | Duane Morris LLP | Attn: Wendy M. Simkulak, Esq., Catherine B. Heitzenrater, Esq<br>30 South 17th Street<br>Philadelphia PA 19103 | WMSimkulak@duanemorris.com<br>Cheitzenrater@duanemorris.com | Email |
| Counsel for Robert Diab | Durkin & Durkin, LLP | Attn: Robert S. Cosgrove<br>1120 Bloomfield Avenue<br>P.O. Box 1289<br>West Caldwell NJ 07007 | rcosgrove@durkinlawfirm.com | Email |
| Counsel for Tri-State Pension Fund; United Food and Commercial Workers Union Local 1776 & Participating Employers Pension Fund; Goya Foods, Inc. | Elliott Greenleaf PC | Attn: Rafael X. Zahralddin-Aravena, Esq. Shelley A. Kinsella, Esq. & Cameron M. Fee, Esq.<br>1105 North Market Street<br>Suite 1700<br>Wilmington DE 19801 | rxza@elliottgreenleaf.com<br>sak@elliottgreenleaf.com<br>cmf@elliottgreenleaf.com | Email |
| Top 5 Secured Creditor | Environmental Products Corporation | Attn: President or General Counsel<br>99 Great Hill Road<br>Naugatuck CT 06770 | | First Class Mail |
| Counsel for Cord Meyer Development LLC | Farrell Fritz, PC | Attn: Patrick T. Collins<br>1320 RXR Plaza<br>Uniondale NY 11556-1320 | pcollins@farrellfritz.com | Email |
| Counsel for Garelick Farms, LLC; Tuscan/Lehigh Dairies, Inc. | Fishman Jackson PLLC | Attn: Mark Ralston<br>13155 Noel Road<br>Suite 700<br>Dallas TX 75240 | mralston@fishmanjackson.com | Email |
| Counsel for Haddon House Food Products, Inc. | Flaster/Greenberg PC | Attn: E. Richard Dressel, Esquire<br>Commerce Center<br>1810 Chapel Avenue West<br>Cherry Hill NJ 08002-4609 | rick.dressel@flastergreenberg.com | Email |
| Counsel for Linda Beirne and Michael Beirne | Fleck, Fleck & Fleck, Esqs. | Attn: Edward A. Fleck, Esq.<br>1205 Franklin Avenue<br>Suite 300<br>Garden City NY 11530 | efleck@flecklaw-firm.com | Email |
| Counsel for MCB Landlords and MCB Real Estate LLC as authorized representative for the MCB Landlords | Fox Rothschild LLP | Attn: Marie C. Dooley, Esquire<br>2000 Market Street<br>20th Floor<br>Philadelphia PA 19103 | mdooley@foxrothschild.com | Email |
| Counsel for MCB Landlords and MCB Real Estate LLC as authorized representative for the MCB Landlords | Fox Rothschild LLP | Attn: Michael Viscount, Esquire & Raymond M. Patella, Esquire<br>1301 Atlantic Avenue<br>Midtown Building, Suite 400<br>Atlantic City NJ 08401 | mviscount@foxrothschild.com<br>rpatella@foxrothschild.com<br>ksenese@foxrothschild.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for CTS Holdings, LLC and Telecheck Services, Inc. | Fox Rothchild LLP | Attn: Prince Altee Thomas, Esquire<br>2000 Market Street<br>20th Floor<br>Philadelphia PA 19103 | pthomas@foxrothschild.com | Email |
| Counsel to Fransula Foods, LLC | Fransula Foods, LLC | Attn: Omar G. Jorge, Esq.<br>9101 Southern Pine Blvd.<br>Suite 340<br>Charlotte NC 28217 | ojorge@fransula.com | Email |
| Consumer Privacy Ombudsman | Frejka PLLC | Attn: Elise S. Frejka, CIPP/US<br>733 Third Avenue<br>15th Floor<br>New York NY 10017 | efrejka@frejka.com | Email |
| Counsel for Vornado Realty Trust | Fried, Frank, Harris, Shriver & Jacobson LLP | Attn: Brad Eric Scheler & Matthew Roose<br>One New York Plaza<br>New York NY 10004 | brad.eric.scheler@friedfrank.com<br>matthew.roose@friedfrank.com | Email |
| Counsel for WB/Stellar IP Owner, L.L.C. | Fried, Frank, Harris, Shriver & Jacobson LLP | Attn: Brad Eric Scheler, Matthew Roose & Peter B. Siroka<br>One New York Plaza<br>New York NY 10004 | brad.eric.scheler@friedfrank.com<br>matthew.roose@friedfrank.com<br>peter.siroka@friedfrank.com | Email |
| Counsel for Local 338, RWDSU/UFCW; Local 338 Retirement Fund; Retail, Wholesale and Department Store International Union, Local 305 CIO Pension Fund and Industry Pension Fund | Friedman & Anspach | Attn: Eugene S. Friedman, Esq.; William Anspach, Esq. & Jae W. Chun, Esq.<br>1500 Broadway<br>Suite 2300<br>New York NY 10036 | efriedman@friedmananspach.com<br>wanspach@friedmananspach.com<br>jchun@friedmananspach.com | Email |
| Counsel for 360 East 72nd Street Owners Inc.; 251 East 51st Street Corp. | Ganfer & Shore, LLP | Attn: William A. Jaskola, Esq.<br>360 Lexington Avenue<br>14th Floor<br>New York NY 10017 | wjaskola@ganfershore.com | Email |
| Counsel for 170 East 83rd Street LLC | Gazes LLC | Attn: Ian J. Gazes, Esq. & David Dinoso, Esq.<br>151 Hudson Street<br>New York NY 10013 | ian@gazesllc.com<br>ddinoso@gazesllc.com | Email |
| Counsel for The Yucaipa Companies, LLC and their affiliated funds | Gibson Dunn | Attn: Robert A. Klyman<br>333 South Grand Avenue<br>Los Angeles CA 90071 | rklyman@gibsondunn.com | First Class Mail and Email |
| Counsel for Cenmor Associates, Staltac Associates, and SPA 77 N L.P. | Gleich, Siegel & Farkas LLP | Attn: Lara P. Emouna, Esq.<br>36 South Station Plaza<br>Great Neck NY 11021 | l.emouna@nylawfirm.com | Email |
| Counsel for Marvin Lindner Associates, LLC | Goetz Fitzpatrick LLP | Attn: Gary M. Kushner, Esq.<br>One Penn Plaza<br>31st Floor<br>New York NY 10119 | gkushner@goetzfitz.com | Email |
| Counsel for Union County Realty Group Limited Liability Company LLC; Cross Bronx Plaza, LLC, as successor in interest to MBD New Horizons LLC, Triangle 17 Center LLC; and Bradhurst Retail Owners LLC | Goldberg Weprin Finkel Goldstein, LLP | Attn: Kevin J. Nash, Esq. & Evan M. Lazerowitz, Esq.<br>1501 Broadway<br>New York NY 10036 | knash@gwflaw.com<br>elazerowitz@gwflaw.com | Email |
