Southern District of New York (White Plains)
300 Quarropas Street, Room 248
White Plains, NY 10601
Attn: Chambers of the Honorable Judge Robert D. Drain

June 14, 2019

Honorable Judge Drain,

My name is Lynn Petry, 70 Roy Ave., Massapequa, NY, 11758 and I have a pending legal case Petry v. Pathmark from an injury I sustained due to a faulty electric door.

At this time I'm asking you for the status of Great Atlantic and Pacific Tea Company's bankruptcy and the name of the insurance company that handled the liability for the Pathmark where I was injured. That address is Pathmark on Merrick Road in Seaford, N.Y.

Thanks for your attention,

Sincerely,

*Lynn Petry*
Lynn Petry

631-843-2792

70 Roy Ave., Massapequa, NY 11758

FILED
U.S. BANKRUPTCY COURT
2019 JUN 17 P 4: 23
S.D. OF N.Y.