Objection Deadline: November 1, 2019

Robert J. Feinstein
Bradford J. Sandler
PACHULSKI STANG ZIEHL &
 JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
E-Mail:  rfeinstein@pszjlaw.com
  bsandler@pszjlaw.com

*Counsel for the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC., *et al*., | Case No. 15-23007 (RDD) |
|    Debtors. | (Jointly Administered) |

**FORTY FIFTH COMBINED MONTHLY FEE**
**STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP**
**FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS**
**INCURRED AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS FOR THE PERIOD FROM APRIL 1, 2019 THROUGH JUNE 30, 2019**

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | Counsel to the Official Committee of Unsecured Creditors |
| Date of Retention: | Effective July 24, 2015 pursuant to Order dated September 22, 2015 [Docket No. 1059] |
| Period for which Compensation and Reimbursement is Sought: | April 1, 2019 – June 30, 2019[1] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $12,336.00 (80% of $15,420.00) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $0.00 |

This is a:    _x_ Monthly   __ Interim    __ Final Application.

---

[1] The applicant reserves the right to include any time expended in the time period indicated above in future application(s) if it is not included herein.

**Preliminary Statement**

1.      Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), attorneys for the Official

Committee of Unsecured Creditors (the "Committee") of the debtors and debtors in possession in

the above-captioned cases (the "Debtors"), hereby submits this statement of fees and

disbursements (the "Monthly Statement") for the period from April 1, 2019 through June 30,

2019 (the "Compensation Period") in accordance with the *Order Pursuant to 11 U.S.C. §§*

*105(a), 330, 331, Fed. R. Bankr. P. 2016, and Local Rule 2016-1 Establishing Procedures for*

*Interim Compensation and Reimbursement of Expenses of Professionals* dated September 1,

2015 [Docket No. 765] (the "Interim Compensation Order").

2.      The retention of PSZ&J as counsel to the Committee was approved by this

Court's *Order Authorizing the Employment of Pachulski Stang Ziehl & Jones LLP as Counsel to*

*the Official Committee of Unsecured Creditors of the Debtors Nunc Pro Tunc to July 24, 2015*

[Docket No. 676] (the "Retention Order")**.**  The Retention Order authorized PSZ&J to be

compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket

expenses.

3.      On October 28, 2016, the Committee filed the *Application of the Official*

*Committee of Unsecured Creditors to Amend Retention of Pachulski Stang Ziehl & Jones LLP as*

*Counsel* [Docket No. 3280] (the "Application to Amend").  On November 17, 2016, the Court

entered an *Order Authorizing and Approving the Employment of Pachulski Stang Ziehl & Jones*

*LLP as Counsel to the Official Committee of Unsecured Creditors of the Debtors*, signed on

November 16, 2016 [Docket No. 3314] (the "Amended Retention Order"), modifying the

retention terms of PSZ&J and authorizing PSZ&J to pursue avoidance actions under sections

544, 547, 549, and 550 of the Bankruptcy Code (the "Avoidance Actions") on a partial

DOCS_NY:39607.1 00263/002

contingency fee basis effective as of November 16, 2016.

4.      Specifically, the Amended Retention Order authorizes compensation payable to PSZ&J, subject to Court approval and in accordance with section 330 of the Bankruptcy Code, on (A) the greater of (i) thirty-three percent (33%) of the gross recovery to the estates from each Avoidance Action; or (ii) (a) an hourly basis charged at fifty (50) percent of PSZ&J's standard hourly rates then in effect for work expended in pursuing an Avoidance Action, plus (B) reimbursement of all actual and necessary expenses.[2]  The Amended Retention Order also provides that the Prepetition PIK Notes Secured Parties and Prepetition Convertible Notes Secured Parties shall pay the fees incurred in the pursuit of any Avoidance Action to a maximum amount of 33% of the cash recovery from each Avoidance Action (the "Lender Paid Percentage"), and to the extent the fees of such Avoidance Action exceed this amount, the estates shall pay the difference between the amount due under paragraph 10(a) of the Application to Amend and the Lender Paid Percentage.  Reimbursement of expenses for the pursuit and settlement of the Avoidance Actions shall be payable first from the recovery of such Avoidance Action, and second from the estates.

