Kristen S. Eustis (formerly Kristen M. Siracusa)
MILES & STOCKBRIDGE P.C.
100 Light Street, 10th Floor
Baltimore, MD 21202
Telephone: (410) 385-3726
Facsimile: (410) 385-3700

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Case No. 15-23007 (RDD)** |
| **THE GREAT ATLANTIC & PACIFIC** | ) | |
| **TEA COMPANY, INC., et al.** | ) | **Chapter 11** |
| | ) | |
| **Debtors.** | ) | **(Jointly Administered)** |
| | ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

**PLEASE TAKE NOTICE** that Kristen S. Eustis (formerly Kristen M. Siracusa), individually, hereby withdraws her appearance on behalf of Oekos Kirkwood, LLC ("Oekos"), and requests that she be removed from all service lists in these cases.

This withdrawal is made with regard to Ms. Eustis only. Joel L. Perrell Jr. and Miles & Stockbridge P.C. has entered an appearance on behalf of Oekos in these cases and shall continue in such representation of Oekos.

Date: Baltimore, Maryland
June 11, 2020

MILES & STOCKBRIDGE P.C.

*/s/ Kristen S. Eustis*
Kristen S. Eustis
MILES & STOCKBRIDGE P.C.
100 Light Street, 10th Floor
Baltimore, MD 21202
Direct Dial: (410) 385-3726
Facsimile: (410) 385-3700
Email: keustis@milesstockbridge.com

**CERTIFICATE OF SERVICE**

I, Kristen S. Eustis, certify that on June 11, 2020, I caused a true and correct of the foregoing to be served electronically upon the parties registered for electronic service in this action through the Court's CM/ECF system.

*/s/ Kristen S. Eustis*
Kristen M. Siracusa