In re THE GREAT ATLANTIC PACIFIC TEA COMPANY, INC., *et al.,*  
Debtors

Case No. 15-23007 (RDD)  
Reporting Period: 01/03/21 through 01/30/21  
Federal Tax I.D. # xx-xxx0974

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK

In re THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC.,*et al.,*  
Debtors

Case No. 15-23007 (RDD)  
Reporting Period: 01/03/2021 - 01/30/2021  
Federal Tax I.D. #  xx-xxx0974

**CORPORATE MONTHLY OPERATING REPORT**

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | X | |
|    Copies of bank statements | | | X |
|    Cash disbursements journals | | | X |
| Statement of Operations | MOR-2 | X | |
| Balance Sheet | MOR-3 | X | |
| Status of Post-petition Taxes | MOR-4 | X | |
|    Copies of IRS Form 6123 or payment receipt | | | X |
|    Copies of tax returns filed during reporting period | | | X |
| Summary of Unpaid Post-petition Debts | MOR-4 | X | |
|    Listing of Aged Accounts Payable | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | |
| Taxes Reconciliation and Aging | MOR-5 | X | |
| Payments to Insiders and Professional | MOR-6 | X | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | X | |
| Debtor Questionnaire | MOR-7 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor                                                                 Date

Signature of Authorized Individual          /s/ Christopher McGarry           Date           3/16/2021

Printed Name of Authorized Individual    Christopher McGarry                Date           3/16/2021

FORM MOR  
1 of 15

**GLOBAL NOTES AND STATEMENTS OF LIMITATIONS AND DISCLAIMERS REGARDING THE DEBTORS' MONTHLY OPERATING REPORTS**

On July 19, 2015 (the "**Commencement Date**"), The Great Atlantic & Pacific Tea Company, Inc. ("**Great Atlantic**") and certain of its affiliates (collectively, the "**Debtors**" or "**A&P**"),[1] each commenced a voluntary case under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York. The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On July 20, 2015, the Bankruptcy Court entered an order authorizing the joint administration of these cases pursuant to Bankruptcy Rule 1015(b). On July 24, 2015, the United States Trustee for Region 2 (the "**U.S. Trustee**") appointed an official committee of unsecured creditors pursuant to section 1102(a)(1) of the Bankruptcy Code (the "**Creditors' Committee**").

The Debtors are filing their consolidated monthly operating report (the "**MOR**") solely for purposes of complying with the monthly operating requirements applicable in the Debtors' chapter 11 cases. The MOR is in a format acceptable to the U.S. Trustee. The MOR should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtors or their affiliates.

These following notes and statements and limitations should be referred to, and referenced in connection with, any review of the MOR.

1. **Basis of Presentation.** For financial reporting purposes, the Debtors generally prepare consolidated financial statements, which include information for Great Atlantic and its Debtor affiliates. The financial statements and information contained herein are unaudited and preliminary. The Debtors are maintaining their books and records in accordance with generally accepted accounting principles ("**GAAP**") and the information furnished in this MOR uses the companies' normal accrual method of accounting. In preparing the MOR, the Debtors relied on financial data derived from their books and records that was available at the time of preparation. Subsequent information or discovery may result in material changes to the MOR and errors or omissions may exist. Notwithstanding any such discovery, new information, or errors or omissions, the Debtors do not undertake any obligation or commitment to update the MOR.

2. **Reporting Period.** Unless otherwise noted herein, the MOR generally reflects the Debtors' books and records and financial activity occurring during the applicable reporting period. Except as otherwise noted, no adjustments have been made for activity occurring after the close of the reporting period.

3. **Consolidated Entity Accounts Payable and Disbursement Systems.** As described in the Cash Management Motion,[2] the Debtors utilize an integrated, centralized cash management system, in the ordinary course of business, to collect, concentrate, and disburse funds generated by their operations (the "**Cash Management System**"). The Debtors maintain a consolidated accounts payable and disbursements system to pay operating and administrative expenses through various disbursement accounts. In the ordinary course of business, the Debtors maintain business relationships among each other, which result in intercompany receivables and payables (the "**Intercompany Claims**") arising from intercompany transactions (the "**Intercompany Transactions**"). As set forth more fully in the Debtors' Cash Management Motion, the primary Intercompany Transactions giving rise to Intercompany Claims are cash

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: 2008 Broadway, Inc. (0986); The Great Atlantic & Pacific Tea Company, Inc. (0974); A&P Live Better, LLC (0799); A&P Real Property, LLC (0973); APW Supermarket Corporation (7132); APW Supermarkets, Inc. (9509); Borman's, Inc. (9761); Delaware County Dairies, Inc. (7090); Food Basics, Inc. (1210); Kwik Save Inc. (8636); McLean Avenue Plaza Corp. (5227); Montvale Holdings, Inc. (6664); Montvale-Para Holdings, Inc. (2947); Onpoint, Inc. (6589); Pathmark Stores, Inc. (9612); Plainbridge LLC (5965); Shopwell, Inc. (3304); Super Fresh Food Markets, Inc. (2491); The Old Wine Emporium of Westport, Inc. (0724); Tradewell Foods of Conn., Inc. (5748); and Waldbaum, Inc. (8599). The international subsidiaries of The Great Atlantic & Pacific Tea Company, Inc. are not debtors in these chapter 11 cases. The location of the Debtors' corporate headquarters is 19 Spear Road, Suite 310, Ramsey, New Jersey 07446.

