WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Sunny Singh

*Attorneys for Debtor*
*and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
In re                                          :
                                               :      Chapter 11
THE GREAT ATLANTIC & PACIFIC TEA               :
COMPANY, INC.                                  :      Case No. 15-23007 (RDD)
                                               :
                      Debtor.                  :
                                               :
-----------------------------------------------------------------x
```

### NOTICE OF DISTRIBUTION PURSUANT TO CASE RESOLUTION ORDER

**PLEASE TAKE NOTICE THAT**:

1.      On May 13, 2021, the Court entered the *Order Authorizing Final Resolution of Debtors' Cases and Granting Related Relief* (ECF No. 4810) (the "**Case Resolution Order**")[1] establishing The Great Atlantic & Pacific Tea Company, Inc. as the sole remaining entity in the above captioned chapter 11 case and implementing procedures for remaining claim reconciliation and distributions.

2.      Pursuant to the Case Resolution Order, the Debtor is authorized to distribute to holders of allowed Administrative Expense Claims (such claims, the "**Allowed Administrative Expense Claims**") the pro rata distributions of Available Consideration less any costs of administration related to claims reconciliation or distribution.[2]

---

[1] Capitalized terms used but not defined herein shall have the meaning assigned to such terms in the Case Resolution Order.

[2] The Case Resolution Order also authorized and directed the Debtor to distribute to holders of secured claims other than the claims of the Secured Creditor (such claims, the "**Other Secured Claims**") that are allowed by order of the

3.      The Debtor intends to make an aggregate distribution (the "**Distribution**") of approximately $8.2 million (after reserving for the remaining administration of the Debtor's estate) to holders of Allowed Administrative Expense Claims listed on **Schedule 1** attached hereto. The Distribution payable to any Union will be made directly to Union members.  The Debtor will reserve for Disputed Administrative Expense Claims listed on **Schedule 2** in the amounts set forth therein.

4.      The Debtor intends to commence the Distribution on or about November 19, 2021.

5.      The estimated recovery to holders of Allowed Administrative Expense Claims based on this Distribution is approximately 20%.

6.      Notice of any future distributions will be given.  There is no guarantee that a future distribution will be made.

Dated:  October 29, 2021
　　　　New York, New York

/s/  *Sunny Singh*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Sunny Singh

*Attorneys for Debtor*
*and Debtor in Possession*

---

Court (such claims, the "**Allowed Other Secured Claims**"), the full distributions on account of the Allowed Other Secured Claims.  All Other Secured Claims have either been satisfied or withdrawn since the entry of the Case Resolution Order.

WEIL:\98231136\3\50482.0005

## **Schedule 1**

**Allowed Administrative Expense Claims**

Administrative Expense Claims
Distribution Summary

In re: The Great Atlantic and Pacific Tea Company, Inc.
Case No. 15-23007

| | Name of Claimant | Claim # | Related ECF No. | Allowed Amount | Initial Distribution |
|---|---|---|---|---|---|
| | **Allowed Administrative Expense Claims** | | | | |
| 1 | 1199SEIU NATIONAL BENEFIT FUND FOR HEALTH AND HUMAN SERVICE EMPLOYEES | 8758 | N/A | 650,000.00 | 130,000.00 |
| 2 | 17 and Summit Associates, L.P. | 8920 | N/A | 26,388.55 | 5,277.71 |
| 3 | 32nd Street Realty, LLC, as successor-in-interest to 32nd Street Southeast Company, L.P. | 5067 | N/A | 11,319.45 | 2,263.89 |
| 4 | ABBEY ICE COMPANY | 5688 | N/A | 258.50 | 51.70 |
| 5 | Ace Endico | 111 | N/A | 208,410.18 | 41,682.04 |
| 6 | Acosta, Julian R. | 1734 | N/A | 2,661.34 | 532.27 |
| 7 | Airport Associates | 8832 | N/A | 52,656.59 | 10,531.32 |
| 8 | Akers, Lillian | 4999 | N/A | 2,237.10 | 447.42 |
| 9 | Akorn, Inc. | 33 | N/A | 11,120.16 | 2,224.03 |
| 10 | ALADDIN BAKERS, Inc | 8305 | N/A | 5,824.10 | 1,164.82 |
| 11 | Albanese, Theresa | 9389 | N/A | 2,468.72 | 493.74 |
| 12 | Alboum, Marilyn | 3711 | N/A | 1,144.67 | 228.93 |
| 13 | Alemany, Samuel | 6784 | N/A | 1,419.39 | 283.88 |
| 14 | Alfonso, George | 3249 | N/A | 2,604.28 | 520.86 |
| 15 | Alston Sr., Cliff  R. | 5588 | N/A | 1,794.20 | 358.84 |
| 16 | Altemus, Anastacia | 8002 | N/A | 1,889.43 | 377.89 |
| 17 | AMATO, RINO T | 4145 | N/A | 3,121.25 | 624.25 |
| 18 | American Greetings Corporation | 9022 | N/A | 303,000.00 | 60,600.00 |
| 19 | Amneal Pharmaceuticals LLC | 6581 | N/A | 5,145.60 | 1,029.12 |
| 20 | Anani, Nabil | 7429 | N/A | 2,349.16 | 469.83 |
| 21 | Anderson, Ivor | 6212 | N/A | 1,402.73 | 280.55 |
| 22 | Andracchi, Michael | 8343 | N/A | 3,459.61 | 691.92 |
| 23 | Andrew, William J | 8186 | N/A | 2,377.47 | 475.49 |
| 24 | Androse Associates of Allaire LLC | 9295 | N/A | 9,955.65 | 1,991.13 |
| 25 | ANGELILLO, RICHARD L | 1922 | N/A | 21,568.59 | 4,313.72 |

Administrative Expense Claims
Distribution Summary

In re: The Great Atlantic and Pacific Tea Company, Inc.
Case No. 15-23007

| | Allowed Administrative Expense Claims | | | | |
|---|---|---|---|---|---|
| | Name of Claimant | Claim # | Related ECF No. | Allowed Amount | Initial Distribution |
| 26 | ARAMARK Refreshment Services, LLC | 3742 | N/A | 11,702.53 | 2,340.51 |
| 27 | ARNOLD, ROBERT B | 6457 | N/A | 2,467.44 | 493.49 |
| 28 | Arsenault, Thomas J | 7309 | N/A | 2,428.95 | 485.79 |
| 29 | Arthur, Dorinda | 848 | N/A | 2,605.14 | 521.03 |
| 30 | Aurobindo Pharma USa, Inc. | 1464 | N/A | 15,849.92 | 3,169.98 |
| 31 | AVANTI PRESS | 3482 | N/A | 7,910.60 | 1,582.12 |
| 32 | AVR-CP Two LLC | 9772 | N/A | 131,445.53 | 26,289.11 |
| 33 | Awad, William | 6734 | N/A | 286.00 | 57.20 |
| 34 | Babich, Timothy | 8949 | N/A | 4,679.53 | 935.91 |
| 35 | Baker, Joan | 8981 | N/A | 28,143.55 | 5,628.71 |
| 36 | Balas, Donna | 9321 | N/A | 11,227.33 | 2,245.47 |
| 37 | Balloons are everywhere, Inc. | 39 | N/A | 12,130.18 | 2,426.04 |
| 38 | Balloons are Everywhere, Inc. | 40 | N/A | 175.40 | 35.08 |
| 39 | Balloons are Everywhere, Inc. | 41 | N/A | 3,860.41 | 772.08 |
| 40 | Balloons Are Everywhere, Inc. | 50 | N/A | 1,889.68 | 377.94 |
| 41 | Balloons Are Everywhere, Inc. | 51 | N/A | 10,921.42 | 2,184.28 |
| 42 | Bank of America, N.A. | 8804 | N/A | 26,550.00 | 5,310.00 |
| 43 | Bank of New York Mellon Trust Company, N.A., as Transferor of Basser-Kaufman of Mataway LLC | 9029 | N/A | 3,028.60 | 605.72 |
| 44 | BARI, ANTHONY  A | 1947 | N/A | 1,786.62 | 357.32 |
| 45 | Bass, Stevens | 1289 | N/A | 4,070.40 | 814.08 |
| 46 | Batarseh, Maher | 8245 | N/A | 3,388.16 | 677.63 |
| 47 | Bateman, Melanie | 7308 | N/A | 4,354.67 | 870.93 |
| 48 | Battafarano, Robert F. | 7450 | N/A | 3,188.84 | 637.77 |
| 49 | Baxter, Shane | 1003 | N/A | 1,463.74 | 292.75 |
| 50 | Beaver, James | 7770 | N/A | 2,715.53 | 543.11 |

Administrative Expense Claims
Distribution Summary

In re: The Great Atlantic and Pacific Tea Company, Inc.
