Hearing Date: December 20, 2021 at 10:00 a.m. (Eastern Time)
Objection Deadline: December 13, 2021 at 4:00 p.m. (Eastern Time)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Sunny Singh

*Attorneys for Debtor*
*and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                           :
                                                :    **Chapter 11**
**THE GREAT ATLANTIC & PACIFIC TEA**             :
**COMPANY, INC.**                                :    **Case No. 15-23007 (RDD)**
                                                :
        Debtor.                                  :
                                                :
---------------------------------------------------------------x

# FIFTEENTH NOTICE OF HEARING ON INTERIM APPLICATIONS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES ON DECEMBER 20, 2021 AT 10:00 A.M.

**PLEASE TAKE NOTICE** that, at the omnibus hearing to be held before the Honorable Robert D. Drain, United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York (the "**Bankruptcy Court**") on **December 20, 2021 at 10:00 a.m. (Eastern Time)**, the following applications for interim allowance of compensation for services provided, and reimbursement of expenses incurred (collectively, the "**Fee Applications**") shall be considered:

|    | Applicant | Interim or Final | ECF No. | Period | Fees Requested | Expenses Requested |
|----|-----------|------------------|---------|--------|----------------|---------------------|
| 1. | Griffin Hamersky LLP | Interim | 4984 | June 1, 2021 – September 30, 2021 | $319,599.00 | $155,832.80 |
| 2. | FTI Consulting, Inc. | Interim | 4985 | May 1, 2021 – September 30, 2021 | $87,247.50 | $0.00 |
| 3. | Weil, Gotshal & Manges LLP | Interim | 4986 | June 1, 2021 – September 30, 2021 | $278,053.00 | $7,969.78 |
| 4. | Pachulski Stang Ziehl & Jones LLP | Interim | 4989 | June 1, 2021 – September 30, 2021 | $15,617.00 | $196.90 |

**PLEASE TAKE FURTHER NOTICE** that the Fee Applications have been electronically filed with the Clerk of the Bankruptcy Court and, as such, may be examined and inspected by contacting the respective applicants or by accessing the Court's website (http://www.nysb.uscourts.gov) or the website established by the Debtors' Court-approved claims agent, Prime Clerk, LLC, in connection with these chapter 11 cases (https://cases.primeclerk.com/aptea).

**PLEASE TAKE FURTHER NOTICE** that any responses or objections ("**Objections**") to the Fee Applications shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall be filed with the Bankruptcy Court (a) by attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov), and (b) by all other parties in interest, electronically (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and shall be served in accordance with General Order M-399 and the *Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures*, dated July 20, 2015 (ECF No. 62), so as to be so filed and received no later than **December 13, 2021 at 4:00 p.m. (Eastern Time)** (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no Objection to a Fee Application is received by the Objection Deadline, such Fee Application shall be deemed unopposed, and the Bankruptcy Court may enter an order granting such Application without a hearing.

Dated: November 23, 2021
      New York, New York

    /s/ Sunny Singh
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Sunny Singh

*Attorneys for Debtor*
*and Debtor in Possession*