**Objection Deadline: December 15, 2022**

Robert J. Feinstein
Bradford J. Sandler
PACHULSKI STANG ZIEHL &
    JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
E-Mail: rfeinstein@pszjlaw.com
      bsandler@pszjlaw.com

*Counsel for the Official Committee of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC., *et al.*, | Case No. 15-23007 (RDD) |
| Debtors.[1] | (Jointly Administered) |

### COMBINED FIFTY FIFTH MONTHLY
### FEE STATEMENT OF PACHULSKI STANG
### ZIEHL & JONES LLP FOR PROFESSIONAL SERVICES
### RENDERED AND DISBURSEMENTS INCURRED AS COUNSEL
### FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
### FOR THE PERIOD FROM MARCH 1, 2022 THROUGH OCTOBER 31, 2022

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | Counsel to the Official Committee of Unsecured Creditors |
| Date of Retention: | Effective July 24, 2015 pursuant to Order dated September 22, 2015 [Docket No. 1059] |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: 2008 Broadway, Inc. (0986); The Great Atlantic & Pacific Tea Company, Inc. (0974); A&P Live Better, LLC (0799); A&P Real Property, LLC (0973); APW Supermarket Corporation (7132); APW Supermarkets, Inc. (9509); Borman's, Inc. (9761); Delaware County Dairies, Inc. (7090); Food Basics, Inc. (1210); Kwik Save Inc. (8636); McLean Avenue Plaza Corp. (5227); Montvale Holdings, Inc. (6664); Montvale-Para Holdings, Inc. (2947); Onpoint, Inc. (6589); Pathmark Stores, Inc. (9612); Plainbridge LLC (5965); Shopwell, Inc.(3304); Super Fresh Food Markets, Inc. (2491); The Old Wine Emporium of Westport, Inc. (0724); Tradewell Foods of Conn., Inc. (5748); and Waldbaum, Inc. (8599). The international subsidiaries of The Great Atlantic & Pacific Tea Company, Inc. are not debtors in these chapter 11 cases. The location of the Debtors' corporate headquarters is 19 Spear Road, Suite 310, Ramsey, NJ 07446.

| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
|---|---|
| Period for which Compensation and Reimbursement is Sought: | March 1, 2022 – October 31, 2022[2] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $18,886.80 (80% of $23,608.50) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $158.58 |

This is a:    _x_ Monthly    __ Interim    __ Final Application.

## **Preliminary Statement**

1.        Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), attorneys for the Official Committee of Unsecured Creditors (the "Committee") of the debtors and debtors in possession in the above-captioned cases (the "Debtors"), hereby submits this statement of fees and disbursements (the "Monthly Statement") for the period from March 1, 2022 through October 31, 2022 (the "Compensation Period") in accordance with the *Order Pursuant to 11 U.S.C. §§ 105(a), 330, 331, Fed. R. Bankr. P. 2016, and Local Rule 2016-1 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* dated September 1, 2015 [Docket No. 765] (the "Interim Compensation Order").

2.        The retention of PSZ&J as counsel to the Committee was approved by this Court's *Order Authorizing the Employment of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors of the Debtors Nunc Pro Tunc to July 24, 2015* [Docket No. 676] (the "Retention Order")**.**  The Retention Order authorized PSZ&J to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

---

[2]  The applicant reserves the right to include any time expended in the time period indicated above in future application(s) if it is not included herein.

DOCS_NY:46100.1 00263/002

3.        On October 28, 2016, the Committee filed the *Application of the Official Committee of Unsecured Creditors to Amend Retention of Pachulski Stang Ziehl & Jones LLP as Counsel* [Docket No. 3280] (the "Application to Amend").  On November 17, 2016, the Court entered an *Order Authorizing and Approving the Employment of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors of the Debtors*, signed on November 16, 2016 [Docket No. 3314] (the "Amended Retention Order"), modifying the retention terms of PSZ&J and authorizing PSZ&J to pursue avoidance actions under sections 544, 547, 549, and 550 of the Bankruptcy Code (the "Avoidance Actions") on a partial contingency fee basis effective as of November 16, 2016.

4.        Specifically, the Amended Retention Order authorizes compensation payable to PSZ&J, subject to Court approval and in accordance with section 330 of the Bankruptcy Code, on (A) the greater of (i) thirty-three percent (33%) of the gross recovery to the estates from each Avoidance Action; or (ii) (a) an hourly basis charged at fifty (50) percent of PSZ&J's standard hourly rates then in effect for work expended in pursuing an Avoidance Action, plus (B) reimbursement of all actual and necessary expenses.[3]  The Amended Retention Order also provides that the Prepetition PIK Notes Secured Parties and Prepetition Convertible Notes Secured Parties shall pay the fees incurred in the pursuit of any Avoidance Action to a maximum amount of 33% of the cash recovery from each Avoidance Action (the "Lender Paid Percentage"), and to the extent the fees of such Avoidance Action exceed this amount, the estates shall pay the difference between the amount due under paragraph 10(a) of the Application to Amend and the Lender Paid Percentage.  Reimbursement of expenses for the pursuit and

---

[3] PSZ&J will seek allowance and payment of the contingency fee portion in connection with the pursuit of Avoidance Actions and related expenses in later application(s).  This Monthly Statement only covers the reduced hourly rate component of the fees incurred in Matter 003 during the Compensation Period in accordance with the Amended Retention Order.

settlement of the Avoidance Actions shall be payable first from the recovery of such Avoidance

Action, and second from the estates.