| Counsel for H. Mart, Inc. | Golenbock Eiseman Assor Bell & Peskoe LLP | Attn: Marc D. Rosenberg, Esq.<br>437 Madison Avenue<br>New York NY 10022 | mrosenberg@golenbock.com | Email |
| Counsel for Tropical Cheese Industries, Inc. | Greenbaum, Rowe, Smith & Davis LLP | Attn: David L. Bruck, Esq.<br>99 Wood Avenue South<br>Iselin NJ 08830-2712 | dbruck@greenbaumlaw.com | Email |
| Counsel for Rockland Center Associates, LLC | Greenberg Traurig, LLP | Attn: Daniel J. Ansell, Kenneth A. Philbin & Hal L. Beerman<br>200 Park Avenue<br>New York NY 10166 | anselld@gtlaw.com<br>philbink@gtlaw.com<br>beermanh@gtlaw.com | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Fresh Emporium Food Market, Corp. and 175 Lakeside Blvd. Meat & Produce Food Corp. | Griffin Hamersky P.C. | Attn: Scott A. Griffin, Esq. & Michael D. Hamersky, Esq. 485 Madison Avenue 7th Floor New York NY 10020 | sgriffin@griffiegal.com mhamersky@griffiegal.com | Email |
| Counsel for Dietz & Watson, Inc. | Grueneberg Law Group, LLC | Attn: Executive Court 2 Eves Drive Suite 208 Marlton NJ 08053 | rgrueneberg@rglawgroup.com | Email |
| Counsel for Lexington Realty Trust | Harris Beach PLLC | Attn: Lee E. Woodard, Esq. & Wendy Kinsella, Esq. 333 W. Washington St. Ste. 200 Syracuse NY 13202 | wkinsella@harrisbeach.com bkemail@harrisbeach.com | Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation 2970 Market St. Philadelphia PA 19104-5016 | Mimi.M.Wong@irscounsel.treas.gov | First Class Mail and Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation P.O. Box 7346 Philadelphia PA 19101-7346 | Mimi.M.Wong@irscounsel.treas.gov | First Class Mail and Email |
| Counsel for Joseph Angelone | Itkowitz PLLC | Attn: Jay B. Itkowitz, Esq. 26 Broadway 21st Floor New York NY 10004 | jitkowitz@itkowitz.com | Email |
| Counsel for Carver Federal Savings Bank | Jaspan Schlesinger LLP | Attn: Antonia M. Donohue, Esq. 300 Garden City Plaza Garden City NY 11530 | adonohue@jaspanllp.com | Email |
| Counsel for AVR CP-TWO, LLC | Jaspan Schlesinger LLP | Attn: Jeffrey H. Shwartz 300 Garden City Plaza Garden City NY 11530 | jschwartz@jaspanllp.com | Email |
| Local Counsel for Elaine Juergens and Jacqueline Daniels | Jeff Morgenstern, PLLC | Attn: Jeff Morgenstern One Old Country Road Suite 320 Carle Place NY 11514 | jmorgenstern78@gmail.com | Email |
| Counsel for Washington Town Center LLC | John W. Sywilok LLC | Attn: John W. Sywilok, Esq. 51 Main Street Hackensack NJ 07601 | sywilokattorney@sywilok.com | Email |
| Counsel for Fortress Credit Corp. | Jones Day | Attn: Scott J. Greenberg 250 Vesey Street Floor 31 New York NY 10281-1062 | sgreenberg@jonesday.com | First Class Mail and Email |
| Counsel for Fortress Credit Corp. | Jones Day | Attn: Scott J. Greenberg & Michael J. Cohen 222 East 41st Street New York NY 10017 | sgreenberg@jonesday.com mcohen@jonesday.com | Email |
| Counsel for Acadia Realty Trust; Alecta Real Estate Investment, LLC; Brixmor Property Group, Inc.; DLC Management Corp.; Federal Realty Investment Trust and The Prudential Insurance Company of America | Katten Muchin Rosenman LLP | Attn: Tanya Russell 2029 Century Park East Suite 2600 Los Angeles CA 90067-3012 | tanya.russell@kattenlaw.com | Email |
| Counsel for GBR Valley Cottage Limited Liability Company; Airport Associates | Keane & Beane, PC | Attn: Andrew P. Tureaud, Esq. 445 Hamilton Avenue 15th Floor White Plains NY 10601 | atureaud@kblaw.com | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for DDR Corp.; Equity One, Inc.; and Philips International; Basser-Kaufman; Blumenfeld Development Group, Ltd.; JP Morgan Chase, Nassimi Realty, LLC; Onyx Management Group LLC; Realty Income Corporation; Rush Properties; Sivan Properties; Washington Park Plaza Associates, LLC | Kelley Drye & Warren LLP | Attn: Robert L. LeHane, Esq., Gilbert R. Saydah, Jr., Esq. & Jason Alderson, Esq. 101 Park Avenue New York NY 10178 | kdwbankruptcydepartment@kelleydrye.com rlehane@kelleydrye.com gsaydah@kelleydrye.com | Email |
| Counsel for Valley Cottage Food Inc. & Estevez Markets, Inc. | Kidonakis & Corona, PLLC | Attn: Gregory Capone, Esq. 136 Lenox Avenue New York NY 10026 | greg.capone@kandcpllc.com | Email |
| Counsel for Flowers Foods, Inc. | Kilpatrick Townsend & Stockton LLP | Attn: Paul M. Rosenblatt, Esq. 1100 Peachtree Street Suite 2800 Atlanta GA 30309 | prosenblatt@kilpatricktownsend.com | Email |
| Counsel for Richard I. Rubin & Co., Inc. | Klehr Harrison Harvey Branzburg, LLP | Attn: Bankruptcy Department 1835 Market Street Suite 1400 Philadelphia PA 19103 | | First Class Mail |
| Counsel for Bogopa Service Corp. d/b/a Food Bazaar Supermarket | Klestadt Winters Jureller Southard & Stevens, LLP | Attn: Tracy L. Klestadt & Lauren C. Kiss 570 Seventh Avenue 17th Floor New York NY 10018 | tklestadt@klestadt.com lkiss@klestadt.com | Email |