5.      PSZJ bills its time and expenses for services provided under the Retention Order to matter 002 ("Matter 002") and bills its time and expenses for services provided under the Amended Retention Order to matter 003 ("Matter 003").

6.      PSZ&J requests interim allowance and payment of compensation in the amount of $12,336.00 (80% of $15,420.00) for fees on account of reasonable and necessary professional services rendered to the Committee by PSZ&J for Matter 002 and Matter 003.

---

[2]  PSZ&J will seek allowance and payment of the contingency fee portion in connection with the pursuit of Avoidance Actions and related expenses in later application(s).  This Monthly Statement only covers the reduced hourly rate component of the fees incurred in Matter 003 during the Compensation Period in accordance with the Amended Retention Order.

PSZ&J reserves the right to apply in the future for reimbursement of actual and necessary costs and expenses, if any, incurred by members of the Committee in connection with their service as members of the Committee during the Compensation Period.

### Services Rendered and Disbursements Incurred During the Compensation Period

7.    **Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, department, bar admissions, hourly billing rates and aggregate hours spent by each PSZ&J professional and paraprofessional that provided services to the Committee during the Compensation Period for Matter 002 and Matter 003.  The rates charged by PSZ&J for services rendered to the Committee are the same rates that PSZ&J charges generally for professional services rendered to its non-bankruptcy clients.

8.    **Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by PSZ&J professionals and paraprofessionals in rendering services to the Committee during the Compensation Period for Matter 002 and Matter 003.

9.    **Exhibit C** sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by PSZ&J in connection with services rendered to the Committee during the Compensation Period for Matter 002.

10.    **Exhibit D** sets forth a complete itemization of all time records and expenses for PSZ&J professionals and paraprofessionals for the Compensation Period for Matter 002.

11.    **Exhibit E** sets forth a complete itemization of all time records and expenses for PSZ&J professionals and paraprofessionals for the Compensation Period for Matter 003.

## Notice and Objection Procedures

12.     No trustee or examiner has been appointed in these chapter 11 cases. Pursuant to the Interim Compensation Order, notice of the Monthly Statement has been served by overnight mail upon: (i) the Debtors c/o The Great Atlantic & Pacific Tea Company, Inc., 19 Spear Road, Suite 310, Ramsey, NJ 07446;  (ii) the attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Ray C. Schrock, P.C., Garrett A. Fail, Esq., and Sunny Singh, Esq.); (iii) the U.S. Trustee, 201 Varick Street, Suite 1006, New York, New York 10014 (Attn: Brian Masumoto, Esq. and Richard Morrisey, Esq.); and (iv) the attorneys for Fortress Credit Corp., as agent for the DIP Lender, Jones Day, 250 Vesey Street, New York, New York 10281-1047 (Attn: Scott J. Greenberg, Esq.) (collectively, the "Notice Parties").  PSZ&J submits that no other or further notice need be provided.

13.     Pursuant to the Interim Compensation Order, objections to this Monthly Statement, if any, must be served upon the Notice Parties no later than November 1, 2019 (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue.

14.     If no objections to this Monthly Statement are made on or before the Objection Deadline, the Debtors shall pay PSZ&J 80% of the fees and 100% of the expenses identified in the Monthly Statement.

15.     To the extent an objection to this Monthly Statement is timely made, the Debtors shall withhold payment of that portion of the Monthly Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above.  To the extent such objection is not resolved; it shall be preserved and presented to the Court at the next interim or final fee application hearing.

DOCS_NY:39607.1 00263/002

Dated:  October 17, 2019
New York, New York

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Robert J. Feinstein*

Robert J. Feinstein
Bradford J. Sandler
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
Email:  rfeinstein@pszjlaw.com
           bsandler@pszjlaw.com