[2] *Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363, 364, 503, and 507 Requesting Interim and Final Authority to (I) Continue Using Existing Cash Management System, Bank Accounts, and Business Forms, (II) Implement Changes to the Cash Management System in the Ordinary Course of Business, (III) Continue Intercompany Transactions, (IV) Provide Administrative Expense Priority for Postpetition Intercompany Claims and for Related Relief* [ECF No. 5] (the "**Cash Management Motion**").

receipts activities, disbursement activities, inventory purchases, and expense allocations. Historically, Intercompany Claims are not settled by actual transfers of cash among the Debtors. Instead, the Debtors track all Intercompany Transactions in their accounting system, which concurrently are recorded on the applicable Debtors' balance sheets. Virtually all payments of the Debtors are made by Great Atlantic and charged back to the appropriate Debtor entity. The Debtors have attempted to identify disbursements on an individual Debtor basis. However, because the Debtors generally track and report their financial information on a consolidated basis some errors may exist and adjustments in future reporting may be necessary.

4. **Accuracy**. The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. Persons and entities trading in or otherwise purchasing, selling, or transferring the claims against or equity interests in the Debtors should evaluate this financial information in light of the purposes for which it was prepared. The Debtors are not liable for and undertake no responsibility to indicate variations from securities laws or for any evaluations of the Debtors based on this financial information or any other information.

5. **Debtor in Possession Financing.** On August 12, 2015, the Bankruptcy Court entered the *Final Order Authorizing the Debtors to (A) Obtain Third Lien Postpetition Financing, (B) Use Cash Collateral, and (C) Grant Certain Protections to Prepetition Secured Parties* [ECF No. 531] (the "**DIP Order**"), which approved and authorized the Debtors to obtain $100,000,000 in secured third priority postpetition financing and to provide the Debtors' prepetition secured parties adequate protection on the terms and conditions set forth in the DIP Order. Please see the DIP Order for additional detail. Descriptions of the Debtors' prepetition debt structure and the collateral relating to the bank debt are contained in the *Declaration of Christopher W. McGarry Pursuant to Rule 1007-2 of the Local Bankruptcy Rules for the Southern District of New York* [ECF No. 4] (the "**McGarry Declaration**"). As described in the McGarry Declaration, the priority of the Debtors' prepetition bank debt is set forth in that certain intercreditor agreement, dated March 13, 2012 (the "**Intercreditor Agreement**"). The Intercreditor Agreement was superseded, in part, pursuant to the intercreditor arrangements set forth in the DIP Order. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens. On November 6, 2015, the Debtors indefeasibly paid in full the prepetition term loan obligations. On November 10, 2015, the Debtors indefeasibly paid in full the prepetition ABL obligations. On November 13, 2015, the Debtors indefeasibly paid in full the DIP obligations.

6. **Payment of Prepetition Claims Pursuant to First Day Orders.** Within the first two days of the Debtors' chapter 11 cases, the Bankruptcy Court entered orders (the "**First-Day Orders**") authorizing, but not directing, the Debtors to, among other things, pay certain prepetition (a) service fees and charges assessed by the Debtors' banks and debit and credit card companies; (b) claims of warehousemen and miscellaneous lien claimants; (c) certain insurance obligations; (d) obligations to "critical vendors;" (e) customer programs obligations; (f) employee wages, salaries, and related items, including employee benefit programs and independent contractor obligations; (g) taxes and assessments; and (h) amounts held in trust or on a consignment basis where the company has collected on behalf of a third party. To the extent any payments were made on account of such claims following the commencement of these chapter 11 cases pursuant to the authority granted to the Debtors by the Bankruptcy Court under the First Day Orders, such payments have been included in the MOR unless otherwise noted.

7. **Liabilities Subject to Compromise.** The amounts currently classified as liabilities subject to compromise are estimates and are subject to future change and adjustment.

8. **Reservation of Rights.** The Debtors reserve all rights to amend or supplement the MOR in all respects, as may be necessary or appropriate. Nothing contained in this MOR shall constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 11 cases.

In re THE GREAT ATLANTIC PACIFIC TEA COMPANY, INC., *et al.*,
  Debtors

Case No. 15-23007 (RDD)
Reporting Period: 01/03/21 through 01/30/21
Federal Tax I.D. # xx-xxx0974

**Bank Account Reconcilaitions**
MOR 1
*(Unaudited)*

| Case No. | Debtors | Bank Account | Account Name | Bank Name | Balance per GL [1] | Balance Per Bank |
|---|---|---|---|---|---|---|
| 15-23007 | The Great A&P Tea Co, Inc | 434-3678467 | Operating | TD Bank | 16,693 | 23,631 |
| 15-23007 | The Great A&P Tea Co, Inc | 434-3678566 | Checking - Interest bearing | TD Bank | 17,150,763 | 17,150,763 |
| 15-23007 | The Great A&P Tea Co, Inc | 434-3678566 | Real Estate Cure- Interest bearing | TD Bank | 563,110 | 563,110 |
| **Subtotal** | | | | | **17,730,566** | **17,737,504** |
| | | | Outstanding checks period end | TD Bank | 6,938 | |
| | | | St. Pancras | | 706,228 | 706,228 |
| **Total Cash & Cash Equivalents** | | | | | **18,443,732** | **18,443,732** |
| 15-23011 | APW Supermarkets, Inc | 12571-29742 | Restricted Cash - Escrow - SL | Commonwealth Land Title Insurance Co | 148,927 | 148,927 |
| 15-23007 | The Great A&P Tea Co, Inc | 12571-29648 / 29662 | Restricted Cash - Escrow - SL | Commonwealth Land Title Insurance Co | 399,077 | 399,077 |
| 15-23014 | Food Basics, Inc | 12571 - 29780 | Restricted Cash - Escrow - SL | Commonwealth Land Title Insurance Co | 78,851 | 78,851 |
| **Total Restricted Cash** | | | | | **626,854** | **626,854** |