Case No. 15-23007

| | Name of Claimant | Claim # | Related ECF No. | Allowed Amount | Initial Distribution |
|---|---|---|---|---|---|
| | **Allowed Administrative Expense Claims** | | | | |
| 51 | Bellapigna, Michael Nicholas | 7093 | N/A | 1,992.81 | 398.56 |
| 52 | BENT, LOIS A | 9344 | N/A | 1,737.08 | 347.42 |
| 53 | Bermudez, Frank | 699 | N/A | 2,482.79 | 496.56 |
| 54 | Best Vendors, LLC | 2903 | N/A | 45,453.20 | 9,090.64 |
| 55 | Biniaros, Thomas | 7715 | N/A | 2,540.52 | 508.10 |
| 56 | BIRCH, BARBARA A | 1343 | N/A | 1,681.19 | 336.24 |
| 57 | BIT Investment Twenty-Seven, LLC | 9061 | N/A | 40,000.00 | 8,000.00 |
| 58 | Bogdanski, Stacey | 4369 | N/A | 9,065.55 | 1,813.11 |
| 59 | Borger, Charles | 7613 | N/A | 2,021.63 | 404.33 |
| 60 | Bosco, Janet L | 904 | N/A | 1,383.90 | 276.78 |
| 61 | Bossone, Robert | 989 | N/A | 1,791.95 | 358.39 |
| 62 | Boyer, Joseph E. | 6224 | N/A | 1,319.32 | 263.86 |
| 63 | Bradley, Harry  J | 2740 | N/A | 276.78 | 55.36 |
| 64 | Bramble, Michele | 2545 | N/A | 1,596.46 | 319.29 |
| 65 | Breckenridge Pharmaceutical, Inc. | 46 | N/A | 12,264.80 | 2,452.96 |
| 66 | Bremus, Lisa | 8233 | N/A | 1,668.89 | 333.78 |
| 67 | Brixmor Ivyridge SC, LLC | 9420 | N/A | 19,491.55 | 3,898.31 |
| 68 | Brixmor Laurel Square Owner, LLC | 9421 | N/A | 13,001.25 | 2,600.25 |
| 69 | Brophy, Francis | 8842 | N/A | 5,371.41 | 1,074.28 |
| 70 | Brown, Gerald | 6039 | N/A | 1,074.65 | 214.93 |
| 71 | Brown, Kevin | 5897 | N/A | 1,550.57 | 310.11 |
| 72 | Brown, Nancy L. | 9201 | N/A | 10,432.25 | 2,086.45 |
| 73 | BROWN, WILLIAM K. | 8812 | N/A | 6,431.58 | 1,286.32 |
| 74 | BUEMI, JOSEPH M | 7124 | N/A | 1,368.99 | 273.80 |
| 75 | Burke, Timothy | 3919 | N/A | 2,230.75 | 446.15 |

Administrative Expense Claims
Distribution Summary

In re: The Great Atlantic and Pacific Tea Company, Inc.
Case No. 15-23007

| | Allowed Administrative Expense Claims | | | |
|---|---|---|---|---|
| | Name of Claimant | Claim # | Related ECF No. | Allowed Amount | Initial Distribution |
| 76 | Burns, Robert | 7907 | N/A | 2,129.08 | 425.82 |
| 77 | Burns, Robert | 3772 | N/A | 1,953.95 | 390.79 |
| 78 | Burns, Thomas E. | 8356 | N/A | 2,014.90 | 402.98 |
| 79 | Burzotta, Eugene | 8939 | N/A | 3,593.71 | 718.74 |
| 80 | Byreddy, Rashmi | 3172 | N/A | 3,878.69 | 775.74 |
| 81 | C&S Wholesale Grocers, Inc. | 4259 | N/A | 2,512,687.92 | 502,537.58 |
| 82 | Caiozzo, Philomena | 5189 | N/A | 2,096.11 | 419.22 |
| 83 | Calandra Enterprises d/b/a Calandras Bakery Inc. and/or Calandra's Italian & French Bakery | 5842 | N/A | 42,730.56 | 8,546.11 |
| 84 | CALANDRA, CONCEPCION M. | 8071 | N/A | 1,706.57 | 341.31 |
| 85 | CALLAHAN, MARTIN | 6451 | N/A | 3,978.70 | 795.74 |
| 86 | Calvert, Kathleen | 8269 | N/A | 15,567.51 | 3,113.50 |
| 87 | Camber Pharmaceuticals Inc. | 3993 | N/A | 10,026.96 | 2,005.39 |
| 88 | Cameron, Carol | 3623 | N/A | 1,875.68 | 375.14 |
| 89 | Capianco, Robert | 8624 | N/A | 5,254.07 | 1,050.81 |
| 90 | Cappiello, Lynn | 6758 | N/A | 3,752.58 | 750.52 |
| 91 | Carbone, Laura | 1818 | N/A | 3,016.90 | 603.38 |
| 92 | Carr, Cecily | 2634 | N/A | 479.75 | 95.95 |
| 93 | CARROLL, MARTHA | 4234 | N/A | 1,051.19 | 210.24 |
| 94 | CARTTRONICS LLC | 4875 | N/A | 7,750.87 | 1,550.17 |
| 95 | Casalnova, Nunzio | 6760 | N/A | 1,703.27 | 340.65 |
| 96 | Castelluccio, Christopher | 7849 | N/A | 2,543.69 | 508.74 |
| 97 | Central Food Corp. | 1664 | N/A | 9,757.77 | 1,951.55 |
| 98 | CF E 86 LLC, SM E 86 LLC & LSG E  86 LLC | 7987 | N/A | 34,479.00 | 6,895.80 |
| 99 | Champion System Integration LLC | 179 | N/A | 5,641.95 | 1,128.39 |
| 100 | Chapa, Imelda | 1779 | N/A | 1,517.07 | 303.41 |

Administrative Expense Claims
Distribution Summary

In re: The Great Atlantic and Pacific Tea Company, Inc.
Case No. 15-23007

| | Allowed Administrative Expense Claims | | | | |
|---|---|---|---|---|---|
| | Name of Claimant | Claim # | Related ECF No. | Allowed Amount | Initial Distribution |
| 101 | CHARLES RITTER, INC | 2824 | N/A | 32,278.56 | 6,455.71 |
| 102 | Chen, Ling | 6384 | N/A | 1,298.29 | 259.66 |
| 103 | Cheng, Steven | 2397 | N/A | 1,293.04 | 258.61 |
| 104 | Cherry, Jr, Robert J | 8917 | N/A | 2,814.15 | 562.83 |
| 105 | Chheda, Heena | 2772 | N/A | 2,856.51 | 571.30 |
| 106 | Chiu, David | 3774 | N/A | 4,251.34 | 850.27 |
| 107 | Chriswell, Christopher | 8960 | N/A | 607.67 | 121.53 |
| 108 | Chung, Walter | 8265 | N/A | 3,536.33 | 707.27 |
| 109 | Cirieco, Andrew | 1313 | N/A | 505.66 | 101.13 |
| 110 | Clark, Thomas | 1145 | N/A | 2,444.52 | 488.90 |
| 111 | Cleary, Patricia | 1839 | N/A | 2,060.34 | 412.07 |
| 112 | COATESVILLE COCA COLA | 3227 | N/A | 1,858.47 | 371.69 |
| 113 | Cohen, Mitchell | 7313 | N/A | 4,575.52 | 915.10 |
| 114 | Colatriano, Vincent | 7323 | N/A | 5,924.88 | 1,184.98 |
| 115 | Collado, Dianie | 2538 | N/A | 1,421.16 | 284.23 |
| 116 | COLLINE BROS LOCK & SAFE | 1501 | N/A | 415.54 | 83.11 |
| 117 | Colomban, Dorothea | 4067 | N/A | 2,115.29 | 423.06 |
| 118 | Condo, Tony | 1503 | N/A | 1,648.43 | 329.69 |
| 119 | Connecticut Shellfish Co., Inc. | 3365 | N/A | 4,207.25 | 841.45 |
| 120 | Consolidated Edison Company of New York, Inc. | 9674 | N/A | 17,152.56 | 3,430.51 |
| 121 | CONTINENTAL CARBONIC PRODUCTS, INC. | 2843 | N/A | 1,276.87 | 255.37 |
| 122 | Continental Food and Beverage Inc. | 2599 | N/A | 37.47 | 7.49 |
| 123 | Continental Food and Beverage Inc. | 2605 | N/A | 2,814.23 | 562.85 |
| 124 | ConvergeOne, Inc. fka North American Communications Resource, Inc. (NACR) | 9031 | N/A | 65,000.00 | 13,000.00 |
| 125 | Crehan, James | 7712 | N/A | 2,560.53 | 512.11 |

Administrative Expense Claims

In re: The Great Atlantic and Pacific Tea Company, Inc.