   5.  PSZJ bills its time and expenses for services provided under the Retention

Order to matter 002 ("Matter 002") and bills its time and expenses for services provided under

the Amended Retention Order to matter 003 ("Matter 003").

   6.  PSZ&J requests: (a) interim allowance and payment of compensation in

the amount of $18,886.80 (80% of $23,608.50) for fees and on account of reasonable and

necessary professional services rendered to the Committee by PSZ&J for Matter 002; and (b)

reimbursement of actual and necessary costs and expenses in the amount of $158.58 incurred by

PSZ&J during the Compensation Period for Matter 002.  PSZ&J reserves the right to apply in the

future for reimbursement of actual and necessary costs and expenses, if any, incurred by

members of the Committee in connection with their service as members of the Committee during

the Compensation Period.

**Services Rendered and Disbursements Incurred During the Compensation Period**

   7.  **Exhibit A** sets forth a timekeeper summary that includes the respective

names, positions, department, bar admissions, hourly billing rates and aggregate hours spent by

each PSZ&J professional and paraprofessional that provided services to the Committee during

the Compensation Period for Matter 002.  The rates charged by PSZ&J for services rendered to

the Committee are the same rates that PSZ&J charges generally for professional services

rendered to its non-bankruptcy clients.

   8.  **Exhibit B** sets forth a task code summary that includes the aggregate

hours per task code spent by PSZ&J professionals and paraprofessionals in rendering services to

the Committee during the Compensation Period for Matter 002.

DOCS_NY:46100.1 00263/002

9.      **Exhibit C** sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by PSZ&J in connection with services rendered to the Committee during the Compensation Period for Matter 002.

10.      **Exhibit D** sets forth a complete itemization of all time records and expenses for PSZ&J professionals and paraprofessionals for the Compensation Period for Matter 002.

### Notice and Objection Procedures

11.      No trustee or examiner has been appointed in these chapter 11 cases. Pursuant to the Interim Compensation Order, notice of the Monthly Statement has been served by overnight mail upon: (i) the Debtors c/o The Great Atlantic & Pacific Tea Company, Inc., 19 Spear Road, Suite 310, Ramsey, NJ 07446;  (ii) the attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Ray C. Schrock, P.C., Garrett A. Fail, Esq., and Sunny Singh, Esq.); (iii) the U.S. Trustee, 201 Varick Street, Suite 1006, New York, New York 10014 (Attn: Brian Masumoto, Esq. and Richard Morrisey, Esq.); and (iv) the attorneys for Fortress Credit Corp., as agent for the DIP Lender, Jones Day, 250 Vesey Street, New York, New York 10281-1047 (Attn: Scott J. Greenberg, Esq.) (collectively, the "Notice Parties").  PSZ&J submits that no other or further notice need be provided.

12.      Pursuant to the Interim Compensation Order, objections to this Monthly Statement, if any, must be served upon the Notice Parties no later than **December 15, 2022** (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue.

13.    If no objections to this Monthly Statement are made on or before the Objection Deadline, the Debtors shall pay PSZ&J 80% of the fees and 100% of the expenses identified in the Monthly Statement.

14.    To the extent an objection to this Monthly Statement is timely made, the Debtors shall withhold payment of that portion of the Monthly Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above.  To the extent such objection is not resolved; it shall be preserved and presented to the Court at the next interim or final fee application hearing.

Dated:  November 30, 2022
      New York, New York            PACHULSKI STANG ZIEHL & JONES LLP

                          */s/ Robert J. Feinstein*
                          Robert J. Feinstein
                          Bradford J. Sandler
                          780 Third Avenue, 34th Floor
                          New York, NY 10017
                          Telephone: (212) 561-7700
                          Facsimile:  (212) 561-7777
                          Email:  rfeinstein@pszjlaw.com
                                    bsandler@pszjlaw.com

                          *Counsel for the Official Committee of Unsecured Creditors*

**EXHIBIT A**

**Timekeeper Summary**

| NAME OF PROFESSIONAL | TITLE | YEAR ADMITTED | YEAR OF PARTNERSHIP | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Bradford J. Sandler | Partner | 1996 | 2010 | $1,445.00 | 7.50 | $10,837.50 |
| La Asia S. Canty | Paralegal | N/A | N/A | $495.00 | 21.30 | $10,543.50 |
| Patricia J. Jeffries | Paralegal | N/A | N/A | $495.00 | 4.50 | $2,227.50 |
| **Total** | | | | | **33.30** | **$23,608.50** |