| Counsel for Urstadt Biddle Properties Inc.; UB New Providence, LLC; McLean Plaza Associates, LLC; UB Ironbound, L.P.; UB Bloomfield I, LLC; UB Boonton I, LLC; and UB Pompton Lakes I, LLC; Sherwood Island 21, LLC, SI Ridgefield LLC; UB Harrison I, LLC and UB Ferry II, LLC | Kroll, McNamara, Evans & Delehanty, LLP | Attn: Douglas M. Evans, Esquire 65 Memorial Road Suite 300 West Hartford CT 06107 | bankr@kmelaw.com | Email |
| Counsel for Selden Plaza LLC | LaMonica Herbst & Maniscalco, LLP | Attn: Nicholas C. Rigano, Esq. 3305 Jerusalem Avenue Suite 201 Wantagh NY 11793 | ncr@lhmlawfirm.com | Email |
| Counsel for Oster Belleville Properties, LLC; National Shopping Center Associates, LLC; Oster Fairlawn Properties, LLC | Lasser Hochman, LLC | Attn: Richard L. Zucker, Esq. 75 Eisenhower Parkway Roseland NJ 07068 | rzucker@lasserhochman.com | Email |
| Counsel for "R" Best Produce, Inc. | Law Office of Ralph Wood, Esq. | Attn: Ralph Wood, Esq. 399 Knollwood Rd. Suite 310 White Plains NY 10603 | rwood@rwoodesq.com | Email |
| Counsel for Henry Drew & Eulalie Drew | Law Offices of Alan B. Hodish, LLC | Attn: Alan B. Hodish, Esq. 666 Old Country Road Suite 412 Garden City NY 11530 | alhodish@aol.com | Email |
| Counsel for Grays Ferry Partners, LP f/k/a Grays Ferry Shopping Center Associates | Law Offices of Michael H. Landis, LLC | Attn: Michael H. Landis, Esquire Two Neshaminy Interplex Suite 204 Trevose PA 19053 | mlandis@mlandislaw.com | Email |
| Counsel for Baker's Express, LLC and Schmidt Baking Company; Super Bread II Corp./Schmidt; Elberon Development Group | Law Offices of William S. Katchen, LLC | Attn: William S. Katchen, Esq. 210 Park Avenue Suite 301 Florham Park NJ 07932 | wkatchen@wskatchen.com | Email |
| Counsel for Renaissance Beauty Inc. | Lazarus & Lazarus, PC | Attn: Harlan M. Lazarus, Esq. & Gilbert A. Lazarus, Esq. 240 Madison Avenue 8th Flr. New York NY 10016 | harlan.lazarus@gmail.com hlazarus@lazarusandlazarus.com gillazarus@gmail.com glazarus@lazarusandlazarus.com | Email |

In re The Great Atlantic & Pacific Tea Company, Inc., et al.
Case No. 15-23007 (RDD)

Page 7 of 16

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Tapps Supermarket, Inc. | LeClairRyan, A Professional Corporation | Attn: Janice B. Grubin<br>885 Third Avenue<br>16th Floor<br>New York NY 10022 | janice.grubin@leclairryan.com | Email |
| Counsel for Closter-Grocery, LLC; Closter-Multi Owner-Grocery, LLC; NW-East Meadow Grocery, LLC; Benenson East Meadow, LLC; Greenwich Grocery Owners, LLC; Benenson Greenwich Grocery, LLC; Kenilworth-Grocery, LLC; Benenson Kenilworth, LLC; NW- Midland Park Grocery, LLC; GVD Commercial Properties, Inc.; New Canaan-Grocery, LLC; Benenson Howard Beach, LLC; Benenson Belle Harbor, LLC; 400 N Center St Co. LLC; 592 Ft. Washington Avenue Co.; 555 S.W. 4th Ave Co LLC | LeClairRyan, A Professional Corporation | Attn: Niclas A. Ferland, Esq. & Ilan Markus, Esq.<br>545 Long Wharf Drive<br>Ninth Floor<br>New Haven CT 06511 | niclas.ferland@leclairryan.com<br>ilan.markus@leclairryan.com | Email |
| Counsel for Michael Zola | Levy Konigsberg, LLP | Attn: Daniel B. Weiss<br>800 Third Avenue<br>New York NY 10022 | dweiss@levylaw.com | Email |
| Counsel for 1199SEIU United Healthcare Workers East; 1199SEIU Funds | Levy Ratner, PC | Attn: Ryan J. Barbur, Suzanne Hepner & Kimberly A. Lehmann<br>80 Eighth Avenue<br>8th Floor<br>New York NY 10011-5126 | rbarbur@levyratner.com<br>shepner@levyratner.com<br>klehmann@levyratner.com | Email |
| Counsel for Lyons Plaza, LLC | Lowenstein Sandler LLP | Attn: Bruce Buechler, Esq.<br>65 Livingston Avenue<br>Roseland NJ 07068 | bbuechler@lowenstein.com | Email |
| Counsel to Dannon Co. Inc. | Lowenstein Sandler LLP | Attn: Michael S. Etkin. & Keara Waldron<br>1251 Avenue of the Americas<br>New York NY 10020 | metkin@lowenstein.com<br>kwaldron@lowenstein.com | Email |
| Counsel for Mattituck Plaza, LLC | Macco & Stern, LLP | Attn: Peter Corey, Esq.<br>2950 Express Drive South<br>Suite 109<br>Islandia NY 11749 | pcorey@maccosternlaw.com | Email |
| Counsel for C & S Wholesale Grocers Inc. d/b/a C & S Wholesale Produce | McCarron & Diess | Attn: Gregory Brown, Esq.<br>707 Walt Whitman Road<br>Second Floor<br>Melville NY 11747 | gbrown@mccarronlaw.com | Email |
| Counsel for The CIT Group, Inc. | McCarter & English, LLP | Attn: Matthew B. Heimann, Esq.<br>Four Gateway Center<br>100 Mulberry Street<br>Newark NJ 07102 | mheimann@mccarter.com | Email |
| Counsel for New Jersey Self-Insurers Guaranty Association | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Jeffrey Bernstein, Esq.<br>570 Broad Street<br>Suite 1500<br>Newark NJ 07102 | jbernstein@mdmc-law.com | Email |
| Counsel for New Jersey Self-Insurers Guaranty Association | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Nicole Leonard, Esq.<br>88 Pine Street<br>24th Floor<br>New York NY 10005 | nleonard@mdmc-law.com | Email |
| Counsel for Best Vendors, LLC | McGuireWoods LLP | Attn: J. Trevor Johnston<br>201 North Tryon Street<br>Suite 3000<br>Charlotte NC 28202 | tjohnston@mcguirewoods.com | Email |
| Counsel for NBM Realty Holding, LLC | McLaughlin & Stern, LLP | Attn: Matthew D. Sobolewski<br>260 Madison Avenue<br>New York NY 10016 | msobolewski@mclaughlinstern.com | Email |

In re The Great Atlantic & Pacific Tea Company, Inc., et al.