*Counsel for the Official Committee of Unsecured
Creditors*

DOCS_NY:39607.1 00263/002

## EXHIBIT A

### Timekeeper Summary

| NAME OF PROFESSIONAL | TITLE | YEAR ADMITTED | YEAR OF PARTNERSHIP | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Robert J. Feinstein | Partner | 1982 | 2001 | $1,145.00 | 1.10 | $1,259.50 |
| *Robert J. Feinstein | Partner | 1982 | 2001 | $572.50 | 0.90 | $515.25 |
| Bradford J. Sandler | Partner | 1996 | 2010 | $975.00 | 8.80 | $8,580.00 |
| Bradford J. Sandler | Partner | 1996 | 2010 | $487.50 | 1.70 | $828.75 |
| *Jeffrey P. Nolan | Of Counsel | 1992 | N/A | $397.50 | 0.90 | $357.75 |
| *Beth E. Levine | Of Counsel | 1993 | N/A | $397.50 | 0.80 | $318.00 |
| La Asia S. Canty | Paralegal | N/A | N/A | $395.00 | 6.50 | $2,567.50 |
| *La Asia S. Canty | Paralegal | N/A | N/A | $197.50 | 1.90 | $375.25 |
| Patricia J. Jeffries | Paralegal | N/A | N/A | $395.00 | 0.90 | $355.50 |
| *Mike A. Matteo | Paralegal | N/A | N/A | $187.50 | 1.40 | $262.50 |
| **Total** | | | | | **24.90** | **$15,420.00** |

*These hours represent time billed at a reduced rate of 50% of hourly billing rate pursuant to the Amended Retention Order (defined herein) for services provided solely in connection with work related to the Avoidance Actions.

**EXHIBIT B**

**Task Code Summary**

**Matter 002**

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| AP | Appeals | 0.20 | $195.00 |
| CA | Case Administration | 5.20 | $4,684.00 |
| CO | Claims Admin/Objections | 0.90 | $877.50 |
| CPO | Compensation of Prof./Others | 1.40 | $1,365.00 |
| OP | Operations | 0.20 | $195.00 |
| PC | PSZ&J Compensation | 7.20 | $3,301.00 |
| SL | Stay Litigation | 1.00 | $975.00 |
| TI | Tax Issues | 1.20 | $1,170.00 |
|  | **TOTAL** | **17.30** | **$12,762.50** |

**Matter 003**

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| AC | Avoidance Actions | 6.20 | $2,352.00 |
| CO | Claims Admin/Objections | 0.10 | $48.75 |
| PC | PSZ&J Compensation | 1.30 | $256.75 |
|  | **TOTAL** | **7.60** | **$2,657.50** |

**EXHIBIT C**

**Disbursement Summary**

**Matter 002**

| Expenses (by Category) | Amounts |
|---|---|
| NONE | $0.00 |
| **TOTAL** | |

**EXHIBIT D**

**(Matter 002)**

# Pachulski Stang Ziehl & Jones LLP

780 Third Avenue
34th Floor
New York, NY 10017

A&P Committe General

June 30, 2019
Invoice    123262
Client     00263
Matter     00002
**RJF**

RE:  Committee Representation

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  06/30/2019

| | |
|---|---:|
| FEES | $12,762.50 |
| **TOTAL CURRENT CHARGES** | **$12,762.50** |
| **BALANCE FORWARD** | **$52,236.20** |
| **A/R Adjustments** | **-$12,467.50** |
| **LAST PAYMENT** | **$36,267.70** |
| **TOTAL BALANCE DUE** | **$16,263.50** |

Pachulski Stang Ziehl & Jones LLP

Page:    2

A&P Tea O.C.C.

Invoice 123262

00263    - 00002

June 30, 2019

### Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| BJS | Sandler, Bradford J. | Partner | 975.00 | 8.80 | $8,580.00 |
| LSC | Canty, La Asia S. | Paralegal | 395.00 | 6.50 | $2,567.50 |
| PJJ | Jeffries, Patricia J. | Paralegal | 395.00 | 0.90 | $355.50 |
| RJF | Feinstein, Robert J. | Partner | 1145.00 | 1.10 | $1,259.50 |
| | | | | 17.30 | $12,762.50 |

Pachulski Stang Ziehl & Jones LLP

A&P Tea O.C.C.