[1] Cash and Cash Equivalents contains amounts for which there is not a physical bank account including outstanding checks

**Note:**
All bank accounts are reconciled each period when statements are received. Differences between the GL and bank balances are reconciling items typically cleared in the following period.
The reconciliations are not attached to this Monthly Operating Report, however if the U.S. Trustee requests copies, the Debtors will provide all reconciliations as soon as practicable

In re THE GREAT ATLANTIC PACIFIC TEA COMPANY, INC., et al.,  
　　　Debtors

Case No. 15-23007 (RDD)  
Reporting Period: 01/03/21 through 01/30/21  
Federal Tax I.D. # xx-xxx0974

**Disbursements for the 4 Weeks Ending January 30, 2021**  
MOR 1  
*(Unaudited - $ in 000s)*

| Case No. | Debtors | For the 4 Weeks Ending 1/30/2021 |
|---|---|---|
| 15-23006 | 2008 Broadway, Inc. | $    - |
| 15-23007 | The Great A&P Tea Co. Inc. | 215 |
| 15-23008 | A&P Live Better, LLC | - |
| 15-23009 | A&P Real Property, LLC | - |
| 15-23010 | APW Supermarket Corporation | - |
| 15-23011 | APW Supermarkets Inc. | - |
| 15-23012 | Borman's, Inc. | - |
| 15-23013 | Delaware County Dairies, Inc. | - |
| 15-23014 | Food Basics, Inc. | - |
| 15-23015 | Kwik Save Inc. | - |
| 15-23016 | McLean Avenue Plaza Corp. | - |
| 15-23017 | Montvale Holdings, Inc. | - |
| 15-23018 | Montvale-Para Holdings, Inc. | - |
| 15-23019 | Onpoint, Inc. | - |
| 15-23020 | Pathmark Stores, Inc. | - |
| 15-23021 | Plainbridge LLC | - |
| 15-23022 | Shopwell, Inc. | - |
| 15-23023 | Super Fresh Food Markets, Inc. | - |
| 15-23024 | The Wine Emporium of Westport, Inc. | - |
| 15-23025 | Tradewell Foods of Conn., Inc | - |
| 15-23026 | Waldbaums, Inc. | - |
| **Total** | | **$    215** |

**Note:**  
Disbursements are shown based on the entity for which they are attributed to,  
not the entity which made the payment.

15-23007-rdd    Doc 4723    Filed 03/16/21    Entered 03/16/21 19:38:33    Main Document
In re THE GREAT ATLANTIC PACIFIC TEA COMPANY, INC., et al.,    Pg 6 of 17    Case No. 15-23007 (RDD)
Debtors    Reporting Period: 01/03/21 through 01/30/21
Federal Tax I.D. # xx-xxx0974

**Consolidated Statement of Operations**
MOR 2
*(Unaudited - $ in 000s)*

|  | All Legal Entities |
|---|---:|
| Sales[1] | $ - |
| Cost of merchandise sold | - |
| **Gross margin** | **-** |
| Store operating, general and administrative expense | - |
| **(Loss) income from continuing operations before nonoperating income, interest expense, reorganization items and income taxes** | **-** |
| Nonoperating (loss) income | - |
| Interest expense | - |
| Miscellaneous Income & Expense | 844 |
| Interest and dividend income | 4 |
| **(Loss) income from continuing operations before income taxes** | **848** |
| (Provision) Benefit for income taxes | 9 |
| **(Loss) income from continuing operations** | **856** |
| (Loss) income from operations of discontinued businesses, net of tax benefit | (193) |
| Gain (Loss) on disposal of discontinued operations, net of tax benefit | - |
| Reoganization items, net of tax provision | - |
| **Income (loss) from discontinued operations** | **(193)** |
| **Net (loss) income** | **663** |

1) The Great A&P Tea Co. which operated the Debtors' liquor stores, closed the last store on 7/13/17. Activity at other entities reflects the correction of balances in accounts

In re THE GREAT ATLANTIC PACIFIC TEA COMPANY, INC., et al.,
Debtors

Case No. 15-23007 (RDD)
Reporting Period: 01/03/21 through 01/30/21
Federal Tax I.D. # xx-xxx0974

**Consolidated Statement of Operations By Legal Entity**
MOR 2
*(Unaudited - $ in 000s)*

| | APW Supermarkets 15-23011 | Bormans Inc 15-23012 | Shopwell 15-23022 | A&P Real Property, LLC 15-23009 | APW Supermarket Corp 15-23010 | McLean Avenue Plaza Corp 15-23016 | OnPoint, Inc 15-23019 | Super Fresh Food Markets 15-23023 | The Great A&P Tea Co [1] 15-23007 | Wine Emporium [1] 15-23024 | Tradewell Food of Conn 15-23025 | Waldbaums Inc 15-23026 | US Food Basics 15-23014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales [1] | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Cost of merchandise sold | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Gross margin** | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Store operating, general and administrative expense | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **(Loss) income from continuing operations before nonoperating income, interest expense, reorganization items and income taxes** | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Nonoperating (loss) income | | | | | | | | | - | | | | |
| Interest expense | | | | | | | | | - | | | | |
| Miscellaneous (exp) income | - | - | - | - | - | - | - | - | 844 | - | - | - | - |
| Interest and dividend income | - | - | - | - | - | - | - | - | 4 | - | - | - | - |
| **(Loss) income from continuing operations before income taxes** | - | - | - | - | - | - | - | - | 848 | - | - | - | - |
| (Provision) Benefit for income taxes | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **(Loss) income from continuing operations** | - | - | - | - | - | - | - | - | 848 | - | - | - | - |
| (Loss) income from operations of discontinued businesses, net of tax benefit | - | - | - | - | - | - | - | - | (197) | - | - | - | - |
| Loss on disposal of discontinued operations, net of tax benefit | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Reoganization items, net of tax provision | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Income (loss) from discontinued operations** | - | - | - | - | - | - | - | - | (197) | - | - | - | - |
| **Net (loss) income** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 651 | $ - | $ - | $ - | $ - |