Distribution Summary

Case No. 15-23007

| | Allowed Administrative Expense Claims | | | | |
|---|---|---|---|---|---|
| | Name of Claimant | Claim # | Related ECF No. | Allowed Amount | Initial Distribution |
| 126 | Cruz, Ana | 956 | N/A | 1,573.88 | 314.78 |
| 127 | CTS Holdings, LLC | 7834 | N/A | 60.22 | 12.04 |
| 128 | CUNNINGHAM, SUSAN M | 8824 | N/A | 1,343.07 | 268.61 |
| 129 | Cusanelli, Carinne | 735 | N/A | 443.56 | 88.71 |
| 130 | DACHNOWICZ, PETER A | 9151 | N/A | 6,101.40 | 1,220.28 |
| 131 | Daily News, L.P. | 2473 | N/A | 9,119.68 | 1,823.94 |
| 132 | Daily News, L.P. | 2494 | N/A | 435.90 | 87.18 |
| 133 | Daily News, L.P. | 2501 | N/A | 7,057.18 | 1,411.44 |
| 134 | Daily News, L.P. | 2552 | N/A | 3,918.03 | 783.61 |
| 135 | Daily News, L.P. | 2556 | N/A | 13,768.36 | 2,753.67 |
| 136 | Dari Farms Ice Cream Co. Inc | 769 | N/A | 1,814.40 | 362.88 |
| 137 | DCR ENTERPRISES, LLC | 421 | N/A | 6,401.59 | 1,280.32 |
| 138 | DeSilvah, Chance | 2563 | N/A | 256.49 | 51.30 |
| 139 | DeVito, Anthony | 7996 | N/A | 2,483.88 | 496.78 |
| 140 | Diaw, Mouhamadou | 7033 | N/A | 716.17 | 143.23 |
| 141 | Diaz Foods formerly La Cena Fine Foods | 4479 | N/A | 20,091.71 | 4,018.34 |
| 142 | Diaz Foods Formerly La Cena Fine Foods | 4899 | N/A | 6,228.22 | 1,245.64 |
| 143 | Diaz Foods formerly La Cena Fine Foods | 4901 | N/A | 2,112.04 | 422.41 |
| 144 | Diaz Foods formly La Cena Fine Foods | 4186 | N/A | 28,218.81 | 5,643.76 |
| 145 | Didesidero, August | 4833 | N/A | 2,762.63 | 552.53 |
| 146 | Dieppa, Jennifer | 5771 | N/A | 2,661.33 | 532.27 |
| 147 | Dietz & Watson, Inc. | 1015 | N/A | 50,000.00 | 10,000.00 |
| 148 | Dixon, Michael | 7264 | N/A | 3,371.02 | 674.20 |
| 149 | Dolce Miele Corp. d/b/a Hamptons Honey Co. | 1427 | N/A | 3,243.25 | 648.65 |
| 150 | Dolce Miele Corp. d/b/a Hamptons Honey Co. | 1428 | N/A | 14,911.30 | 2,982.26 |

| | Name of Claimant | Claim # | Related ECF No. | Allowed Amount | Initial Distribution |
|---|---|---|---|---|---|
| | **Allowed Administrative Expense Claims** | | | | |
| 151 | Dolce Miele Corp. d/b/a Hamptons Honey Co. | 1809 | N/A | 6,584.70 | 1,316.94 |
| 152 | Dolce Miele Corp. d/b/a Hamptons Honey Co. | 1811 | N/A | 13,494.70 | 2,698.94 |
| 153 | Dougherty, Joseph | 6382 | N/A | 3,040.70 | 608.14 |
| 154 | Drake, Robert D | 7797 | N/A | 1,862.95 | 372.59 |
| 155 | Drane, Jeania | 5151 | N/A | 3,262.82 | 652.56 |
| 156 | Drane, Kirk | 6470 | N/A | 3,559.67 | 711.93 |
| 157 | Drown, Chris | 779 | N/A | 3,264.19 | 652.84 |
| 158 | Drury, Martin | 5658 | N/A | 5,651.34 | 1,130.27 |
| 159 | Duci, Maura | 8904 | N/A | 5,395.63 | 1,079.13 |
| 160 | Duhart, Cynthia | 4992 | N/A | 1,472.77 | 294.55 |
| 161 | ED HIPPS BEEF SAUSAGE | 5320 | N/A | 12,498.05 | 2,499.61 |
| 162 | Electronic Imaging Services, inc. d/b/a Vestcom Retail Solutions | 5881 | N/A | 173,842.14 | 34,768.43 |
| 163 | Ellingsen, Jeffrey | 8040 | N/A | 1,880.59 | 376.12 |
| 164 | Espada, Ana | 6271 | N/A | 342.79 | 68.56 |
| 165 | Fair Harbor Capital as Assignee of Rug Doctor, LLC | 6438 | N/A | 39,505.35 | 7,901.07 |
| 166 | Fair Harbor Capital, LLC as Assignee of Chocolat Moderne LLC | 2888 | N/A | 1,394.37 | 278.87 |
| 167 | Fair Harbor Capital, LLC as Assignee of Melita Corp | 2922 | N/A | 3,872.50 | 774.50 |
| 168 | Fair Harbor Capital, LLC as assignee of Nephron Pharmaceuticals Corp | 2825 | N/A | 6,311.76 | 1,262.35 |
| 169 | FAMILY FOOD DISTRIBUTORS, INC. | 1284 | N/A | 8,837.99 | 1,767.60 |
| 170 | Faria, Ian | 7933 | N/A | 598.64 | 119.73 |
| 171 | Fassino, Raymond | 3685 | N/A | 3,959.64 | 791.93 |
| 172 | Fazzolari, Deborah | 5354 | N/A | 816.14 | 163.23 |
| 173 | FEINERMAN, MARC LEWIS | 8032 | N/A | 1,359.10 | 271.82 |
| 174 | Feoranz-Sudol, Deborah | 8393 | N/A | 7,726.83 | 1,545.37 |
| 175 | FFR MERCHANDISING, INC. | 1865 | N/A | 2,613.29 | 522.66 |

Administrative Expense Claims
Distribution Summary

In re: The Great Atlantic and Pacific Tea Company, Inc.
Case No. 15-23007

| | Allowed Administrative Expense Claims | | | |
|---|---|---|---|---|
| | Name of Claimant | Claim # | Related ECF No. | Allowed Amount | Initial Distribution |
| 176 | FIALLOS, HECTOR B | 2164 | N/A | 1,779.67 | 355.93 |
| 177 | Figueroa, Tracy | 9396 | N/A | 1,880.69 | 376.14 |
| 178 | FILTERFRESH OF WESTCHESTER | 131 | N/A | 3,317.07 | 663.41 |
| 179 | Finest Food Distributing Co NY Inc | 2749 | N/A | 19,676.08 | 3,935.22 |
| 180 | Finest Food Distributing Co. N.Y. Inc. | 1092 | N/A | 2,704.85 | 540.97 |
| 181 | Finest Foods Distributing Co NY Inc | 2722 | N/A | 886.54 | 177.31 |
| 182 | Fischer Thompson Beverages Inc | 222 | N/A | 14,430.60 | 2,886.12 |
| 183 | Fit, Richard | 7758 | N/A | 1,982.33 | 396.47 |
| 184 | Floral Importers | 960 | N/A | 1,646.75 | 329.35 |
| 185 | Flowers Baking Company of Norfolk, LLC | 5341 | N/A | 5,798.91 | 1,159.78 |
| 186 | Flowers Baking Company of Oxford, LLC | 5632 | N/A | 318,505.23 | 63,701.05 |
| 187 | Food Distributors Inc. | 215 | N/A | 7,738.00 | 1,547.60 |
| 188 | Force, Emily A. | 8858 | N/A | 727.44 | 145.49 |
| 189 | Formtech Printing, Inc. | 4300 | N/A | 15,889.88 | 3,177.98 |
| 190 | Fox, Patricia | 9080 | N/A | 12,263.46 | 2,452.69 |
| 191 | FRANCIS, DONALD L. | 6998 | N/A | 4,002.41 | 800.48 |
| 192 | Franklin, Cynthia | 5575 | N/A | 2,735.14 | 547.03 |
| 193 | Frankline, Marykutty | 7623 | N/A | 2,285.92 | 457.18 |
| 194 | Fraser, Roderick | 7322 | N/A | 4,109.41 | 821.88 |
| 195 | Frazier, Robert | 8964 | N/A | 2,661.40 | 532.28 |
| 196 | Garden State Growers, LLC | 205 | N/A | 3,016.86 | 603.37 |
| 197 | Gardner, Christine | 8611 | N/A | 3,167.72 | 633.54 |
| 198 | GATOR GARWOOD PARTNERS, LTD. | 9541 | N/A | 29,279.94 | 5,855.99 |
| 199 | Gator South Avenue Partners, Ltd | 9518 | N/A | 2,096.77 | 419.35 |
| 200 | Ghimire, Surya P | 897 | N/A | 975.83 | 195.17 |

Administrative Expense Claims
Distribution Summary

In re: The Great Atlantic and Pacific Tea Company, Inc.