**EXHIBIT B**

**Task Code Summary**

**Matter 002**

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| AC | Avoidance Actions | 1.00 | $1,445.00 |
| AD | Asset Disposition | 0.30 | $433.50 |
| AP | Appeals | 0.20 | $289.00 |
| CA | Case Administration | 9.60 | $7,697.00 |
| CO | Claims Administration/Objections | 1.50 | $2,167.50 |
| CPO | Compensation of Professionals / Compensation of Professionals/Others | 1.10 | $1,589.50 |
| OP | Operations | 0.10 | $144.50 |
| PC | PSZ&J Compensation | 19.30 | $9,553.50 |
| RPO | Ret. of Professionals/Other | 0.10 | $144.50 |
| SL | Stay Litigation | 0.10 | $144.50 |
|  | **TOTAL** | **33.30** | **$23,608.50** |

## EXHIBIT C

## <u>Disbursement Summary</u>

**Matter 002**

| Expenses (by Category) | Amounts |
|---|---|
| Federal Express | $78.82 |
| Pacer | $0.90 |
| Reproduction Expense | $36.16 |
| Reproduction/ Scan Copy | $42.70 |
| **TOTAL** | **$ 158.58** |

**EXHIBIT D**

**<u>(Matter 002)</u>**

# Pachulski Stang Ziehl & Jones LLP

780 Third Avenue
34th Floor
New York, NY 10017

A&P Committe General

April 30, 2022
Invoice    130354
Client    00263
Matter    00002
**RJF**

RE:  Committee Representation

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  04/30/2022

| | |
|---|---|
| FEES | $7,573.50 |
| **TOTAL CURRENT CHARGES** | **$7,573.50** |
| **BALANCE FORWARD** | **$38,724.42** |
| **A/R Adjustments** | **-$7,870.50** |
| **TOTAL BALANCE DUE** | **$38,427.42** |

Pachulski Stang Ziehl & Jones LLP                                    Page:      2
A&P Tea O.C.C.                                                       Invoice 130354
00263    - 00002                                                    April 30, 2022

## Summary of Services by Professional

| ID  | Name               | Title     | Rate   | Hours | Amount     |
|-----|--------------------|-----------|--------|-------|------------|
| LSC | Canty, La Asia S.  | Paralegal | 495.00 | 13.30 | $6,583.50  |
| PJJ | Jeffries, Patricia J. | Paralegal | 495.00 | 2.00  | $990.00    |
|     |                    |           |        | 15.30 | $7,573.50  |

Pachulski Stang Ziehl & Jones LLP

A&P Tea O.C.C.

00263    -00002

## **Summary of Services by Task Code**

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| CA | Case Administration [B110] | 2.00 | $990.00 |
| PC | PSZ&J Compensation | 13.30 | $6,583.50 |
| | | 15.30 | $7,573.50 |

Pachulski Stang Ziehl & Jones LLP

A&P Tea O.C.C.

00263    -00002

Page:    4

Invoice 130354

April 30, 2022

## Summary of Expenses

| Description | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Case Administration [B110]** | | | | | | |
| 03/01/2022 | PJJ | CA | Update critical dates memo, calendar notes & reminders. | 0.20 | 495.00 | $99.00 |
| 03/08/2022 | PJJ | CA | Update critical dates memo, calendar notes & reminders. | 0.20 | 495.00 | $99.00 |
| 03/10/2022 | PJJ | CA | Update critical dates memo, calendar notes & reminders. | 0.20 | 495.00 | $99.00 |
| 03/14/2022 | PJJ | CA | Update critical dates memo, calendar notes & reminders. | 0.20 | 495.00 | $99.00 |
| 03/21/2022 | PJJ | CA | Update critical dates memo, calendar entries & reminders. | 0.20 | 495.00 | $99.00 |
| 03/28/2022 | PJJ | CA | Update critical dates memo, calendar entries & reminders. | 0.10 | 495.00 | $49.50 |
| 04/08/2022 | PJJ | CA | Update critical dates memo, calendar entries & reminders. | 0.20 | 495.00 | $99.00 |
| 04/11/2022 | PJJ | CA | Update critical dates memo, calendar entries & reminders. | 0.10 | 495.00 | $49.50 |
| 04/18/2022 | PJJ | CA | Update critical dates memo, calendar entries & reminders. | 0.30 | 495.00 | $148.50 |
| 04/26/2022 | PJJ | CA | Update critical dates memo, calendar entries and reminders. | 0.30 | 495.00 | $148.50 |
| | | | | **2.00** | | **$990.00** |
| **PSZ&J Compensation** | | | | | | |
| 04/26/2022 | LSC | PC | Prepare monthly fee statements for period October 2020 through February 2022; prepare sixteenth interim fee application and exhibits. | 10.40 | 495.00 | $5,148.00 |
| 04/28/2022 | LSC | PC | Address issues and revise monthly fee statements and sixteenth interim fee application and exhibits. | 2.90 | 495.00 | $1,435.50 |
| | | | | **13.30** | | **$6,583.50** |

**TOTAL SERVICES FOR THIS MATTER:**                                   **$7,573.50**

Pachulski Stang Ziehl & Jones LLP

A&P Tea O.C.C.