Case No. 15-23007 (RDD)

Page 8 of 16

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Garden City Park Associates, LLC | Meltzer, Lippe, Goldstein & Breitstone, LLP | Attn: Thomas J. McGowan, Esq.<br>190 Willis Avenue<br>Mineola NY 11501 | tmcgowan@meltzerlippe.com | Email |
| Counsel for Inland Commercial Real Estate Services, LLC | Menter, Rudin & Trivelpiece, PC | Attn: Kevin M. Newman, Esq.<br>308 Maltbie Street<br>Suite 200<br>Syracuse NY 13204-1439 | knewman@menterlaw.com | Email |
| Counsel for United Food and Commercial Workers Local 1500 | Meyer, Suozzi, English & Klein, PC | Attn: Patricia McConnell, Esq.<br>1350 Broadway, Suite 501<br>P.O. Box 822<br>New York NY 10018-0226 | pmcconnell@msek.com | Email |
| Counsel for Acme Markets, Inc. | Milbank, Tweed, Hadley & McCloy LLP | Attn: Gregory A. Bray, Thomas R. Kreller & Haig M. Maghakian<br>2029 Century Park East<br>33rd Floor<br>Los Angeles CA 90067 | gbray@milbank.com<br>tkreller@milbank.com<br>hmaghakian@milbank.com | Email |
| Counsel for Oekos Kirkwood, LLC | Miles & Stockbridge PC | Attn: Joel L. Perrell Jr., Esquire & Kristen Siracusa, Esquire<br>100 Light Street<br>10th Floor<br>Baltimore MD 21202 | jperrell@milesstockbridge.com<br>ksiracusa@milesstockbridge.com | Email |
| Counsel for Chloe Mae Kastner | Mitchell Pollack & Associates, PLLC | Attn: Marvin M. Kelly, Esq.<br>150 White Plains Road<br>Suite 310<br>Tarrytown NY 10591 | | First Class Mail |
| Counsel for Crossroads Shopping Plaza, Inc. & C'PIA LLC | Montgomery, McCracken, Walker & Rhoads, LLP | Attn: Joseph O'Neil, Jr.<br>437 Madison Avenue<br>29th Floor<br>New York NY 10022 | joneil@mmwr.com | Email |
| Counsel for Kimco Realty Corporation | Morgan, Lewis & Bockius LLP | Attn: Neil E. Herman, Esq.<br>101 Park Avenue<br>New York NY 10178-0600 | nherman@morganlewis.com | Email |
| Counsel for FacilitySource, LLC | Moritt Hock & Hamroff LLP | Attn: Andrew B. Eckstein<br>1407 Broadway<br>39th Floor<br>New York NY 10018 | aeckstein@moritthock.com | Email |
| Counsel for Arelene Appel | Moritt Hock & Hamroff LLP | Attn: Leslie A. Berkoff<br>400 Garden City Plaza<br>Garden City NY 11530 | lberkoff@moritthock.com | Email |
| Counsel for UFCW Local 1262, UFCW Local 27, UFCW Local 371 & UFCWL Local 464A, UNFCW Local 1245 | Murphy Anderson PLLC | Attn: Mark Hanna<br>1401 K Street NW<br>Suite 300<br>Washington DC 20005 | mhanna@murphypllc.com | Email |
| Counsel for UFCW Local 1262, UFCW Local 27, UFCW Local 371 & UFCWL Local 464A | Murphy Anderson PLLC | Attn: Mark Hanna<br>1701 K Street NW<br>Suite 210<br>Washington DC 20006 | mhanna@murphypllc.com | Email |
| Counsel for National Realty & Development Corp., on behalf of its affiliate, Grand Street Realty, LLC | National Realty & Development Corp. | Attn: Wayne E. Heller, Esq.<br>3 Manhattanville Road<br>Suite 202<br>Purchase NY 10577 | wayne.heller@nrdc.com | Email |
| Counsel for the State of New York and the New York State Department of Environmental Conservation | New York State Department of Law | Attn: Norman Spiegel & Andrew J. Gershon<br>Environmental Protection Bureau<br>120 Broadway, 26th Floor<br>New York NY 10271 | andrew.gershon@ag.ny.gov | Email |

In re The Great Atlantic & Pacific Tea Company, Inc., et al.
Case No. 15-23007 (RDD)

Page 9 of 16

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Jay Birnbaum - Cherry Hill LLC and ILF-Cherry Hill, LLC | Nixon Peabody LLP | Attn: Christopher M. Desiderio<br>437 Madison Avenue<br>New York NY 10022 | cdesiderio@nixonpeabody.com | Email |
| Counsel for 1320-1330 Madison & 989 Blvd East | Norgaard O'Boyle | Attn: George M. Pangis, Esqs. & Cassandra Norgaard, Esq.<br>184 Grand Avenue<br>Englewood NJ 07631 | gpangis@norgaardfirm.com | Email |
| Counsel for United Food and Commercial Workers Local 152 | O'Brien, Belland & Bushinsky, LLC | Attn: Kevin D. Jarvis, Esquire<br>1526 Berlin Road<br>Cherry Hill NJ 08003 | kjarvis@obbblaw.com | Email |
| Counsel for United Food and Commercial Workers Union Local 152 Health and Welfare Fund; United Food and Commercial Workers Union Local 152 Retail Meat Pension Fund; United Food and Commercial Workers Union Local 152 Savings Plan; United Food and Commercial Workers Union and Participating Food Industry Employers Tri-State Health and Welfare Fund; United Food and Commercial Workers Union and Participating Food Industry Employers Tri-State Pension Fund; United Food and Commercial Workers Union and Participating Food Industry Employers Health and Welfare Fund; and United Food and Commercial Workers Union Retirement and Savings Fun | O'Brien, Belland & Bushinsky, LLC | Attn: Steven J. Bushinsky, Esquire<br>1526 Berlin Road<br>Cherry Hill NJ 08003 | sbushinsky@obbblaw.com | Email |
| Counsel for Commonwealth of Pennsylvania, Department of Revenue | Office of Attorney General | Attn: Christopher R. Momjian, Senior Deputy Attorney General<br>21 S. 12th Street, 3rd Floor<br>Philadelphia PA 19107-3603 | crmomjian@attorneygeneral.gov | Email |
| Counsel for Nassau County | Office of the County Attorney | Attn: Patrick Reynolds Gallagher<br>1 West Street<br>Mineola NY 11501 | pgallagher@nassaucountyny.gov | Email |