00263    -00002

Page:    3

Invoice 123262

June 30, 2019

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| AP | Appeals [B430] | 0.20 | $195.00 |
| CA | Case Administration [B110] | 5.20 | $4,684.00 |
| CO | Claims Admin/Objections[B310] | 0.90 | $877.50 |
| CPO | Comp. of Prof./Others | 1.40 | $1,365.00 |
| OP | Operations [B210] | 0.20 | $195.00 |
| PC | PSZ&J Compensation | 7.20 | $3,301.00 |
| SL | Stay Litigation [B140] | 1.00 | $975.00 |
| TI | Tax Issues [B240] | 1.20 | $1,170.00 |
| | | 17.30 | $12,762.50 |

Pachulski Stang Ziehl & Jones LLP

Page:    4

A&P Tea O.C.C.

Invoice 123262

00263    - 00002

June 30, 2019

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

**Appeals [B430]**

| 04/15/2019 | BJS | AP | Review Brown appeal docs. | 0.20 | 975.00 | $195.00 |
|---|---|---|---|---|---|---|
| | | | | 0.20 | | **$195.00** |

**Case Administration [B110]**

| 04/18/2019 | PJJ | CA | Update critical dates memo, calendar entries and reminders. | 0.20 | 395.00 | $79.00 |
|---|---|---|---|---|---|---|
| 05/03/2019 | BJS | CA | Telephone conference with Robert J. Feinstein, B Michaelson regarding exit strategy, litigation issues (.8). | 0.80 | 975.00 | $780.00 |
| 05/08/2019 | PJJ | CA | Update critical dates memo, calendar entries and reminders. | 0.20 | 395.00 | $79.00 |
| 05/08/2019 | BJS | CA | Telephone conference with J Garfinkle regarding case exit issues | 0.20 | 975.00 | $195.00 |
| 05/08/2019 | BJS | CA | Telephone conference with B Michaelson regarding case wind down issues | 0.40 | 975.00 | $390.00 |
| 05/09/2019 | PJJ | CA | Update critical dates memo, calendar entries and reminders. | 0.20 | 395.00 | $79.00 |
| 05/10/2019 | BJS | CA | Telephone conference with J Garfinkle regarding exit issues | 0.20 | 975.00 | $195.00 |
| 05/14/2019 | PJJ | CA | Update critical dates memo, calendar entries and reminders. | 0.30 | 395.00 | $118.50 |
| 05/17/2019 | BJS | CA | Various emails with T. Rickets regarding case status | 0.20 | 975.00 | $195.00 |
| 05/17/2019 | BJS | CA | Various emails R. Seltzer regarding claims, exit issues | 0.20 | 975.00 | $195.00 |
| 05/31/2019 | RJF | CA | Call with Seltzer, Bradford J. Sandler regarding case status. | 0.30 | 1145.00 | $343.50 |
| 05/31/2019 | BJS | CA | Teleconference R. Seltzer regarding exit issues | 0.30 | 975.00 | $292.50 |
| 06/06/2019 | BJS | CA | Various emails with counsel regarding exit issues | 0.10 | 975.00 | $97.50 |
| 06/10/2019 | RJF | CA | Status call with Debtor team, Seltzer, Bradford J. Sandler regarding case status. | 0.50 | 1145.00 | $572.50 |
| 06/10/2019 | BJS | CA | Review docs from Debtors for wind down call | 0.40 | 975.00 | $390.00 |
| 06/10/2019 | BJS | CA | Telephone conference with Debtors/Union regarding wind down | 0.60 | 975.00 | $585.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    5

A&P Tea O.C.C.

Invoice 123262

00263    - 00002

June 30, 2019

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/14/2019 | BJS | CA | Various emails with counsel regarding exit | 0.10 | 975.00 | $97.50 |
| | | | | 5.20 | | $4,684.00 |

### Claims Admin/Objections[B310]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/20/2019 | BJS | CO | Various emails with T. Ricketts regarding claims, status | 0.50 | 975.00 | $487.50 |
| 05/21/2019 | BJS | CO | Attention to administrative claim issues. | 0.30 | 975.00 | $292.50 |
| 05/24/2019 | BJS | CO | Various emails R Seltzer regarding administrative claims | 0.10 | 975.00 | $97.50 |
| | | | | 0.90 | | $877.50 |