1) The Great A&P Tea Co. which operated the Debtors' liquor stores, closed the last store on 7/13/17. Activity at other entities reflects the correction of balances in accounts

In re THE GREAT ATLANTIC PACIFIC TEA COMPANY, INC., et al.,
Debtors

Case No. 15-23007 (RDD)
Reporting Period: 01/03/21 through 01/30/21
Federal Tax I.D. # xx-xxx0974

**Consolidated Statement of Operations By Legal Entity**
MOR 2
*(Unaudited - $ in 000s)*

|  | Pathmark Inc 15-23020 | Plainbridge 15-23021 | Delaware County Dairy 15-23013 | A&P LiveBetter LLC 15-23008 | Montvale-Para Holdings, Inc 15-23018 | Kwik Save Inc 15-23015 | 2008 Broadway 15-23006 | Montvale Holdings, Inc 15-23017 | TOTAL | Foreign | INTERCOMPANY ELIMINATION | All Legal Entities |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales [1] | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | 0 | 0 | 0 |
| Cost of merchandise sold | - | - | - | - | - | - | - | - | - | 0 | 0 | 0 |
| **Gross margin** | - | - | - | - | - | - | - | - | - | 0 | 0 | 0 |
| Store operating, general and administrative expense | - | - | - | - | - | - | - | - | - | 0 | 0 | 0 |
| **(Loss) income from continuing operations before nonoperating income, interest expense, reorganization items and income taxes** | - | - | - | - | - | - | - | - | - | 0 | 0 | 0 |
| Nonoperating (loss) income | - | - | - | - | - | - | - | - | - | 0 | 0 | 0 |
| Interest expense | - | - | - | - | - | - | - | - | - | 0 | 0 | 0 |
| Miscellaneous (exp) income | - | - | - | - | - | - | - | - | 844 | 0 | 0 | 844 |
| Interest and dividend income | - | - | - | - | - | - | - | - | 4 | 0 | 0 | 4 |
| **(Loss) income from continuing operations before income taxes** | - | - | - | - | - | - | - | - | 848 | 0 | 0 | 848 |
| (Provision) Benefit for income taxes | - | - | - | - | 9 | - | - | - | 9 | 0 | 0 | 9 |
| **(Loss) income from continuing operations** | - | - | - | - | 9 | - | - | - | 856 | 0 | 0 | 856 |
| (Loss) income from operations of discontinued businesses, net of tax benefit | 4 | - | - | - | (1) | - | - | - | (193) | 0 | 0 | (193) |
| Loss on disposal of discontinued operations, net of tax benefit | - | - | - | - | - | - | - | - | - | 0 | 0 | 0 |
| Reoganization items, net of tax provision | - | - | - | - | - | - | - | - | - | 0 | 0 | 0 |
| **Income (loss) from discontinued operations** | 4 | - | - | - | (1) | - | - | - | (193) | 0 | 0 | (193) |
| **Net (loss) income** | $ 4 | $ - | $ - | $ - | $ 8 | $ - | $ - | $ - | $ 663 | 0 | 0 | 663 |

1) The Great A&P Tea Co. which operated the Debtors' liquor stores, closed the last store on 7/13/17. Activity at other entities reflects the correction of balances in accounts

15-23007-rdd    Doc 4723    Filed 03/16/21    Entered 03/16/21 19:38:33    Main Document
Pg 9 of 17

In re THE GREAT ATLANTIC PACIFIC TEA COMPANY, INC., _et al.,_
Debtors

Case No. 15-23007 (RDD)
Reporting Period: 01/03/21 through 01/30/21
Federal Tax I.D. # xx-xxx0974

**Consolidated Balance Sheet**
MOR 3
_(Unaudited - $ in 000s)_

|  | All Legal Entities |
|---|---:|
| **ASSETS** | |
| **Current Assets:** | |
| Cash And Cash Equivalents | $ 18,444 |
| Restricted Cash | 627 |
| Accounts Receivable, Net | 127 |
| Inventories, Net | 0 |
| Prepaid Expenses And Other Current Assets | 7 |
| **Total Current Assets** | 19,205 |
| **Non-Current Assets:** | |
| Property | |
| **Property, Net** | 0 |
| Intangible Assets, Net | 0 |
| Other Assets | 4 |
| **Total Assets** | $ 19,209 |
| **LIABILITIES & STOCKHOLDERS' EQUITY (DEFICIT)** | |
| **Current Liabilities:** | |
| Accounts Payable | 13,022 |
| Book Overdrafts | 7 |
| Accrued Salaries, Wages And Benefits | 14 |
| Accrued Taxes | (3) |
| Other Accrued Liabilities[1] | 1,356 |
| **Total Current Liabilities** | 14,395 |
| **Liabilities Subject To Compromise** | 340,251 |
| **Non-Current Liabilities:** | |
| Other Financial Liabilities | - |
| Other Non-Current Liabilities | 2,433 |
| Intercompany, Net | - |
| **Total Liabilities Not Subject To Compromise** | 16,828 |
| **Total Liabilities** | $ 357,079 |
| **Stockholders' Equity (Deficit):** | |
| Common Stock | 8 |
| Additional Paid-In Capital | 1,007,476 |
| Retained Earnings (Accumulated Deficit) | (1,345,354) |
| **Total Stockholders' Equity (Deficit)** | (337,870) |
| **Total Liabilities And Stockholders' Equity (Deficit)** | $ 19,209 |