Case No. 15-23007

| | Allowed Administrative Expense Claims | | | |
|---|---|---|---|---|
| | **Name of Claimant** | **Claim #** | **Related ECF No.** | **Allowed Amount** | **Initial Distribution** |
| 201 | Gillespie, Patrick | 7932 | N/A | 3,834.34 | 766.87 |
| 202 | Giordano, Joseph | 8345 | N/A | 554.44 | 110.89 |
| 203 | GLOBAL FOOD, LLC II | 8699 | N/A | 18,647.84 | 3,729.57 |
| 204 | Goya Foods, Inc | 3592 | N/A | 13,851.95 | 2,770.39 |
| 205 | Goya Foods, Inc. | 3656 | N/A | 33,786.47 | 6,757.29 |
| 206 | Goya Foods, Inc. | 3660 | N/A | 8,912.26 | 1,782.45 |
| 207 | Grabe, Sheetal | 9352 | N/A | 4,391.73 | 878.35 |
| 208 | Graff, Victoria | 8361 | N/A | 3,961.89 | 792.38 |
| 209 | Graier, Phuong T. | 2456 | N/A | 14,057.15 | 2,811.43 |
| 210 | Gratzel, Christiane | 8406 | N/A | 21,213.52 | 4,242.70 |
| 211 | Graves, Daniel | 2020 | N/A | 1,291.61 | 258.32 |
| 212 | Greco, David | 683 | N/A | 8,983.29 | 1,796.66 |
| 213 | Gross, Suzanne | 2863 | N/A | 1,591.49 | 318.30 |
| 214 | Grossman, Joanne | 8512 | N/A | 3,462.16 | 692.43 |
| 215 | Gruma Corporation D/B/A Mission Foods | 2112 | N/A | 142,087.89 | 28,417.58 |
| 216 | Guarino, Josephine | 8533 | N/A | 2,706.09 | 541.22 |
| 217 | Haddon House Food Products, Inc. | 5941 | N/A | 283,206.49 | 56,641.30 |
| 218 | Hajdukiewiez, Daniel | 7062 | N/A | 2,213.13 | 442.63 |
| 219 | Hajdukiewiez, Daniel | 9013 | N/A | 2,213.13 | 442.63 |
| 220 | Hale & Hearty Soups LLC | 227 | N/A | 4,111.60 | 822.32 |
| 221 | Halpern, Roy | 7842 | N/A | 5,881.07 | 1,176.21 |
| 222 | Hammell Jr, Nelson | 6716 | N/A | 1,619.17 | 323.83 |
| 223 | Harris, Marylee | 2205 | N/A | 1,375.27 | 275.05 |
| 224 | Harvest Real Estate Services, Inc. | 9003 | N/A | 30,841.37 | 6,168.27 |
| 225 | Haseltine, James | 6242 | N/A | 2,433.48 | 486.70 |

Administrative Expense Claims
Distribution Summary

In re: The Great Atlantic and Pacific Tea Company, Inc.
Case No. 15-23007

| | Allowed Administrative Expense Claims | | | | |
|---|---|---|---|---|---|
| | Name of Claimant | Claim # | Related ECF No. | Allowed Amount | Initial Distribution |
| 226 | Hayes-Kaufman Newington Associates LLC | 9103 | N/A | 165,278.30 | 33,055.66 |
| 227 | Heard Jr., Ronald S | 7420 | N/A | 404.79 | 80.96 |
| 228 | Henriquez, Ryan | 7719 | N/A | 1,250.00 | 250.00 |
| 229 | Hike Enterprises LLC | 9381 | N/A | 17,270.75 | 3,454.15 |
| 230 | Hirsch, Glenn | 2832 | N/A | 1,925.01 | 385.00 |
| 231 | Hoadley, Peter | 6935 | N/A | 2,483.96 | 496.79 |
| 232 | Hoerig, Roger | 2088 | N/A | 1,545.76 | 309.15 |
| 233 | Holder, Michael | 4682 | N/A | 3,270.13 | 654.03 |
| 234 | Holliday, Kasson | 2690 | N/A | 966.89 | 193.38 |
| 235 | Horizon Healthcare Services, Inc., d/b/a Horizon Blue Cross Blue Shield of NJ | 8697 | N/A | 741.88 | 148.38 |
| 236 | Horizon Healthcare Services, Inc., d/b/a Horizon Blue Cross Blue Shield of NJ | 8712 | N/A | 1,462.06 | 292.41 |
| 237 | Horizon Healthcare Services, Inc., d/b/a Horizon Blue Cross Blue Shield of NJ | 8713 | N/A | 84,694.14 | 16,938.83 |
| 238 | Hough, Bruce | 8335 | N/A | 7,729.83 | 1,545.97 |
| 239 | HUSTED, THOMAS W. | 9043 | N/A | 1,561.26 | 312.25 |
| 240 | IBERIA FOODS CORP | 56 | N/A | 9,460.90 | 1,892.18 |
| 241 | IBERIA FOODS CORP. | 55 | N/A | 662.40 | 132.48 |
| 242 | Iberia Foods Corp. | 57 | N/A | 3,979.10 | 795.82 |
| 243 | Iberia Foods Corp. | 58 | N/A | 27,215.84 | 5,443.17 |
| 244 | Iberia Foods Corp. | 60 | N/A | 45,000.17 | 9,000.03 |
| 245 | ITW FOOD EQUIPMENT GROUP LLC D/B/A HOBART FOOD EQUIPMENT GROUP | 2033 | N/A | 10,667.04 | 2,133.41 |
| 246 | Iwanowski, Christine | 8462 | N/A | 1,835.57 | 367.11 |
| 247 | Iyer, Srini | 8276 | N/A | 8,922.19 | 1,784.44 |
| 248 | JACKSON, DANA M | 3806 | N/A | 967.63 | 193.53 |
| 249 | Jackson, Gilbert | 9021 | N/A | 2,450.34 | 490.07 |
| 250 | Jancarek, Sharon | 8135 | N/A | 2,839.77 | 567.95 |

Administrative Expense Claims                                                                    In re: The Great Atlantic and Pacific Tea Company, Inc.
Distribution Summary                                                                                                                        Case No. 15-23007

| | Allowed Administrative Expense Claims | | | | |
|---|---|---|---|---|---|
| | Name of Claimant | Claim # | Related ECF No. | Allowed Amount | Initial Distribution |
| 251 | Janisieski, Holly | 8285 | N/A | 11,593.82 | 2,318.76 |
| 252 | Johnson, Orrin | 7364 | N/A | 2,088.22 | 417.64 |
| 253 | Jones, Alwin | 8793 | N/A | 4,919.51 | 983.90 |
| 254 | Jones, Savasha | 5024 | N/A | 1,619.17 | 323.83 |
| 255 | Kachhelo, Hadi | 6768 | N/A | 212.20 | 42.44 |
| 256 | KAISER COMM INC | 1272 | N/A | 804.50 | 160.90 |
| 257 | Kanterman, Eric | 7911 | N/A | 28,914.64 | 5,782.93 |
| 258 | Kaplan, Andrew | 8575 | N/A | 3,874.84 | 774.97 |
| 259 | Kelly, Richard | 4612 | N/A | 855.25 | 171.05 |
| 260 | Kenny, Kathleen G. | 2715 | N/A | 1,337.92 | 267.58 |
| 261 | Keveanos Jr., Jerome J. | 9145 | N/A | 3,218.81 | 643.76 |
| 262 | KeySource Medical, Inc. | 356 | N/A | 102,004.94 | 20,400.99 |
| 263 | Khakshoor, Betty | 9732 | N/A | 10.00 | 2.00 |
| 264 | Khatab, Talaat | 7954 | N/A | 2,271.48 | 454.30 |
| 265 | Klug, Mary E | 8887 | N/A | 11,468.35 | 2,293.67 |
| 266 | Knieriem, William | 9101 | N/A | 7,083.72 | 1,416.74 |
| 267 | Knox, John | 933 | N/A | 2,620.50 | 524.10 |
| 268 | Koka, Vijay | 4575 | N/A | 3,175.09 | 635.02 |
| 269 | Kopec, Gregory | 7848 | N/A | 1,951.66 | 390.33 |
| 270 | Kovacs, Robert G. | 8426 | N/A | 8,126.73 | 1,625.35 |
| 271 | KRACK, ELIZABETH A | 3847 | N/A | 1,418.50 | 283.70 |
| 272 | Kremenetskiy, Alex | 8314 | N/A | 3,331.43 | 666.29 |
| 273 | Kress, William | 4164 | N/A | 2,590.41 | 518.08 |
| 274 | KRESS, WILLIAM F | 5539 | N/A | 1,576.68 | 315.34 |
| 275 | Krzeminski, Regina | 1004 | N/A | 4,136.37 | 827.27 |

Administrative Expense Claims
Distribution Summary

In re: The Great Atlantic and Pacific Tea Company, Inc.