00263    -00002

Page:    5

Invoice 130354

April 30, 2022

---

### REMITTANCE ADVICE

**Please include this Remittance with your payment**

**For current services rendered through:    04/30/2022**

**Total Fees**                                                                 **$7,573.50**

**Total Due on Current Invoice**                                               **$7,573.50**

**Outstanding Balance from prior invoices as of    04/30/2022    (May not include recent payments)**

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 130217 | 01/31/2022 | $5,914.50 | $17.63 | $5,932.13 |
| 130218 | 11/30/2021 | $26,193.00 | $43.94 | $24,921.79 |

**Total Amount Due on Current and Prior Invoices:**                           **$38,427.42**

# Pachulski Stang Ziehl & Jones LLP

780 Third Avenue
34th Floor
New York, NY 10017

July 31, 2022

A&P Committe General

| | |
|---|---|
| Invoice | 130553 |
| Client | 00263 |
| Matter | 00002 |
| | **RJF** |

RE:   Committee Representation

---

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH   07/31/2022**

| | |
|---|---|
| FEES | $7,242.00 |
| EXPENSES | $158.18 |
| **TOTAL CURRENT CHARGES** | **$7,400.18** |
| **BALANCE FORWARD** | **$38,427.42** |
| **TOTAL BALANCE DUE** | **$45,827.60** |

Pachulski Stang Ziehl & Jones LLP                                    Page:      2
A&P Tea O.C.C.                                                       Invoice 130553
00263    - 00002                                                    July 31, 2022

---

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| BJS | Sandler, Bradford J. | Partner | 1445.00 | 2.10 | $3,034.50 |
| LSC | Canty, La Asia S. | Paralegal | 495.00 | 6.00 | $2,970.00 |
| PJJ | Jeffries, Patricia J. | Paralegal | 495.00 | 2.50 | $1,237.50 |
| | | | | 10.60 | $7,242.00 |

Pachulski Stang Ziehl & Jones LLP

Page:     3

A&P Tea O.C.C.

Invoice 130553

00263    - 00002

July 31, 2022

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| AC | Avoidance Actions | 1.00 | $1,445.00 |
| CA | Case Administration [B110] | 3.20 | $2,249.00 |
| CPO | Comp. of Prof./Others | 0.30 | $433.50 |
| PC | PSZ&J Compensation | 6.00 | $2,970.00 |
| SL | Stay Litigation [B140] | 0.10 | $144.50 |
| | | 10.60 | $7,242.00 |

Pachulski Stang Ziehl & Jones LLP

A&P Tea O.C.C.

00263    - 00002

Page:    4

Invoice 130553

July 31, 2022

---

## **Summary of Expenses**

| Description | Amount |
| --- | --- |
| Federal Express [E108] | $78.82 |
| Pacer - Court Research | $0.50 |
| Reproduction Expense [E101] | $36.16 |
| Reproduction/ Scan Copy | $42.70 |
| | $158.18 |

Pachulski Stang Ziehl & Jones LLP

A&P Tea O.C.C.

00263    - 00002

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Avoidance Actions** | | | | | | |
| 06/29/2022 | BJS | AC | Review DeVio declaration regarding litigation finance; Review litigation finance motion | 0.20 | 1445.00 | $289.00 |
| 07/13/2022 | BJS | AC | Review McKesson's objection to litigation funding; Various emails with S Singh regarding same | 0.30 | 1445.00 | $433.50 |
| 07/19/2022 | BJS | AC | Review Letter from McKesson regarding appeal | 0.30 | 1445.00 | $433.50 |
| 07/22/2022 | BJS | AC | Review Reply to Objection of McKesson regarding litigation financing | 0.10 | 1445.00 | $144.50 |
| 07/26/2022 | BJS | AC | Review Order regarding litigation finance | 0.10 | 1445.00 | $144.50 |
| | | | | **1.00** | | **$1,445.00** |
| **Case Administration [B110]** | | | | | | |
| 05/03/2022 | PJJ | CA | Update critical dates memo, calendar entries & reminders. | 0.30 | 495.00 | $148.50 |
| 05/09/2022 | PJJ | CA | Update critical dates memo, calendar entries & reminders. | 0.30 | 495.00 | $148.50 |
| 05/17/2022 | PJJ | CA | Update critical dates memo, calendar entries & reminders. | 0.20 | 495.00 | $99.00 |
| 05/25/2022 | PJJ | CA | Update critical dates memo, calendar entries & reminders. | 0.20 | 495.00 | $99.00 |
| 06/01/2022 | PJJ | CA | Update critical dates memo, calendar entries & reminders. | 0.20 | 495.00 | $99.00 |
| 06/07/2022 | PJJ | CA | Update critical dates memo, calendar entries & reminders. | 0.20 | 495.00 | $99.00 |
| 06/07/2022 | BJS | CA | Review critical dates and discuss with Patricia Jeffries | 0.10 | 1445.00 | $144.50 |
| 06/17/2022 | PJJ | CA | Update critical dates memo, calendar entries & reminders. | 0.20 | 495.00 | $99.00 |
| 06/20/2022 | PJJ | CA | Update critical dates memo, calendar entries & reminders. | 0.10 | 495.00 | $49.50 |
| 06/20/2022 | BJS | CA | Review critical dates and discuss with Patricia Jeffries | 0.10 | 1445.00 | $144.50 |
| 06/23/2022 | BJS | CA | Review Motion to file under seal | 0.10 | 1445.00 | $144.50 |
| 06/27/2022 | PJJ | CA | `Update critical dates memo, calendar entries and reminders. | 0.20 | 495.00 | $99.00 |
| 06/27/2022 | BJS | CA | Review critical dates and discuss with Patricia Jeffries | 0.10 | 1445.00 | $144.50 |
| 07/05/2022 | PJJ | CA | Update critical dates memo, calendar entries & | 0.20 | 495.00 | $99.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    6

A&P Tea O.C.C.