| Counsel for New York State Workers' Compensation Board | Office of the New York State Attorney General | Attn: Louis J. Testa, Esq. & Norman P. Fivel, Esq.<br>Civil Recoveries Bureau, Bankruptcy Litigation Unit<br>The Capitol<br>Albany NY 12224-0341 | louis.testa@ag.ny.gov<br>norman.fivel@ag.ny.gov | Email |
| United States Trustee Southern District of New York | Office of The United States Trustee for Region 2 | Attn: Richard Morrisey & Brian Masumoto<br>201 Varick Street<br>Suite 1006<br>New York NY 10014 | Richard.Morrissey@usdoj.gov | First Class Mail and Email |
| Counsel for 3500 Aramingo Avenue, LLC | Okin Hollander LLC | Attn Paul S. Hollander, Esq. & Margreta M. Morgulas, Esq.<br>Glenpointe Centre West<br>500 Frank W. Burr Blvd., Suite 408<br>Teaneck NJ 07666 | phollander@okinhollander.com<br>mmorgulas@okinhollander.com | Email |
| Counsel to Trader Joe's East, Inc. | O'Melveny & Myers LLP | Attn: Andrew M. Parlen, Michael F. Lotito, and Matthew P. Kremer<br>Times Square Tower<br>Seven Times Square<br>New York NY 10036 | aparlen@omm.com<br>mlotito@omm.com<br>mkremer@omm.com | Email |
| Counsel for Wells Fargo Bank, National Association, as agent under that certain Amended and Restated Senior Secured Term Credit Agreement, dated as of September 17, 2014 | Otterbourg PC | Attn: Johnathan N. Helfat & Daniel F. Fiorillo<br>230 Park Avenue<br>New York NY 10169 | jhelfat@otterbourg.com<br>dfiorillo@otterbourg.com | Email |
| Counsel for the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Bradford J. Sandler<br>919 N. Market Street<br>17th Floor<br>Wilmington DE 19801 | bsandler@pszjlaw.com | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Robert J. Feinstein<br>780 Third Avenue<br>34th Floor<br>New York NY 10017-2024 | rfeinstein@pszjlaw.com | Email |
| Counsel for Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn: Lori A. Butler & Damarr M. Butler<br>Office of the Chief Counsel<br>1200 K Street, N.W.<br>Washington DC 20005 | butler.lori@pbgc.gov<br>efile@pbgc.gov<br>butler.damarr@pbgc.gov | Email |
| Counsel for Eckerd Corporation, Rite Aid of New Jersey, Inc., Thrift Drug, Inc., and Rite Aid of Pennsylvania, Inc. | Pepper Hamilton LLP | Attn: Henry J. Jaffe, Esquire & John H. Schanne, II, Esquire<br>Hercules Plaza, Suite 5100<br>1313 Market Street, P.O. Box 1709<br>Wilmington DE 19899-1709 | jaffeh@pepperlaw.com<br>schannej@pepperlaw.com | Email |
| Counsel for Rainbow USA, Inc. | Platzer, Swergold, Levine, Goldberg, Katz & Jaslow, LLP | Attn: Sherri D. Lydell, Esq.<br>475 Park Avenue South<br>18th Floor<br>New York NY 10016 | slydell@platzerlaw.com | Email |
| Counsel for New Community Manor Urban Renewal Corporation | Porzio, Bromberg & Newman, PC | Attn: Brett S. Moore, Esq. & Dawn Chauncey<br>156 West 56th Street<br>Suite 803<br>New York NY 10019-3800 | bsmoore@pbnlaw.com<br>dnchauncey@pbnlaw.com | Email |
| Counsel for Dolce Miele Corp. d/b/a Hamptons Honey Co. | Pryor & Mandelup, LLP | Attn: Robert L. Pryor, Esq.<br>675 Old Country Road<br>Westbury NY 11590 | rlp@pryormandelup.com | Email |
| Counsel for Anthony Associates LP | Reich Reich & Reich, PC | Attn: Jeffrey A. Reich<br>235 Main Street<br>Suite 450<br>White Plains NY 10601 | reichlaw@reichpc.com | Email |
| Counsel for Microsoft Corporation and Microsoft Licensing, GP | Riddell Williams PS | Attn Joseph E. Shickich, Jr. & Kate A. Seabright, Esq.<br>1001 4th Avenue<br>Suite 4500<br>Seattle WA 98154 | jshickich@riddellwilliams.com<br>kseabright@riddellwilliams.com | Email |
| Counsel for Gordon Brothers Retail Partners, LLC | Riemer & Braunstein, LLP | Attn: Steven E. Fox, Esq.<br>Times Square Tower<br>Seven Times Square, Suite 2506<br>New York NY 10036 | sfox@riemerlaw.com | Email |
| Counsel for Great Neck Plaza, L.P. | Rivkin Radler LLP | Attn: Stuart I. Gordon, Esq. and Matthew V. Spero, Esq.<br>926 RXR Plaza<br>Uniondale NY 11556-0926 | stuart.gordon@rivkin.com<br>matthew.spero@rivkin.com | Email |
| Interested Party | Robinson & Yablon, PC | Attn: Jared R. Cooper, Esq.<br>232 Madison Avenue<br>Suite 1200<br>New York NY 10016 | jcooper@robyablaw.com | Email |
| Counsel for 255 Mall LLC and Feil Whitestone LLC | Robinson Brog Leinwand Greene Genovese & Gluck PC | Attn: Fred B. Ringel<br>875 Third Avenue<br>9th Floor<br>New York NY 10022 | fbr@robinsonbrog.com | Email |
| Counsel for Key Food Stores Co-Operative, Inc. | Ropes & Gray LLP | Attn: Joshua Y. Sturm<br>Prudential Tower<br>800 Boylston Street<br>Boston MA 02199-3600 | joshua.sturm@ropesgray.com | Email |
| Counsel for Key Food Stores Co-Operative, Inc. | Ropes & Gray LLP | Attn: Mark I. Bane<br>1211 Avenue of the Americas<br>New York NY 10036-8704 | mark.bane@ropesgray.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Rudeth Realty LLC | Rosenberg Calica & Birney LLP | Attn: Robert J. Howard<br>100 Garden City Plaza<br>Suite 408<br>Garden City NY 11530 | rhoward@rcblaw.com | Email |
| Counsel for Manarco Realty LLC | Rosenberg Calica & Birney LLP | Attn: Robert J. Howard, Esq.<br>100 Garden City Plaza<br>Suite 408<br>Garden City NY 11530 | rhoward@rcblaw.com | Email |
| Counsel for F.I. Associates, Harwill Homes, Inc., Bernards Plaza Associates, LLC, and Old Bridge Plaza Associates, LLC | Rubin LLC | Attn: Paul A. Rubin<br>345 Seventh Avenue<br>21st Floor<br>New York NY 10001 | prubin@rubinlawllc.com | Email |