### Comp. of Prof./Others

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/13/2019 | BJS | CPO | Review SRZ fee application. | 0.10 | 975.00 | $97.50 |
| 04/10/2019 | BJS | CPO | Review SRZ fee application | 0.10 | 975.00 | $97.50 |
| 05/09/2019 | BJS | CPO | Review WG fee application | 0.10 | 975.00 | $97.50 |
| 05/13/2019 | BJS | CPO | Review FTI fee applications | 0.20 | 975.00 | $195.00 |
| 05/15/2019 | BJS | CPO | Review Gibbons fee application | 0.10 | 975.00 | $97.50 |
| 05/16/2019 | BJS | CPO | Review WGM fee  application | 0.10 | 975.00 | $97.50 |
| 05/22/2019 | BJS | CPO | Review FTI fee  application | 0.10 | 975.00 | $97.50 |
| 05/28/2019 | BJS | CPO | Review SRZ fee application | 0.10 | 975.00 | $97.50 |
| 06/11/2019 | BJS | CPO | Review SRZ fee application | 0.10 | 975.00 | $97.50 |
| 06/12/2019 | BJS | CPO | Review MBB settlement motion | 0.20 | 975.00 | $195.00 |
| 06/19/2019 | BJS | CPO | Review Gibbons fee application | 0.10 | 975.00 | $97.50 |
| 06/26/2019 | BJS | CPO | Review WGM fee application | 0.10 | 975.00 | $97.50 |
| | | | | 1.40 | | $1,365.00 |

### Operations [B210]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/09/2019 | BJS | OP | Review monthly operating report | 0.10 | 975.00 | $97.50 |
| 05/07/2019 | BJS | OP | Review monthly operating report | 0.10 | 975.00 | $97.50 |
| | | | | 0.20 | | $195.00 |

Pachulski Stang Ziehl & Jones LLP

Page:      6
A&P Tea O.C.C.

Invoice 123262
00263    -00002

June 30, 2019

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **PSZ&J Compensation** | | | | | | |
| 02/15/2019 | BJS | PC | Attention to PSZJ fee application issues | 0.30 | 975.00 | $292.50 |
| 05/16/2019 | LSC | PC | Preparation of monthly fee statements (1.1) and interim fee application (4.5). | 5.60 | 395.00 | $2,212.00 |
| 06/05/2019 | RJF | PC | Review fee application. | 0.30 | 1145.00 | $343.50 |
| 06/05/2019 | LSC | PC | Revise, finalize, file, and serve 11th interim fee application. | 0.90 | 395.00 | $355.50 |
| 06/10/2019 | BJS | PC | Various emails with PSZJ regarding fee application | 0.10 | 975.00 | $97.50 |
|  |  |  |  | **7.20** |  | **$3,301.00** |
| **Stay Litigation [B140]** | | | | | | |
| 04/17/2019 | BJS | SL | Review Stay enforcement motion | 0.30 | 975.00 | $292.50 |
| 05/13/2019 | BJS | SL | Attention to Kalkias stay relief motion | 0.10 | 975.00 | $97.50 |
| 06/12/2019 | BJS | SL | Various emails with L Baskin regarding stay relief motions | 0.30 | 975.00 | $292.50 |
| 06/14/2019 | BJS | SL | Review Workers' Comp objection | 0.30 | 975.00 | $292.50 |
|  |  |  |  | **1.00** |  | **$975.00** |
| **Tax Issues [B240]** | | | | | | |
| 05/24/2019 | BJS | TI | Various emails B. Kaye regarding tax refund (and directing him to A. Harris) | 0.20 | 975.00 | $195.00 |
| 05/29/2019 | BJS | TI | Various emails A. Harris and B. Kaye regarding tax refund | 0.10 | 975.00 | $97.50 |
| 05/29/2019 | BJS | TI | Teleconference B. Kaye regarding tax refund collection | 0.40 | 975.00 | $390.00 |
| 05/29/2019 | BJS | TI | Various emails A. Harris regarding tax refund collection | 0.30 | 975.00 | $292.50 |
| 05/29/2019 | BJS | TI | Various emails B. Kaye regarding tax refund collection | 0.10 | 975.00 | $97.50 |
| 06/20/2019 | BJS | TI | Various emails with A. Harris regarding tax recovery | 0.10 | 975.00 | $97.50 |
|  |  |  |  | **1.20** |  | **$1,170.00** |

**TOTAL SERVICES FOR THIS MATTER:**                                                    **$12,762.50**

Pachulski Stang Ziehl & Jones LLP

A&P Tea O.C.C.