1 Other accruals can be pre-petition and post-petition that are still being analyzed.

15-23007-rdd    Doc 4723    Filed 03/16/21    Entered 03/16/21 19:38:33    Main Document
Pg 10 of 17

In re THE GREAT ATLANTIC PACIFIC TEA COMPANY, INC., et al.,
Debtors

Case No. 15-23007 (RDD)
Reporting Period: 01/03/21 through 01/30/21
Federal Tax I.D. # xx-xxx0974

**Consolidated Balance Sheets**
MOR 3
*(Unaudited - $ in 000s)*

| | APW Supermarkets 15-23011 | Bormans Inc 15-23012 | Shopwell 15-23022 | A&P Real Property, LLC 15-23009 | APW Supermarket Corp 15-23010 | McLean Avenue Plaza Corp 15-23016 | Onpoint, Inc Choice 15-23019 | Super Fresh Food Markets 15-23023 | The Great A&P Tea Co [2] 15-23007 | Wine Emporium [2] 15-23024 | Tradewell Food of Conn 15-23025 | Waldbaums Inc 15-23026 | US Food Basics 15-23014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | | | | |
| **Current Assets:** | | | | | | | | | | | | | |
| Cash And Cash Equivalents | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 17,738 | $ - | $ - | $ - | $ - |
| Restricted Cash | 149 | - | - | - | - | - | - | - | 399 | - | - | - | - |
| Accounts Receivable, Net | - | - | - | - | - | - | - | - | 127 | - | - | - | - |
| Inventories, Net | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Prepaid Expenses And Other Current Assets | - | - | - | - | - | - | - | - | 7 | - | - | - | - |
| **Total Current Assets** | 149 | - | - | - | - | - | - | - | 18,271 | - | - | - | - |
| **Non-Current Assets:** | | | | | | | | | | | | | |
| Property | | | | | | | | | | | | | |
| Property, Net | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Intangible Assets, Net | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Assets | - | - | - | - | - | - | - | - | 4 | - | - | - | - |
| **Total Assets** | $ 149 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 18,275 | $ - | $ - | $ - | $ - |
| **Liabilities & Stockholders' Equity (Deficit)** | | | | | | | | | | | | | |
| **Current Liabilities:** | | | | | | | | | | | | | |
| Accounts Payable | $ 2,174 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 3,329 | $ 1 | $ - | $ - | $ - |
| Book Overdrafts | - | - | - | - | - | - | - | - | 7 | - | - | - | - |
| Accrued Salaries, Wages And Benefits | - | - | - | - | - | - | - | - | 14 | - | - | - | - |
| Accrued Taxes | - | - | - | - | - | - | - | - | 2 | - | - | - | - |
| Other Accrued Liabilities | 425 | - | - | - | - | - | - | - | 537 | - | - | - | - |
| **Total Current Liabilities** | 2,600 | - | - | - | - | - | - | - | 3,889 | 1 | - | - | - |
| **Liabilities Subject To Compromise** [1] | 8,257 | - | - | - | - | - | - | - | 42,248 | 9 | - | - | - |
| **Non-Current Liabilities:** | | | | | | | | | | | | | |
| Other Financial Liabilities | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Non-Current Liabilities | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Intercompany, Net | (559,139) | - | - | - | - | - | - | - | 584,326 | (122) | - | - | - |
| **Total Liabilities Not Subject To Compromise** | (556,539) | - | - | - | - | - | - | - | 588,215 | (121) | - | - | - |
| **Total Liabilities** | $ (548,282) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 630,463 | $ (112) | $ - | $ - | $ - |
| **Stockholders' Equity (Deficit):** | | | | | | | | | | | | | |
| Common Stock | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 361,954 | $ - | $ - | $ - | $ - |
| Additional Paid-In Capital | - | - | - | - | - | - | - | - | 945,849 | - | - | - | - |
| Retained Earnings (Accumulated Deficit) | 548,431 | - | - | - | - | - | - | - | (1,919,990) | 112 | - | - | - |
| **Total Stockholders' Equity (Deficit)** | $ 548,431 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (612,188) | $ 112 | $ - | $ - | $ - |
| **Total Liabilities And Stockholders' Equity (Deficit)** | $ 149 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 18,275 | $ - | $ - | $ - | $ - |

[1] Liabilities subject to compromise include secured debt, prepetition accounts payable, and certain other accruals. Second Lien debt has been paid in full.

[2] The Great A&P Tea Co. which operated the Debtors' liquor stores, closed the last store on 7/13/17. Activity at other entities reflects the correction of balances in accounts.