Case No. 15-23007

| | Allowed Administrative Expense Claims | | | |
|---|---|---|---|---|
| | Name of Claimant | Claim # | Related ECF No. | Allowed Amount | Initial Distribution |
|---|---|---|---|---|---|
| 276 | Kurian, Varkey M | 7233 | N/A | 885.69 | 177.14 |
| 277 | La Fosse, Deborah | 1162 | N/A | 1,692.30 | 338.46 |
| 278 | Laborde, Alan F | 7803 | N/A | 2,343.72 | 468.74 |
| 279 | Lalic, Anthony | 7054 | N/A | 1,576.07 | 315.21 |
| 280 | Lannett Company, Inc. | 8776 | N/A | 134,245.92 | 26,849.18 |
| 281 | LaPenna, John | 5134 | N/A | 2,727.66 | 545.53 |
| 282 | Laureni, Joseph | 8937 | N/A | 1,010.88 | 202.18 |
| 283 | Lawrence, Stacy | 1574 | N/A | 2,302.60 | 460.52 |
| 284 | League/1199SEIU/Health Care Industry Job Security Fund | 8736 | N/A | 2,292.39 | 458.48 |
| 285 | Leary, Michael | 7741 | N/A | 4,107.11 | 821.42 |
| 286 | Lehansky, Robert | 1532 | N/A | 3,934.79 | 786.96 |
| 287 | Leo, Diane | 2077 | N/A | 3,553.18 | 710.64 |
| 288 | Lepage Bakeries, Inc. | 5277 | N/A | 12,760.73 | 2,552.15 |
| 289 | Levin Properties, L.P. | 8950 | N/A | 97,107.81 | 19,421.56 |
| 290 | Lewis, Pamela | 1829 | N/A | 1,446.87 | 289.37 |
| 291 | Liquidity Solutions, Inc. as Assignee for Dynamic Disc Distributors | 4264 | N/A | 99,387.68 | 19,877.54 |
| 292 | Liquidity Solutions, Inc. as Assignee for Ginsburg Bakery, Inc. | 6379 | N/A | 5,434.98 | 1,087.00 |
| 293 | Liquidity Solutions, Inc. as assignee of Aurora Products, Inc. | 2510 | N/A | 29,969.26 | 5,993.85 |
| 294 | Liquidity Solutions, Inc. as assignee of Paramount Bakery, Inc. | 2371 | N/A | 44,676.56 | 8,935.31 |
| 295 | LITTLETON, DENNIS | 5585 | N/A | 1,919.17 | 383.83 |
| 296 | Lloyd's Carrot Cake, Inc. | 6389 | N/A | 499.58 | 99.92 |
| 297 | LOCAL 305 CIO PENSION FUND | 9163 | 1961 | 125,440.45 | 27,897.89 |
| 298 | LOCAL 338, RWDSU/UFCW | N/A | N/A | 23,849.60 | 4,769.92 |
| 299 | LOCAL 338, RWDSU/UFCW [1] | N/A | N/A | 1,950,214.53 | 390,042.91 |
| 300 | LOCAL 338, RWDSU/UFCW, AFL-CIO RETIREMENT FUND | 7587 | 1948 | 2,258,949.61 | 502,389.25 |

Administrative Expense Claims
Distribution Summary

In re: The Great Atlantic and Pacific Tea Company, Inc.
Case No. 15-23007

| | Allowed Administrative Expense Claims | | | | |
|---|---|---|---|---|---|
| | Name of Claimant | Claim # | Related ECF No. | Allowed Amount | Initial Distribution |
| 301 | LOCAL 342 ANNUITY FUND | N/A | N/A | 290,326.13 | 64,568.38 |
| 302 | LOCAL 464A UNITED FOOD AND COMMERCIAL WORKERS EDUCATION FUND | 9231 | N/A | 9,000.00 | 1,800.00 |
| 303 | LOCAL 464A UNITED FOOD AND COMMERCIAL WORKERS WELFARE SERVICE BENEFIT FUND | 7833 | N/A | 11,000.00 | 2,200.00 |
| 304 | Lopez, Kathleen | 8036 | N/A | 2,851.68 | 570.34 |
| 305 | Los Olivos | 8450 | N/A | 10,489.37 | 2,097.87 |
| 306 | Lucadamo, Anthony | 7669 | N/A | 3,356.64 | 671.33 |
| 307 | LUCCA'S BAKERY | 161 | N/A | 10,401.90 | 2,080.38 |
| 308 | Lukowski, James | 9560 | N/A | 7,797.47 | 1,559.49 |
| 309 | Lum, Linda | 728 | N/A | 611.11 | 122.22 |
| 310 | Luthe, Wolfgang | 9753 | N/A | 750.00 | 150.00 |
| 311 | Madry, Gregory | 8596 | N/A | 13,762.19 | 2,752.44 |
| 312 | Mahoney, Lawrence P. | 8042 | N/A | 4,263.48 | 852.70 |
| 313 | Maia, Joyce | 1311 | N/A | 1,419.39 | 283.88 |
| 314 | Manasia, James S. | 8498 | N/A | 4,578.84 | 915.77 |
| 315 | Mancini, Elio | 3027 | N/A | 3,543.37 | 708.67 |
| 316 | MANDRY, CARLTON J | 8424 | N/A | 7,105.42 | 1,421.08 |
| 317 | MANIA, DAVID C. | 9155 | N/A | 4,148.60 | 829.72 |
| 318 | Marakovits, August | 8593 | N/A | 8,729.66 | 1,745.93 |
| 319 | Markovitch, Erniv | 3606 | N/A | 1,596.46 | 319.29 |
| 320 | Martineau, John | 4662 | N/A | 2,518.67 | 503.73 |
| 321 | Martinez, Gloria E | 8833 | N/A | 1,858.24 | 371.65 |
| 322 | Martin's Famous Pastry Shoppe, Inc. | 4050 | N/A | 66,097.48 | 13,219.50 |
| 323 | MARTIN'S FAMOUS PASTRY SHOPPE, INC. | 4081 | N/A | 19,110.31 | 3,822.06 |
| 324 | Martin's Famous Pastry Shoppe, Inc. | 4487 | N/A | 4,919.31 | 983.86 |
| 325 | Martin's Famous Pastry Shoppe, Inc. | 4497 | N/A | 2,058.77 | 411.75 |

Administrative Expense Claims
Distribution Summary

In re: The Great Atlantic and Pacific Tea Company, Inc.
Case No. 15-23007

| | Allowed Administrative Expense Claims | | | | |
|---|---|---|---|---|---|
| | Name of Claimant | Claim # | Related ECF No. | Allowed Amount | Initial Distribution |
| 326 | Martin's Famous Pastry Shoppe, Inc. | 4913 | N/A | 60,254.82 | 12,050.96 |
| 327 | Martin's Famous Pastry Shoppe, Inc. | 6623 | N/A | 33,144.36 | 6,628.87 |
| 328 | Martin's Specialty Sausage Co., Inc. | 68 | N/A | 5,103.78 | 1,020.76 |
| 329 | Marvin Lindner Associates, LLC | 9206 | N/A | 12,160.66 | 2,432.13 |
| 330 | Mascaro, Vincent | 4674 | N/A | 276.78 | 55.36 |
| 331 | Masters Pharmaceutical, Inc. dba River City Pharma | 1847 | N/A | 148,943.88 | 29,788.78 |
| 332 | Mastronardy, Linus | 9056 | N/A | 12,207.17 | 2,441.43 |
| 333 | Mathew, Rosa | 7651 | N/A | 4,354.67 | 870.93 |
| 334 | Matz, Michael | 7470 | N/A | 1,491.44 | 298.29 |
| 335 | May, Robert | 2019 | N/A | 2,997.00 | 599.40 |
| 336 | Maziarski, John | 8999 | N/A | 6,814.56 | 1,362.91 |
| 337 | McConney, Dennis | 7023 | N/A | 6,163.96 | 1,232.79 |
| 338 | McFadden, Kendall | 8980 | N/A | 738.08 | 147.62 |
| 339 | MCHUGH, THOMAS J | 5198 | N/A | 3,143.67 | 628.73 |
| 340 | McLain, Richard J. | 8433 | N/A | 5,350.17 | 1,070.03 |
| 341 | Mdodana-Higgins, Michelle | 8016 | N/A | 3,604.47 | 720.89 |
| 342 | MHC Medical Products, LLC | 1831 | N/A | 1,448.28 | 289.66 |
| 343 | MICHALSKI, JULIA A | 6464 | N/A | 4,144.66 | 828.93 |
| 344 | Miller, Harold | 7319 | N/A | 1,164.25 | 232.85 |
| 345 | Miller, Joseph T | 7459 | N/A | 2,581.12 | 516.22 |
| 346 | Minadeo, Greg | 8578 | N/A | 14,636.07 | 2,927.21 |
| 347 | Minnick, Rose M | 8370 | N/A | 2,661.40 | 532.28 |
| 348 | MOORE, LESTER | 6820 | N/A | 1,476.35 | 295.27 |
| 349 | Mott, Elizabeth | 1636 | N/A | 1,752.02 | 350.40 |
| 350 | Motti, Nicholas | 4148 | N/A | 249.10 | 49.82 |

Administrative Expense Claims
Distribution Summary

In re: The Great Atlantic and Pacific Tea Company, Inc.