Invoice 130553

00263   - 00002

July 31, 2022

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | reminders. |  |  |  |
| 07/05/2022 | BJS | CA | Review critical dates and discuss with Patricia Jeffries | 0.10 | 1445.00 | $144.50 |
| 07/08/2022 | PJJ | CA | Update critical dates memo, calendar entries & reminders. | 0.10 | 495.00 | $49.50 |
| 07/18/2022 | PJJ | CA | Update critical dates memo, calendar entries & reminders. | 0.30 | 495.00 | $148.50 |
| 07/18/2022 | BJS | CA | Review critical dates and discuss with Patricia Jeffries | 0.10 | 1445.00 | $144.50 |
| 07/18/2022 | BJS | CA | Review critical dates and discuss with Patricia Jeffries | 0.10 | 1445.00 | $144.50 |
|  |  |  |  | 3.20 |  | $2,249.00 |

**Comp. of Prof./Others**

| 06/23/2022 | BJS | CPO | Review GH fee application | 0.10 | 1445.00 | $144.50 |
|---|---|---|---|---|---|---|
| 07/15/2022 | BJS | CPO | Review Kroll fee application | 0.10 | 1445.00 | $144.50 |
| 07/20/2022 | BJS | CPO | Review GH fee application | 0.10 | 1445.00 | $144.50 |
|  |  |  |  | 0.30 |  | $433.50 |

**PSZ&J Compensation**

| 06/01/2022 | LSC | PC | Coordinate and correspond with Accounting re revisions to invoices. | 0.40 | 495.00 | $198.00 |
|---|---|---|---|---|---|---|
| 06/07/2022 | LSC | PC | Prepare revised monthly fee statements and interim fee application and exhibits. | 4.00 | 495.00 | $1,980.00 |
| 06/16/2022 | LSC | PC | Finalize and coordinate filing of amended 53rd and 54th monthly statements, 16th interim fee application; serve same. | 0.60 | 495.00 | $297.00 |
| 07/11/2022 | LSC | PC | Prepare combined monthly fee statement and exhibit. | 1.00 | 495.00 | $495.00 |
|  |  |  |  | 6.00 |  | $2,970.00 |

**Stay Litigation [B140]**

| 07/19/2022 | BJS | SL | Review SR motion regarding Washington Town Center/A&P | 0.10 | 1445.00 | $144.50 |
|---|---|---|---|---|---|---|
|  |  |  |  | 0.10 |  | $144.50 |

**TOTAL SERVICES FOR THIS MATTER:**                                      $7,242.00

Pachulski Stang Ziehl & Jones LLP                                    Page:      7
A&P Tea O.C.C.                                                       Invoice 130553
00263    - 00002                                                    July 31, 2022

---

### Expenses

| | | | |
|---|---|---|---:|
| 05/02/2022 | RE | Reproduction Expense. [E101] | 2.56 |
| 05/02/2022 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/02/2022 | RE2 | SCAN/COPY ( 140 @0.10 PER PG) | 14.00 |
| 05/02/2022 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 05/02/2022 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 05/02/2022 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/02/2022 | RE2 | SCAN/COPY ( 92 @0.10 PER PG) | 9.20 |
| 05/02/2022 | RE2 | SCAN/COPY ( 54 @0.10 PER PG) | 5.40 |
| 06/16/2022 | RE | ( 336 @0.10 PER PG) | 33.60 |
| 06/16/2022 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/16/2022 | RE2 | SCAN/COPY ( 34 @0.10 PER PG) | 3.40 |
| 06/16/2022 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 06/16/2022 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 07/13/2022 | FE | 00263.00002 FedEx Charges for 07-13-22 | 78.82 |
| 07/31/2022 | PAC | Pacer - Court Research | 0.50 |

**Total Expenses for this Matter**                                  **$158.18**

Pachulski Stang Ziehl & Jones LLP

Page:      8

A&P Tea O.C.C.