| Counsel for Spiegel Associates, Inc. | Ruskin Moscou Faltischek, P.C. | Attn: Michael S. Amato<br>East Tower, 15th Floor<br>1425 RXR Plaza<br>Uniondale NY 11556-1425 | mamato@rmfpc.com | Email |
| Counsel for Jesco Co. | Ruskin Moscou Faltischek, PC | Attn: Jeffrey A. Wurst, Esq.<br>East Tower, 15th Floor<br>1425 RXR Plaza<br>Uniondale NY 11556-1425 | jwurst@rmfpc.com | Email |
| Counsel for Amboy Plaza Realty, LLC | Ruskin Moscou Faltischek, PC | Attn: Jeffrey A. Wurst, Esq.<br>East Tower, 15th Floor<br>1425 RXR Plaza<br>Uniondale NY 11556-1425 | jwurst@rmfpc.com | Email |
| Counsel for Plymouth Rock Energy LLC, NY | Salon Marrow Dyckman Newman & Broudy | Attn: John Paul Fulco<br>292 Madison Avenue<br>New York NY 10017 | jfulco@salonmarrow.com | Email |
| Counsel for Moody's Investors Service, Inc. | Satterlee Stephens Burke & Burke LLP | Attn: Christopher R. Belmonte, Esq. & Pamela A. Bosswick, Esq.<br>230 Park Avenue<br>New York NY 10169 | cbelmonte@ssbb.com<br>pbosswick@ssbb.com | Email |
| Counsel for CVS Pharmacy, Inc. and Affiliates | Saul Ewing LLP | Attn: Mark Minuti, Esquire<br>222 Delaware Avenue<br>P.O. Box 1266<br>Wilmington DE 19899 | mminuti@saul.com | Email |
| Counsel for Old Bridge Municipal Utilities Authority; Family Food Distributors, Inc. & the Town of West New York | Scarinci & Hollenbeck, LLC | Attn: Joel R. Glucksman, Esq.<br>1100 Valley Brook Ave.<br>P.O. Box 790<br>Lyndhurst NJ 07071-0790 | jglucksman@njlegalink.com | Email |
| Counsel for Mount Kellett Capital Management LP, the holders of a majority of the Prepetition Convertible Notes | Schulte Roth & Zabel LLP | Attn: Adam Harris & Karen S. Park<br>919 Third Avenue<br>New York NY 10022 | adam.harris@srz.com | First Class Mail and Email |
| Counsel to Francine Dotter | Scura, Wigfield, Heyer & Stevens, LLP | Attn: David E. Sklar, Esq.<br>1599 Hamburg Turnpike<br>Wayne NJ 07470 | dsklar@scuramealey.com | Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury<br>100 F St., NE<br>Washington DC 20549 | secbankruptcy@sec.gov<br>NYROBankruptcy@sec.gov | First Class Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn: Bankruptcy Dept.<br>Brookfield Place<br>200 Vesey Street, Ste. 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov | First Class Mail and Email |
| Counsel for Millwood Center LLC | Shamberg Marwell Hollis Andreycak & Laidlaw, P.C. | Attn: P. Daniel Hollis, III, Esq.<br>555 Smith Avenue<br>Mount Kisco NY 10549 | pdhollis@smhal.com | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Warren 2001, LLC and Pheasant Run 2001 (SPE), LLC; Lackawana SPE, LLC; Shrewsbury/35 Associates, LLC; Wantage 2002, LLC; NSP Nutley Associates, LLC; HLF Fairview 2005, LLC; Lemoine Avenue 2001, LLC; 1355 Fort Lee, LLC | Shapiro, Croland, Reiser, Apfel & Di Iorio, LLP | Attn: John P. Di Iorio, Esq. & Robert P. Shapiro, Esq. Continental Plaza II 411 Hackensack Ave., 6th Floor Hackensack NJ 07601 | jdiiorio@shapiro-croland.com rshapiro@shapiro-croland.com | Email |
| Counsel for Bazzini, LLC | Sherman, Silverstein, Kohl, Rose & Podolsky, PA | Attn: Bruce S. Luckman, Esquire & Arthur J. Abramowitz, Esquire 308 Harper Drive Suite 200 Moorestown NJ 08057 | bluckman@shermansilverstein.com | Email |
| Counsel for Tower Plaza Associates, LLC | Sills Cummis & Gross PC | Attn: George R. Hirsch, Esq. 101 Park Avenue 28th Floor New York NY 10178 | ghirsch@sillscummis.com | Email |
| Counsel for Urban Edge Properties, as authorized agent for UE AP 195 N. Bedford Road LLC and North Bergen UE LLC; Counsel for Cost Plus, Inc. | Sills Cummis & Gross PC | Attn: Valerie A. Hamilton, Esq. 600 College Road East Princeton NJ 08540 | vhamilton@sillscummis.com | Email |
| Counsel for United Food and Commercial Workers Local 342 | Simon & Milner | Attn: Martin L. Milner, Esq. 99 West Hawthorne Ave. Ste. 308 Valley Stream NY 11580 | mmilner@simonandmilner.com | Email |
| Counsel for Simon Property Group, Inc. | Simon Property Group, Inc. | Attn: Ronald M. Tucker, Esq. 225 West Washington Street Indianapolis IN 46204 | rtucker@simon.com | Email |
| Counsel for MBB Realty Limited Partnership | Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon, Esquire 123 South Broad Street Suite 2100 Philadelphia PA 19109 | dplon@sirlinlaw.com | Email |
| Counsel for C&S Wholesale Grocers, Inc. | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: James J. Mazza, Jr. 155 N. Wacker Drive Chicago IL 60606-1720 | james.mazza@skadden.com | Email |
| Counsel for C&S Wholesale Grocers, Inc. | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Ryan Miller & James Mazza Four Times Square New York NY 10036 | ryan.miller@skadden.com james.mazza@skadden.com | Email |
| Counsel for Ocean Norse Realty LLC and Brighton Norse Realty, LLC | Smith, Gambrell & Russell, LLP | Attn: John G. McCarthy, Esq. 1301 Avenue of the Americas 21st Floor New York NY 10019 | jmccarthy@sgrlaw.com | Email |
| Counsel for Airgas USA, LLC and its related entities | Smith, Katzenstein & Jenkins LLP | Attn: Kathleen M. Miller 1000 West Street, Suite 1501 P.O. Box 410 Wilmington DE 19899 | kmiller@skjlaw.com | Email |