00263    - 00002

Page:     7

Invoice 123262

June 30, 2019

---

### REMITTANCE ADVICE

**Please inlcude this Remittance with your payment**

**For current services rendered through:**   **06/30/2019**

**Total Fees**                                                                                 **$12,762.50**

**Total Due on Current Invoice**                                                 **$12,762.50**

**Outstanding Balance from prior invoices as of**      **06/30/2019**      **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 123060 | 07/31/2019 | $2,775.50 | $0.00 | $2,775.50 |
| 123069 | 08/31/2019 | $655.50 | $70.00 | $725.50 |

**Total Amount Due on Current and Prior Invoices:**                    **$16,263.50**

**EXHIBIT E**

**(Matter 003)**

# Pachulski Stang Ziehl & Jones LLP

780 Third Avenue
34th Floor
New York, NY 10017

A&P Preferences

June 30, 2019
Invoice    123263
Client      00263
Matter      00003
**AWC**

RE:   Preference Engagement

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH   06/30/2019

| | |
|---|---|
| FEES | $2,657.50 |
| EXPENSES | $157.80 |
| LESS PREPAID APPLIED | $2,815.30 |
| **TOTAL CURRENT CHARGES** | **$0.00** |
| **BALANCE FORWARD** | **$49,491.74** |
| **A/R Adjustments** | **-$1,406.70** |
| **LAST PAYMENT** | **$47,046.51** |
| **TOTAL BALANCE DUE** | **$1,038.53** |
| PREPAID BALANCE | $662,108.47 |

Pachulski Stang Ziehl & Jones LLP

A&P Tea O.C.C.

00263    - 00003

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| BEL | Levine, Beth E. | Counsel | 397.50 | 0.80 | $318.00 |
| BJS | Sandler, Bradford J. | Partner | 487.50 | 1.70 | $828.75 |
| JPN | Nolan, Jeffrey P. | Counsel | 397.50 | 0.90 | $357.75 |
| LSC | Canty, La Asia S. | Paralegal | 197.50 | 1.90 | $375.25 |
| MAM | Matteo, Mike A. | Paralegal | 187.50 | 1.40 | $262.50 |
| RJF | Feinstein, Robert J. | Partner | 572.50 | 0.90 | $515.25 |
|  |  |  |  | 7.60 | $2,657.50 |

Pachulski Stang Ziehl & Jones LLP                                    Page:      3
A&P Tea O.C.C.                                                        Invoice 123263
00263    - 00003                                                     June 30, 2019

---

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AC | Avoidance Actions | 6.20 | $2,352.00 |
| CO | Claims Admin/Objections[B310] | 0.10 | $48.75 |
| PC | PSZ&J Compensation | 1.30 | $256.75 |
|  |  | 7.60 | $2,657.50 |

Pachulski Stang Ziehl & Jones LLP

A&P Tea O.C.C.

00263    - 00003

Page:    4

Invoice 123263

June 30, 2019

## Summary of Expenses

| Description | Amount |
| --- | --- |
| Pacer - Court Research | $68.80 |
| Postage [E108] | $31.40 |
| Reproduction/ Scan Copy | $57.60 |
| | $157.80 |