In re THE GREAT ATLANTIC PACIFIC TEA COMPANY, INC., et al.,
Debtors

Case No. 15-23007 (RDD)
Reporting Period: 01/03/21 through 01/30/21
Federal Tax I.D. # xx-xxx0974

**Consolidated Balance Sheets**
MOR 3
*(Unaudited - $ in 000s)*

| | Pathmark Inc 15-23020 | Plainbridge 15-23021 | Delaware County Dairy 15-23013 | A&P LiveBetter LLC 15-23008 | Montvale-Para Holdings, Inc 15-23018 | Kwik Save Inc 15-23015 | 2008 Broadway 15-23006 | Montvale Holdings, Inc 15-23017 | TOTAL | Foreign | INTERCOMPANY ELIMINATION | All Legal Entities |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | | | |
| **Current Assets:** | | | | | | | | | | | | |
| Cash And Cash Equivalents | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 17,738 | $ 706 | $ - | $ 18,444 |
| Restricted Cash | - | - | - | - | 79 | - | - | - | 627 | - | - | 627 |
| Accounts Receivable, Net | - | - | - | - | - | - | - | - | 127 | - | - | 127 |
| Inventories, Net | - | - | - | - | - | - | - | - | - | - | - | - |
| Prepaid Expenses And Other Current Assets | - | - | - | - | - | - | - | - | 7 | - | - | 7 |
| **Total Current Assets** | - | - | - | - | 79 | - | - | - | 18,498 | 706 | - | 19,205 |
| **Non-Current Assets:** | | | | | | | | | | | | |
| Property | | | | | | | | | | | | |
| Property, Net | - | - | - | - | - | - | - | - | - | - | - | - |
| Intangible Assets, Net | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Assets | - | - | - | - | - | - | - | - | 4 | - | - | 4 |
| **Total Assets** | $ - | $ - | $ - | $ - | $ 79 | $ - | $ - | $ - | $ 18,503 | $ 706 | $ - | $ 19,209 |
| **Liabilities & Stockholders' Equity (Deficit)** | | | | | | | | | | | | |
| **Current Liabilities:** | | | | | | | | | | | | |
| Accounts Payable | $ 5,553 | $ - | $ - | $ 31 | $ 1,933 | $ - | $ - | $ - | $ 13,022 | $ - | $ - | $ 13,022 |
| Book Overdrafts | - | - | - | - | - | - | - | - | 7 | - | - | 7 |
| Accrued Salaries, Wages And Benefits | - | - | - | - | - | - | - | - | 14 | - | - | 14 |
| Accrued Taxes | 0 | - | - | - | (6) | - | - | - | (3) | - | - | (3) |
| Other Accrued Liabilities | - | - | - | - | 394 | - | - | - | 1,356 | - | - | 1,356 |
| **Total Current Liabilities** | 5,553 | - | - | 31 | 2,321 | - | - | - | 14,395 | - | - | 14,395 |
| Liabilities Subject To Compromise [1] | 13,942 | - | - | 220 | 275,576 | - | - | - | 340,251 | - | - | 340,251 |
| **Non-Current Liabilities:** | | | | | | | | | | | | |
| Other Financial Liabilities | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Non-Current Liabilities | - | - | - | - | - | - | - | - | - | 2,433 | - | 2,433 |
| Intercompany, Net | (20,166) | - | - | (35,104) | 30,202 | - | - | - | (2) | 2 | - | - |
| **Total Liabilities Not Subject To Compromise** | (14,612) | - | - | (35,073) | 32,523 | - | - | - | 14,393 | 2,435 | - | 16,828 |
| **Total Liabilities** | $ (671) | $ - | $ - | $ (34,852) | $ 308,099 | $ - | $ - | $ - | $ 354,644 | $ 2,435 | $ - | $ 357,079 |
| **Stockholders' Equity (Deficit):** | | | | | | | | | | | | |
| Common Stock | $ - | $ - | $ - | $ 34,356 | $ (396,301) | $ - | $ - | $ - | $ 8 | $ - | $ - | $ 8 |
| Additional Paid-In Capital | - | - | - | - | 62,555 | - | - | - | 1,008,404 | (927) | - | 1,007,476 |
| Retained Earnings (Accumulated Deficit) | 671 | - | - | 496 | 25,727 | - | - | - | (1,344,553) | (801) | - | (1,345,354) |
| **Total Stockholders' Equity (Deficit)** | $ 671 | $ - | $ - | $ 34,852 | $ (308,020) | $ - | $ - | $ - | $ (336,141) | $ (1,729) | $ - | $ (337,870) |
| **Total Liabilities And Stockholders' Equity (Deficit)** | $ - | $ - | $ - | $ - | $ 79 | $ - | $ - | $ - | $ 18,503 | $ 706 | $ - | $ 19,209 |

[1] Liabilities subject to compromise include secured debt, prepetition accounts payable, and certain other accruals. Second Lien debt has been paid in full.

The Great A&P Tea Co. which operated the Debtors' liquor stores, closed the last store on 7/13/17. Activity at other entities reflects the correction of balances in accounts.

15-23007-rdd    Doc 4723    Filed 03/16/21    Entered 03/16/21 19:38:33    Main Document
In re THE GREAT ATLANTIC PACIFIC TEA COMPANY, INC., *et al.,*    Pg 12 of 17    Case No. 15-23007 (RDD)
Debtors    Reporting Period: 01/03/21 through 01/30/21
Federal Tax I.D. # xx-xxx0974