Case No. 15-23007

| | Allowed Administrative Expense Claims | | | | |
|---|---|---|---|---|---|
| | Name of Claimant | Claim # | Related ECF No. | Allowed Amount | Initial Distribution |
| 351 | Mungin, Jason | 9447 | N/A | 509.00 | 101.80 |
| 352 | Munoz, Edith | 8933 | N/A | 12,686.18 | 2,537.24 |
| 353 | Munoz, Gladys | 2029 | N/A | 1,434.50 | 286.90 |
| 354 | National Union Fire Insurance Company of Pittsburg, PA as Transferee of McKee Foods Corporation | 158 | N/A | 97,531.54 | 19,506.31 |
| 355 | National Union Fire Insurance Company of Pittsburg, PA as Transferee of McKee Foods Corporation | 159 | N/A | 3,125.69 | 625.14 |
| 356 | National Union Fire Insurance Company of Pittsburg, PA as Transferee of McKee Foods Corporation | 160 | N/A | 11,755.72 | 2,351.14 |
| 357 | National Union Fire Insurance Company of Pittsburg, PA as Transferee of McKee Foods Corporation | 162 | N/A | 32,714.97 | 6,542.99 |
| 358 | National Union Fire Insurance Company of Pittsburg, PA as Transferee of McKee Foods Corporation | 163 | N/A | 1,052.55 | 210.51 |
| 359 | National Union Fire Insurance Company of Pittsburg, PA as Transferee of McKee Foods Corporation | 164 | N/A | 9,282.66 | 1,856.53 |
| 360 | National Union Fire Insurance Company of Pittsburg, PA as Transferee of McKee Foods Corporation | 178 | N/A | 33,093.54 | 6,618.71 |
| 361 | Ndiaye, Cheikh | 7426 | N/A | 1,299.66 | 259.93 |
| 362 | Ndiaye, Ibrahima | 7044 | N/A | 896.92 | 179.38 |
| 363 | New York City Department of Consumer Affairs | 8152 | N/A | 3,050.00 | 610.00 |
| 364 | New York Grocery DST | 5787 | N/A | 5,000.00 | 1,000.00 |
| 365 | NEW YORK-NEW JERSEY AMALGAMATED PENSION PLAN FOR A&P EMPLOYEES | 9309 | 2308 | 408,493.55 | 90,848.76 |
| 366 | Newell, Darrell A. | 6926 | N/A | 3,564.61 | 712.92 |
| 367 | Nielsen, Kenneth | 8389 | N/A | 2,495.28 | 499.06 |
| 368 | NORMAN, GRAHAM | 7070 | N/A | 2,927.44 | 585.49 |
| 369 | Nussbaum, Elliot | 4790 | N/A | 4,576.09 | 915.22 |
| 370 | Obringer, Steven | 7949 | N/A | 4,484.06 | 896.81 |
| 371 | Oksas, Joseph | 7086 | N/A | 3,860.16 | 772.03 |
| 372 | Oliver, Arturo | 2341 | N/A | 3,128.72 | 625.74 |
| 373 | O'Neill, Kevin | 8005 | N/A | 3,534.84 | 706.97 |
| 374 | Oracle Corporation and Oracle America, Inc. including as Successor in Interest to Virtue ("Oracle") | 8997 | N/A | 154,361.00 | 30,872.20 |
| 375 | Orzepowski, Jeffrey | 8590 | N/A | 1,870.00 | 374.00 |

Administrative Expense Claims
Distribution Summary

In re: The Great Atlantic and Pacific Tea Company, Inc.
Case No. 15-23007

| | Allowed Administrative Expense Claims | | | | |
|---|---|---|---|---|---|
| | Name of Claimant | Claim # | Related ECF No. | Allowed Amount | Initial Distribution |
| 376 | Owusu, Peter | 892 | N/A | 496.79 | 99.36 |
| 377 | Pandorf, James | 8605 | N/A | 4,627.44 | 925.49 |
| 378 | Paolino, Nicola | 4968 | N/A | 526.23 | 105.25 |
| 379 | Parker, Dawn | 8878 | N/A | 5,438.20 | 1,087.64 |
| 380 | Parker, Tedrick Deon | 2891 | N/A | 212.20 | 42.44 |
| 381 | Parmed Pharmaceuticals, LLC | 2826 | N/A | 334,602.92 | 66,920.58 |
| 382 | PAZDEN, EILEEN A | 6802 | N/A | 2,380.60 | 476.12 |
| 383 | PD SIGNATURES | 971 | N/A | 17,160.29 | 3,432.06 |
| 384 | Peet's Operating Company, Inc | 331 | N/A | 36,043.80 | 7,208.76 |
| 385 | Pegnataro, Debra | 9010 | N/A | 3,559.05 | 711.81 |
| 386 | Pellechi, Joseph | 7772 | N/A | 1,070.21 | 214.04 |
| 387 | Pemberton, Michelle | 7259 | N/A | 570.86 | 114.17 |
| 388 | Pension Benefit Guaranty Corporation | 9059 | N/A | 3,563,264.00 | 712,652.80 |
| 389 | PEPE, ROBERT | 8478 | N/A | 3,193.73 | 638.75 |
| 390 | Pepperidge Farm, Incorporated | 5220 | N/A | 309,226.03 | 61,845.21 |
| 391 | Pepsi Bottling Ventures, LLC | 3735 | N/A | 8,838.97 | 1,767.79 |
| 392 | Petrzak, Joseph | 5230 | N/A | 2,157.14 | 431.43 |
| 393 | Pfister, Kenneth | 8065 | N/A | 399.20 | 79.84 |
| 394 | Phillips Pet Food & Supplies a.k.a. Valley Pet Supply | 748 | N/A | 209,467.94 | 41,893.59 |
| 395 | Plymouth Rock Energy LLC | 6779 | N/A | 59,413.82 | 11,882.76 |
| 396 | Porco, Joseph | 6929 | N/A | 3,455.82 | 691.16 |
| 397 | Porter, Stephanie | 8809 | N/A | 3,602.18 | 720.44 |
| 398 | Quad/Graphics, Inc. | 2713 | N/A | 912,541.66 | 182,508.33 |
| 399 | QueFlander, Amy | 4863 | N/A | 221.43 | 44.29 |
| 400 | R&R Trade International, Inc. DBA Orinoco Coffee + tea | 98 | N/A | 1,105.72 | 221.14 |

Administrative Expense Claims
Distribution Summary

In re: The Great Atlantic and Pacific Tea Company, Inc.
Case No. 15-23007

| | Allowed Administrative Expense Claims | | | | |
|---|---|---|---|---|---|
| | Name of Claimant | Claim # | Related ECF No. | Allowed Amount | Initial Distribution |
| 401 | Rabanal, Allan | 3657 | N/A | 1,555.85 | 311.17 |
| 402 | Ramalingam, Rajamoorthy | 7950 | N/A | 6,318.36 | 1,263.67 |
| 403 | Rapetti, Sharon | 5147 | N/A | 479.75 | 95.95 |
| 404 | Red Bull Distribution Company | 4858 | N/A | 11,399.50 | 2,279.90 |
| 405 | Red Bull Distribution Company | 5721 | N/A | 12,037.00 | 2,407.40 |
| 406 | RED BULL DISTRIBUTION COMPANY | 5892 | N/A | 2,340.40 | 468.08 |
| 407 | Red Bull Distribution Company | 5910 | N/A | 1,267.90 | 253.58 |
| 408 | Regan, Dana | 8570 | N/A | 6,100.17 | 1,220.03 |
| 409 | Reichel, Elaine | 1669 | N/A | 396.72 | 79.34 |
| 410 | Reilly, Patricia A | 866 | N/A | 2,043.92 | 408.78 |
| 411 | REISMAN BROS BAKERY INC | 1211 | N/A | 620.00 | 124.00 |
| 412 | REISMAN BROS BAKERY INC | 1296 | N/A | 2,176.00 | 435.20 |
| 413 | REISMAN BROS BAKERY INC | 1298 | N/A | 48.00 | 9.60 |
| 414 | Renaissance Pharma Inc. | 2231 | N/A | 8,922.72 | 1,784.54 |
| 415 | Restaurant Technologies, Inc. | 126 | N/A | 10,275.62 | 2,055.12 |
| 416 | Retail Wholesale and Department Store Union Local 1034, UFCW | N/A | N/A | 80,480.00 | 16,096.00 |
| 417 | Retail Wholesale and Department Store Union Local 1034, UFCW [2] | N/A | N/A | 276,239.10 | 55,247.82 |
| 418 | RETAIL WHOLESALE DEPARTMENT STORE UNION LOCAL 1034 SEVERANCE FUND | 8725 | N/A | 23,708.23 | 4,741.65 |
| 419 | RETAIL, WHOLESALE AND DEPARTMENT STORE INTERNATIONAL UNION AND INDUSTRY PENSION FUND | 7491 | 1949 | 187,746.42 | 41,754.71 |
| 420 | Rivera, Hilda | 6634 | N/A | 1,188.74 | 237.75 |
| 421 | Rockland Center Associates, LLC | 9079 | N/A | 120,310.57 | 24,062.11 |
| 422 | Roegiers, Daniel | 3790 | N/A | 1,208.83 | 241.77 |
| 423 | Romero, Raul | 3683 | N/A | 1,383.90 | 276.78 |
| 424 | Rose, Edward | 7096 | N/A | 554.44 | 110.89 |
| 425 | Rozas, Miguel | 5233 | N/A | 258.33 | 51.67 |

Administrative Expense Claims
Distribution Summary

In re: The Great Atlantic and Pacific Tea Company, Inc.