Invoice 130553

00263    - 00002

July 31, 2022

---

## REMITTANCE ADVICE

### Please inlcude this Remittance with your payment

**For current services rendered through:**    **07/31/2022**

| | |
|---|---:|
| **Total Fees** | **$7,242.00** |
| **Total Expenses** | **158.18** |
| **Total Due on Current Invoice** | **$7,400.18** |

**Outstanding Balance from prior invoices as of**      **07/31/2022**          **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 130217 | 01/31/2022 | $5,914.50 | $17.63 | $5,932.13 |
| 130218 | 11/30/2021 | $26,193.00 | $43.94 | $24,921.79 |
| 130354 | 04/30/2022 | $7,573.50 | $0.00 | $7,573.50 |

**Total Amount Due on Current and Prior Invoices:**          **$45,827.60**

# Pachulski Stang Ziehl & Jones LLP

780 Third Avenue
34th Floor
New York, NY 10017

|  |  |  |
|---|---|---|
| | October 31, 2022 | |
| A&P Committe General | Invoice | 131282 |
| | Client | 00263 |
| | Matter | 00002 |
| | **RJF** | |

RE:  Committee Representation

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  10/31/2022

| | |
|---|---|
| FEES | $8,793.00 |
| EXPENSES | $0.40 |
| **TOTAL CURRENT CHARGES** | **$8,793.40** |
| **BALANCE FORWARD** | **$45,827.60** |
| **TOTAL BALANCE DUE** | **$54,621.00** |

Pachulski Stang Ziehl & Jones LLP

Page:    2

A&P Tea O.C.C.

Invoice 131282

00263   -00002

October 31, 2022

---

## <u>Summary of Services by Professional</u>

| <u>ID</u> | <u>Name</u> | <u>Title</u> | <u>Rate</u> | <u>Hours</u> | <u>Amount</u> |
|------|----------------------|-----------|---------|-------|-----------|
| BJS  | Sandler, Bradford J. | Partner   | 1445.00 | 5.40  | $7,803.00 |
| PJJ  | Jeffries, Patricia J.| Paralegal | 495.00  | 2.00  | $990.00   |
|      |                      |           |         | 7.40  | $8,793.00 |

Pachulski Stang Ziehl & Jones LLP
A&P Tea O.C.C.
00263    - 00002

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AD | Asset Disposition [B130] | 0.30 | $433.50 |
| AP | Appeals [B430] | 0.20 | $289.00 |
| CA | Case Administration [B110] | 4.40 | $4,458.00 |
| CO | Claims Admin/Objections[B310] | 1.50 | $2,167.50 |
| CP | Compensation Prof. [B160] | 0.10 | $144.50 |
| CPO | Comp. of Prof./Others | 0.70 | $1,011.50 |
| OP | Operations [B210] | 0.10 | $144.50 |
| RPO | Ret. of Prof./Other | 0.10 | $144.50 |
|  |  | 7.40 | $8,793.00 |

Pachulski Stang Ziehl & Jones LLP                        Page:        4
A&P Tea O.C.C.                                           Invoice 131282
00263    - 00002                                        October 31, 2022

---

## Summary of Expenses

| Description | Amount |
| --- | --- |
| Pacer - Court Research | $0.40 |
| | $0.40 |

Pachulski Stang Ziehl & Jones LLP

Page:      5

A&P Tea O.C.C.

Invoice 131282

00263    -00002

October 31, 2022

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Disposition [B130]** | | | | | | |
| 05/10/2022 | BJS | AD | Review Washington Town Center's objection to motion to enforce sale order | 0.30 | 1445.00 | $433.50 |
| | | | | 0.30 | | $433.50 |
| **Appeals [B430]** | | | | | | |
| 05/19/2022 | BJS | AP | Review Michele Brown appeak documents | 0.10 | 1445.00 | $144.50 |
| 09/02/2022 | BJS | AP | Review Jersey Market's opposition to appeal of Washington Township | 0.10 | 1445.00 | $144.50 |
| | | | | 0.20 | | $289.00 |
| **Case Administration [B110]** | | | | | | |
| 02/03/2022 | BJS | CA | Review critical dates and discuss with P. Jeffries | 0.10 | 1445.00 | $144.50 |
| 02/14/2022 | BJS | CA | Review critical dates and discuss with P. Jeffries | 0.10 | 1445.00 | $144.50 |
| 02/15/2022 | BJS | CA | Attention to wind down issues | 0.30 | 1445.00 | $433.50 |
| 03/08/2022 | BJS | CA | Review critical dates and discuss with P. Jeffries | 0.10 | 1445.00 | $144.50 |
| 03/14/2022 | BJS | CA | Review critical dates and discuss with P. Jeffries | 0.10 | 1445.00 | $144.50 |
| 03/21/2022 | BJS | CA | Review critical dates and discuss with P. Jeffries | 0.10 | 1445.00 | $144.50 |
| 04/08/2022 | BJS | CA | Review critical dates and discuss with P. Jeffries | 0.10 | 1445.00 | $144.50 |
| 04/18/2022 | BJS | CA | Review critical dates and discuss with P. Jeffries | 0.10 | 1445.00 | $144.50 |
| 04/20/2022 | BJS | CA | Review Monthly Operating Report; Various emails with CBA regarding status of A&P | 0.10 | 1445.00 | $144.50 |
| 04/26/2022 | BJS | CA | Review critical dates and discuss with P. Jeffries | 0.10 | 1445.00 | $144.50 |
| 05/09/2022 | BJS | CA | Teleconference with S. Singh regarding case status | 0.10 | 1445.00 | $144.50 |
| 05/09/2022 | BJS | CA | Review critical dates and discuss with P. Jeffries | 0.10 | 1445.00 | $144.50 |
| 05/25/2022 | BJS | CA | Review critical dates and discuss with P. Jeffries | 0.10 | 1445.00 | $144.50 |
| 08/01/2022 | PJJ | CA | Update critical dates memo, calendar entries & reminders. | 0.40 | 495.00 | $198.00 |
| 08/01/2022 | BJS | CA | Review critical dates and discuss with P. Jeffries | 0.10 | 1445.00 | $144.50 |
| 08/08/2022 | PJJ | CA | Update critical dates memo, calendar entries & reminders. | 0.10 | 495.00 | $49.50 |

Pachulski Stang Ziehl & Jones LLP

A&P Tea O.C.C.