| Counsel for U.S. Bank National Association | Squire Patton Boggs (US) LLP | Attn: Stephen D. Lerner, Esq. 30 Rockefeller Plaza New York NY 10112 | stephen.lerner@squirepb.com | Email |
| Counsel for Shrewsbury/35 Associates, LLC and Philip L. DiGennaro | Stark & Stark, PC | Attn: Joseph H. Lemkin, Esquire 993 Lenox Drive PO Box 5315 Princeton NJ 08543-5315 | jlemkin@stark-stark.com | Email |
| Counsel for Levin Properties, L.P., Arlona Limited Partnership & 17 and Summit Associates, L.P. | Stark & Stark, PC | Attn: Thomas S. Onder, Esquire 993 Lenox Drive, Bldg. 2 P.O. Box 5315 Princeton NJ 08543-5315 | tonder@stark-stark.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Klingensmith Associates, LLC | Stark & Stark, PC | Attn: Timothy P. Duggan, Esquire<br>993 Lenox Drive<br>P.O. Box 5315<br>Princeton NJ 08543-5315 | tduggan@stark-stark.com | Email |
| Counsel for United Food and Commercial Workers Local 1776 and Participating Employers Health and Welfare Fund & United Food and Commercial Workers Local 1776 and Participating Employers Legal Trust Fund | Stevens & Lee, PC | Attn: Constantine D. Pourakis, Esq.<br>485 Madison Avenue<br>20th Floor<br>New York NY 10022 | cp@stevenslee.com | Email |
| Counsel for United Food and Commercial Workers Local 1776 and Participating Employers Health and Welfare Fund & United Food and Commercial Workers Local 1776 and Participating Employers Legal Trust Fund | Stevens & Lee, PC | Attn: John C. Kilgannon, Esq.<br>1818 Market Street<br>29th Floor<br>Philadelphia PA 19103 | jck@stevenslee.com | Email |
| Counsel for Liberty Harbor, the holders of a majority of the Prepetition PIK Notes | Stroock & Stroock & Lavan LLP | Attn: Joshua M. Siegel, Erez E. Gilad, Jeffrety S. Lowenthal<br>180 Maiden Lane<br>New York NY 10037 | jsiegel@stroock.com<br>egilad@stroock.com<br>jlowenthal@stroock.com | First Class Mail and Email |
| Counsel for Markham Prospects Associates, LLC | The Kelly Firm, PC | Attn: Andrew J. Kelly, Esq.<br>1011 Highway 71<br>Suite 200<br>Spring Lake NJ 07762 | akelly@kbtlaw.com | Email |
| Counsel for Janice Libow | The Law Offices of Joseph Monaco, PC | Attn: Joseph Monaco, III<br>7 Penn Plaza<br>Suite 1606<br>New York NY 10036 | jmonaco@monaco-law.com | Email |
| Counsel for Adi Memeti, et al. | The Vespi Law Firm, LLC | Attn: Damon A. Vespi<br>547 Union Boulevard<br>Totowa NJ 07512 | dvespi@vespilegal.com | Email |
| Counsel for The Yucaipa Companies, LLC and their affiliated funds | The Yucaipa Companies, LLC | Attn: Legal Department<br>9130 Sunset Boulevard<br>Los Angeles CA 90069 | | First Class Mail |
| Counsel for Two Paragon Drive, LLC & A & R L.L.C. | Trenk, DiPasquale, Della Fera & Sodono, PC | Attn: Adam D. Wolper, Esq.<br>347 Mount Pleasant Avenue<br>Suite 300<br>West Orange NJ 07052 | awolper@trenklawfirm.com | Email |
| U.S. Bank National Association, as trustee under that certain Indenture for Senior Secured PIK Toggle Notes due 2017 (the "Prepetition PIK Notes") and as trustee under that certain Indenture for Senior Secured Convertible Notes due 2018 (the "Prepetition Convertible Notes") | U.S. Bank National Association | Attn: Corporate Trust Department<br>100 Wall Street<br>New York NY 10005 | | First Class Mail |
| United States Bankruptcy Court for the Southern District of New York | United States Bankruptcy Court for the Southern District of New York | Attn: Chambers of the Honorable Judge Robert D. Drain<br>300 Quarropas Street<br>Room 248<br>White Plains NY 10601 | | First Class Mail |
| United States Attorney's Office for the Southern District of New York | US Attorney for Southern District of New York | Attn: Bankruptcy Division<br>86 Chambers St.<br>3rd Floor<br>New York NY 10007 | David.Jones6@usdoj.gov<br>Jeffrey.Oestericher@usdoj.gov<br>Joseph.Cordaro@usdoj.gov<br>Carina.Schoenberger@usdoj.gov | First Class Mail and Email |
| Counsel for Imperial Bag & Paper Co., LLC | Vedder Price PC | Attn: Mitchell D. Cohen & Michael J. Riela<br>1633 Broadway<br>47th Floor<br>New York NY 10019 | mcohen@vedderprice.com | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Daily News, LP | Vogel Bach, PC | Attn: Eric H. Horn, Esq.<br>220 South Orange Avenue<br>Suite 200<br>Livingston NJ 07039 | ehorn@vogelbachpc.com | Email |
| Counsel for Daily News, LP | Vogel Bach, PC | Attn: Heike Vogel, Esq.<br>1745 Broadway<br>17th Floor<br>New York NY 10019 | hvogel@vogelbachpc.com | Email |
| Interested Party | Vornado Realty Trust | Attn: Elana R. Butler, Senior VP, Retail Counsel<br>888 Seventh Avenue<br>43rd Floor<br>New York NY 10019 | ebutler@vno.com | Email |
| Counsel for Assessment Technologies Ltd. | Vorys, Sater, Seymour and Pease LLP | Attn: Thomas H. Grace<br>700 Louisiana Street<br>Suite 4100<br>Houston TX 77002 | thgrace@vorys.com | Email |
| Counsel for P.S.K. Supermarkets, Inc. | Wachtel Missry LLP | Attn: Steven J. Cohen, Esq.<br>885 Second Avenue<br>47th Fl.<br>New York NY 10017 | cohen@wmllp.com | Email |
| Counsel for Danpar Associates Limited Partnership; Ironbound Plaza Urban Renewal Assoc., LLC; Indian Head Plaza Associates; James R. Weill and Douglas Friedrich, successor Co-Trustees Under Trust Indenture dated March 24, 1969, d/b/a Maplewood Joint Venture; Union County Realty Group Limited Liability Company; 510 Valley Montclair, LLC | Wasserman, Jurista & Stolz, PC | Attn: Steven Z. Jurista, Esq.<br>110 Allen Road<br>Suite 304<br>Basking Ridge NJ 07920 | sjurista@wjslaw.com | Email |