Pachulski Stang Ziehl & Jones LLP
A&P Tea O.C.C.
00263    - 00003

Page:      5
Invoice 123263
June 30, 2019

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Avoidance Actions** | | | | | | |
| 02/15/2019 | BJS | AC | Attention to Dietz & Watson preference action issues. | 0.30 | 487.50 | $146.25 |
| 02/20/2019 | BJS | AC | Reivew Dietz & Watson settlement docs. | 0.30 | 487.50 | $146.25 |
| 04/03/2019 | JPN | AC | Telephone conference with R. Gruenberg; circulate final settlement documents. | 0.30 | 397.50 | $119.25 |
| 04/03/2019 | MAM | AC | Update tracking chart and virtual file room regarding Dietz & Watson settlement. | 0.20 | 187.50 | $37.50 |
| 04/08/2019 | JPN | AC | Meet with Rudi Grueneberg regarding scope of Dietz & Watson Release. | 0.20 | 397.50 | $79.50 |
| 04/12/2019 | BJS | AC | Various emails with C Leins regarding union, status and preferences. | 0.30 | 487.50 | $146.25 |
| 04/15/2019 | BJS | AC | Various emails with C Leins regarding trust/McKesson | 0.20 | 487.50 | $97.50 |
| 04/25/2019 | JPN | AC | Coordinate dismissal of Dietz & Watson. | 0.20 | 397.50 | $79.50 |
| 05/02/2019 | RJF | AC | Review McKesson emails. | 0.10 | 572.50 | $57.25 |
| 05/02/2019 | BJS | AC | Various emails with B Michaelson regarding settlement/preference litigation | 0.20 | 487.50 | $97.50 |
| 05/03/2019 | RJF | AC | Call with Michaelson, Bradford J. Sandler regarding McKesson, case resolution. | 0.80 | 572.50 | $458.00 |
| 05/03/2019 | BJS | AC | Various emails with PSZJ regarding preference recoveries/lenders' lien position (.3). | 0.30 | 487.50 | $146.25 |
| 05/08/2019 | BEL | AC | Review stipulation of dismissal and arrange to file. | 0.20 | 397.50 | $79.50 |
| 05/08/2019 | LSC | AC | File Dietz & Watson stipulation of dismissal. | 0.20 | 197.50 | $39.50 |
| 05/10/2019 | MAM | AC | Update tracking chart regarding dismissal of Dietz & Watson. | 0.20 | 187.50 | $37.50 |
| 05/10/2019 | LSC | AC | Transmit proposed stipulation to chambers. | 0.20 | 197.50 | $39.50 |
| 05/26/2019 | BEL | AC | Emails regarding preference action status report. | 0.20 | 397.50 | $79.50 |
| 05/28/2019 | MAM | AC | Draft Eighth preference status report and forward same. | 0.40 | 187.50 | $75.00 |
| 05/28/2019 | MAM | AC | Review emails from Andrew W. Caine and Beth E. Levine regarding Eighth preference status report. | 0.20 | 187.50 | $37.50 |
| 05/28/2019 | MAM | AC | Telephone call with Beth E. Levine regarding 8th | 0.10 | 187.50 | $18.75 |

Pachulski Stang Ziehl & Jones LLP

A&P Tea O.C.C.

00263    -00003

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Status report. | | | |
| 05/28/2019 | BEL | AC | Review draft preference action status report and telephone conference with M. Matteo and R. Michaelson regarding same. | 0.40 | 397.50 | $159.00 |
| 05/28/2019 | LSC | AC | File Eighth Certification Regarding Settlement of Preference Claims and correspondence regarding the same. | 0.20 | 197.50 | $39.50 |
| 06/05/2019 | JPN | AC | Review litigation tracking matrix re 503(b)(9) claims. | 0.20 | 397.50 | $79.50 |
| 06/05/2019 | MAM | AC | Review settlement tracking chart for Jeffrey P. Nolan and respond to email regarding 503(b)(9) claim waivers. | 0.30 | 187.50 | $56.25 |
| | | | | **6.20** | | **$2,352.00** |

### Claims Admin/Objections[B310]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/16/2019 | BJS | CO | Review Kin-Mall stipulation | 0.10 | 487.50 | $48.75 |
| | | | | **0.10** | | **$48.75** |

### PSZ&J Compensation

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/17/2019 | LSC | PC | Revise contingency fee application and correspondence regarding the same. | 0.40 | 197.50 | $79.00 |
| 06/05/2019 | LSC | PC | Revise, file, and serve 1st interim contingency fee application. | 0.90 | 197.50 | $177.75 |
| | | | | **1.30** | | **$256.75** |

**TOTAL SERVICES FOR THIS MATTER:**                    **$2,657.50**

Pachulski Stang Ziehl & Jones LLP

Page:      7
A&P Tea O.C.C.