**Consolidated Cash Flow**
MOR 3
*(Unaudited - $ in 000s)*

|  | For the 4 Weeks Ended 1/30/2021 |
|---|---:|
| **Cash Flows From Operating Activities:** |  |
| Net Income | $ 663 |
| Adjustments To Reconcile Net Loss To Net Cash (Used In) Provided By Operating Activities: |  |
| Depreciation And Amortization | - |
| (Gain) Loss on disposal of property and write-down of property, net | - |
| Other Changes In Assets And Liabilities: |  |
| (Increase) Decrease in Restricted Cash | (0) |
| (Increase) Decrease In Receivables | 16 |
| (Increase) Decrease In Inventories | - |
| (Increase) Decrease In Prepaid Expenses And Other Current Assets | (1) |
| (Increase) Decrease In Other Assets | - |
| Increase (Decrease) In Accounts Payable | (8) |
| Increase (Decrease) In Bank Overdrafts | (2) |
| Increase (Decrease) In Accrued Salaries, Wages And Benefits, And Taxes | (17) |
| Increase (Decrease) In Other Accruals | 0 |
| Increase (Decrease) in Liabilities Subject to compromise | - |
| Increase (Decrease) In Other Non-Current Liabilities | - |
| Other Operating Activities, Net | - |
| **Net Cash (Used In) Provided By Operating Activities** | **$ 651** |
|  |  |
| **Cash Flows From Investing Activities:** |  |
| Proceeds From Disposal Of Property | $ - |
| Proceeds From Sale of Intangible Assets | - |
| **Net Cash Used In Investing Activities** | **$ -** |
|  |  |
| **Cash Flows From Financing Activities:** |  |
| Principal Payments On Long-Term Debt Sub to compromise | $ - |
| **Net Cash (Used In) Provided By Financing Activities** | **$ -** |
| Net (Decrease) Increase In Cash And Cash Equivalents | 651 |
| Cash And Cash Equivalents At Beginning Of The Period | 17,792 |
| **Cash And Cash Equivalents At End Of The Period** | **$ 18,444** |

In re THE GREAT ATLANTIC PACIFIC TEA COMPANY, INC., et al.,
Debtors

Case No. 15-23007 (RDD)
Reporting Period: 01/03/21 through 01/30/21
Federal Tax I.D. # xx-xxx0974

**Status of Post-Petition Taxes and Unpaid Post-Petition Debts**
MOR 4
*(Unaudited)*

### Status of Post-Petition Taxes

| Federal | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid | Date Paid | Ending Tax |
|---|---:|---:|---:|---|---:|
| Other | 4,626 | 784 | 8,700 | | (3,290) |
| **Total Taxes** | $ 4,626 | $ 784 | $ 8,700 | | $ (3,290) |

**Note:**
Post-petition taxes for the Debtors, which are not subject to dispute or reconciliation, and are authorized to be paid under the relief granted
by the Bankruptcy Court are current. There are no national tax disputes or reconciliations.

### Summary of Unpaid Post-Petition Debts

| | Number of Days Past Due | | | | | |
|---|---:|---:|---:|---:|---:|---:|
| | Current | 1-30 | 31-60 | 61-90 | Over 91 | Total |
| Accounts Payable, including Rent/Leases for Buildings & Equip and Professional Fees | $ 147 | $ - | $ - | $ - | $ 12,648,251 | $ 12,648,398 |
| Wages Payable | 13,507 | | | | | 13,507 |
| Taxes Payable | (3,290) | ` | | | | (3,290) |
| **Total Post-Petition Debts** | $ 10,363 | $ - | $ - | $ - | $ 12,648,251 | $ 12,658,614 |

**Note:**
Support for these items may be made available upon request.
Aging is based on vouchered invoices only, all other amounts are shown as current.
Over 91 includes invoices that were previously being accrued for monthly pension contributions that are now recorded as payables in accordance with the global settlement.
Aged items include certain locations where occupancy has not been paid in closed stores.

In re THE GREAT ATLANTIC PACIFIC TEA COMPANY, INC., *et al.*    Case No. 15-23007 (RDD)
Debtors    Reporting Period: 01/03/21 through 01/30/21
Federal Tax I.D. # xx-xxx0974

**Accounts Receivable and Taxes Reconciliation and Aging**
MOR 5
*(Unaudited)*

## Accounts Receivable Reconciliation and Aging

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $ 261,186 |
| Plus: Amounts billed during the period | 17,449 |
| Less: Amounts collected during the period | (33,084) |
| Total Accounts Receivable at the end of the reporting period | **$ 245,551** |

| Accounts Receivable Aging | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | $ 17,716 | | | | $ 17,716 |
| 31 - 60 days old | | 8,225 | | | 8,225 |
| 61 - 90 days old | | | 7,975 | | 7,975 |
| 91+ days old | | | | 211,634 | 211,634 |
| Total Accounts Receivable | 17,716 | 8,225 | 7,975 | 211,634 | 245,550 |
| Less: Bad Debts (Amount considered uncollectible) | - | - | - | (118,255) | (118,255) |
| Net Accounts Receivable | **$ 17,716** | **$ 8,225** | **$ 7,975** | **$ 93,379** | **$ 127,295** |

## Taxes Reconciliation and Aging

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | $ (3,290) | | | | $ (3,290) |
| 31 - 60 days old | | | | | - |
| 61 - 90 days old | | | | | - |
| 91+ days old | | | | | - |
| Total Taxes Payable | | | | | - |
| Total Taxes Payable | $ (3,290) | $ - | $ - | $ - | $ (3,290) |

15-23007-rdd    Doc 4723    Filed 03/16/21    Entered 03/16/21 19:38:33    Main Document
Pg 15 of 17

In re THE GREAT ATLANTIC PACIFIC TEA COMPANY, INC., et al.,
Debtors

Case No. 15-23007 (RDD)
Reporting Period: 01/03/21 through 01/30/21
Federal Tax I.D. # xx-xxx0974

**Payments To Insiders And Professionals**
MOR 6
*(Unaudited)*

### Payments to Insiders

| Insider Payment Summary (Period 12 Only) | |
|---|---|
| Payroll and Benefits | $ 4,998 |

[1] Represents payments made by the debtors to persons considered to be "insiders" under the Bankruptcy Code during the reporting period. The total is shown on a cash basis, reflecting the actual amounts received, net of any applicable taxes, withholdings or other deductions. The total includes regular payroll, fees and expense reimbursements.