Case No. 15-23007

| | Name of Claimant | Claim # | Related ECF No. | Allowed Amount | Initial Distribution |
|---|---|---|---|---|---|
| | **Allowed Administrative Expense Claims** | | | | |
| 426 | RSJ GROUP | 1834 | N/A | 76,454.94 | 15,290.99 |
| 427 | Ruggiero, Nicolina | 8148 | N/A | 1,120.56 | 224.11 |
| 428 | Ruis, Joan M | 8011 | N/A | 1,339.45 | 267.89 |
| 429 | RUSNAK, CAREN A | 8096 | N/A | 327.54 | 65.51 |
| 430 | Rutenber, Melissa | 9099 | N/A | 2,140.13 | 428.03 |
| 431 | SALERNO, MONA L | 6742 | N/A | 3,088.87 | 617.77 |
| 432 | Samb, Khadim | 6715 | N/A | 1,364.96 | 272.99 |
| 433 | Samuels & Son Seafood Co. | 5419 | N/A | 22,705.01 | 4,541.00 |
| 434 | SAP Industries, Inc. | 9127 | N/A | 92,969.02 | 18,593.80 |
| 435 | SAWYER, CHRISTOPHER | 8504 | N/A | 2,385.57 | 477.11 |
| 436 | Schafer, Mitchell | 7559 | N/A | 10,735.36 | 2,147.07 |
| 437 | SCHIEBEL, MICHAEL J. | 8419 | N/A | 1,422.23 | 284.45 |
| 438 | Schuch, Manuel | 4766 | N/A | 3,383.20 | 676.64 |
| 439 | SCHWANS CONSUMER BRANDS NA, INC | 1584 | N/A | 89,383.50 | 17,876.70 |
| 440 | Seidelman, Meryl | 9326 | N/A | 3,489.03 | 697.81 |
| 441 | Seipp, David | 7464 | N/A | 1,703.27 | 340.65 |
| 442 | SEIU Local 1199 | N/A | N/A | 420,365.32 | 84,073.06 |
| 443 | Senn, Diane | 8454 | N/A | 3,863.81 | 772.76 |
| 444 | Serota Brooktown I & II LLC | 8819 | N/A | 37,647.20 | 7,529.44 |
| 445 | Shafer, Robert | 7473 | N/A | 2,200.07 | 440.01 |
| 446 | Shred-it USA LLC | 3118 | N/A | 166.95 | 33.39 |
| 447 | Sierra liquidity Fund , LLC - Assignee + ATT-In-Fact for Jeff Solomon Inc - Assignor | 250 | N/A | 129.74 | 25.95 |
| 448 | Sierra Liquidity Fund, LLC - Assignee & Att - IN - Fact for Fresh Brew Coffee Service - Assignor | 73 | N/A | 1,135.51 | 227.10 |
| 449 | Sierra Liquidity Fund, LLC - Assignee & Att - IN-Fact for Moyer specialty foods, LLC - Assignor | 75 | N/A | 2,065.52 | 413.10 |
| 450 | Sierra Liquidity Fund, LLC - Assignee & Att - IN-Fact for US Merchandise - Assignor | 487 | N/A | 1,082.84 | 216.57 |

Administrative Expense Claims
Distribution Summary

In re: The Great Atlantic and Pacific Tea Company, Inc.
Case No. 15-23007

| | Name of Claimant | Claim # | Related ECF No. | Allowed Amount | Initial Distribution |
|---|---|---|---|---|---|
| | **Allowed Administrative Expense Claims** | | | | |
| 451 | Sierra Liquidity Fund, LLC - Assignee & ATT-In-Fact for Continental Cookies, Inc. - Assignor | 474 | N/A | 3,507.22 | 701.44 |
| 452 | Sierra Liquidity Fund, LLC - Assignee & ATT-IN-Fact for Island Fresh, Inc - Assignor | 79 | N/A | 5,865.42 | 1,173.08 |
| 453 | Sierra Liquidity Fund, LLC - Assignee & ATT-IN-Fact for Island Fresh, Inc - Assignor | 488 | N/A | 9,450.28 | 1,890.06 |
| 454 | Sierra Liquidity Fund, LLC - Assignee & Att-In-Fact for Original South Philly Bakery - Assignor | 220 | N/A | 520.20 | 104.04 |
| 455 | Sierra Liquidity Fund, LLC - Assignee & Att-In-Fact for Pearl River Pastry & Chocolates, LLC - Assig | 221 | N/A | 1,402.48 | 280.50 |
| 456 | Sierra Liquidity Fund, LLC- Assignee & ATT-IN-FACT for Scaramuzza's- Assignor | 300 | N/A | 1,449.84 | 289.97 |
| 457 | Sierra Liquidity Fund, LLC-Assignee & Att-In-Fact For Amerisan, LLC - Assignor | 835 | N/A | 1,932.42 | 386.48 |
| 458 | Sierra Liquidity Fund, LLC-Assignee & Att-IN-FACT for Millennium Y.C.R.- Assignee | 142 | N/A | 4,571.70 | 914.34 |
| 459 | Sierra Liquidity Fund, LLC-Assignee & ATT-IN-FACT for Pulaski Meat Products-Assignor | 124 | N/A | 4,581.72 | 916.34 |
| 460 | Sierra Liquidity Funds, LLC Assignee & ATT-IN-FACT for Best Dumplings (Mandoo, Inc) - Assignor | 135 | N/A | 460.00 | 92.00 |
| 461 | Sierra Liquidty Fund, LLC-Assignee in fact for Delicious Fresh Pierogi Inc.- Assignor | 263 | N/A | 7,196.92 | 1,439.38 |
| 462 | Simon, Melissa L. | 7881 | N/A | 709.69 | 141.94 |
| 463 | SKJOLDAL, LEIF | 6901 | N/A | 1,542.66 | 308.53 |
| 464 | Skoczen-Monreal, Patric | 8213 | N/A | 2,219.75 | 443.95 |
| 465 | S-L Distribution Company, Inc. | 5728 | N/A | 149,360.30 | 29,872.06 |
| 466 | S-L Distribution Company, Inc. | 6193 | N/A | 32,378.15 | 6,475.63 |
| 467 | Smallwood, George R | 5516 | N/A | 3,796.86 | 759.37 |
| 468 | Smith III, Francis | 8435 | N/A | 6,695.56 | 1,339.11 |
| 469 | Smith, Carolann | 1129 | N/A | 1,513.19 | 302.64 |
| 470 | Soffer Farms | 149 | N/A | 1,717.24 | 343.45 |
| 471 | Somerville, Marcellus | 3964 | N/A | 1,356.22 | 271.24 |
| 472 | Soto, Gladys | 8451 | N/A | 1,224.14 | 244.83 |
| 473 | Sowe, Abdou | 4048 | N/A | 948.66 | 189.73 |
| 474 | Spatz, Robert | 7327 | N/A | 3,090.03 | 618.01 |
| 475 | Speth, Deborah | 8430 | N/A | 13,775.25 | 2,755.05 |

| | Allowed Administrative Expense Claims | | | | |
|---|---|---|---|---|---|
| | Name of Claimant | Claim # | Related ECF No. | Allowed Amount | Initial Distribution |
| 476 | STARBUCKS COFFEE COMPANY | 1200 | N/A | 80,986.08 | 16,197.22 |
| 477 | Supple, Michael | 8985 | N/A | 2,469.35 | 493.87 |
| 478 | Supple, Michael | 9017 | N/A | 2,847.78 | 569.56 |
| 479 | Sysco Metro New York, LLC | 1164 | N/A | 11,160.18 | 2,232.04 |
| 480 | Tarrytown Bakery Inc. | 199 | N/A | 27,501.75 | 5,500.35 |
| 481 | Tasty Baking Company | 5031 | N/A | 2,488.83 | 497.77 |
| 482 | Tasty Baking Company | 5279 | N/A | 71,478.65 | 14,295.73 |
| 483 | Tasty Baking Company | 5470 | N/A | 48,564.89 | 9,712.98 |
| 484 | The Nexxus Marketing Group, LLC | 106 | N/A | 3,181.23 | 636.25 |
| 485 | TOMCO MECHANICAL CORP | 918 | N/A | 5,035.89 | 1,007.18 |
| 486 | Torrent Pharma, Inc. | 2366 | N/A | 4,387.00 | 877.40 |
| 487 | TRC MASTER FUND LLC as Assignee for Acme Smoked Fish Corp | 387 | N/A | 27,939.61 | 5,587.92 |
| 488 | TRC MASTER FUND LLC as Assignee for BEVERAGE WORKS OF NY INC | 2095 | N/A | 39,619.86 | 7,923.97 |
| 489 | TRC MASTER FUND LLC as Assignee for Drink King Distributing Co. Inc. | 293 | N/A | 69,526.63 | 13,905.33 |
| 490 | TRC Master Fund LLC as Transferee for A.L. Bazzini Co., Inc. | 1523 | N/A | 51,094.88 | 10,218.98 |
| 491 | TRC MASTER FUND LLC as Transferee for TWO LOCKS, INC. d/b/a Premier Snack Distributors | 687 | N/A | 30,547.57 | 6,109.51 |
| 492 | Triangle Sport Headwear Co, Inc. | 94 | N/A | 12,618.45 | 2,523.69 |
| 493 | Triunfo Foods Corp | 3581 | N/A | 17,643.90 | 3,528.78 |
| 494 | Tullo Ice, Inc. | 1775 | N/A | 21,120.00 | 4,224.00 |
| 495 | U.F.C.W. Local 1500 | N/A | N/A | 1,395,886.39 | 279,177.28 |
| 496 | U.F.C.W. LOCAL 1500 PENSION FUND | 5322 | 1935 | 1,964,309.64 | 436,861.46 |
| 497 | UB Pompton Lakes I, LLC | 9716 | N/A | 203,285.96 | 40,657.19 |
| 498 | UFCW INTERNATIONAL SEVERANCE FUND | N/A | N/A | 25,791.16 | 5,158.23 |
| 499 | UFCW Local 1245 [3] | N/A | N/A | 202,085.75 | 40,417.15 |
| 500 | UFCW Local 1262 | N/A | N/A | 760,756.96 | 152,151.39 |

Administrative Expense Claims
Distribution Summary

In re: The Great Atlantic and Pacific Tea Company, Inc.