00263    -00002

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/16/2022 | PJJ | CA | Update critical dates memo, calendar entries & reminders. | 0.20 | 495.00 | $99.00 |
| 08/17/2022 | BJS | CA | Review Critical Dates and Discuss with P. Jeffries | 0.10 | 1445.00 | $144.50 |
| 08/29/2022 | PJJ | CA | Update critical dates memo, calendar entries & reminders. | 0.20 | 495.00 | $99.00 |
| 08/29/2022 | BJS | CA | Review critical dates and discuss with P. Jeffries | 0.10 | 1445.00 | $144.50 |
| 09/07/2022 | PJJ | CA | Update critical dates memo, calendar entries & reminders. | 0.20 | 495.00 | $99.00 |
| 09/07/2022 | BJS | CA | Review critical date and discuss with P. Jeffries | 0.10 | 1445.00 | $144.50 |
| 09/14/2022 | PJJ | CA | Update critical dates memo, calendar entries & reminders. | 0.20 | 495.00 | $99.00 |
| 09/19/2022 | BJS | CA | Review critical dates and discuss with P. Jeffries | 0.10 | 1445.00 | $144.50 |
| 09/20/2022 | PJJ | CA | Update critical dates memo, calendar entries & reminders. | 0.10 | 495.00 | $49.50 |
| 09/20/2022 | BJS | CA | Review critical dates and discuss with P. Jeffries | 0.10 | 1445.00 | $144.50 |
| 09/27/2022 | PJJ | CA | Update critical dates memo and circulate. | 0.10 | 495.00 | $49.50 |
| 09/29/2022 | BJS | CA | Review critical dates and discuss with P. Jeffries | 0.10 | 1445.00 | $144.50 |
| 10/04/2022 | PJJ | CA | Update critical dates memo, calendar entries & reminders. | 0.20 | 495.00 | $99.00 |
| 10/04/2022 | BJS | CA | Review critical dates and discuss with P. Jeffries | 0.10 | 1445.00 | $144.50 |
| 10/10/2022 | PJJ | CA | Update critical dates memo, calendar entries & reminders. | 0.10 | 495.00 | $49.50 |
| 10/10/2022 | BJS | CA | Review critical dates and discuss with P. Jeffries | 0.10 | 1445.00 | $144.50 |
| 10/17/2022 | PJJ | CA | Update critical dates memo, calendar entries & reminders. | 0.10 | 495.00 | $49.50 |
| 10/25/2022 | PJJ | CA | Update critical dates memo, calendar entries & reminders. | 0.10 | 495.00 | $49.50 |
| | | | | **4.40** | | **$4,458.00** |

## Claims Admin/Objections[B310]

| | | | | | | |
|---|---|---|---|---|---|---|
| 04/11/2022 | BJS | CO | Attention to claims issues | 0.30 | 1445.00 | $433.50 |
| 04/15/2022 | BJS | CO | Review motion for summary judgement regarding McKesson | 0.50 | 1445.00 | $722.50 |

Pachulski Stang Ziehl & Jones LLP

Page:    7

A&P Tea O.C.C.

Invoice 131282

00263    -00002

October 31, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/06/2022 | BJS | CO | Review response to motion for summary judgement | 0.30 | 1445.00 | $433.50 |
| 05/09/2022 | BJS | CO | Review response to McKesson's opposition | 0.20 | 1445.00 | $289.00 |
| 05/13/2022 | BJS | CO | Review motion to strike re Dawn DeVito declaration | 0.10 | 1445.00 | $144.50 |
| 05/17/2022 | BJS | CO | Review response to Motion to strike Devito declaration | 0.10 | 1445.00 | $144.50 |
| | | | | **1.50** | | **$2,167.50** |

### Compensation Prof. [B160]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/25/2022 | BJS | CP | Review Weil Gotshal fee application | 0.10 | 1445.00 | $144.50 |
| | | | | **0.10** | | **$144.50** |

### Comp. of Prof./Others

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/03/2022 | BJS | CPO | Review GH fee stateemnt | 0.10 | 1445.00 | $144.50 |
| 03/10/2022 | BJS | CPO | Review GH fee statement | 0.10 | 1445.00 | $144.50 |
| 03/15/2022 | BJS | CPO | Review Weil Gotshal fee application | 0.10 | 1445.00 | $144.50 |
| 04/05/2022 | BJS | CPO | Review Griffin Hamersky fee application | 0.10 | 1445.00 | $144.50 |
| 04/06/2022 | BJS | CPO | Review Griffin Hamersky interim application | 0.10 | 1445.00 | $144.50 |
| 08/31/2022 | BJS | CPO | Review Griffin Hamersky fee application | 0.10 | 1445.00 | $144.50 |
| 09/12/2022 | BJS | CPO | Review Griffin Hamersky fee application | 0.10 | 1445.00 | $144.50 |
| | | | | **0.70** | | **$1,011.50** |