| Counsel to Debtors | Weil, Gotshal & Manges LLP | Attn: Ray C. Schrock, P.C. & Garrett A. Fail, Esq. and Sunny Singh, Esq.<br>767 Fifth Avenue<br>New York NY 10153 | ray.schrock@weil.com<br>garrett.fail@weil.com<br>sunny.singh@weil.com<br>Danielle.Donovan@weil.com | Email |
| Counsel for South-Whit Shopping Center Associates; Baldwin Harbor Associates | Weiss, Zarett, Brofman & Sonnenklar, PC | Attn: Michael D. Brofman, Esq.<br>3333 New Hyde Park Road<br>Suite 211<br>New Hyde Park NY 11042 | mbrofman@weisszarett.com | Email |
| Wells Fargo Bank, National Association, in its capacity as Agent for the Lenders, pursuant to that certain Amended and Restated Senior Secured Revolving Credit Agreement dated September 17, 2014 | Wells Fargo Bank, National Association | Attn: Emily Abrahamson<br>One Boston Place<br>18th Floor<br>Boston MA 02108 | emily.j.abrahamson@wellsfargo.com | First Class Mail and Email |
| Counsel for Universal Environmental Consulting, Inc. | Weltman & Moskowitz, LLP | Attn: Richard E. Weltman. Esq. & Melissa A. Guseynov, Esq.<br>270 Madison Avenue<br>Suite 1400<br>New York NY 10016 | rew@weltmosk.com<br>mag@weltmosk.com | Email |
| Counsel for CJAM Associates, LLC; Vets & Spartan LLC and Rosmar Holding Company L.P., G&K Realty | Westerman Ball Ederer Miller Zucker & Sharfstein, LLP | Attn: Mickee M. Hennessy, Esq., Thomas A. Draghi, Esq. & John E. Westerman, Esq.<br>1201 RXR Plaza<br>Uniondale NY 11556 | mhennessy@westermanllp.com<br>tdraghi@westermanllp.com | Email |
| Counsel for The Stop & Shop Supermarket Company, LLC | White & Case LLP | Attn: John K. Cunningham, Esq. & Kevin M. McGill, Esq.<br>Southeast Financial Center<br>200 South Biscayne Blvd., Suite 4900<br>Miami FL 33131 | jcunningham@whitecase.com | Email |
| Counsel for Pepperidge Farm, Incorporated 34289 | White and Williams LLP | Attn: Earl M. Forte, Esq. & Rafael Vergara, Esq.<br>One Penn Plaza<br>250 W. 34th Street, Suite 4110<br>New York NY 10119-4115 | vergarar@whiteandwilliams.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Talles-Robbins Rehoboth, L.L.C. | Whiteford Taylor & Preston, LLC | Attn: Stephen B. Gerald<br>The Renaissance Centre, Suite 500<br>405 North King Street<br>Wilmington DE 19801-3700 | sgerald@wtplaw.com | Email |
| Counsel for Talles-Robbins Rehoboth, L.L.C. | Whiteford Taylor & Preston, LLP | Attn: Brent C. Strickland<br>7501 Wisconsin Avenue<br>Bethesda MD 20814 | bstrickland@wtplaw.com | Email |
| Counsel for United Food and Commercial Workers Union, Local 1245 | Wilentz, Goldman & Spitzer, PA | Attn: Dominick Bratti, Esq.<br>90 Woodbridge Center Drive<br>Woodbridge NJ 07095 | ksage@wilentz.com | Email |
| Counsel for 32nd Street Southeast Company, L.P. | Wilk Auslander LLP | Attn: Eric J. Snyder, Esq.<br>1515 Broadway<br>New York NY 10036 | esnyder@wilkauslander.com | Email |
| Counsel to Linea Carmelo | William Schwitzer & Associates, PC | Attn: Noah Katz, Esq.<br>112 Madison Avenue<br>New York NY 10016 | bdiamond@gmail.com | Email |
| Counsel for Florida Self-Insurers Guaranty Association, Inc. | Williams, Gautier, Gwynn, DeLoach & Sorenson, PA | Attn: James E. Sorenson<br>P.O. Box 4128<br>Tallahassee FL 32315-4128 | jim@svllaw.com<br>whitneyw@svllaw.com | Email |
| Counsel for TOMRA of North America, Inc. | Wilson, Elser, Moskowitz, Edelman & Dicker LLP | Attn: Mark G. Ledwin, Esq.<br>1133 Westchester Avenue<br>White Plains NY 10604 | mark.ledwin@wilsonelser.com | Email |
| Counsel for Inland Diversified Seafood Merrick, LLC & Realty Income Seafood Merrick, LLC | Wilson, Elser, Moskowitz, Edelman & Dicker LLP | Attn: Rory Lubin, Esq.<br>1133 Westchester Avenue<br>White Plains NY 10604 | rory.lubin@wilsonelser.com | Email |
| Counsel for the State of Wisconsin Department of Workforce Development | Wisconsin Department of Justice | Attn: Brad D. Schimel & F. Mark Bromley<br>PO Box 7857<br>Madison WI 53707-7857 | bromleyfm@doj.state.wi.us | Email |
| Counsel for Evelyn Fernandez, Diana Manashirov and Patrice Neil | Yadgarov & Associates, PLLC | Attn: Ronald S. Ramo<br>608 Fifth Avenue<br>Suite 1000<br>New York NY 10020 | rramo@yadlaw.com | Email |
| Counsel for RLJ Group LLC | Zarin & Steinmetz | Attn: Lisa F. Smith, Esq.<br>81 Main Street<br>Suite 415<br>White Plains NY 10601 | lisafsmith@zarin-steinmetz.net | Email |
| Counsel for HealthSource Distributors LLC | Zimmet Bieber LLP | Attn: Bruce W. Bieber, Esq.<br>437 Madison Avenue<br>40th Floor<br>New York NY 10022 | bbieber@zblaw.com | Email |

**Exhibit B**

Exhibit B

Affected Parties Service List

Served as set forth below

| MMLID | Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code | Email | Method of Service |
|---|---|---|---|---|---|---|---|---|---|
| 1683956 | Katerene Halkias | Thomas J. Romans, Esq. | Law Offices of Thomas J. Romans | PO Box 406 | Wyckoff | NJ | 07481-0406 | romanslaw@optonline.net | First Class Mail and Email |
| 1669701 | Katerene Halkias | 21 Harvey St. | | | Closter | NJ | 07624-1109 | | First Class Mail |
| 1584625 | PENA, JOYCE | | | | | | | — | |
| 1584625 | PENA, JOYCE | | | | | | | | — |