Invoice 123263
00263    - 00003

June 30, 2019

## Expenses

| 05/16/2019 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 06/05/2019 | PO | 00263.00002 :Postage Charges for 06-05-19 | 31.40 |
| 06/05/2019 | RE2 | SCAN/COPY ( 416 @0.10 PER PG) | 41.60 |
| 06/05/2019 | RE2 | SCAN/COPY ( 128 @0.10 PER PG) | 12.80 |
| 06/30/2019 | PAC | Pacer - Court Research | 68.80 |

**Total Expenses for this Matter**     **$157.80**

Pachulski Stang Ziehl & Jones LLP

A&P Tea O.C.C.

00263    - 00003

Page:    8

Invoice 123263

June 30, 2019

---

### REMITTANCE ADVICE

**Please inlcude this Remittance with your payment**

**For current services rendered through:**    **06/30/2019**

| | |
|---|---|
| **Total Fees** | **$2,657.50** |
| **Total Expenses** | **157.80** |

**Outstanding Balance from prior invoices as of**    **06/30/2019**        **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 123059 | 07/31/2019 | $743.00 | $135.43 | $878.43 |
| 123068 | 08/31/2019 | $159.00 | $1.10 | $160.10 |

**Total Amount Due on Current and Prior Invoices:**        **$1,038.53**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC., *et al*., | Case No. 15-23007 (RDD) |
| Debtors.[3] | (Jointly Administered) |

## CERTIFICATE OF SERVICE

STATE OF NEW YORK          )
                                              )
COUNTY OF NEW YORK     )

I, La Asia S. Canty, am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP. I am not a party to the within action; my business address is 780 Third Avenue, 34th Floor, New York, New York 10017-2024.

On October 17, 2019, I caused to be served a true and correct copy of the *Forty Fifth Combined Monthly Fee Statement of Pachulski Stang Ziehl & Jones LLP for Professional Services Rendered and Disbursements Incurred as Counsel for the Official Committee of Unsecured Creditors for the Period From April 1, 2019 Through June 30, 2019* via First Class US Mail upon the parties set forth on the service list annexed hereto.

---

[3]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: 2008 Broadway, Inc. (0986); The Great Atlantic & Pacific Tea Company, Inc. (0974); A&P Live Better, LLC (0799); A&P Real Property, LLC (0973); APW Supermarket Corporation (7132); APW Supermarkets, Inc. (9509); Borman's, Inc. (9761); Delaware County Dairies, Inc. (7090); Food Basics, Inc. (1210); Kwik Save Inc. (8636); McLean Avenue Plaza Corp. (5227); Montvale Holdings, Inc. (6664); Montvale-Para Holdings, Inc. (2947); Onpoint, Inc. (6589); Pathmark Stores, Inc. (9612); Plainbridge LLC (5965); Shopwell, Inc.(3304); Super Fresh Food Markets, Inc. (2491); The Old Wine Emporium of Westport, Inc. (0724); Tradewell Foods of Conn., Inc. (5748); and Waldbaum, Inc. (8599). The international subsidiaries of The Great Atlantic & Pacific Tea Company, Inc. are not debtors in these chapter 11 cases. The location of the Debtors' corporate headquarters is 19 Spear Road, Suite 310, Ramsey, NJ 07446.

I declare under penalty of perjury, under the laws of the State of New York and the

United States of America that the foregoing is true and correct.

Executed on October 17, 2019 at New York, New York.

*/s/ La Asia S. Canty*
La Asia S. Canty

13

**SERVICE LIST**

The Great Atlantic & Pacific Tea Company, Inc.
19 Spear Road, Suite 310
Ramsey, NJ 07446

Weil, Gotshal & Manges LLP
Attn: Ray C. Schrock, P.C.
 Garrett A. Fail, Esq.
 Sunny Sing, Esq.
767 Fifth Avenue
New York, NY 10153

Office of the U.S. Trustee
for the Southern District of New York
Attn: Brian Masumoto, Esq.
        Richard Morrisey, Esq.
201 Varick Street, Suite 1006
New York, NY 10014

Jones Day
Fortress Credit Corp.
Attn: Scott J. Greenberg Esq.
250 Vesey Street,
New York, New York 10281-1047