[2] Persons included as "insiders" have been included for informational purposes only. The Debtors do not concede or take any position with respect to: (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual is or is not an "insider" under applicable law, including, without limitation, the federal securities laws or with respect to any theories of liability or for any other purpose. Further, the inclusion of a party as an "insider" in not an acknowledgement or concession that such party is an "insider" under applicable bankruptcy law.

### Payments to Estate Professionals

| PROFESSIONALS | | | | |
|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | (1) AMOUNT APPROVED Period 12 | (2) Amount Paid Period 12 | (3) TOTAL INCURRED & UNPAID* |
| Prime Clerk LLC | September 2, 2015 | 6,341 | 6,341 | - |
| Price Waterhouse Coopers | September 2, 2015 | - | - | - |
| Hilco Real Estate LLC | September 2, 2015 | - | - | - |
| Evercore Group LLC | September 2, 2015 | - | - | - |
| Weil, Gotshal & Manges | September 2, 2015 | 50,591 | - | 374,607 |
| FTI Consulting | September 2, 2015 | 73,559 | - | 73,559 |
| Zolfo Cooper, LLC | September 2, 2015 | - | - | - |
| Pachulski, Stang Zeihl & Jones | September 2, 2015 | - | - | 5,777 |
| TOTAL PAYMENTS TO PROFESSIONALS | | $ 130,491 | $ 6,341 | $ 453,943 |

[1] "Amount Approved" represents the amounts approved for payment during the reporting period pursuant to the order establishing procedures for interim compensation and reimbursement of expenses of professionals, dated September 2, 2015 (ECF No. 765) (the "Interim Comp. Order").

[2] "Amount Paid" represents the amounts disbursed during the reporting period and includes amounts approved in the prior period. Any payments made by the Debtors to estate professional are in accordance with the terms and conditions of the Interim Comp. Order.

[3] Amounts listed as "Total Incurred & Unpaid" are based on invoices filed and received during the reporting period. Additional amounts are owed, and invoices have been or will be filed on the docket. This also includes holdback amounts. Portions of amounts listed may have been paid after the reporting period in accordance with the Interim Comp. Order.

### Payments to DIP

| DIP Financing |
|---|

None - DIP was paid off on November 13, 2015.

In re THE GREAT ATLANTIC PACIFIC TEA COMPANY, INC., et al.,  
Debtors

Case No. 15-23007 (RDD)  
Reporting Period: 01/03/21 through 01/30/21  
Federal Tax I.D. # xx-xxx0974

**Post-Petition Status Of Secured Notes, Leases Payable And Adequate Protection Payments**  
**Period 12 FY2020 - Rent**  
MOR 6A  
*(Unaudited)*

### Leases Payable

The Debtors have paid an aggregate of $1,250 in rental obligations in accordance with the terms of certain leases for January 2021

### Adequate Protection

| Adequate Protection Payments | |
|---|---|
| **Name of Creditor** | **Amount Paid - P12** |
| Prepetition PIK Notes | |
|   Advisor Fees & Costs | - |
| Prepetition Convertible Notes | |
|   Advisor Fees & Costs | - |
| **Total Payments** | **$ -** |

In re THE GREAT ATLANTIC PACIFIC TEA COMPANY, INC., *et al.*,
Debtors

Case No. 15-23007 (RDD)
Reporting Period: 01/03/21 through 01/30/21
Federal Tax I.D. # xx-xxx0974

**Debtor Questionnaire**
MOR 7
*(Unaudited)*

|   | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business this reporting period? |  | X (f) |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? |  | X |
| 3 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? |  | X |
| 4 | Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? |  | X |
| 5 | Is the Debtor delinquent in paying any insurance premium payment? |  | X |
| 6 | Have any payments been made on pre-petition liabilities this reporting period? | X (a) |  |
| 7 | Are any post-petition receivables (accounts, notes or loans) due from related parties? | X (b) |  |
| 8 | Are any post-petition payroll taxes past due? |  | X |
| 9 | Are any post-petition State or Federal income taxes past due? |  | X |
| 10 | Are any post-petition real estate taxes past due? | X (c) |  |
| 11 | Are any other post-petition taxes past due? |  | X |
| 12 | Have any pre-petition taxes been paid during this reporting period? |  | X (d) |
| 13 | Are any amounts owed to post-petition creditors delinquent? |  | X (g) |
| 14 | Are any wage payments past due? |  | X |
| 15 | Have any post-petition loans been been received by the Debtor from any party? | X (e) |  |
| 16 | Is the Debtor delinquent in paying any U.S. Trustee fees? |  | X |
| 17 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? |  | X |
| 18 | Have the owners or shareholders received any compensation outside of the normal course of business? |  | X |

**Explanation to "Yes" answers:**

a   As authorized pursuant to various orders entered by the Court, the Debtors made certain payments on account of pre-petition cure amounts during the reporting period.
b   Intercompany accounts are maintained in accordance with the order approving the Debtors' cash management system.
c   Portions of unpaid pre-petition real property lease payments may be related to real property taxes that have not been paid.
d   As authorized pursuant to certain orders entered by the Court, the Debtors made certain payments on account of pre-petition tax liabilities during the reporting period.
e   DIP facility of $100M was borrowed and paid off.
f   As authorized pursuant to various orders by the Court, the Debtor has been selling off assets.
g   This does not include occupancy related costs for closed stores.