Case No. 15-23007

| | Name of Claimant | Claim # | Related ECF No. | Allowed Amount | Initial Distribution |
|---|---|---|---|---|---|
| | **Allowed Administrative Expense Claims** | | | | |
| 501 | UFCW LOCAL 1262 AND EMPLOYERS PENSION FUND | 8686 | 2308 | 1,284,334.54 | 285,635.35 |
| 502 | UFCW LOCAL 1500 WELFARE FUND AND LEGAL SERVICES FUND | 7492 | N/A | 17,220.00 | 3,444.00 |
| 503 | UFCW Local 152 [4] | N/A | N/A | 325,379.59 | 65,075.92 |
| 504 | UFCW Local 1776 | N/A | N/A | 224,237.93 | 44,847.59 |
| 505 | UFCW Local 1776 | N/A | N/A | 72,547.62 | 14,509.52 |
| 506 | UFCW LOCAL 1776 AND PARTICIPATING EMPLOYERS HEALTH AND WELFARE FUND | 8902 | N/A | 200,000.00 | 40,000.00 |
| 507 | UFCW LOCAL 1776 AND PARTICIPATING EMPLOYERS PENSION FUND | 9060 | N/A | 55,429.21 | 12,327.43 |
| 508 | UFCW Local 27 | N/A | N/A | 13,440.58 | 2,688.12 |
| 509 | UFCW Local 27 [5] | N/A | N/A | 291,418.05 | 58,283.61 |
| 510 | UFCW Local 342 | N/A | N/A | 24,932.81 | 4,986.56 |
| 511 | UFCW Local 342 [6] | N/A | N/A | 1,153,579.35 | 230,715.87 |
| 512 | UFCW LOCAL 342 RETIREMENT SUPPLEMENT | N/A | N/A | 2,590,000.00 | 518,000.00 |
| 513 | UFCW LOCAL 342, SAFETY, EDUCATION, CULTURAL AND ACTIVITIES FUND | 9293 | N/A | 48,281.64 | 9,656.33 |
| 514 | UFCW LOCAL 342, SAFETY, EDUCATION, CULTURAL AND ACTIVITIES FUND | 9294 | N/A | 20,156.74 | 4,031.35 |
| 515 | UFCW LOCAL 342, SAFETY, EDUCATION, CULTURAL AND ACTIVITIES FUND | 9296 | N/A | 41,561.62 | 8,312.32 |
| 516 | UFCW Local 371 | N/A | N/A | 233,485.41 | 46,697.08 |
| 517 | UFCW Local 464A | N/A | N/A | 1,728,658.88 | 345,731.78 |
| 518 | UFCW Local UPG | N/A | N/A | 315,474.81 | 63,094.96 |
| 519 | UNITED FOOD & COMMERCIAL WORKERS UNION LOCAL 1245 LABOR-MANAGEMENT PENSION FUND | 8629 | 2315 | 310,131.34 | 68,973.05 |
| 520 | UNITED FOOD & COMMERCIAL WORKERS UNION LOCAL 1245 SEVERANCE FUND | 8765 | 2315 | 6,445.00 | 1,289.00 |
| 521 | UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION-INDUSTRY PENSION FUND | 7493 | 1831 | 1,324,968.00 | 294,672.21 |
| 522 | UNITED FOOD AND COMMERCIAL WORKERS LOCAL 464A PENSION FUND | 9260 | 2308 | 206,890.23 | 46,012.28 |
| 523 | UNITED FOOD AND COMMERCIAL WORKERS UNIOIN AND PARTICIPATING FOOD INDUSTRY EMPLOYERS TRI-STATE PENSIO | 9090 | N/A | 1,577,593.12 | 350,855.91 |
| 524 | UNITED FOOD AND COMMERCIAL WORKERS UNION LOCAL 152 RETAIL MEAT PENSION FUND | 8695 | 2079 | 1,072,774.63 | 238,584.53 |
| 525 | UNITED FOOD AND COMMERCIAL WORKERS UNION LOCAL 152 SAVINGS PLAN | 8716 | 2074 | 63,304.78 | 12,660.96 |

Administrative Expense Claims
Distribution Summary

In re: The Great Atlantic and Pacific Tea Company, Inc.
Case No. 15-23007

| | Allowed Administrative Expense Claims | | | | |
|---|---|---|---|---|---|
| | Name of Claimant | Claim # | Related ECF No. | Allowed Amount | Initial Distribution |
| 526 | UNITED FOOD AND COMMERCIAL WORKERS UNION RETIREMENT AND SAVINGS PLAN | 8655 | N/A | 24,195.11 | 4,839.02 |
| 527 | UNITED PACKAGING SUPPLY CO | 1302 | N/A | 1,383.30 | 276.66 |
| 528 | UTZ QUALITY FOODS INC | 2728 | N/A | 416,461.64 | 83,292.33 |
| 529 | Virtus Pharmaceuticals | 9622 | N/A | 3,950.76 | 790.15 |
| 530 | West 12th Street Owners, Inc., c/o Pan Am Equities, Inc. | 9030 | N/A | 96,157.04 | 19,231.41 |
| 531 | West Milford Shopping Plaza, LLC | 9380 | N/A | 66,675.78 | 13,335.16 |
| 532 | WISE FOODS | 1792 | N/A | 406,424.55 | 81,284.91 |
| 533 | Wodzenski, Daniel | 9343 | N/A | 7,584.06 | 1,516.81 |
| 534 | Zydus Pharmaceuticals USA Inc | 2137 | N/A | 6,765.60 | 1,353.12 |
| | | | | 39,915,000.08 | 8,230,903.86 |

(1) Local 305 merged into Local 338.
(2) Retail, Wholesale, Department Store Union Local 1034 merged into UFCW Local 108.
(3) UFCW Local 1245 merged into UFCW Local 360.
(4) Local 56 merged into Local 152.
(5) Local 692 merged into Local 27.
(6) United Pharmacist Guild Local 100R merged into UFCW Local 342.

## <u>Schedule 2</u>

**Disputed Administrative Expense
Claims**

Administrative Expense Claims

In re: The Great Atlantic and Pacific Tea Company, Inc.

Distribution Summary

Case No. 15-23007

| | Disputed Administrative Expense Claims | | | | |
|---|---|---|---|---|---|
| | Name of Claimant | Claim # | Related ECF No. | Disputed Claim | Reserve Amount |
| 1 | McKesson Corporation | 9512 | N/A | 1,748,115.92 | 349,623.18 |
| | | | | 1,748,115.92 | 349,623.18 |