### Operations [B210]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/19/2022 | BJS | OP | Review Quarterly Operating Report | 0.10 | 1445.00 | $144.50 |
| | | | | **0.10** | | **$144.50** |

### Ret. of Prof./Other

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/18/2022 | BJS | RPO | Attention to Griffin Hamersky's supplemental employment application (revised) | 0.10 | 1445.00 | $144.50 |
| | | | | **0.10** | | **$144.50** |

**TOTAL SERVICES FOR THIS MATTER:**                    **$8,793.00**

Pachulski Stang Ziehl & Jones LLP

Page:      8

A&P Tea O.C.C.

Invoice 131282

00263    -00002

October 31, 2022

---

## Expenses

| | | | |
|---|---|---|---|
| 10/31/2022 | PAC | Pacer - Court Research | 0.40 |
| | **Total Expenses for this Matter** | | **$0.40** |

Pachulski Stang Ziehl & Jones LLP

Page:      9

A&P Tea O.C.C.

Invoice 131282

00263   - 00002

October 31, 2022

---

### REMITTANCE ADVICE

#### Please include this Remittance with your payment

**For current services rendered through:**    **10/31/2022**

| | |
|---|---|
| **Total Fees** | **$8,793.00** |
| **Total Expenses** | **0.40** |
| **Total Due on Current Invoice** | **$8,793.40** |

**Outstanding Balance from prior invoices as of    10/31/2022    (May not include recent payments)**

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 130217 | 01/31/2022 | $5,914.50 | $17.63 | $5,932.13 |
| 130218 | 11/30/2021 | $26,193.00 | $43.94 | $24,921.79 |
| 130354 | 04/30/2022 | $7,573.50 | $0.00 | $7,573.50 |
| 130553 | 07/31/2022 | $7,242.00 | $158.18 | $7,400.18 |

**Total Amount Due on Current and Prior Invoices:**        **$54,621.00**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: | Chapter 11 |
| THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC., *et al.*, | Case No. 15-23007 (RDD) |
| Debtors.[1] | (Jointly Administered) |

## CERTIFICATE OF SERVICE

STATE OF NEW YORK        )
                                                  )
COUNTY OF NEW YORK   )

I, La Asia S. Canty, am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP.  I am not a party to the within action; my business address is 780 Third Avenue, 34th Floor, New York, New York 10017-2024.

On November 30, 2022, I caused to be served a true and correct copy of the *Combined Fifty Fifth Monthly Fee Statement of Pachulski Stang Ziehl & Jones LLP for Professional Services Rendered and Disbursements Incurred as Counsel for the Official Committee of Unsecured Creditors for the Period From March 1, 2022 Through October 31, 2022* via First Class US Mail upon the parties set forth on the service list annexed hereto.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: 2008 Broadway, Inc. (0986); The Great Atlantic & Pacific Tea Company, Inc. (0974); A&P Live Better, LLC (0799); A&P Real Property, LLC (0973); APW Supermarket Corporation (7132); APW Supermarkets, Inc. (9509); Borman's, Inc. (9761); Delaware County Dairies, Inc. (7090); Food Basics, Inc. (1210); Kwik Save Inc. (8636); McLean Avenue Plaza Corp. (5227); Montvale Holdings, Inc. (6664); Montvale-Para Holdings, Inc. (2947); Onpoint, Inc. (6589); Pathmark Stores, Inc. (9612); Plainbridge LLC (5965); Shopwell, Inc.(3304); Super Fresh Food Markets, Inc. (2491); The Old Wine Emporium of Westport, Inc. (0724); Tradewell Foods of Conn., Inc. (5748); and Waldbaum, Inc. (8599). The international subsidiaries of The Great Atlantic & Pacific Tea Company, Inc. are not debtors in these chapter 11 cases. The location of the Debtors' corporate headquarters is 19 Spear Road, Suite 310, Ramsey, NJ 07446.

I declare under penalty of perjury, under the laws of the State of New York and the

United States of America that the foregoing is true and correct.

Executed on November 30, 2022 at New York, New York.

*/s/ La Asia S. Canty*
La Asia S. Canty

12

**SERVICE LIST**

The Great Atlantic & Pacific Tea Company, Inc.
19 Spear Road, Suite 310
Ramsey, NJ 07446

Weil, Gotshal & Manges LLP
Attn: Ray C. Schrock, P.C.
 Garrett A. Fail, Esq.
 Sunny Sing, Esq.
767 Fifth Avenue
New York, NY 10153

Office of the U.S. Trustee
for the Southern District of New York
Attn: Brian Masumoto, Esq.
     Richard Morrisey, Esq.
201 Varick Street, Suite 1006
New York, NY 10014

Jones Day
Fortress Credit Corp.
Attn: Scott J. Greenberg Esq.
250 Vesey Street,
New York, New York 10281-1047